# Exhibit A

**(Body Worn Camera footage provided on hard disc)**

# Exhibit B

**From:** Hocutt, Byron (JK) (FBI)
**To:** Marc Chavez
**Subject:** Re: Kota Youngblood
**Date:** Tuesday, July 11, 2023 5:06:19 PM

Mr. Chavez,

I have not tried to contact your client (Kota Youngblood), that is not accurate. However, if Mr. Youngblood would like to provide information to the FBI---that must be done in person. I assume you and Mr. Youngblood are in Austin, Texas based on your area code. Would meeting on Thursday, July 13th, 2023 @ 8:15 am at the local Austin FBI office work? Please let me know, I will schedule, and I will send you the local Agents contact information.

Respectfully,
SA Byron Hocutt
FBI Jacksonville

---

**From:** Marc Chavez
**Sent:** Tuesday, July 11, 2023 1:09:21 PM
**To:** Hocutt, Byron (JK) (FBI)
**Subject:** [EXTERNAL EMAIL] - Kota Youngblood

Special Agent,
My name is Marc Chavez and I represent Mr. Youngblood. I know you've been trying to reach him. I'd like to chat with you about it. When is a good time to talk?

Please let me know,

Marc Chavez