UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, § § § | |
| v. § | CRIMINAL NO. A-23-CR-135-RP |
| § § | |
| SAINT JOVITE YOUNGBLOOD § a.k.a. Kota Youngblood, § Defendant. § § | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS**

Youngblood asks this Court to suppress statements he made to Agent Noble during the execution of a search warrant on July 13, 2023, on the grounds that those statements were obtained in violation of Youngblood's Fifth Amendment rights. For the following reasons, the Government has no objection to the Court granting this motion.

Although the Government believes is it questionable both whether Youngblood was "in custody" for purposes of *Miranda*, and whether he was subject to "interrogation" within the meaning of the law when he made statements to Agent Noble on July 13, 2023, the Government has no intention of using the challenged statements during its case-in-chief. Accordingly, the Government has no objection to this Court granting the relief requested by Youngblood.

However, the Government reserves the right to use the challenged statements to impeach Youngblood if he testifies at trial, or for any other lawful purpose. *See, e.g.*, *Vega v. Tekoh*, 597

U.S. 134, 144 (2022) (statement obtained in violation of *Miranda* can be used to impeach the testimony of a defendant) (citing *Harris v. New York*, 401 U.S. 222, 224–226 (1971)).

        *Respectfully submitted*,

        JAIME ESPARZA
        UNITED STATES ATTORNEY

        <u>/s/ *Matt Harding*</u>
        MATT HARDING
        DANIEL D. GUESS
        Assistant U.S. Attorneys
        903 San Jacinto Blvd., Suite 334
        Austin, Texas 78701
        Office: (512) 916-5858
        Fax:    (512) 916-5854

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | § § § |
| v. | § § CRIMINAL NO. A-23-CR-135-RP |
| SAINT JOVITE YOUNGBLOOD a.k.a. Kota Youngblood, Defendant. | § § § § § |

**ORDER**

The Court has reviewed the Defendant's Motion to Suppress [ECF No. 72] and the Government's response, in which the Government does not oppose the relief requested. Accordingly,

IT IS ORDERED that Defendant's Motion to Suppress [ECF No. 72] is GRANTED.

_____
ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the Government's filing have been delivered on March 19, 2024 via the CM/ECF system to:

Charly Herring
Jose Gonzalez-Falla
Attorneys for Defendant Saint Jovite Youngblood

                                                 /s/ *Matt Harding*
                                                 MATT HARDING
                                                 Assistant U.S. Attorney
                                                 903 San Jacinto Blvd., Suite 334
                                                 Austin, Texas 78701
                                                 Office: (512) 916-5858
                                                 Fax:    (512) 916-5854