FILED

March 25, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____JG_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

THE UNITED STATES OF AMERICA,                §
                                             §
                                             §
                                             §
v.                                           §
                                             §   CRIMINAL NO. A-23-CR-135-RP
                                             §
SAINT JOVITE YOUNGBLOOD                       §
   a.k.a. Kota Youngblood,                    §
                      Defendant.             §
                                             §
                                             §

## ORDER

The Court has reviewed the Defendant's Motion to Suppress [ECF No. 72] and the Government's response, in which the Government does not oppose the relief requested. Accordingly,

IT IS ORDERED that Defendant's Motion to Suppress [ECF No. 72] is GRANTED.

SIGNED this 25th day of March, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE