IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. A-23-CR-135-RP |
| SAINT JOVITE YOUNGBLOOD | § | |

## GOVERNMENT'S WITNESS LIST

The United States Government submits the following witness list relating to the trial of Saint Jovite Youngblood.

Respectfully submitted,

JAIME ESPARZA
United States Attorney

*/s Daniel D. Guess*
DANIEL D. GUESS
Assistant United States Attorney
903 San Jacinto, Suite 334
Austin, Texas   78701

Government's Witness List - Page  1

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2023, a true and correct copy of this instrument was filed with the District Clerk via the WDTX CM/ECF system, and the Defendant's attorney of record will have access to it.

>  */s Daniel D. Guess*
>  DANIEL D. GUESS
>  Assistant United States Attorney

**PROBABLE FACTUAL AND SUMMARY WITNESSES**

| NAME | SUBJECT MATTER |
|---|---|
| Justin Noble<br>FBI<br>Austin, Texas | Noble is one of the case agents who will testify regarding the investigative techniques used and facts developed during the investigation. |
| Lindsey Wilkinson<br>FBI<br>Austin, Texas | Wilkinson is one of the case agents who will testify regarding the investigative techniques used and facts developed during the investigation. |
| Joe Fiedler<br>FBI<br>Austin, Texas | Fiedler acted as an undercover agent in the investigation and will testify regarding his role in the case. |
| Katie Sloma<br>FBI<br>Austin, Texas | Sloma is a financial analyst who will testify regarding her review of banking and casino records in this case |
| Eric Perardi<br>Austin, Texas | Perardi will testify regarding his interactions with Youngblood and others in the scheme. |
| James Holloway<br>Austin, Texas | Holloway will testify regarding his interactions with Youngblood and others in the scheme. |
| Lane Holloway<br>Austin, Texas | Holloway will testify regarding his interactions with Youngblood and others in the scheme. |
| Danielle Holloway<br>Austin, Texas | Holloway will testify regarding her interactions with Youngblood and others in the scheme. |
| Gary Snider<br>Austin, Texas | Snider will testify regarding his interactions with Youngblood and others in the scheme. |
| Dale Snider<br>Austin, Texas | Snider will testify regarding her interactions with Youngblood and others in the scheme. |
| Roseana York<br>Austin, Texas | York will testify regarding her interactions with Youngblood and others in the scheme. |
| Jason York<br>Austin, Texas | York will testify regarding his interactions with Youngblood and others in the scheme. |
| Marvin Knecht<br>Austin, Texas | Knecht will testify regarding his interactions with Youngblood and others in the scheme. |
| Hanfu Lee<br>San Bernadino, California | Lee will testify regarding his interactions with Youngblood and others in the scheme. |
| Dennis Schuler, Sr.<br>California | Schuler will testify regarding his relation to Youngblood |
| Jason Rzepniewski | Rzepniewski will testify regarding the value of items from the scheme |
| Matthew Vasquez<br>Las Vegas, Nevada | Vasquez will testify regarding Youngblood's gambling activity |
| Luke McEwin<br>Las Vegas, Nevada | McEwin will testify regarding Youngblood's gambling activity |

**Government's Witness List - Page 3**

| | |
|---|---|
| Scott Levins<br>Texas | Levins will testify regarding military records for Youngblood |
| Darrell Lee<br>Texas | Lee will testify regarding government records for Youngblood |
| John Mapes<br>Austin, Texas | Mapes will testify regarding his interactions with Youngblood |
| Jeff Bridgman<br>Pennsylvania | Bridgman will testify regarding his interactions with Youngblood and others in the case |
| Glen Morehead<br>Austin, Texas | Morehead will testify regarding his interactions with Youngblood and others in the case |
| Karol Devries<br>Austin, Texas | Devries will testify regarding her interactions with Youngblood and others in the case |

## POSSIBLE FACTUAL WITNESSES

| NAME | SUBJECT MATTER |
|---|---|
| Adam Pohl<br>FBI | Pohl will testify regarding the investigation into Youngblood |
| Loren Miller<br>FBI | Pohl will testify regarding the investigation into Youngblood |
| Adam Powell | Powell will testify regarding his interactions with Youngblood and others in the case. |
| Clark Snyder | Snyder will testify regarding his interactions with Youngblood and others in the case |
| Jim Devries | Devries will testify regarding his interactions with Youngblood and others in the case. |
| Jacqueline Cantu | Cantu will testify regarding her interactions with Youngblood and others in the case. |
| Stephen Catoe | Catoe will testify regarding his interactions with Youngblood and others in the case. |
| Rudolfo "Rudy" Conde | Conde will testify regarding his interactions with Youngblood and others in the case. |
| Judy Edwards | Edwards will testify regarding her interactions with Youngblood and others in the case. |
| Chantal Evans | Evans will testify regarding her interactions with Youngblood and others in the case. |
| Nicole Frost | Frost will testify regarding her interactions with Youngblood and others in the case. |
| Andrea Holloway | Holloway will testify regarding her interactions with Youngblood and others in the case. |
| Jonathan Hanna | Hanna will testify regarding his interactions with Youngblood and others in the case. |
| Patricia Ann Holloway | Holloway will testify regarding her interactions with Youngblood and others in the case. |

| | |
|---|---|
| Seth Holloway | Holloway will testify regarding his interactions with Youngblood and others in the case. |
| Ricky Kumar | Kumar will testify regarding his interactions with Youngblood and others in the case. |
| Rebecca Kumar | Kumar will testify regarding her interactions with Youngblood and others in the case. |
| Ana Lee | Lee will testify regarding her interactions with Youngblood and others in the case. |
| Richard Hopson | Hopson will testify regarding his interactions with Youngblood and others in the case. |
| Steve Katoe | Katoe will testify regarding his interactions with Youngblood and others in the case. |
| Bruce Kelley | Kelley will testify regarding his interactions with Youngblood and others in the case. |
| Prisca Lee | Lee will testify regarding her interactions with Youngblood and others in the case. |
| Roger Lee | Lee will testify regarding his interactions with Youngblood and others in the case. |
| Kirk Lohman | Lohman will testify regarding his interactions with Youngblood and others in the case. |
| James Melton | Melton will testify regarding his interactions with Youngblood and others in the case. |
| Carlton Melton | Melton will testify regarding his interactions with Youngblood and others in the case. |
| Eric Swanson | Swanson will testify regarding his interactions with Youngblood and others in the case. |
| Zachary Noah | Noah will testify regarding his interactions with Youngblood and others in the case. |
| Letha Perardi | Perardi will testify regarding her interactions with Youngblood and others in the case. |
| Don Schweiters | Schweiters will testify regarding his interactions with Youngblood and others in the case. |
| Lindsay Snider | Snider will testify regarding her interactions with Youngblood and others in the case. |
| Gary Sertich | Sertich will testify regarding his interactions with Youngblood and others in the case. |
| Jack Rady | Rady will testify regarding his interactions with Youngblood and others in the case. |
| Jack Taylor | Taylor will testify regarding his interactions with Youngblood and others in the case. |
| Stephanie Titsworth | Titsworth will testify regarding her interactions with Youngblood and others in the case. |
| Duane Weber | Weber will testify regarding his interactions with Youngblood and others in the case. |

| Chad York | York will testify regarding his interactions with Youngblood and others in the case. |