UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | NO.   A-23-CR-135 (RP) |
| SAINT JOVITE YOUNGBLOOD | § § § | |

**SAINT JOVITE YOUNGBLOOD'S ADDITIONAL PROPOSED *VOIR DIRE***

Saint Jovite Youngblood respectfully submits the following additional proposed *voir dire* questions pursuant to Rule 24(a)(2)(B) of the Federal Rules of Criminal Procedure and requests that the Court include the following additional questions in its examination of prospective jurors.

**I.   Familiarity with the Case**

1. Have you or any of your family members ever worked for the car dealership Toyota of Cedar Park?

2. Have you ever purchased a vehicle from Toyota of Cedar Park?

3. Have you had any other experience with Toyota of Cedar Park, positive or negative?

**II.   Prior Military Service**

4. Have you ever served in the military? If so, what branch, when?

5. Have any of your close family members (parents, siblings, spouses, children) served in any branch of the military? When? Which branch?

Respectfully submitted,

MAUREEN SCOTT FRANCO
Federal Public Defender

_____
/s/ CHARLOTTE A. HERRING

Assistant Federal Public Defender
Western District of Texas
Lavaca Plaza
504 Lavaca St., Ste. 960
Austin, Texas 78701
(512) 916-5025
(512) 916-5035 (FAX)
TX Bar Number: 24064026
*Attorney for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on the 12nd day of April 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Dan Guess
Matt Harding
Assistant U.S. Attorneys
903 San Jacinto, Ste. 334
Austin, TX 78701

_____
/s/ CHARLOTTE A. HERRING