UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | NO.   A-23-CR-135 (RP) |
| SAINT JOVITE YOUNGBLOOD | § | |

## DEFENDANT'S WITNESS LIST

TO THE HONORABLE UNITED STATES DISTRICT JUDGE ROBERT PITMAN:

Saint Youngblood, through counsel, provides this list of the defense's potential witnesses. The defense may or may not call all of the witnesses listed below and reserves the right to call additional witnesses not on this list in rebuttal:

1. Investigator Brian Oberon
2. Officer Corey Harris
3. Rachel Herrera Perardi
4. Saint Youngblood

Respectfully submitted,

MAUREEN SCOTT FRANCO
Federal Public Defender

_____
/s/ CHARLOTTE A. HERRING
Assistant Federal Public Defender
Western District of Texas
Lavaca Plaza
504 Lavaca St., Ste. 960
Austin, Texas 78701

(512) 916-5025<br>
(512) 916-5035 (FAX)<br>
TX Bar Number: 24064026<br>
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of April, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Dan Guess
Matt Harding
Assistant U.S. Attorney
903 San Jacinto, Ste. 334
Austin, TX 78701

_____
/s/  CHARLOTTE A. HERRING