United States District Court
Western District of Texas
Austin Division

| United States of America, | |
|---|---|
| Plaintiff, | |
| v. | No. A-23-CR-135-RP |
| Saint Jovite Youngblood, | |
| Defendant. | |

**United States' Exhibit List for Jury Trial**

| Exhibit # | Description | Admitted |
|---|---|---|
| 1 | Gehrig Bat | |
| 2 | SJY Passport and Passport Card | |
| 3 | Holloway Ledger | |
| 4 | Holloway Will | |
| 5 | Holloway Notes Purse | |
| 6 | Cross | |
| 7 | Timeline Kota Safe | |
| 8 | Timeline Holloway | |
| 9 | Flag | |
| 10 | Dream Catcher | |
| 11 | SJY Birth Certificate | |
| 12 | SJY Name Change Certified Documents | |
| 13 | SJY Tax Records | |
| 14 | Lane Holloway Notebook | |
| 15 | Stipulation | |
| 16 | Book | |
| 17 | Reserved for sub-exhibit | |
| 18 | Yelp Review - Barahona - 1 | |
| 19 | Yelp Review 2 - Barahona - 2 | |
| 20 | May 1, 2023, Recorded Call - Perardi and Youngblood | |

| | | |
|---|---|---|
| 21 | May 1, 2023, Recorded Call - UCE Youngblood Perardi | |
| 22 | May 1, 2023, Perardi Youngblood UCE Video 1 | |
| 23 | May 1, 2023, Youngblood Photo | |
| 24 | May 1, 2023, Perardi Youngblood UCE Video 2 | |
| 25 | May 2, 2023, Youngblood Knecht Photo | |
| 26 | Reserved for sub-exhibit | |
| 27 | Reserved for sub-exhibit | |
| 28 | Reserved for sub-exhibit | |
| 29 | Reserved for sub-exhibit | |
| 30 | Reserved for sub-exhibit | |
| 31 | May 1, 2023, UC Op Audio (Full) | |
| 32 | May 1, 2023, UC Op Audio Transcript | |
| 33 | May 1, 2023, UC Op Audio Clip 1 | |
| 34 | May 1, 2023, UC Op Audio Clip 2 | |
| 35 | May 1, 2023, UC Op Audio Clip 3 | |
| 36 | May 1, 2023, UC Op Audio Clip 4 | |
| 37 | May 1, 2023, UC Op Audio Clip 5 | |
| 38 | May 1, 2023, UC Op Audio Clip 6 | |
| 39 | May 1, 2023, UC Op Audio Clip 7 | |
| 40 | May 1, 2023, UC Op Audio Clip 8 | |
| 41 | May 1, 2023, UC Op Audio Clip 9 | |
| 42 | May 1, 2023, UC Op Audio Clip 10 | |
| 43 | May 1, 2023, UC Op Audio Clip 11 | |
| 44 | May 1, 2023, UC Op Audio Clip 12 | |
| 45 | May 1, 2023, UC Op Audio Clip 13 | |
| 46 | May 1, 2023, UC Op Audio Clip 14 | |
| 47 | May 1, 2023, UC Op Audio Clip 15 | |
| 48 | May 1, 2023, UC Op Audio Clip 16 | |
| 49 | May 1, 2023, UC Op Audio Clip 17 | |
| 50 | May 1, 2023, UC Op Audio Clip 18 | |

