UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| United States of America | § | |
| --- | --- | --- |
| | § | |
| vs. | § | NO:  AU:23-CR-00135(1)-RP |
| | § | |
| (1) Saint Jovite Youngblood | § | |

# **LIST OF WITNESSES AT JURY TRIAL**

| **BY** | **GOVERNMENT** | **BY** | **DEFENDANT** |
| --- | --- | --- | --- |
| 1. | Lindsey Wilkinson | 1. | Brian Oberon |
| 2. | Scott Levins | 2. | Rachel Herrera Perardi |
| 3. | Darrell Lee | 3. | Saint Yovite Youngblood |
| 4. | Joseph Fiedler | 4. | |
| 5. | Jeff Bridgman | 5. | |
| 6. | Eric Perardi | 6. | |
| 7. | Dennis Schuler, Sr. | 7. | |
| 8. | Roeana York | 8. | |
| 9. | Jason York | 9. | |
| 10. | Hanfu Lee | 10. | |
| 11. | Matthew Vasquez | 11. | |
| 12. | Luke McEwin | 12. | |
| 13. | Lane Holloway | 13. | |
| 14. | Gary Snider | 14. | |
| 15. | Jason Rzepniewski | 15. | |
| 16. | James Holloway | | |
| 17. | Katie Sloma | | |
| 18. | Justin Noble | | |