

We do not condone what Lane or Seth and their wives and families ~~are~~ behavior are into. They are not welcome here. We have had (people), including law enforcement come to our door - here as well as our prior address looking for them. ~~or~~

← not respectable of looking people of non white decent.

### If Kota's name comes up

He has nothing to do with them. No one has come to us asking about him or about money or about Lane & his families activities.

*[Envelope annotations: "1960-SA-3754520-1991 1857", "Note from Holloway's Purse", "TRUONG", "KODA"]*



GOVERNMENT
EXHIBIT
A23CR135-RP
5





