# SUPERIOR COURT OF CALIFORNIA

**Name and Address of Court:**
**Superior Court of California, County of ORANGE**
700 W. Civic Center Drive
Santa Ana, CA  92701

## Case Header

Case Number: A185554

Case Title: SCHULER-NAME

Case Category: Civil - Unlimited
Case Type: Petitions - Other

Case Age: 89 days
Next Event Type:

Filing Date: 12/19/1996
Case Status: Closed   -   Terminations
Other

Location: Central Justice Center

Judicial Officer:

Department:

Next Event Date:

## Register of Actions Notice

| Participant Name | Role | Attorney |
|---|---|---|
| DENNIS J    SCHULER | Petitioner | JOHNSON LAURA E |
| DENNIS J    SCHULER AKA JOVITE YOUNGBLOODE | Petitioner | |

## Attorney Contact Information

| Attorney Name | Address | Phone Number |
|---|---|---|
| JOHNSON LAURA E | 113 N. HARBOR BLVD - FULLERTON, CA 92832 | |

**GOVERNMENT EXHIBIT**
**A23CR135-RP**
**12**

Date Printed: March 20, 2024        Page: 1

**Case Header**

Case Number: A185554

Case Title: SCHULER-NAME

Case Category: Civil - Unlimited

Case Type: Petitions - Other

Case Age: 89 days

Next Event Type:

Filing Date: 12/19/1996

Case Status: Closed    -    Terminations
Other

Location: Central Justice Center

Judicial Officer:

Department:

Next Event Date:

## Register of Actions Notice

| ROA# | Entry Date | Short/Long Entry | Filed By |
|---|---|---|---|
| 1 | 12/19/1996 | Case has been initiated on 12/19/1996 | |
| 2 | 12/19/1996 | PETITION FOR CHANGE OF NAME (PETITION FOR CHANGE OF NAME) was filed by DENNIS J     SCHULER on 12/19/1996 | |
| 3 | 12/19/1996 | Order to Show Cause re Change of Name (OSC CHANGE OF NAME) was filed by DENNIS J     SCHULER on 12/19/1996 | |
| 4 | 02/04/1997 | Converted Banner Minute Order (M.O. CHANGE NAME) for 02/04/1997 00:10:12 | |
| 5 | 03/03/1997 | Proof of Publication (PROOF OF PUBLICATION) was filed by DENNIS J SCHULER on 03/03/1997 | |
| 6 | 03/18/1997 | Converted Banner Minute Order (M.O. CHANGE NAME) for 03/18/1997 00:10:14 | |

## Case Header

Case Number: A185554

Case Title: SCHULER-NAME

Case Category: Civil - Unlimited

Case Type: Petitions - Other

Case Age: 89 days

Next Event Type:

Filing Date: 12/19/1996

Case Status: Closed  -  Terminations Other

Location: Central Justice Center

Judicial Officer:

Department:

Next Event Date:

## Register of Actions Notice

| ROA# | Entry Date | Short/Long Entry | Filed By |
|------|-----------|------------------|----------|
| 7 | 03/18/1997 | Decree Changing Name (ORDER DECREE FOR CHANGE OF NAME) was filed by DENNIS J     SCHULER on 03/18/1997 | |
| 8 | 03/18/1997 | Proof of Publication (PROOF OF PUBLICATION) was filed by DENNIS J SCHULER on 03/18/1997 | |
| 9 | 03/18/1997 | Disposition Code was entered: ALL JUDGMENTS BEFORE TRIAL | |
| 10 | 06/30/2013 | Case Transferred from Lamoreaux Justice Center to Central Justice Center, effective 07/01/2013. | |

I hereby certify the foregoing instrument containing ___ __ page(s) is a true and correct copy of the original on file in this court

ATTEST (DATE): _____
DAVID H. YAMASAKI, EXECUTIVE OFFICER AND CLERK OF THE
SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

BY _____ DEPUTY

I hereby certify the foregoing instrument consisting of **3** page(s)
is a true and correct copy of the original on file in this court.

