Dad, I am getting on a plane
in 10 minutes w/ my family &
not coming back. I am in
grave danger & being looked
for.

Seth, Boatright, and his fuckg
Frank paid some bad people
to find me & the kids.

Kate borrowed money to get me
out.

Everything I said in those letters
came from Petz & Eva. after Seth
fucked all of us over w/ Ed
for 20 million.

Goodbye & fuck off Dad.

GOVERNMENT EXHIBIT
CASE NO. A23CR135-RP
EXHIBIT NO. 126

# WoodSpring Suites Jacksonville Campfield Commons



11250 Lambtail Lane  
Jacksonville, FL 32256

Phone:  904-289-3439  
Fax:  904-658-0012  
E-mail:  FLG05@stayatchoice.com  
Website:  www.woodspring.com



GOVERNMENT EXHIBIT  
CASE NO. A23CR135-RP  
EXHIBIT NO. 127

## Guest Charges

Folio #:  4004  
Room #:  224  
Payment Method: Cash  
Rate :

Guest : elessedil, william

Billing Reference :  
Company :  Relocation  
10/13/2022   $68.43      11250 lambtail lane  
3/16/2023    $74.14      jacksonville, FL 32256

Conf #:  3993  
CRS #:

Arrival:  10/13/2022  
Departure: 7/13/2023

Next Payment Due:                                                                                                                 7/1/2023  
Estimated Next Payment Amount:

\* Folio Postings are consolidated by Date

| Date | Department | Reference | Voucher | Room | Charge | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 10/12/2022 | Mastercard | MC0386 | | 224 | | $155.33 | ($155.33) |
| 10/13/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($76.58) |
| 10/14/2022 | Cash | | | 224 | | $100.00 | ($176.58) |
| 10/14/2022 | Mastercard | MC0386 | | 224 | | $453.42 | ($630.00) |
| 10/14/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($551.25) |
| 10/15/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($472.50) |
| 10/16/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($393.75) |
| 10/17/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($315.00) |
| 10/18/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($236.25) |
| 10/19/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($157.50) |
| 10/20/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($78.75) |
| 10/21/2022 | All Charges | Group by Date | | 224 | $78.75 | | $0.00 |
| 10/22/2022 | Mastercard | MC0386 | | 224 | | $553.42 | ($553.42) |
| 10/22/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($474.67) |
| 10/23/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($395.92) |
| 10/24/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($317.17) |
| 10/25/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($238.42) |
| 10/26/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($159.67) |
| 10/27/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($80.92) |
| 10/28/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($2.17) |
| 10/29/2022 | Mastercard | MC0386 | | 224 | | $553.42 | ($555.59) |
| 10/29/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($476.84) |
| 10/30/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($398.09) |
| 10/31/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($319.34) |
| 11/1/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($240.59) |
| 11/2/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($161.84) |
| 11/3/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($83.09) |
| 11/4/2022 | Mastercard | MC0386 | | 224 | | $553.42 | ($636.51) |

# WoodSpring Suites Jacksonville Campfield Commons



11250 Lambtail Lane  
Jacksonville, FL 32256

Phone: 904-289-3439  
Fax: 904-658-0012  
E-mail: FLG05@stayatchoice.com  
Website: www.woodspring.com

| Date | Department | Reference | Voucher | Room | Charge | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 11/4/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($557.76) |
| 11/5/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($479.01) |
| 11/6/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($400.26) |
| 11/7/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($321.51) |
| 11/8/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($242.76) |
| 11/9/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($164.01) |
| 11/10/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($85.26) |
| 11/11/2022 | Mastercard | MC0386 | | 224 | | $544.74 | ($630.00) |
| 11/11/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($551.25) |
| 11/12/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($472.50) |
| 11/13/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($393.75) |
| 11/14/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($315.00) |
| 11/15/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($236.25) |
| 11/16/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($157.50) |
| 11/17/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($78.75) |
| 11/18/2022 | Mastercard | MC0386 | | 224 | | $551.25 | ($630.00) |
| 11/18/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($551.25) |
| 11/19/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($472.50) |
| 11/20/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($393.75) |
| 11/21/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($315.00) |
| 11/22/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($236.25) |
| 11/23/2022 | Mastercard | MC0386 | | 224 | | $236.25 | ($472.50) |
| 11/23/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($393.75) |
| 11/24/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($315.00) |
| 11/25/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($236.25) |
| 11/26/2022 | Mastercard | MC0386 | | 224 | | $157.50 | ($393.75) |
| 11/26/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($315.00) |
| 11/27/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($236.25) |
| 11/28/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($157.50) |
| 11/29/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($78.75) |
| 11/30/2022 | All Charges | Group by Date | | 224 | $78.75 | | $0.00 |
| 11/30/2022 | Mastercard | MC0386 | | 224 | | $551.25 | ($551.25) |
| 12/1/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($472.50) |
| 12/2/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($393.75) |
| 12/3/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($315.00) |
| 12/4/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($236.25) |
| 12/5/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($157.50) |
| 12/6/2022 | Mastercard | MC0386 | | 224 | | $551.25 | ($708.75) |
| 12/6/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($630.00) |
| 12/7/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($551.25) |

