# Rita T.

From TX, TX

0 Friends · 1 Review · 0 Photos

- Add friend
- Compliment
- Send message
- Follow Rita T.
- Similar Reviews

## Rita's Profile

- Profile Overview
- Reviews
- Compliments
- Collections

Report this profile

## Reviews

Sort by: Date

### Takavron
Food Trucks, Tacos, Caterers
1717 Scottsdale
Leander, TX 78641

★★★★★ 4/29/2023

The food is fine, the location is terrible. The Crossover is owned by professional dirt bag and Los Zetas-connected money launderer Eric Perardi. Just being near the crossover should make you sick with the stench of evil and debauchery.

Eric Perardi, his "ex-wife" Rachel Herrera, and Rachel's aunt Julie Herrera of Toyota of Cedar Park are in bed with The Cardenas faction of Los Zetas. They launder money, traffick narcotics, and provide a legitimate front to the cartel's illegal dealings. They have been laundering money since at least February of 2013.

Three deposits they have made related to Los Zetas are: $177,367 on February 4, 2013; $486,712 on June 1, 2021; and $97,200 on July 7, 2022. They have bank accounts at BBVA, Truist Bank, Wells Fargo and Banco Popular in Mexico City. Rachel has been recorded on CCTV making large cash deposits at these banks and their accounts associated in the banks. Cartel members have also been recorded making large cash deposits into their accounts (including Julie Herrera's).

Do not support any business associated with Eric Perardi, Rachel Herrera, or Julie Herrera directly or indirectly. Boycott any business at The Crossover, boycott Toyota of Cedar Park. Let them know you will not let the cartels win!

Was this review …?

Useful   Funny   Cool

## About Rita T.

**Location**
TX, TX

**Yelping Since**
April 2023

**GOVERNMENT EXHIBIT**

CASE NO. A23CR135-RP

EXHIBIT NO. 141

**GOVERNMENT EXHIBIT**
CASE NO. A23CR135-RP
EXHIBIT NO. 145

# Walmart

904-288-8211   Mgr: TONY
10251 SHOPS LN
JACKSONVILLE FL 32258
ST# 04444 OP# C05257 TE# 91 TR# 08042
** Western Union Money Transfer SALE **
WU RCV AMT   068113142365   594.50-0
Amount Received
REF ID# WUFS

```
******************************
          SUBTOTAL    594.50-
             TOTAL    594.50-
  NET REFUND ITEMS    594.50-
         CASH TEND    594.50-
       CHANGE DUE       0.00
TC# 0689 9629 7859 2472 0822 2
```



# Walmart+

Become a member
Scan for free 30-day trial



Low Prices You Can Trust. Every Day.
07/10/23           18:10:42

RECEIPT/RECIBO

Thank you/Gracias

TRACKING NUMBER (MTCN)/NO. DE
CONTROL DEL ENVIO:
47-667-2683

FOR CUSTOMER SERVICE, PLEASE CALL
1-844-982-4287/Para comunicarse con
el servicio de atención al
cliente, llame al 1-844-982-4287

WALMART 4444
0251 SHOPS LANE
JACKSONVILLE, FL 322580000

Receive Confirmation/Confirmacion De
Recibo

Money Transfer Receive/Pago De
Dinero

Operator ID/No. ID del Operador:
257

*******************************

Date of Transaction/Fecha de la
Transacción:
07-10-2023

Time of Transaction/Hora de la
Transacción:
8:10:42

Sender/Remitente:
ARVIN KNECHT
990 IH35
ROUND ROCK, TX 78681
092405131

Receiver/Destinatario:
LILLIAM LANE ELESSDIL
101 BROWN DR
PFLUGERVILLE, TX 78660
4244646028

Total Amount To Be Paid/Cantidad
Total a pagar:
594.50 USD

Taxes/Impuestos:
0.00 USD

Total/Total: 594.50 USD

Western Union and its Agents may
decline to accept or pay any money
transfer that either of them
determines in their sole discretion
violates any applicable law or
Western Union Policy.

Western Union y sus Agentes
podrían negarse a aceptar o a
pagar cualquier transferencia de
dinero si alguno de ellos
determinara, a discreción
propia, que esta infringe
cualquier ley o política de Western
Union aplicable.

For inquiries or comments in
English, please write to:/Para
consultas o comentarios en
español, escriba a:

WESTERN UNION FINANCIAL SERVICES
INC, P.O. Box 6036, Englewood, CO
80155

FOR CUSTOMER SERVICE, PLEASE CALL
1-844-982-4287/PARA SERVICIO DE
ATENCION AL CLIENTE, LLAME AL
1-844-982-4287.

*******************************

(C) 2023 Western Union Holdings,











GOVERNMENT EXHIBIT

CASE NO. A23CR135-RP

EXHIBIT NO. 150