

GOVERNMENT EXHIBIT
CASE NO. A23CR135-RP
EXHIBIT NO. 166




GOVERNMENT EXHIBIT
CASE NO. A23CR135-RP
EXHIBIT NO. 169

# Check 110220

**First National Bank** — FNB Giddings, Member FDIC
P.O. Box 269, Giddings, Texas 78942-0269
88-471/1131 / 1008853

PURCHASER'S RECEIPT - RETAIN FOR YOUR RECORDS

Check No.: 110220
DATE: 09-15-2021
Pay to the order of: HDH Enterprise
$ 60,000.00
Amount: 1ST NATIONAL BK GIDDINGS — 60,000 dols 0 cts
PURCHASER: Roseana D York
VOID OVER $60,000.00
CASHIER'S CHECK — NOT NEGOTIABLE

NOTICE TO CUSTOMERS: THE PURCHASE OF AN INDEMNITY BOND WILL BE REQUIRED BEFORE ANY OFFICIAL CHECK OF THIS BANK WILL BE REPLACED OR REFUNDED IN THE EVENT IT IS LOST, MISPLACED OR STOLEN.

# Check 110201

**First National Bank** — FNB Giddings, Member FDIC
P.O. Box 269, Giddings, Texas 78942-0269
88-471/1131 / 1008853

PURCHASER'S RECEIPT - RETAIN FOR YOUR RECORDS

Check No.: 110201
DATE: 09-10-2021
Pay to the order of: HDH Enterprise
$ 57,225.00
Amount: 1ST NATIONAL BK GIDDINGS — 57,225 dols 0 cts
PURCHASER: Roseana York
VOID OVER $57,225.00
CASHIER'S CHECK — NOT NEGOTIABLE

Signed: Melissa Basque

NOTICE TO CUSTOMERS: THE PURCHASE OF AN INDEMNITY BOND WILL BE REQUIRED BEFORE ANY OFFICIAL CHECK OF THIS BANK WILL BE REPLACED OR REFUNDED IN THE EVENT IT IS LOST, MISPLACED OR STOLEN.

GOVERNMENT EXHIBIT
CASE NO. A23CR135-RP
EXHIBIT NO. 170

