# GASTON & SHEEHAN
### AUCTIONEERS, APPRAISERS AND REALTY

**Date:** March 11, 2024

At the request of the FBI in Austin (Client) I provided a walk-through valuation inspection at several locations and on different dates as identified below. My client indicated the purpose of the inspections was to identify assets of "exceptional or high value." The scope of work for this assignment consisted of brief inspections of the items found or sampling of the items presented at each location. Value in this circumstance is defined by an asset or group of assets whose secondary market value, in my opinion, would significantly outweigh any potential moving, handling, storage, formal appraisal and disposal expenses. During my walk through(s) I made general notes about what I observed and subsequently did not document, research or develop a formal appraisal report for anything that I reviewed at each location.

At locations 1-4, I was also supported during the walk-throughs by Bob Sheehan, owner of Gaston & Sheehan Auctioneers. Additionally, at locations 3 and 4 I was accompanied by Stephanie Reeves who is also an accredited appraiser with the International Society of Appraisers. Mr. Sheehan has over 40 years' experience in the auction industry where his firm has handled the identification, marketing and disposal of antiques, collectibles, artwork, general personal property, vehicles, and equipment. Ms. Reeves has over 20 years' experience as an appraiser with focus in art but routinely as a generalist for collectibles and other types of personal property. Due to the unknown quantity and nature of assets that would be encountered in this assignment Mr. Sheehan and Ms. Reeves were utilized as consultants for the inspections. The use of other appraisers and or experienced subject matter experts for this type of assignment is standard practice.

Location(s):
  (1)  11404 Runnel Ridge Drive, Manor, Texas 78653 (Inspection Date: July 13, 2023)
  (2)  100 West Point Way, Elgin, Texas 78621 (Inspection Date: July 13, 2023)
  (3)  2833 C.R. 118, Giddings, Texas 78942 (Inspection Date: March 6, 2024)
  (4)  1317 Quail Ravine, Round Rock, Texas 78664 (Inspection Date: March 6, 2024)
  (5)  109 Elm Wood Dr., Elgin, Texas 78621 (Inspection Date: March 8, 2024)
  (6)  1507 Gardena Canyon Drive, Pflugerville, Texas 78660 (Inspection Date: March 8, 2024)
  (7)  12515-7 Research Blvd STE 400, Austin, TX 78759 (Inspection Date: March 8, 2024)

Each location visited presented an assortment of asset types consisting of decorative art and accessories, standard furniture, books, rugs, sculptures, clocks, coins, and sports collectibles. In general, the market that most of these items looked to be acquired through and could be commonly found at were thrift shops, Goodwill, garage sales, and estate sales. In fact, pieces of art and pottery were observed with Goodwill price tags still in place. Some of the older items that could possibly fall into the collectible or antique categories presented with conditional issues. Additionally, there was no presence of documented provenance or authentication which would support any additional value consideration for these items. Numerous items inspected would have an approximate resale value below $100 and the majority would have a resale value less than $500. It is my opinion based on the scope of work and items reviewed that the items inspected at each location did not meet the value standard of having "exceptional or high value" as set forth in this assignment.

Sincerely,

*[signature]*

Jason Rzepniewski, ISA-Accredited Member, GPPA, GG, GP, AJP
Gaston & Sheehan Auctioneers, Inc.

GOVERNMENT EXHIBIT
CASE NO. A23CR135-RP
EXHIBIT NO. 226