

**GOVERNMENT EXHIBIT**

CASE NO. A23CR135-RP

EXHIBIT NO. 227









































