GOVERNMENT EXHIBIT

CASE NO. A23CR135-RP

EXHIBIT NO. 229

Home   Admin   Player

Mr. SAINT YOUNGBLOOD (1359467)

All Linked Accounts | All Properties | Total | All Revenue | 22 Years

| | 1998 - 2023 | 2016 | 2015 | 2014 | 2013 | 2012 | 2011 | 2010 | 2009 | 2007 | 2006 | 2005 | 2001 | 2000 | 1999 | 1998 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 1998 - 2023 | 2016 | 2015 | 2014 | 2013 | 2012 | 2011 | 2010 | 2009 | 2007 | 2006 | 2005 | 2001 | 2000 | 1999 | 1998 |
| Site Group | | | | | | | | | | | | | | | | |
| Begin Date | 10/17/1998 | 01/03/2016 | 01/01/2015 | 01/02/2014 | 12/17/2013 | 02/03/2012 | 01/07/2011 | 04/13/2010 | 01/14/2009 | 02/03/2007 | 01/30/2006 | 02/21/2005 | 01/01/2001 | 07/19/2000 | 01/19/1999 | 10/17/1998 |
| Days In Trip | 970 | 111 | 115 | 88 | 1 | 4 | 16 | 30 | 10 | 3 | 9 | 1 | 2 | 16 | 11 | 3 |
| Promotion | | | | | | | | | | | | | | | | |
| **Slot Statistics** | | | | | | | | | | | | | | | | |
| Coin In | 140,553,420 | 11,189,177 | 11,595,865 | 12,420,949 | 9,000 | 3,550 | 1,243,320 | 3,809,485 | 1,950,875 | 139,513 | 593,434 | 3,310 | 0 | 337,188 | 183,015 | 52,650 |
| Coin Out | 130,609,260 | 10,642,964 | 10,816,715 | 11,288,679 | 5,625 | 5,960 | 965,175 | 2,949,244 | 1,014,925 | 111,069 | 458,675 | 2,910 | 0 | 306,948 | 161,052 | 43,475 |
| Jackpots | 7,718,233 | 485,545 | 582,300 | 845,875 | 0 | 0 | 236,750 | 791,875 | 832,250 | 36,000 | 87,600 | 0 | 0 | 27,200 | 12,800 | 5,000 |
| Act Win | 2,225,927 | 60,669 | 196,850 | 286,395 | 3,375 | (2,410) | 41,395 | 68,366 | 103,700 | (7,556) | 47,159 | 400 | 0 | 3,040 | 9,163 | 4,175 |
| Theo Win | 1,879,189 | 117,034 | 127,622 | 137,670 | 86 | 67 | 20,870 | 45,915 | 31,413 | 3,195 | 10,399 | 52 | 0 | 10,335 | 6,528 | 1,821 |
| FREEPLAY Used | 849,114 | 96,255 | 82,350 | 51,865 | 0 | 2,560 | 11,320 | 34,554 | 37,200 | 420 | 1,000 | 0 | 0 | 0 | 0 | 0 |
| **Table Statistics** | | | | | | | | | | | | | | | | |
| Avg Bet | 97 | 0 | 65 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 74 | 0 |
| Time Played | 06:27 | 00:00 | 00:29 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 04:24 | 00:00 |
| 4 Hour Conv | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 0 |
| Net Buy In | 26,400 | 0 | 500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,800 | 0 |
| Chips Buy In | 21,200 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cash Buy In | 5,200 | 0 | 500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,800 | 0 |
| Net Markers | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Theo Win | 646 | 0 | 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 259 | 0 |
| Act Win | 870 | 0 | 100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (400) | 0 |
| **Custom Rating Statistics** | | | | | | | | | | | | | | | | |
| Amount Spent | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Item Count | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Time Spent | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 |





Patron Management - Mr. SAINT YOUNGBLOOD (135...

