

GOVERNMENT
EXHIBIT

CASE
NO.   A23CR135-RP

EXHIBIT
NO.        270



GOVERNMENT
EXHIBIT

CASE
NO.     A23CR135-RP

EXHIBIT
NO.          271



GOVERNMENT
EXHIBIT

CASE
NO.    A23CR135-RP

EXHIBIT
NO.    272



GOVERNMENT
EXHIBIT

CASE
NO.     A23CR135-RP

EXHIBIT
NO.     273



GOVERNMENT
EXHIBIT

CASE
NO.    A23CR135-RP

EXHIBIT
NO.    274



GOVERNMENT
EXHIBIT

CASE
NO.     A23CR135-RP

EXHIBIT
NO.     275



GOVERNMENT
EXHIBIT

CASE NO. A23CR135-RP

EXHIBIT NO. 276



GOVERNMENT
EXHIBIT

CASE
NO.    A23CR135-RP

EXHIBIT
NO._____    277



GOVERNMENT
EXHIBIT

CASE
NO.    A23CR135-RP

EXHIBIT
NO.         278



ГОСУДАРСТВЕННЫЙ
**ЭРМИТАЖ**

GOVERNMENT
EXHIBIT

CASE
NO. A23CR135-RP

EXHIBIT
NO. 279