



GOVERNMENT EXHIBIT
CASE NO. A23CR135-RP
EXHIBIT NO. 281





