Hi Jay and Pat,

May 14, 2023

I'm getting other people involved in collecting the money that you owe me!!

My kids, Doug, good friends and relatives are right about you lying and taking advance of my kind heart, I was scam by my first cousin, whom I trusted.

One of my friends said that you can sell one of your newer vehicles to a friend and start paying me back some of the money you owe me.

You keep telling me over and over it's been a year and half (18 months), that you would get me paid and would pay me extra money for interest, but it is always been one excuse after another why you don't send the money that you owe me!!

Your mother would be VERY, VERY disappointed in what you have done to me and the person you have become.

DISAPPOINTED JUDY

*Judy*

PS. I'm making copies of this letter.

---

Envelope:

MILWAUKEE WI 530
15 MAY 2023 PM 5 L

Jay Holloway
PO Box 898
Elgin, TX.
78621

GOVERNMENT EXHIBIT
CASE NO. A23CR135-RP
EXHIBIT NO. 291





# 2021

## January '21
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | **7** | **8** | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| **24** | **25** | 26 | 27 | 28 | 29 | 30 |
| 31 |   |   |   |   |   |   |

## February '21
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   | **1** | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | **9** | **10** | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 |   |   |   |   |   |   |

## March '21
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   | **1** | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | **16** | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | **30** | **31** |   |   |   |

## April '21
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | **6** | **7** | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | **19** | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | **27** | **28** | 29 | 30 |   |

## May '21
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | **4** | **5** | 6 | 7 | 8 |
| 9 | 10 | 11 | **12** | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |   |   |   |   |   |

## June '21
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | **2** | **3** | 4 | 5 |
| 6 | 7 | **8** | 9 | 10 | 11 | 12 |
| **13** | **14** | 15 | 16 | 17 | 18 | 19 |
| **20** | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | **28** | **29** | 30 |   |   |   |

## July '21
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | **6** | 7 | 8 | 9 | 10 |
| 11 | **12** | **13** | 14 | 15 | 16 | 17 |
| 18 | **19** | **20** | 21 | 22 | 23 | 24 |
| 25 | 26 | **27** | 28 | 29 | 30 | 31 |

## August '21
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | **3** | **4** | 5 | 6 | 7 |
| 8 | **9** | **10** | 11 | 12 | 13 | 14 |
| 15 | **16** | 17 | 18 | 19 | 20 | 21 |
| 22 | **23** | 24 | 25 | 26 | 27 | 28 |
| 29 | **30** | **31** |   |   |   |   |

## September '21
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   | 1 | 2 | 3 | 4 |
| 5 | 6 | **7** | 8 | 9 | 10 | 11 |
| 12 | **13** | 14 | 15 | 16 | 17 | 18 |
| 19 | **20** | 21 | 22 | 23 | 24 | 25 |
| 26 | **27** | **28** | **29** | 30 |   |   |

## October '21
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | **4** | **5** | **6** | 7 | 8 | 9 |
| 10 | **11** | **12** | **13** | 14 | 15 | 16 |
| 17 | **18** | **19** | 20 | 21 | 22 | 23 |
| 24 | **25** | **26** | **27** | 28 | 29 | 30 |
| 31 |   |   |   |   |   |   |

## November '21
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   | **1** | **2** | **3** | 4 | 5 | 6 |
| 7 | **8** | **9** | 10 | 11 | 12 | 13 |
| **14** | **15** | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | **23** | **24** | **25** | **26** | **27** |
| **28** | **29** | 30 |   |   |   |   |

## December '21
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   | 1 | 2 | 3 | 4 |
| 5 | **6** | **7** | 8 | 9 | 10 | 11 |
| **12** | **13** | **14** | 15 | 16 | 17 | 18 |
| 19 | **20** | **21** | **22** | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |   |



GOVERNMENT EXHIBIT
CASE NO. A23CR135-RP
EXHIBIT NO. 296

# 2022

## January '22
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |   |   |   |   |   |

## February '22
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 |   |   |   |   |   |

## March '22
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |   |   |

## April '22
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

## May '22
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 |   |   |   |   |

## June '22
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 |   |   |

## July '22
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 |   |   |   |   |   |   |

## August '22
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |   |   |   |

## September '22
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 |   |

## October '22
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |   |   |   |   |   |

## November '22
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 |   |   |   |

## December '22
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

# 2023

|  | January '23 |  |  |  |  |  |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 |  |  |  |  |

|  | February '23 |  |  |  |  |  |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
|  |  |  | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 |  |  |  |  |

|  | March '23 |  |  |  |  |  |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
|  |  |  | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |  |

|  | April '23 |  |  |  |  |  |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
|  |  |  |  |  |  | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 |  |  |  |  |  |  |

|  | May '23 |  |  |  |  |  |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
|  | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |  |  |  |

|  | June '23 |  |  |  |  |  |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
|  |  |  |  | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 |  |

|  | July '23 |  |  |  |  |  |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
|  |  |  |  |  |  | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |  |  |  |  |  |

|  | August '23 |  |  |  |  |  |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
|  |  | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |  |  |

|  | September '23 |  |  |  |  |  |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
|  |  |  |  |  | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

|  | October '23 |  |  |  |  |  |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 |  |  |  |  |

|  | November '23 |  |  |  |  |  |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
|  |  |  | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 |  |  |

|  | December '23 |  |  |  |  |  |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
|  |  |  |  |  | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 |  |  |  |  |  |  |

Eric Perardi                                            January 09, 2024
                                                                Page 145

```
 1   ████████████████████████████████████████
 2   ████████████████
 3   ████████████████████████████████
 4   ████████████████
 5   ██████████████████████████████████████████████
 6   ████████████████████████████████████████████████
 7   ████████████████████████████
 8   ██████████████████████████████████████████████
 9   ████████████████████████████████████████████
10   ████████████████████████████████████████████
11   ████████████████████████████████████████████
12   ████████████████████████████████████████████
13   ████████████████████████████████████████████
14   ██████████████████████
15   ████████████████████████████████████████
16   ████████████████████████████████████████████
17   ████████████████████████████████
18   ████████████████████
19   ████████
```

20   Q.   Okay.  It says, "A wire transaction in the
21   amount of $36,000 drawn from Washington Federal Bank
22   account in Seattle was deposited into EP's Wells Fargo
23   account 6673."
24        Did you wire some money out of your Washington
25   account into your Wells Fargo account?





GOVERNMENT EXHIBIT 314

```
 1     A.   Correct.  And then from the Wells Fargo
 2  account into Tap Development and then wrote the check
```