| | | |
|---|---|---|
| 51 | May 1, 2023, UC Op Audio Clip 19 | |
| 52 | May 1, 2023, UC Op Audio Clip 20 | |
| 53 | May 1, 2023, UC Op Audio Clip 21 | |
| 54 | May 1, 2023, UC Op Audio Clip 22 | |
| 55 | May 1, 2023, UC Op Audio Clip 23 | |
| 56 | May 1, 2023, UC Op Audio Clip 24 | |
| 57 | May 1, 2023, UC Op Audio Clip 25 | |
| 58 | "Gehrig Bat" Given by Youngblood on May 1 2023- Photo 1 | |
| 59 | "Gehrig Bat" Given by Youngblood on May 1 2023 - Photo 2 | |
| 60 | May 2, 2023, UCE Youngblood Call 1 | |
| 61 | May 2, 2023, UCE Youngblood Call 2 | |
| 62 | May 2, 2023, UCE Youngblood Call 3 | |
| 63 | May 2, 2023, UCE Youngblood Call 4 | |
| 64 | Reserved for sub-exhibit | |
| 65 | Reserved for sub-exhibit | |
| 66 | Reserved for sub-exhibit | |
| 67 | Reserved for sub-exhibit | |
| 68 | Reserved for sub-exhibit | |
| 69 | Army Records Search | |
| 70 | Reserved for sub-exhibit | |
| 71 | Reserved for sub-exhibit | |
| 72 | NARA Records Search | |
| 73 | Reserved for sub-exhibit | |
| 74 | Reserved for sub-exhibit | |
| 75 | Flag appraisal email - Perardi Bridgman | |
| 76 | Flag Invoice - April 2022 - Bridgman Youngblood | |
| 77 | Flag Payments - Bridgman Record | |
| 78 | Flag Payments - Knecht Wire Transfers | |
| 79 | Reserved for sub-exhibit | |
| 80 | Reserved for sub-exhibit | |

| | | |
|---|---|---|
| 81 | Reserved for sub-exhibit | |
| 82 | Reserved for sub-exhibit | |
| 83 | Reserved for sub-exhibit | |
| 84 | Perardi - 7.08.2022 Payment Support Docs | |
| 85 | Perardi - 7.21.2022 Payment Support Docs | |
| 86 | Perardi - 7.27.2022 Payment Support Docs | |
| 87 | Perardi - 8.10.2022 Payment Support Docs | |
| 88 | Perardi - 8.16.2022 Payment Support Docs | |
| 89 | Perardi - 9.14.2022 Payment Support Docs | |
| 90 | Perardi - 9.21.2022 Payment Support Docs | |
| 91 | Perardi - 10.07.2022 Payment Support Docs | |
| 92 | Perardi - 10.15.2022 Payment Support Docs | |
| 93 | Perardi - 11.01.2022 Payment Support Docs | |
| 94 | Perardi - 11.02.2022 Payment Support Docs | |
| 95 | Perardi - 11.03.2022 Payment Support Docs | |
| 96 | Perardi - 11.08.2022 Payment Support Docs | |
| 97 | Perardi - 11.14.2022 Payment Support Docs | |
| 98 | Perardi - 11.21.2022 Payment Support Docs | |
| 99 | Perardi - 12.27.2022 Payment Support Docs | |
| 100 | Perardi - 1.04-.2023 Payment Support Docs | |
| 101 | Perardi - Count 1 Wire Transfer | |
| 102 | Perardi - Count 2 Wire Transfer | |
| 103 | Perardi - Investment Return 1 | |
| 104 | Perardi - Investment Return 2 | |
| 105 | Perardi - Clock Emails | |
| 106 | Perardi - Threatening Female Call | |
| 107 | Perardi - 4.27.2023 - Gehrig Bat Call | |
| 107a | Perardi - 4.27.2023 - Gehrig Bat Call Clip 1 | |
| 107b | Perardi - 4.27.2023 - Gehrig Bat Call Clip 2 | |
| 108 | Perardi - 4.27.2023 - Acid Call | |