ATTEST: (DATE) **MAR 2 0 2024**
DAVID H. YAMASAKI, EXECUTIVE OFFICER AND CLERK OF THE
SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

BY _____, DEPUTY

B. FUENTES

# SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF ORANGE

# MINUTE ORDER

SEQ NO    29

CALENDAR  318    CHANGE NAME
DEPT      703    CONVENED AT  2:00 PM                MARCH 18, 1997

JUDGE: FRAZEE, R. HURN, F.                 DEP CLK: PADITZKY, LITTLE-MICHELS
BAILIFF: BRIGGS, DON              REPORTER:  VIDEO.
CASE CATEGORY: PV09 CHANGE OF NAME
CONSOLIDATED CASE NUMBERS:

CASE:    A185554    SCHULER-NAME
MATTER:       01 MIN318 M.O. CHANGE NAME
REF FILING: 12/19/96  01
REF PRO:   03/18/97  01
PETITIONER         SCHULER, DENNIS J
APPEARANCES
(X)PETITIONER        * 001 SCHULER, DENNIS J
(X)REPRESENTED BY         JOHNSON, LAURA E

( )PARTIES ADVISED MATTER TO BE HEARD BY JUDICIAL OFFICER NAMED ABOVE AS
   TEMPORARY JUDGE. NO OBJECTION STATED. ALL PARTIES DEEMED TO HAVE SO
   STIPULATED.
( )STIPULATION FOR TEMPORARY JUDGE SIGNED THIS DATE.

(X)PETITION GRANTED AS (X)PRAYED. ( )SUPPLEMENTED. ( )AMENDED.

( )PETITION ( )DENIED ( )DISMISSED ( )WITH/WITHOUT PREJUDICE.
( )AT REQUEST OF ATTORNEY FOR PETITIONER ( )ON THE COURT'S MOTION:
   ( )ORDERED OFF CALENDAR ( )WITH/WITHOUT PREJUDICE
   ( )ORDERED CONTINUED TO _____,199__, AT _____,M. IN DEPT_____.

( )NO FURTHER CONTINUANCE WITHOUT APPEARANCE. IF NO APPEARANCE AT NEXT
   HEARING AND NOT RECOMMENDED FOR APPROVAL, MATTER WILL GO OFF CALENDAR.
( )MAY BE PRE-APPROVED IF ( )PROOF OF NEWSPAPER PUBLICATION OF OSC RECEIVED.
   ( )NON-PETITIONING PARENT SERVED ( )BIRTH CERTIFICATE STATES NAME:
   _____ ( )AND ALL DOCUMENTS DEEMED SUFFICIENT.
( )PETITIONER/S IDENTIFICATION SHOWS NAME/S:
   _____
( )CHILDS BIRTH CERTIFICATE SHOWS PARENTS NAMES:
   _____
( )AMENDED/NEW ORDER TO SHOW CAUSE TO ISSUE IF NECESSARY.
( )PETITION VERIFIED BY TESTIMONY.
( )COURT FINDS SUFFICIENT NOTICE TO _____.
( )COURT FINDS ALL NOTICE/PUBLICATION GIVEN AS REQUIRED BY LAW.
( )COURT FINDS CHANGE OF NAME IS IN THE BEST INTEREST OF THE MINOR.
( )MATTER REFERRED TO MEDIATION/INVESTIGATION FOR MEDIATION AND REPORT.
( )PETITONER SWORN AND TESTIFIED ( )NAME CHANGE QUESTIONS ANSWERED.

(X) Order amended to show AKA or Jay

CLERK III-MIN318                           ENTERED:            MARCH 18, 1997

DSP: DENY         DSP: O        DSP: NMCG        DSP: DISM
ADM: JBEF         ADM: O                         ADM: JDIS

490 (1/96)                        MINUTE ORDER

I hereby certify the foregoing instrument consisting of ____ page(s)
is a true and correct copy of the original on file in this court.