# WoodSpring Suites Jacksonville Campfield Commons



11250 Lambtail Lane  
Jacksonville, FL 32256

Phone: 904-289-3439  
Fax: 904-658-0012  
E-mail: FLG05@stayatchoice.com  
Website: www.woodspring.com

| Date | Department | Reference | Voucher | Room | Charge | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 12/8/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($472.50) |
| 12/9/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($393.75) |
| 12/10/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($315.00) |
| 12/11/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($236.25) |
| 12/12/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($157.50) |
| 12/13/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($78.75) |
| 12/14/2022 | All Charges | Group by Date | | 224 | $78.75 | | $0.00 |
| 12/15/2022 | All Charges | Group by Date | | 224 | $78.75 | | $78.75 |
| 12/16/2022 | Mastercard | MC0386 | | 224 | | $551.25 | ($472.50) |
| 12/16/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($393.75) |
| 12/17/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($315.00) |
| 12/18/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($236.25) |
| 12/19/2022 | Mastercard | MC0386 | | 224 | | $551.25 | ($787.50) |
| 12/19/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($708.75) |
| 12/20/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($630.00) |
| 12/21/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($551.25) |
| 12/22/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($472.50) |
| 12/23/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($393.75) |
| 12/24/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($315.00) |
| 12/25/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($236.25) |
| 12/26/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($157.50) |
| 12/27/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($78.75) |
| 12/28/2022 | All Charges | Group by Date | | 224 | $78.75 | | $0.00 |
| 12/29/2022 | Mastercard | MC0386 | | 224 | | $577.17 | ($577.17) |
| 12/29/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($498.42) |
| 12/30/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($419.67) |
| 12/31/2022 | All Charges | Group by Date | | 224 | $78.75 | | ($340.92) |
| 1/1/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($262.17) |
| 1/2/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($183.42) |
| 1/3/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($104.67) |
| 1/4/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($25.92) |
| 1/5/2023 | All Charges | Group by Date | | 224 | $78.75 | | $52.83 |
| 1/6/2023 | Cash | | | 224 | | $525.33 | ($472.50) |
| 1/6/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($393.75) |
| 1/7/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($315.00) |
| 1/8/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($236.25) |
| 1/9/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($157.50) |
| 1/10/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($78.75) |
| 1/11/2023 | All Charges | Group by Date | | 224 | $78.75 | | $0.00 |
| 1/12/2023 | Cash | | | 224 | | $551.25 | ($551.25) |

# WoodSpring Suites Jacksonville Campfield Commons



11250 Lambtail Lane  
Jacksonville, FL 32256

Phone: 904-289-3439  
Fax: 904-658-0012  
E-mail: FLG05@stayatchoice.com  
Website: www.woodspring.com