**Home     Admin     Player**

Mr. SAINT YOUNGBLOOD (1359467)

| All Linked Accounts ⌄ | All Properties ⌄ | Total ⌄ | All Revenue ⌄ | 22 Years ⌄ |

| | 1998 - 2023 | 2023 | 2022 | 2021 | 2020 | 2019 | 2018 | 2017 | 2016 |
|---|---|---|---|---|---|---|---|---|---|
| Year | 1998 - 2023 | 2023 | 2022 | 2021 | 2020 | 2019 | 2018 | 2017 | 2016 |
| Site Group | | | | | | | | | |
| Begin Date | 10/17/1998 | 01/02/2023 | 01/04/2022 | 01/07/2021 | 01/02/2020 | 01/14/2019 | 01/02/2018 | 01/04/2017 | 01/03/2016 |
| Days In Trip | 970 | 84 | 59 | 102 | 46 | 96 | 90 | 73 | 111 |
| Promotion | | | | | | | | | |
| **Slot Statistics** | | | | | | | | | |
| Coin In | 140,553,420 | 21,586,949 | 5,849,980 | 22,331,115 | 12,816,702 | 11,427,913 | 18,080,398 | 4,929,032 | 11,189,177 |
| Coin Out | 130,609,260 | 19,607,337 | 5,366,846 | 21,329,515 | 12,198,049 | 10,826,051 | 17,673,884 | 4,834,162 | 10,642,964 |
| Jackpots | 7,718,233 | 1,283,247 | 331,672 | 436,089 | 754,765 | 753,172 | 157,344 | 58,750 | 485,545 |
| Act Win | 2,225,927 | 696,365 | 151,463 | 565,512 | (136,112) | (151,310) | 249,171 | 36,120 | 60,669 |
| Theo Win | 1,879,189 | 412,880 | 106,576 | 293,162 | 175,795 | 135,819 | 193,346 | 48,603 | 117,034 |
| FREEPLAY Used | 849,114 | 135,430 | 58,555 | 136,444 | 48,514 | 44,402 | 57,724 | 50,520 | 96,255 |
| **Table Statistics** | | | | | | | | | |
| Avg Bet | 97 | 0 | 0 | 0 | 408 | 163 | 155 | 100 | 0 |
| Time Played | 06:27 | 00:00 | 00:00 | 00:00 | 00:18 | 00:32 | 00:34 | 00:10 | 00:00 |
| 4 Hour Conv | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Buy In | 26,400 | 0 | 0 | 0 | 19,500 | 3,300 | 800 | 500 | 0 |
| Chips Buy In | 21,200 | 0 | 0 | 0 | 19,500 | 1,700 | 0 | 0 | 0 |
| Cash Buy In | 5,200 | 0 | 0 | 0 | 0 | 1,600 | 800 | 500 | 0 |
| Net Markers | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Theo Win | 646 | 0 | 0 | 0 | 270 | 53 | 24 | 18 | 0 |
| Act Win | 870 | 0 | 0 | 0 | 2,000 | (930) | (100) | 200 | 0 |
| **Custom Rating Statistics** | | | | | | | | | |
| Amount Spent | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Item Count | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Time Spent | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 | 00:00 |
| **Total Expenses** | | | | | | | | | |
| POINTPlay Earned | 19312398 | 1794975 | 550345 | 3171236 | 1885891 | 1635103 | 2523970 | 682931 | 1544551 |

Composite | Cards | Comments | Trips | Comp Profile | **History** | Detail | Bonus | Comps | Balance History | Credit | Coupons | Skills



**Resorts World Las Vegas LLC.**

**Date :** 3/5/2024

3000 S Las Vegas Blvd, Las Vegas,  NV 89109

**Saint Jovite**
**Youngblood,**

Here is your 2021 Win/Loss Statement* for Genting Rewards Account 20132241.

| Table Win / (Loss) | Slot Coin-In | Slot Coin-Out | Slot Jackpot | Slot Win / (Loss) | Total Win / (Loss) |
|---|---|---|---|---|---|
| $0.00 | $10,892,129.20 | $5,307,467.56 | $5,716,033.41 | $131,371.77 | $131,371.77 |

*This activity includes Slots, Video Poker, and Table Games.  Resorts World Las Vegas makes no representation or warranty, expressed or implied, as to the accuracy of this information or its effectiveness as proof of wins or losses.  I hereby release and hold harmless Resorts World Las Vegas, its subsidiaries and employees from any liability associated with my use of this information for any purpose.