| | | |
|---|---|---|
| 108a | Perardi - 4.27.2023 - Acid Call Clip 1 | |
| 108b | Perardi - 4.27.2023 - Acid Call Clip 2 | |
| 108c | Perardi - 4.27.2023 - Acid Call Clip 3 | |
| 109 | Perardi - 4.29.2023 Flag Call | |
| 109a | Perardi - 4.29.2023 Flag Call Clip 1 | |
| 110 | Perardi - 4.29.2023 Kota Military Call | |
| 110a | Perardi - 4.29.2023 Kota Military Call Clip 1 | |
| 111 | Perardi - 4.29.2023 Kota - Perardi Call | |
| 111a | Perardi - 4.29.2023 Kota - Holloway Call Clip 1 | |
| 112 | Perardi - 5.01.2023 Holloway Call | |
| 112a | Perardi - 5.01.2023 Holloway Call Clip 1 | |
| 112b | Perardi - 5.01.2023 Holloway Call Clip 2 | |
| 113 | Perardi - 4.29.2023 No Money Call | |
| 113a | Perardi - 4.29.2023 No Money Call Clip 1 | |
| 114 | Perardi - 1.17.2023 Dad Call | |
| 115 | Steiner Ranch Truth (@TruthRanch) - Twitter | |
| 116 | Perardi Checks Account 7818 | |
| 117 | Perardi Statements Account 6673 | |
| 118 | Perardi Statements Account 7818 | |
| 119 | Perardi Wire Transfer Confirmation | |
| 120 | Lane Holloway - Bank Statements | |
| 121 | Lane Holloway - 2019 - 30k Loan Docs | |
| 122 | Lane Holloway - 2020 - 18k Loan Docs | |
| 123 | Lane Holloway Family Name Change Order | |
| 124 | Reserved for sub-exhibit | |
| 125 | Derogatory Flyers | |
| 126 | Lane Holloway - Goodbye Message to James Holloway | |
| 127 | Lane Holloway - Florida Hotel Records - Oct 2022 to July 2023 | |
| 128 | Lane Holloway - Florida Hotel Picture 1 | |
| 129 | Lane Holloway - Florida Hotel Picture 2 | |

| | | |
|---|---|---|
| 130 | Lane Holloway - Florida Hotel Picture 3 | |
| 131 | Lane Holloway - Florida Hotel Picture 4 | |
| 132 | Lane Holloway - Florida Hotel Picture 5 | |
| 133 | Lane Holloway - Florida Hotel Picture 6 | |
| 134 | Lane Holloway - Florida Hotel Picture 7 | |
| 135 | Lane Holloway - Florida Hotel Picture 8 | |
| 136 | Lane Holloway - Florida Hotel Picture 9 | |
| 137 | Lane Holloway - Florida Hotel Picture 10 | |
| 138 | Lane Holloway - Wire Receipts | |
| 139 | Lane Holloway Notes - Full | |
| 140 | Lane Holloway Notes - Harassing Call Script | |
| 141 | April 2023 Yelp Review | |
| 142 | Lane Holloway Notes - Cedar Park Toyota | |
| 143 | Lane Holloway - Cedar Park Toyota Script | |
| 144 | February 2023 Yelp Review | |
| 145 | Lane Holloway - July 10, 2023, Wire Transfer Receipt | |
| 146 | Lane Holloway - Austin House Photo 1 | |
| 147 | Lane Holloway - Austin House Photo 2 | |
| 148 | Lane Holloway - Austin House Photo 3 | |
| 149 | Lane Holloway - Austin House Photo 4 | |
| 150 | Lane Holloway - Austin House Photo 5 | |
| 151 | Lane Holloway - Austin House Photo 6 | |
| 152 | Lane Holloway - Austin House Photo 7 | |
| 153 | Lane Holloway - Austin House Photo 8 | |
| 154 | Lane Holloway - Austin House Photo 9 | |
| 155 | Lane Holloway - Austin House Photo 10 | |
| 156 | Lane Holloway - Austin House Photo 11 | |
| 157 | Lane Holloway - Austin House Photo 12 | |
| 158 | Lane Holloway - Austin House Photo 13 | |
| 159 | Lane Holloway - Post Florida Picture 1 | |