ATTEST: (DATE)_____ MAR 2 0 2024 _____
DAVID H. YAMASAKI, EXECUTIVE OFFICER AND CLERK OF THE
SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

BY _____, DEPUTY

B. FUENTES

*New*

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name & Address) | FOR COURT USE ONLY |
|---|---|

LAURA E. JOHNSON
1411 East Borchard
Santa Ana, CA 92705-4144

TELEPHONE: (714) 560-8990    ATTORNEY BAR # 183195

FILED
ORANGE COUNTY SUPERIOR COURT

96 DEC 19 AM 10: 03

ALAN SLATER, EXECUTIVE OFFICER/CLERK

BY D. WEBSTER

POT 3CN MIN 318

A185554

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
341 THE CITY DRIVE
POST OFFICE BOX 14171
ORANGE, CA 92613-1571

IN THE MATTER OF THE APPLICATION OF (name):

Adult Individual Petitioner
Dennis J. Schuler

FOR CHANGE OF NAME.

CASE NUMBER: A185554

HEARING DATE: 2-4-97

DEPT.: 703    TIME: 2:00 p

## PETITION FOR CHANGE OF NAME

Petitioner (name): ___Dennis J. Schuler_____ respectfully alleges that:

1. Petitioner (Applicant) is:
   a. ☑ over 18 years of age.
   b. ☐ under 18 years of age.

   Date of Birth: 12-18-71

2. Petitioner's (Applicant's) place of birth:

   Fairview Park, Ohio

3. Petitioner's (Applicant's) present address:

   151 Lydia
   La Habra, CA 90631

4. Petitioner's (Applicant's) present name:

   Dennis J. Schuler

5. Petitioner's (Applicant's) proposed name:

   Jovite Youngbloode

6. Reason for proposed change of name:

   Foster father changed my name when I was minor to take his name. I ra

7. Name, address and relationship of nearest living relative:
   (In case of a minor, and petition is signed by only one parent although both are living, the petition must state the address of the non-joining parent, if known.)

   Gretchen Schuler
   28710 Pershire
   North Olmstead, Ohio 44070

   A185554  SCHULER
   PR96085536  LP000004 PRF 12/19/96 16:24
   First Petition        182.00 PR01  1

PV 09                                    (over)

## PETITION FOR CHANGE OF NAME

609 (R1/94)

Wherefore Petitioner prays that the Court make an order changing his/her name from ___Dennis J. Schuler___

to ___Jovita Youngblood___

Dated: 12-19-96

_Petitioner_ [signature]

## VERIFICATION

STATE OF CALIFORNIA, COUNTY OF ORANGE

I have read the foregoing ___ **PETITION FOR CHANGE OF NAME** ___ and know its contents.

☐ CHECK APPLICABLE PARAGRAPH

☑ I am a party to this action. The matters stated in it are true of my own knowledge exept as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am ☐ an Officer ☐ a partner ☐ a ___ of ___ a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. I have read the foregoing document and know its contents. The matters stated in it are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am one of the attorneys for ___ a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I have read the foregoing document and know its contents. I am informed and believe and on that ground allege that the matters stated in it are true.

Executed on ___December 19___ , 19 96 at ___Orange___ California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[signature] 12-18-8c

_Signature_

I hereby certify the foregoing instrument consisting of ___ page(s)
is a true and correct copy of the original on file in this court.

ATTEST: (DATE)_____

**MAR 2 0 2024**

DAVID H. YAMASAKI, EXECUTIVE OFFICER AND CLERK OF THE
SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

BY _____, DEPUTY

B. FUENTES

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name & Address) | FOR COURT USE ONLY |
|---|---|
| LAURA E. JOHNSON<br>1411 East Borchard<br>Santa Ana, CA 92705-4144 | **FILED**<br>ORANGE COUNTY SUPERIOR COURT |
| TELEPHONE (714) 560-8990    ATTORNEY BAR # 183185 | MAR 18 1997 |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>PROBATE DIVISION<br>341 THE CITY DRIVE<br>POST OFFICE BOX 14171<br>ORANGE, CA 92613-1571 | ALAN SLATER, Executive Officer/ Clerk<br>BY J. HANSON |