| Date | Department | Reference | Voucher | Room | Charge | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 1/12/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($472.50) |
| 1/13/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($393.75) |
| 1/14/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($315.00) |
| 1/15/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($236.25) |
| 1/16/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($157.50) |
| 1/17/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($78.75) |
| 1/18/2023 | All Charges | Group by Date | | 224 | $78.75 | | $0.00 |
| 1/19/2023 | All Charges | Group by Date | | 224 | $78.75 | | $78.75 |
| 1/20/2023 | Cash | | | 224 | | $551.25 | ($472.50) |
| 1/20/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($393.75) |
| 1/21/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($315.00) |
| 1/22/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($236.25) |
| 1/23/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($157.50) |
| 1/24/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($78.75) |
| 1/25/2023 | All Charges | Group by Date | | 224 | $78.75 | | $0.00 |
| 1/26/2023 | Cash | | | 224 | | $551.25 | ($551.25) |
| 1/26/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($472.50) |
| 1/27/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($393.75) |
| 1/28/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($315.00) |
| 1/29/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($236.25) |
| 1/30/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($157.50) |
| 1/31/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($78.75) |
| 2/1/2023 | All Charges | Group by Date | | 224 | $78.75 | | $0.00 |
| 2/2/2023 | All Charges | Group by Date | | 224 | $78.75 | | $78.75 |
| 2/3/2023 | Cash | | | 224 | | $551.25 | ($472.50) |
| 2/3/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($393.75) |
| 2/4/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($315.00) |
| 2/5/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($236.25) |
| 2/6/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($157.50) |
| 2/7/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($78.75) |
| 2/8/2023 | Cash | | | 224 | | $551.25 | ($630.00) |
| 2/8/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($551.25) |
| 2/9/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($472.50) |
| 2/10/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($393.75) |
| 2/11/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($315.00) |
| 2/12/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($236.25) |
| 2/13/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($157.50) |
| 2/14/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($78.75) |
| 2/15/2023 | Cash | | | 224 | | $551.25 | ($630.00) |
| 2/15/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($551.25) |

# WoodSpring Suites Jacksonville Campfield Commons



11250 Lambtail Lane  
Jacksonville, FL 32256

Phone:   904-289-3439  
Fax:     904-658-0012  
E-mail:  FLG05@stayatchoice.com  
Website: www.woodspring.com

| Date | Department | Reference | Voucher | Room | Charge | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 2/16/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($472.50) |
| 2/17/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($393.75) |
| 2/18/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($315.00) |
| 2/19/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($236.25) |
| 2/20/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($157.50) |
| 2/21/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($78.75) |
| 2/22/2023 | All Charges | Group by Date | | 224 | $78.75 | | $0.00 |
| 2/23/2023 | Cash | | | 224 | | $551.25 | ($551.25) |
| 2/23/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($472.50) |
| 2/24/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($393.75) |
| 2/25/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($315.00) |
| 2/26/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($236.25) |
| 2/27/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($157.50) |
| 2/28/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($78.75) |
| 3/1/2023 | All Charges | Group by Date | | 224 | $78.75 | | $0.00 |
| 3/2/2023 | Cash | | | 224 | | $551.25 | ($551.25) |
| 3/2/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($472.50) |
| 3/3/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($393.75) |
| 3/4/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($315.00) |
| 3/5/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($236.25) |
| 3/6/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($157.50) |
| 3/7/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($78.75) |
| 3/8/2023 | All Charges | Group by Date | | 224 | $78.75 | | $0.00 |
| 3/9/2023 | All Charges | Group by Date | | 224 | $78.75 | | $78.75 |
| 3/10/2023 | Cash | | | 224 | | $551.25 | ($472.50) |
| 3/10/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($393.75) |
| 3/11/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($315.00) |
| 3/12/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($236.25) |
| 3/13/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($157.50) |
| 3/14/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($78.75) |
| 3/15/2023 | Cash | | | 224 | | $78.75 | ($157.50) |
| 3/15/2023 | All Charges | Group by Date | | 224 | $78.75 | | ($78.75) |
| 3/16/2023 | All Charges | Group by Date | | 224 | $85.23 | | $6.48 |
| 3/17/2023 | Cash | | | 224 | | $596.61 | ($590.13) |
| 3/17/2023 | All Charges | Group by Date | | 224 | $85.23 | | ($504.90) |
| 3/18/2023 | All Charges | Group by Date | | 224 | $85.23 | | ($419.67) |
| 3/19/2023 | All Charges | Group by Date | | 224 | $85.23 | | ($334.44) |
| 3/20/2023 | All Charges | Group by Date | | 224 | $85.23 | | ($249.21) |
| 3/21/2023 | All Charges | Group by Date | | 224 | $85.23 | | ($163.98) |
| 3/22/2023 | All Charges | Group by Date | | 224 | $85.23 | | ($78.75) |