**GOVERNMENT**
**EXHIBIT**

CASE NO. A23CR135-RP

EXHIBIT NO. 237



**Resorts World Las Vegas LLC.**

**Date :** 3/5/2024

3000 S Las Vegas Blvd, Las Vegas,  NV 89109

**Saint Jovite**
**Youngblood,**

Here is your 2022 Win/Loss Statement* for Genting Rewards Account 20132241.

| Table Win / (Loss) | Slot Coin-In | Slot Coin-Out | Slot Jackpot | Slot Win / (Loss) | Total Win / (Loss) |
|---|---|---|---|---|---|
| ($1,200.00) | $70,644,844.65 | $33,338,273.56 | $36,140,579.05 | ($1,165,992.04) | ($1,167,192.04) |

*This activity includes Slots, Video Poker, and Table Games.  Resorts World Las Vegas makes no representation or warranty, expressed or implied, as to the accuracy of this information or its effectiveness as proof of wins or losses.  I hereby release and hold harmless Resorts World Las Vegas, its subsidiaries and employees from any liability associated with my use of this information for any purpose.



**GOVERNMENT EXHIBIT**

CASE NO. **A23CR135-RP**

EXHIBIT NO. **238**



**Resorts World Las Vegas LLC.**

**Date :** 3/5/2024

3000 S Las Vegas Blvd, Las Vegas,  NV 89109

**Saint Jovite**
**Youngblood,**

Here is your 2023 Win/Loss Statement* for Genting Rewards Account 20132241.

| Table Win / (Loss) | Slot Coin-In | Slot Coin-Out | Slot Jackpot | Slot Win / (Loss) | Total Win / (Loss) |
|---|---|---|---|---|---|
| ($13,480.00) | $15,444,953.40 | $9,090,288.33 | $6,655,113.48 | $300,448.41 | $286,968.41 |

*This activity includes Slots, Video Poker, and Table Games.  Resorts World Las Vegas makes no representation or warranty, expressed or implied, as to the accuracy of this information or its effectiveness as proof of wins or losses.  I hereby release and hold harmless Resorts World Las Vegas, its subsidiaries and employees from any liability associated with my use of this information for any purpose.



**GOVERNMENT EXHIBIT**

CASE NO. A23CR135-RP

EXHIBIT NO. 239



Arcadia Police Department
Copy for Outside Agency
6/20/2019 10:13:56 AM Operator ID 544

GOVERNMENT
EXHIBIT

CASE
NO.    A23CR135-RP

EXHIBIT
NO.    243



Doc, thank you for
every thing you have done for our
Family. thankyou.

Even and Kota

We love you
Even and Kota

Copy for Outside Agency
Arcadia Police Department
6/20/2019 10:13:38 A.M. Operator: 544

GOVERNMENT
EXHIBIT

CASE
NO.    A23CR135-RP

EXHIBIT
NO.        244

December 14, 2015

I owe Dr. Hanfu Lee $2.5 million dollars for money borrowed in the past several years.

Arcadia Police Department
Copy for Outside Agency
6/20/2019 10:13:56 AM Operator ID 544

GOVERNMENT
EXHIBIT

CASE
NO.  A23CR135-RP

EXHIBIT
NO.      246

I, Saintjoirte Youngblood, do hereby Agree to pay Hanfu lee the Sum of 21700.00 USD in the following manner:

11,500 from miniatures on 3/6/13
11,000 from antiquities sale on 3/8/13
Loan repayment on Thursday/fri 3/7/3?
in the amount of 50,000 to 100,000
upon receipt of monies for
Yoshi ...

3-4-13

Saintjate Kotgadune Youngblood

Acadia Police Department Agency
COPY for Outside Agency
6/20/2019 10:13:53 AM Operator 544

3/14/13   2c. for Topa ...
1 or ...
1 ... cashier's ...