| | | |
|---|---|---|
| 160 | Lane Holloway - Post Florida Picture 2 | |
| 161 | Lane Holloway - Notebook Page - Numbers to Block | |
| 162 | Lane Holloway - Notebook Page - Money Requested | |
| 163 | Lane Holloway - Script About Youngblood for FBI | |
| 164 | Reserved for sub-exhibit | |
| 165 | Reserved for sub-exhibit | |
| 166 | York - Photo of Coin | |
| 167 | York - Photo of dog tags | |
| 168 | York - Photo of Rolex | |
| 169 | York - Photos from Kota | |
| 170 | York - Photo of York Investment Checks | |
| 171 | York - Photo of Collateral | |
| 172 | Reserved for sub-exhibit | |
| 173 | Reserved for sub-exhibit | |
| 174 | Reserved for sub-exhibit | |
| 175 | Reserved for sub-exhibit | |
| 176 | Reserved for sub-exhibit | |
| 177 | J. Holloway - House Transfer Documents | |
| 178 | J. Holloway - Wells Fargo Checks | |
| 179 | J. Holloway - Wells Fargo Statements | |
| 180 | J. Holloway - Initial Payments to Kota 2018 | |
| 181 | J. Holloway - Payments to Kota April 2020 | |
| 182 | J. Holloway - Wells Fargo Selected Statement | |
| 183 | Reserved for sub-exhibit | |
| 184 | Reserved for sub-exhibit | |
| 185 | Reserved for sub-exhibit | |
| 186 | Reserved for sub-exhibit | |
| 187 | Reserved for sub-exhibit | |
| 188 | G. Snider - Snider Financial Summary | |
| 189 | G. Snider - Putin Book | |

| | | |
|---|---|---|
| 190 | G. Snider - Photo of Navalny Cross | |
| 191 | G. Snider - Wells Fargo Statement 12.31.2020 | |
| 192 | G. Snider - Snider Security Camera - Clip 1 | |
| 193 | G. Snider - Snider Security Camera - Clip 2 | |
| 194 | G. Snider - Snider Security Camera - Clip 3 | |
| 195 | G. Snider - Snider Security Camera - Clip 4 | |
| 196 | G. Snider - Snider Security Camera - Clip 5 | |
| 197 | G. Snider - Fidelity Statement December 2020 | |
| 198 | G. Snider - Checks to Holloway | |
| 199 | G. Snider - Fidelity Statement March 2021 | |
| 200 | G. Snider - Fidelity Statement April 2021 | |
| 201 | G. Snider - Wells Fargo Statement 04.30.2021 | |
| 202 | G. Snider - Fidelity Statement September 2021 | |
| 203 | G. Snider - Bank Withdrawals | |
| 204 | G. Snider - Wells Fargo Statement 9.30.2021 | |
| 205 | G. Snider - Wells Fargo Statement 10.31.2021 | |
| 206 | G. Snider - Wells Fargo Statement 1.31.2022 | |
| 207 | G. Snider - Wells Fargo Statement 2.28.2022 | |
| 208 | G. Snider - Wells Fargo Statement 3.31.2022 | |
| 209 | G. Snider - Checks to J. Holloway | |
| 210 | G. Snider - Fidelity Statement October 2021 | |
| 211 | G. Snider - Fidelity Statement December 2021 | |
| 212 | G. Snider - Fidelity Statement January 2022 | |
| 213 | G. Snider - Fidelity Statement February 2022 | |
| 214 | G. Snider - Fidelity Statement March 2022 | |
| 215 | G. Snider - Fidelity Statement August 2023 | |
| 216 | G. Snider - Payments to Snider | |
| 217 | G. Snider - House Sale Docs | |
| 218 | G. Snider-Wire Transfer Confirmation | |
| 219 | Reserved for sub-exhibit | |

| | | |
|---|---|---|
| 220 | Reserved for sub-exhibit | |
| 221 | Reserved for sub-exhibit | |
| 222 | Reserved for sub-exhibit | |
| 223 | Reserved for sub-exhibit | |
| 224 | Reserved for sub-exhibit | |
| 225 | Reserved for sub-exhibit | |
| 226 | Jason Rzepniewski Valuation Estimate Report | |
| 227 | Rzepniewski Photos | |
| 228 | Reserved for sub-exhibit | |
| 229 | Aria Casino Report | |
| 230 | Reserved for sub-exhibit | |
| 231 | Reserved for sub-exhibit | |
| 232 | Reserved for sub-exhibit | |
| 233 | Reserved for sub-exhibit | |
| 234 | Reserved for sub-exhibit | |
| 235 | Reserved for sub-exhibit | |
| 236 | Reserved for sub-exhibit | |
| 237 | Resorts World Gambling Statement 2021 | |
| 238 | Resorts World Gambling Statement 2022 | |
| 239 | Resorts World Gambling Statement 2023 | |
| 240 | Reserved for sub-exhibit | |
| 241 | Reserved for sub-exhibit | |
| 242 | Reserved for sub-exhibit | |
| 243 | Hanfu Lee - Note from Youngblood - I Will Not Let You Down | |
| 244 | Hanfu Lee - Thank You Note from Even and Kota, Jr. | |
| 245 | Hanfu Lee - Money Paid to Youngblood from 2010 to 2017 | |
| 246 | Hanfu Lee - Youngblood IOUs and notes | |
| 247 | Hanfu Lee - Money Paid to Youngblood in 2023 | |
| 248 | Hanfu Lee - July 3, 2023, Voicemail from Marvin Knecht | |
| 249 | Hanfu Lee - Bank of America Statement July 2023 | |