IN THE MATTER OF THE APPLICATION OF (name):

Adult Individual Petitioner
DENNIS J. SCHULER

FOR CHANGE OF NAME.

| **DECREE CHANGING NAME** | CASE NUMBER:<br>A185554 |
|---|---|

The application of (name) ___Dennis J. Schuler   aka Dennis Jay Schuler___

for Order changing his/her name to: ___Jovito Youngbloode___

came on regularly to be heard in Department ___703___ of the above-entitled
Court this ___MAR 18 1997___ day of ___ 19___ , and proof having been made to
the satisfaction of the Court that notice of hearing was given in the manner and form required by law and order of this Court
and no objections having been filed by any person, and evidence having been produced on behalf of petitioner in support of
said application, and the Court having been satisfied that there is no reasonable objection to the Petitioner (Applicant) assuming
the name proposed; and

It appearing to the satisfaction of the Court that all the allegations of said application are true and that the order prayed
for should be granted:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the petitioner's (applicant's) name of _____
___Dennis J. Schuler___ be hereby changed to ___Jovito Youngbloode___ .
___AKA Dennis Jay Schuler___

Dated: ___MAR 18 1997___

___Richard O. Frazee___

Judge of the Superior Court

**RICHARD O. FRAZEE, SR.**

---

**CLERK'S CERTIFICATION**

(Seal)

I certify that the foregoing is a true and correct copy of the original on file in my office.

Dated: _____    ALAN SLATER, Executive Officer and Clerk

By _____ , Deputy

○● 810 (R1/84)    **DECREE CHANGING NAME**    ORD 3 CN<br>DSP: NMCG

PQD

I hereby certify the foregoing instrument consisting of ___ page(s)
is a true and correct copy of the original on file in this court.

ATTEST: (DATE) **MAR 2 0 2024**

DAVID H. YAMASAKI, EXECUTIVE OFFICER AND CLERK OF THE
SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

BY _____ DEPUTY

B. FUENTES

# PROOF OF PUBLICATION

STATE OF CALIFORNIA, )
                     ) ss.
County of Orange,    )

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of twenty one years, and not a party to or interested in the above entitled matter. I am the principal clerk of the **Yorba Linda Star,** a newspaper that has been adjudged to be a newspaper of general circulation by the Superior Court of the County of Orange, State of California, on June 9, 1952, Case No. A-21555 in and for the City of Yorba Linda, County of Orange, State of California; that the notice, of which the annexed is a true printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

Feb. 13, 20, 27, Mar. 6, 1997

"I certify (or declare) under the penalty of perjury under the laws of the State of California that the foregoing is true and correct":

Date _____ Mar. 6 _____, 19 97

_____
Signature

**Yorba Linda Star**
1771 S. Lewis St.
Anaheim, CA 92805
**(714) 634-1567**

## PROOF OF PUBLICATION

This space is for the County Clerk's Filing Stamp

**FILED**
ORANGE COUNTY SUPERIOR COURT
MAR 1 8 1997
ALAN _____, EXECUTIVE OFFICER/CLERK
By _____ DEPUTY

Proof of Publication of

ORDER TO SHOW CAUSE FOR CHANGE OF NAME
Case No. A185554
PETITIONER DENISE J. BOMBER HAS/HAVE FILED A PETITION FOR AN ORDER TO CHANGE NAME FROM DENNIS J. BOMBER TO JOYBE BOMBER

It is hereby ordered that all persons interested in this matter appear before this court in Department No. 703 of the Orange County Superior Court at 341 The City Drive, P.O. Box 14171, Orange, California, 92613-1571, on March 18, 1997 at 2:00 o'clock p.m., and then show cause, if any they have, why the petition for change of name should not be granted.

It is further ordered that a copy of this order to show cause be published in the Yorba Linda Star, a newspaper of general circulation published in this county, at least once a week for four consecutive weeks prior to the day of the hearing.