# WoodSpring Suites Jacksonville Campfield Commons



11250 Lambtail Lane  
Jacksonville, FL 32256

Phone:   904-289-3439  
Fax:      904-658-0012  
E-mail:   FLG05@stayatchoice.com  
Website: www.woodspring.com

| Date | Department | Reference | Voucher | Room | Charge | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 3/23/2023 | All Charges | Group by Date | | 224 | $85.23 | | $6.48 |
| 3/24/2023 | Cash | | | 224 | | $596.61 | ($590.13) |
| 3/24/2023 | All Charges | Group by Date | | 224 | $85.23 | | ($504.90) |
| 3/25/2023 | All Charges | Group by Date | | 224 | $85.23 | | ($419.67) |
| 3/26/2023 | All Charges | Group by Date | | 224 | $85.23 | | ($334.44) |
| 3/27/2023 | All Charges | Group by Date | | 224 | $85.23 | | ($249.21) |
| 3/28/2023 | All Charges | Group by Date | | 224 | $85.23 | | ($163.98) |
| 3/29/2023 | All Charges | Group by Date | | 224 | $85.23 | | ($78.75) |
| 3/30/2023 | Cash | | | 224 | | $596.61 | ($675.36) |
| 3/30/2023 | All Charges | Group by Date | | 224 | $85.23 | | ($590.13) |
| 3/31/2023 | All Charges | Group by Date | | 224 | $85.23 | | ($504.90) |
| 4/1/2023 | All Charges | Group by Date | | 224 | $85.23 | | ($419.67) |
| 4/2/2023 | All Charges | Group by Date | | 224 | $85.23 | | ($334.44) |
| 4/3/2023 | All Charges | Group by Date | | 224 | $85.23 | | ($249.21) |
| 4/4/2023 | All Charges | Group by Date | | 224 | $85.23 | | ($163.98) |
| 4/5/2023 | All Charges | Group by Date | | 224 | $85.23 | | ($78.75) |
| 4/6/2023 | Cash | | | 224 | | $596.61 | ($675.36) |
| 4/6/2023 | All Charges | Group by Date | | 224 | $85.23 | | ($590.13) |
| 4/7/2023 | All Charges | Group by Date | | 224 | $85.23 | | ($504.90) |
| 4/8/2023 | All Charges | Group by Date | | 224 | $85.23 | | ($419.67) |
| 4/9/2023 | All Charges | Group by Date | | 224 | $85.23 | | ($334.44) |
| 4/10/2023 | All Charges | Group by Date | | 224 | $85.23 | | ($249.21) |
| 4/11/2023 | All Charges | Group by Date | | 224 | $85.23 | | ($163.98) |
| 4/12/2023 | All Charges | Group by Date | | 224 | $85.23 | | ($78.75) |
| 4/13/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($3.53) |
| 4/14/2023 | Cash | | | 224 | | $523.01 | ($526.54) |
| 4/14/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($451.32) |
| 4/15/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($376.10) |
| 4/16/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($300.88) |
| 4/17/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($225.66) |
| 4/18/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($150.44) |
| 4/19/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($75.22) |
| 4/20/2023 | All Charges | Group by Date | | 224 | $75.22 | | $0.00 |
| 4/21/2023 | Cash | | | 224 | | $526.54 | ($526.54) |
| 4/21/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($451.32) |
| 4/22/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($376.10) |
| 4/23/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($300.88) |
| 4/24/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($225.66) |
| 4/25/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($150.44) |
| 4/26/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($75.22) |

# WoodSpring Suites Jacksonville Campfield Commons



11250 Lambtail Lane  
Jacksonville, FL 32256

Phone:   904-289-3439  
Fax:     904-658-0012  
E-mail:  FLG05@stayatchoice.com  
Website: www.woodspring.com

| Date | Department | Reference | Voucher | Room | Charge | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 4/27/2023 | All Charges | Group by Date | | 224 | $75.22 | | $0.00 |
| 4/28/2023 | Cash | | | 224 | | $526.54 | ($526.54) |
| 4/28/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($451.32) |
| 4/29/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($376.10) |
| 4/30/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($300.88) |
| 5/1/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($225.66) |
| 5/2/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($150.44) |
| 5/3/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($75.22) |
| 5/4/2023 | All Charges | Group by Date | | 224 | $75.22 | | $0.00 |
| 5/5/2023 | All Charges | Group by Date | | 224 | $75.22 | | $75.22 |
| 5/6/2023 | Cash | | | 224 | | $526.46 | ($451.24) |
| 5/6/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($376.02) |
| 5/7/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($300.80) |
| 5/8/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($225.58) |
| 5/9/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($150.36) |
| 5/10/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($75.14) |
| 5/11/2023 | All Charges | Group by Date | | 224 | $75.22 | | $0.08 |
| 5/12/2023 | Cash | | | 224 | | $526.60 | ($526.52) |
| 5/12/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($451.30) |
| 5/13/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($376.08) |
| 5/14/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($300.86) |
| 5/15/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($225.64) |
| 5/16/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($150.42) |
| 5/17/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($75.20) |
| 5/18/2023 | All Charges | Group by Date | | 224 | $75.22 | | $0.02 |
| 5/19/2023 | Cash | | | 224 | | $526.56 | ($526.54) |
| 5/19/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($451.32) |
| 5/20/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($376.10) |
| 5/21/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($300.88) |
| 5/22/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($225.66) |
| 5/23/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($150.44) |
| 5/24/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($75.22) |
| 5/25/2023 | Cash | | | 224 | | $526.54 | ($601.76) |
| 5/25/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($526.54) |
| 5/26/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($451.32) |
| 5/27/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($376.10) |
| 5/28/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($300.88) |
| 5/29/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($225.66) |
| 5/30/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($150.44) |
| 5/31/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($75.22) |