**Hilton**

10/6/14

— 956v — given today

1 received
20,000 USD
foim HoKlee
for repayment
4/12/13

9/10.13

Arcadia Police Department
Copy for Outside Agency
6/20/2019 10:13:57 AM Operator ID 544

1/18/13

I, Sontjuck Ku Youngblud, do hereby agree to pay HMR the sum 9300 on 1/22/13 for payment.

.400
300    Cash Loan    Eslm back 2nd give 1/15
1/18/13    9000    Cash Check
1/25/13    97000
1/28/13    19,400
1/28/13    10,000
1/31/13    7,500    Fun ? 2nd from L TD Prt?

Borrowed    Total    1/18/13 - 1/31/13 - $56,000

Arcadia Police Department
Copy for Outside Agency
6/20/2019 10:13:57 AM Operator ID 544

Hilton    4/15/19

I, Sam Kirk K Rawashed agree to pay Hank Lee $3800 on 4/16/13.

I, Sam Kirkodeme Rawashed, do hereby agree to pay Hank Lee the sum of 3500. SKR

I, Sam Kirkodeme Rawashed, I received on additional 3800 from Hank Lee.    4/29/13

Hilton

Nov 3, 2014

I give Hanna Lee permission to occupy and rental 405 Shakespeare San Marcos 78666

Hanna K. Lewis had
(owner of rec'd)

Arcadia Police Department
Copy for Outside Agency
AM Operator

9/8/14

I owe DE for 4700 and he has my debit card as collateral to charge 470 as needed to charge till 9/8/14.

I, Saint jouk Youngblood, agree to pay 21000 to Hanh lee on 4/5/13. All monies to be received on 4/3/13 for advance to me.

Arcadia Police Department
Copy for Outside Agency
6/20/2019 10:13:57 AM Director ID 544

*(signature)*

Money borrowed from Hon Fu Lee

9/16/13    2950

9/30/13    2800

10/1/13    5908

10/2/13    7780

10/2/13

Copy for Outside Agency

Arcadia Police Department

10/20/2019 3:57 AM Operator ID 544

I   we DR Honf Cee Sono payable
to MJ   on/befoe  wedng day

7/28/14

(7/28/14)

Arcadia Police Department
Copy for Outside Agency
6/20/2019 10:13:57 AM Operator ID 544

8/15/13    Amount Given    * 2,000 3,000

8/16/3    Amt Given    * 7700

8/13/13    Amount given    $ 9,100

8/16/13    Amt given    7700

8/22/13    Amt given    10,000

8/23/13    Amt given    4800

9/10/13    Amt given    7000

9/14/13    Amount given    3355

Arcadia Police Department
Copy for Outside Agency
6/20/2019 10:13:35 AM Operator ID 544

lone DR LEE 3355
On before 9/16/13

8-7-13

I have received the following amounts from Honfu Lee . in cash:

| 7/25/13 | $8900 |
| 8/5/13 | 20,000 |
| 8/6/13 | 16,700 |

Arcadia Police Department
Copy for Outside Agency
6/20/2019 10:13:57 AM Operator ID 544

Actually 8/7/13

I owe Honfu Lee the sum 11,800

8/6/13

I borrowed:

3/7   9000 Li
      9500 out of
8/12  17,500 Ho...

5/15/13 @ 1500
5/21/13 9450

I, St Jouste Keoto Youngblood, do hereby agree to pay Hanh Lee the sum of 10,900 USD. Kr payment due Sunday after mass 5/2/13.

Copy for Guilty Agency
Arcadia Police Department
6/20/2019 10:13:35 AM Operator ID 544

Sanhnile Co. Yauh
5/21/12

6/4/13 ( Actually 6/5/13 )

I, Saintjavk K Youngblood, agree to
pay Hando Lee the sum of 4200
by 6/7/13

Saintjavk K Youngblood

CL 9049    9 3000
1055      1200

Copy for Outside Agency
Arcadia Police Department
6/20/2019 10:13:57 AM Operator ID jj



Arcadia Police Department
Copy for Outside Agency
6/20/2019 10:13:57 AM Operator ID 544

7/14/15

I, Smitkoma Youngblood, do hereby agree to pay Hank Lee the sum of 700,000 USD in return for funds used for legal expenses/attorneys fees. I give Hank Lee an interest in the following as security. (I am making mortgage payment on said property as we speak for ownership.