| | | |
|---|---|---|
| 250 | Hanfu Lee - Bank of America Wire Transfers | |
| 251 | Youngblood July 2023 Navy Federal Statement and Wires | |
| 252 | Hanfu Lee - Voicemail from Youngblood | |
| 253 | Reserved for sub-exhibit | |
| 254 | Reserved for sub-exhibit | |
| 255 | Reserved for sub-exhibit | |
| 256 | Reserved for sub-exhibit | |
| 257 | Reserved for sub-exhibit | |
| 258 | K. Sloma - Financial Analysis Summary | |
| 259 | Reserved for sub-exhibit | |
| 260 | Reserved for sub-exhibit | |
| 261 | Reserved for sub-exhibit | |
| 262 | Reserved for sub-exhibit | |
| 263 | Gehrig Bat Photo Closeup 1 | |
| 264 | Gehrig Bat Photo Closeup 2 | |
| 265 | Photo of Kota's Car | |
| 266 | Photo of Kota's House (Outside View) | |
| 267 | Photo of Christmas Tree inside hall | |
| 268 | Photo 1 of Living Room | |
| 269 | Photo 2 of Living Room | |
| 270 | Photo of Kitchen | |
| 271 | Photo 1 of Laundry Room | |
| 272 | Photo 2 of Laundry Room | |
| 273 | Photo 3 of Laundry Room | |
| 274 | Photo 1 of Spare Room | |
| 275 | Photo 2 of Spare Room | |
| 276 | Photo 1 of Attic | |
| 277 | Photo 2 of Attic | |
| 278 | Photo 3 of Attic | |
| 279 | Photo of Putin Book | |

| | | |
|---|---|---|
| 280 | Photo of Gun 1 | |
| 281 | Photo of Gun 2 | |
| 282 | Photo of Gun 3 | |
| 283 | Photo of Gun 4 | |
| 284 | Photo of Credit Cards | |
| 285 | Photo of Family Room | |
| 286 | Photo of J. Holloway House (Outside View) | |
| 287 | Photo of Entry Way | |
| 288 | Photo of Garage | |
| 289 | Photo of Work Room | |
| 290 | Photo of Closet | |
| 291 | Photo of Letter | |
| 292 | Photo of Guns | |
| 293 | Photo of Notes | |
| 294 | Photo of Will | |
| 295 | Southwest Airlines Records | |
| 296 | Vegas Flights | |
| 297 | Aria Casino Video Clip 1 | |
| 298 | Aria Casino Video Clip 2 | |
| 299 | Aria Casino Video Clip 3 | |
| 300 | Aria Casino Video Clip 4 | |
| 301 | Aria Casino Video Clip 5 | |

Respectfully submitted,

Jaime Esparza
United States Attorney

*/s/ Daniel D. Guess*
Daniel D. Guess
Assistant United States Attorney
903 San Jacinto, Suite 334
Austin, Texas 78701
(512) 916-5858 (phone)
(512) 916-5854 (fax)

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 15th day of April 2024, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participants:

**Charlotte Anne Herring**
Federal Public Defender
504 Lavaca Street Suite 960
Austin, TX 78701

                       By:    <u>/s/ *Daniel D. Guess*</u>
                              Daniel D. Guess
                              Assistant United States Attorney