DATE: December 19, 1996
GALE HICKMAN
Judge/Commissioner of the Superior Court

Publish: Yorba Linda Star
Feb. 13, 20, 27, Mar. 6, 1997
21-049

I hereby certify the foregoing instrument consisting of _____ page(s) is a true and correct copy of the original on file in this court.

ATTEST: (DATE) **MAR 2 0 2024**

DAVID H. YAMASAKI, EXECUTIVE OFFICER AND CLERK OF THE
SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

BY _____, DEPUTY

B. FUENTES

# PROOF OF PUBLICATION

This space is for the County Clerk's Filing Stamp

F I L E D
ORANGE COUNTY SUPERIOR COURT
MAR 0 3 1997
ALAN SLATER, Executive Officer/Clerk
BY J. HANSON

STATE OF CALIFORNIA, )
                  ) ss.
County of Orange, )

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of twenty one years, and not a party to or interested in the above entitled matter. I am the principal clerk of the **Yorba Linda Star,** a newspaper that has been adjudged to be a newspaper of general circulation by the Superior Court of the County of Orange, State of California, on June 9, 1952, Case No. A-21555 in and for the City of Yorba Linda, County of Orange, State of California; that the notice, of which the annexed is a true printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

January 16, 23, 30, 1997,

February 6, 1997

Proof of Publication of

**ORDER TO SHOW CAUSE FOR CHANGE OF NAME**
Case No. A185554
PETITIONER(S) DENNIS J. SCHULER HAS/HAVE FILED A PETITION FOR AN ORDER TO CHANGE NAMES FROM **DENNIS J. SCHULER** to **JOVITE YOUNGBLOODE**.
It is hereby ordered that all persons interested in this matter appear before this court in Department No. 703 of the Orange County Superior Court at 341 The City Drive, P.O. Box 14171, Orange, California, 92613-1571, **February 4, 1997,** at **2:00** o'clock p.m., and then show cause, if any they have, why the petition for change of name should not be granted.
It is further ordered that a copy of this order to show cause be published in the Yorba Linda Star, a newspaper of general circulation published in this county, at least once a week for four consecutive weeks prior to the day of the hearing.
DATE: December 19, 1996
GALE HICKMAN
Judge/Commissioner of the Superior Court
Publish: Yorba Linda Star
Jan. 16, 23, 30, Feb. 6, 1997
21-049

"I certify (or declare) under the penalty of perjury under the laws of the State of California that the foregoing is true and correct":

Date _____ Feb. 6 _____, 19 97

_____
Signature

**Yorba Linda Star**
1771 S. Lewis St.
Anaheim, CA 92805
**(714) 634-1567**

PROOF OF PUBLICATION

I hereby certify the foregoing instrument consisting of _____ page(s)
is a true and correct copy of the original on file in this court.

ATTEST: (DATE)        MAR 2 0 2024
DAVID H. YAMASAKI, EXECUTIVE OFFICER AND CLERK OF THE
SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

BY _____ , DEPUTY

B. FUENTES



 

# SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF ORANGE
# MINUTE ORDER

SEQ NO    22

CALENDAR  318    CHANGE NAME
DEPT      703    CONVENED AT  2:00 PM          FEBRUARY  4, 1997

JUDGE: FRAZEE, R ~~HORN, P.~~              DEP CLK: PABITZKY, ~~DAELEY-MICHEL~~S
BAILIFF: ~~BRIGGS, D~~ RAMIREZ R.          REPORTER:  VIDEO.
CASE CATEGORY: PV09 CHANGE OF NAME
CONSOLIDATED CASE NUMBERS:

CASE:    A185554    SCHULER-NAME
MATTER:    01 MIN318 M.O. CHANGE NAME
REF FILING: 12/19/96  01
REF PRO:  02/04/97  01
PETITIONER    :SCHULER, DENNIS J
APPEARANCES
( )PETITIONER        ✿ 001 SCHULER, DENNIS J
( )REPRESENTED BY          JOHNSON, LAURA E

( )PARTIES ADVISED MATTER TO BE HEARD BY JUDICIAL OFFICER NAMED ABOVE AS
   TEMPORARY JUDGE. NO OBJECTION STATED. ALL PARTIES DEEMED TO HAVE SO
   STIPULATED.
( )STIPULATION FOR TEMPORARY JUDGE SIGNED THIS DATE.