## WoodSpring Suites Jacksonville Campfield Commons

11250 Lambtail Lane  
Jacksonville, FL 32256

Phone: 904-289-3439  
Fax: 904-658-0012  
E-mail: FLG05@stayatchoice.com  
Website: www.woodspring.com

**WOODSPRING SUITES**  
AN EXTENDED STAY HOTEL

| Date | Department | Reference | Voucher | Room | Charge | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 6/1/2023 | Cash | | | 224 | | $526.54 | ($601.76) |
| 6/1/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($526.54) |
| 6/2/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($451.32) |
| 6/3/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($376.10) |
| 6/4/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($300.88) |
| 6/5/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($225.66) |
| 6/6/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($150.44) |
| 6/7/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($75.22) |
| 6/8/2023 | All Charges | Group by Date | | 224 | $75.22 | | $0.00 |
| 6/9/2023 | Cash | | | 224 | | $526.54 | ($526.54) |
| 6/9/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($451.32) |
| 6/10/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($376.10) |
| 6/11/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($300.88) |
| 6/12/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($225.66) |
| 6/13/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($150.44) |
| 6/14/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($75.22) |
| 6/15/2023 | All Charges | Group by Date | | 224 | $75.22 | | $0.00 |
| 6/16/2023 | Cash | | | 224 | | $526.54 | ($526.54) |
| 6/16/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($451.32) |
| 6/17/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($376.10) |
| 6/18/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($300.88) |
| 6/19/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($225.66) |
| 6/20/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($150.44) |
| 6/21/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($75.22) |
| 6/22/2023 | Cash | | | 224 | | $225.00 | ($300.22) |
| 6/22/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($225.00) |
| 6/23/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($149.78) |
| 6/24/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($74.56) |
| 6/25/2023 | All Charges | Group by Date | | 224 | $75.22 | | $0.66 |
| 6/26/2023 | Cash | | | 224 | | $302.00 | ($301.34) |
| 6/26/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($226.12) |
| 6/27/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($150.90) |
| 6/28/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($75.68) |
| 6/29/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($0.46) |
| 6/30/2023 | Cash | | | 224 | | $300.42 | ($300.88) |
| 6/30/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($225.66) |
| 7/1/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($150.44) |
| 7/2/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($75.22) |
| 7/3/2023 | Cash | | | 224 | | $150.44 | ($225.66) |
| 7/3/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($150.44) |

# WoodSpring Suites Jacksonville Campfield Commons



11250 Lambtail Lane  
Jacksonville, FL 32256

Phone: 904-289-3439  
Fax: 904-658-0012  
E-mail: FLG05@stayatchoice.com  
Website: www.woodspring.com

| Date | Department | Reference | Voucher | Room | Charge | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 7/4/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($75.22) |
| 7/5/2023 | Cash | | | 224 | | $225.66 | ($300.88) |
| 7/5/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($225.66) |
| 7/6/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($150.44) |
| 7/7/2023 | Cash | | | 224 | | $301.00 | ($451.44) |
| 7/7/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($376.22) |
| 7/8/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($301.00) |
| 7/9/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($225.78) |
| 7/10/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($150.56) |
| 7/11/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($75.34) |
| 7/12/2023 | All Charges | Group by Date | | 224 | $75.22 | | ($0.12) |
| 7/13/2023 | All Charges | Group by Date | | 224 | $0.12 | | $0.00 |
| | | | | | **Balance** | | **$0.00** |

Additional Estimated Charges (Room, Tax, Other) through    6/30/2023    $0.00

I agree that my liability for all charges is not waived.

Guest Signature