LOT 16 of Sierra Montana, Parcel 20, according to the plat of record in the office of the county recorder of Maricopa County, Arizona, Book 601 of maps, page 48

17621 W. Caribbean Lane
Surprise, AZ 85388

I purchased said property from the Reeves family trust and understand that once I complete my payments if I have not satisfied debt to Hank Lee, property is his and I must sign over deed.

Smit Koma Youngblood

COPY PROVIDED FROM ARIZONA DEPARTMENT OF PUBLIC SAFETY AND FORENSIC SCIENCE AGENCY

I, Seuntjuvik Kota Youngblood, do hereby owe Hanfu Lee the sum of 24000 dollars due 3/22/13. All monys received Thankyou

_Seuntjuvik Kota Youngblood_

Arcadia Police Department
Copy for Outside Agency
6/20/2019 10:13:57 AM Operator

I , Saintkortajademe Yangblood,
do hereby agree to pay the sum
of 9700 to Hanfu Lee on/
before 10/15/12 @ open of
business.

Arcadia Police Department
Copy for Outside Agency
9/2/2019 09:13:37 AM Operator ID: 544

Monies to be used for legal fees
and counsel regarding home and family.

Thankyou

Cash from
Personal Acct 10/13/12    Borrowed Brother $9,500 .
Office ck 10/16/12    Borrowed another 1,600

10/10/12

I, Saintkotsyadine Yourphurd,
do hereby agree to pay
Hanh Lee the sum of
19600 USD. on/before 10/12/12

Saintkotsyadine Yourphurd,

Arcadia Police Department
Copy for Outside Agency
6/20/2019 10:13:58 AM Operator ID:

I, owe Dr. Hanh Lee
the sum of $5900^{\underline{a}}$
USD. picked up on 8/29/1c
and payable by close of
business 8/30/2019

Arcadia Police Department
Copy for Outside Agency
6/20/2019 10:25:09 AM Operator ID: 244

8/29/2

10/5/12

st Tivin Youngblood received

16,500

$15,500 from corp    1000 from personal

Arcadia Police Department
Copy for Outside Agency
6/20/2019 10:13:58 AM Operator ID 544

I, Saint Kota Youngblood, agree to pay Hanfu lee the sum 10,000 USD by Aug 28th, 2012. Monies due by close of business.

Copy for Outside Agency

Arcadia Police Department

8/20/2019 10:13:58 AM Operator ID 544

8/25/12

270603AY

I, Ssintkidgadene Youngblood, received 37800 from HanBilee on 8/6/12. Monies to be repaid on 8/8/12.

Arcadia Police Department

Copy for Outside Agency

Citation ID 344

6/20/2019 10:13:58 AM

HING WA LEE JEWELERS
140 W VALLEY BLVD STE 111
SAN GABRIEL, CA. 91776
626-280-3993

Merchant ID. 0014072785
Term ID: 0075420008014072785007

## Sale

xxxxxxxxxxx3007
AMEX          Entry Method: Swiped

Total:        $      8,550.00

08/22/12              11:33:35
Inv #: 000001  Appr Code: 545273
Apprvd: Online

Customer Copy

THANK YOU!

2nd
Rolex

1 #
Rolex

Print used
to pay Jose

HING WA LEE JEWELERS
140 W VALLEY BLVD STE 111
SAN GABRIEL, CA 91776
626-280-3993

Merchant ID 0014072785
Term ID 0075420008014072785007

## Sale

xxxxxxxxxxx3002
AMEX          Entry Method: Swiped

Total:        $      6,150.00

08/12/12              19:17:36
Inv #: 000006  Appr Code: 504450
Apprvd: Online

Customer Copy

THANK YOU!

Arcadia Police Department
Copy for Outside Agency
6/20/2019 10:42:58 AM Operator ID 544

I, Santkstor Youngblood, received 18000
USD from Lianflee on 8/11/12
Monies due back no later than sunday
for repayment of personal loan.

8/11/12