( )PETITION GRANTED AS ( )PRAYED. ( )SUPPLEMENTED. ( )AMENDED.

( )PETITION ( )DENIED ( )DISMISSED ( )WITH/WITHOUT PREJUDICE.
(X)AT REQUEST OF ATTORNEY FOR PETITIONER ( )ON THE COURT'S MOTION:
   ( )ORDERED OFF CALENDAR ( )WITH/WITHOUT PREJUDICE
   (X)ORDERED CONTINUED TO _____3-18,199_7. AT ___3 P.M. IN DEPT 703.

( )NO FURTHER CONTINUANCE WITHOUT APPEARANCE. IF NO APPEARANCE AT NEXT
   HEARING AND NOT RECOMMENDED FOR APPROVAL, MATTER WILL GO OFF CALENDAR.
( )MAY BE PRE-APPROVED IF ( )PROOF OF NEWSPAPER PUBLICATION OF OSC RECEIVED.
   ( )NON-PETITIONING PARENT SERVED ( )BIRTH CERTIFICATE STATES NAME:
   _____ ( )AND ALL DOCUMENTS DEEMED SUFFICIENT.
( )PETITIONER/S IDENTIFICATION SHOWS NAME/S:

( )CHILDS BIRTH CERTIFICATE SHOWS PARENTS NAMES:
   _____
( )AMENDED/NEW ORDER TO SHOW CAUSE TO ISSUE IF NECESSARY.
( )PETITION VERIFIED BY TESTIMONY.
( )COURT FINDS SUFFICIENT NOTICE TO _____.
( )COURT FINDS ALL NOTICE/PUBLICATION GIVEN AS REQUIRED BY LAW.
( )COURT FINDS CHANGE OF NAME IS IN THE BEST INTEREST OF THE MINOR.
( )MATTER REFERRED TO MEDIATION/INVESTIGATION FOR MEDIATION AND REPORT.
( )PETITIONER SWORN AND TESTIFIED ( )NAME CHANGE QUESTIONS ANSWERED.


CLERK III-MIN318                    ENTERED:          FEBRUARY  4, 1997

                                   PAGE:       OF

DSP: DENY        DSP: 0                        DSP: NMCG        DSP: DISM
ADM: JBEF        ADM: 0                                        ADM: JDIS
490 (1/96)
                              MINUTE ORDER

I hereby certify the foregoing instrument consisting of _____ page(s)
is a true and correct copy of the original on file in this court.

ATTEST: (DATE)_____    MAR 2 0 2024
DAVID H. YAMASAKI, EXECUTIVE OFFICER AND CLERK OF THE
SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

BY _____    DEPUTY

B. FUENTES

SUPERIOR COURT, COUNTY OF ORANGE

**FILED**
ORANGE COUNTY SUPERIOR COURT

96 DEC 19 AM 10: 03

ALAN SLATER, EXECUTIVE OFFICER/CLERK

BY D. WEBSTER

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):  | TELEPHONE NO: |
|---|---|
| LAURA E. JOHNSON<br>1411 East Borchard<br>Santa Ana, CA  92705-4144 | (714) 560-8990 |

ATTORNEY FOR (Name): Dennis J. Schuler  ATTORNEY BAR #: 183185

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
STREET ADDRESS: **341 The City Drive**
MAILING ADDRESS: **Post Office Box 14171**
CITY AND ZIP CODE: **Orange, CA 92613-1571**

IN THE MATTER OF THE PETITION TO CHANGE THE NAME OF
*[Use present name(s)]*

Adult Individual Petitioner
DENNIS J. SCHULER

| ORDER TO SHOW CAUSE FOR CHANGE OF NAME | CASE NUMBER:<br>A185554 |
|---|---|

PETITIONER(S)

Dennis J. Schuler

HAS/HAVE FILED A PETITION FOR AN ORDER TO CHANGE NAMES

FROM

Dennis J. Schuler

TO

Jovite Youngbloode

It is hereby ordered that all persons interested in this matter appear before this court in Department No. 703 of the Orange County Superior Court at the address shown above on _____ 2-4 , 19 97 , at 2 oo o'clock P m., and then and there show cause, if any they have, why the petition for change of name should not be granted.

It is further ordered that a copy of this order to show cause be published in Yorba Linda Star , a newspaper of general circulation published in this county, at least once a week for four consecutive weeks prior to the day of the hearing.

DATE: DEC 1 9 1996

JUDGE/COMMISSIONER OF THE SUPERIOR COURT

GALE HICKMAN

SEE GOVERNMENT CODE SECTION 6064 FOR PUBLICATION REQUIREMENTS

NOTE: 30 DAYS OR MORE BEFORE THE HEARING THE NON-PETITIONING PARENT MUST BE PERSONALLY SERVED (PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 415.10) OR SERVED BY MAIL (PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 415.40) WITH A COPY OF THE NOTICE OF HEARING OR THE ORDER TO SHOW CAUSE FOR CHANGE OF NAME. THE PARENT MAY BE SERVED BY MAIL ONLY IF THE PARENT IS OUTSIDE CALIFORNIA.

374.3 (R8/92)                                                                OSC 374

I hereby certify the foregoing instrument consisting of ____ page(s) is a true and correct copy of the original on file in this court.

ATTEST: (DATE) **MAR 2 0 2024**

DAVID H. YAMASAKI, EXECUTIVE OFFICER AND CLERK OF THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

BY _____ DEPUTY

B. FUENTES

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| **Plaintiff,** § | |
| § | **CRIMINAL NO. 1:23-CR-135-RP** |
| **v.** § | |
| § | |
| **SAINT JOVITE YOUNGBLOOD** § | |
| **a.k.a. Kota Youngblood,** § | |
| **Defendant.** § | |

## STIPULATION OF EVIDENCE

COMES NOW the United States Attorney for the Western District of Texas, by and through the undersigned Assistant United States Attorney, the defendant, and his attorneys, and agree and stipulate to the following evidence on this _____ day of April 2024:

If called by the government, Robert Armenta would testify as follows. Mr. Armenta is an employee of the Federal Reserve Bank of New York (New York Fed) and is an expert in the operation of the Fedwire Funds Service. Mr. Armenta reviewed records maintained by the New York Fed related to the Fedwire Funds Service. Since April 27, 2009, the processing of all Fedwire funds transfer messages has involved a multistep process and communication between two data centers in New Jersey and Texas, respectively. The Fedwire Funds Service initially receives Fedwire funds transfers at the service's primary processing site. The Fedwire Funds Service application then sends a

Stipulation of Evidence – Page 1

GOVERNMENT
EXHIBIT
A23CR135-RP
**15**

copy of the message to a secondary processing site and waits for a confirmation from the secondary processing site that the replicated copy has arrived at that site. The Fedwire Funds Service then settles the funds transfer by debiting the Fedwire sender's Federal Reserve Bank account and crediting the Fedwire receiver's Federal Reserve Bank account. Accordingly, all Fedwire funds transfers processed through the Fedwire Funds Service after April 27, 2009, involved the transmission of signals by means of a wire in interstate commerce.

Mr. Armenta reviewed the electronic funds transfers alleged in Counts One through Four of the Second Superseding Indictment and concluded that all used the Fedwire Funds Service and therefore involved an interstate exchange of electronic communication:

1. As identified in count one of the indictment, the transfer of $36,000 via interstate wire from account xxx6079 of Eric Perardi at Washington Federal to Eric Perardi's Wells Fargo account xxx6673;

2. As identified in count two of the indictment, the transfer of $50,000 via interstate wire from account xxx6079 of Eric Perardi at Washington Federal to Eric Perardi's Wells Fargo account xxx6673;

3. As identified in count three of the indictment, the transfer of $235,000 via interstate wire from the Gary Snider Roth IRA account xxx1952 from JP Morgan Chase to Gary Snider's Wells Fargo account xxx2952;

4. As identified in count four of the indictment, the transfer of $19,800 via interstate wire from account xxx3353 of Hanfu Lee at Bank of America to the Navy Federal Credit Union account xxx7070 of Kota Youngblood.

Each of these four transactions processed through the Fedwire Funds Service and involved an exchange of electronic communications between Federal Reserve facilities in New Jersey and Texas.

Daniel D. Guess,
Assistant United States Attorney

Saint Jovite Youngblood,
Defendant

Charly Herring,
Attorney for Defendant

**Stipulation of Evidence - Page 3**

# СССР

## ДРЕВНИЕ РУССКИЕ ИКОНЫ



GOVERNMENT
EXHIBIT
A23CR135-RP
16

СЕРИЯ ЮНЕСКО „МИРОВОЕ ИСКУССТВО"

4:47

**Wagyu On Wheels**

···

**Charles W.**

👤 0    ⭐ 3    🖼 0

⭐⭐⭐⭐⭐    3 days ago

The burgers are fine and the sides we're good too. It's the location that I cannot stand. The owner of The Crossover, Eric Perardi, is in bed with Los Zetas, CDN, and JNGC. He launders money for them, his "ex-wife" Rachel has financial and sexual relations with Maxiley Barahona AND Nemesio Cervantes, and Julie Herrera (Rachel's aunt) uses their money to launch Toyota of Cedar Park and City Limits Subaru.

Nemesio Cervantes has a $10 million reward on his head and these three people know where he is and don't turn him in. Just how deep are they in with him? Maxiley Barahona is the head of Los Zetas and this isn't even touching on Z-40 Miguel Morales who orchestrates everything while being safe behind bars.  Why would you want to get anywhere near Eric, Rachel, or Julie given their cartel connections? How long until their stink rubs off on you?

Do yourself a favor and stay away from any business associated with these three dirt bags.

💡          👏          💗          🐾
Helpful 0    Thanks 0    Love this 0    Oh no 0

‹          1 of 3 reviews          ›

GOVERNMENT EXHIBIT

CASE NO. A23CR135-RP

EXHIBIT NO. 18

🔍          🗂          ⦿          🔖          ☰
**Search**    Projects    Me    Collections    More

**Thai V.**

👤 0    ⭐ 35    🖼 0

⭐⭐⭐⭐⭐  5 hours ago

I love coming here and am never disappointed. The only disappointment I have would have is that Eric Perardi, Rachel Herrera and Julie Herrera might show up here.

Stay away from Julie Herrera, Rachel Herrera, and Eric Perardi. These three people are in bed with Los Zetas, JNGC, and CDN. They launder money for them, use the cartel's money to launch businesses, and provide them legitimate business fronts to operate their drug trafficking and distribution businesses.

They have been laundering money for them since at least February 2013. Rachel used the cartel's money to start Toyota of Cedar Park and City Limits Subaru. Eric has used it in his projects such as The Crossover. Rachel sells drugs for them.

Rachel has both financial and sexual relationships with Maxiley Barahona (leader of Los Zetas) and Nemesio Cervantes (leader of JNGC and a $10 million reward on his head). Eric launders money for all of them and shares his wife Rachel with them. Finally, Julie provides them with a means of trafficking with the vehicles from Toyota of Cedar Park.

These three know where the leaders are and meet with them on a regular basis but don't turn them in for the reward. How much money are they making from the cartels? If they see no problem being in bed with the cartels how long until their stink hits everyone around them? Do you want to have your family around these horrible people?



**GOVERNMENT EXHIBIT**

CASE NO.  A23CR135-RP

EXHIBIT NO.  19