## Saint Jovite K. Youngblood Navy Federal Credit Union
## Accounts XX7070, XX6330, XX1564, XX1431
## January 1, 2021 through August 16, 2023

| General Category | Deposits/Credits | Withdrawals/Debits |
|---|---|---|
| Automotive | | $ (683.27) |
| Bank Adjustment, Settlement | $ 384.94 | $ (357.84) |
| Cash | $ 1,051,576.64 | $ (258,976.88) |
| Charitable Contributions, Donations | | $ (5,500.00) |
| Credit Card, Loans | $ 159.62 | $ (934,155.01) |
| Dental, Health, Medical, Pharmacy | | $ (2,177.92) |
| Fees | | $ (1,498.68) |
| Food and Entertainment | | $ (16,506.83) |
| Fuel and Convenience Stores | | $ (5,109.33) |
| Gambling Winnings | $ 20,000.00 | |
| Individual | $ 133,731.51 | $ (1,083.00) |
| Insurance | | $ (2,588.00) |
| Interest, Dividend | $ 0.92 | |
| Legal | | $ (2,550.00) |
| Miscellaneous | | $ (8,794.50) |
| Payment Service | $ 20,710.00 | $ (1,000.00) |
| Postage, Shipping | | $ (325.88) |
| Real Estate | | $ (5,061.00) |
| Rebate, Reward Redemption | $ 4,127.40 | |
| Refund | $ 129.49 | |
| Retail | | $ (25,592.40) |
| Taxes | $ 1,500.00 | $ (23,927.64) |
| Telecommunications | | $ (5,084.26) |
| Travel | | $ (4,376.53) |
| Utilities | | $ (158.67) |
| Wire | $ 65,200.00 | |
| (blank) | $ 38,610.00 | $ (5,471.51) |
| **Grand Total** | **$ 1,336,130.52** | **$ (1,310,979.15)** |



GOVERNMENT EXHIBIT

CASE NO.   A23CR135-RP

EXHIBIT NO.   258

# Summary of Activity for Saint Jovite K. Youngblood NFCU Accounts XX7070, XX6330, XX1564, XX1431

|  | 2021 | 2022 | Through August 2023 |
|---|---|---|---|
| **Deposits:** | | | |
| Cash Deposits | $ 376,385 | $ 389,556 | $ 175,155 |
| Checks, Wires, & Payments from Individuals/Entities | $ 126,282 | $ 21,000 | $ 92,360 |
| Loan Proceeds, Cash Advances on Credit Cards | $ 60,570 | $ 36,300 | $ 13,770 |
| Other:  Tax Refunds, Rewards, Bank Adjustments, Interest | $ 34,616 | $ 1,434 | $ 8,703 |
|  | $ 597,853 | $ 448,290 | $ 289,988 |
| | | | |
| **Expenditures:** | | | |
| Credit Card and Loan Payments | $ (410,472) | $ (373,503) | $ (150,180) |
| Purchases- Retail,Food, Travel, Entertainment | $ (54,150) | $ (20,057) | $ (18,713) |
| Tax Payments | $ (16,339) | $ (7,555) | $ (33) |
| Other- Payment Services (Zelle, PayPal) | $ - | $ (500) | $ (500) |
| Cash Withdrawals | $ (115,989) | $ (32,467) | $ (110,520) |
|  | $ (596,951) | $ (434,083) | $ (279,946) |

# Summary of Activity for Saint Jovite K. Youngblood NFCU Accounts XX7070, XX6330, XX1564, XX1431 and Gambling Losses by Year

|  | 2021 | 2022 | Through August 2023 |
|---|---|---|---|
| **Deposits:** | | | |
| **Cash Deposits** | $ 376,385 | $ 389,556 | $ 175,155 |
| **Checks, Wires, & Payments from Individuals/Entities** | $ 126,282 | $ 21,000 | $ 92,360 |
| **Loan Proceeds, Cash Advances on Credit Cards** | $ 60,570 | $ 36,300 | $ 13,770 |
| **Other:  Tax Refunds, Rewards, Bank** | | | |
| **Adjustments, Interest** | $ 34,616 | $ 1,434 | $ 8,703 |
| | $ 597,853 | $ 448,290 | $ 289,988 |
| | | | |
| **Expenditures:** | | | |
| **Credit Card and Loan Payments** | $ (410,472) | $ (373,503) | $ (150,180) |
| **Purchases- Retail,Food, Travel, Entertainment** | $ (54,150) | $ (20,057) | $ (18,713) |
| **Tax Payments** | $ (16,339) | $ (7,555) | $ (33) |
| **Other- Payment Services (Zelle, PayPal)** | $ - | $ (500) | $ (500) |
| **Cash Withdrawals** | $ (115,989) | $ (32,467) | $ (110,520) |
| | $ (596,951) | $ (434,083) | $ (279,946) |
| | | | |
| **Net Gambling Activity Totals - Casinos** | $ (434,140) | $ (1,318,655) | $ (409,397) |
| **Total Deposits, Spending, and Losses** | **$ (433,238)** | **$ (1,304,448)** | **$ (399,354)** |



Saint Jovite Youngblood Comparison of Deposits to Spending and Gambling Losses by Year

## Summary of Saint Jovite K. Youngblood NFCU Accounts XX7070, XX6330, XX1564, XX1431, Gambling Losses and Victim Funds

| | 2021 | 2022 | Through August 2023 |
|---|---|---|---|
| **Deposits:** | | | |
| Cash Deposits | $ 376,385 | $ 389,556 | $ 175,155 |
| Checks, Wires, & Payments from Individuals/Entities | $ 126,282 | $ 21,000 | $ 92,360 |
| Loan Proceeds, Cash Advances on Credit Cards | $ 60,570 | $ 36,300 | $ 13,770 |
| Other: Tax Refunds, Rewards, Bank Adjustments, Interest | $ 34,616 | $ 1,434 | $ 8,703 |
| **Total Deposits** | $ 597,853 | $ 448,290 | $ 289,988 |
| | | | |
| **Expenditures:** | | | |
| Credit Card and Loan Payments | $ (410,472) | $ (373,503) | $ (150,180) |
| Purchases- Retail,Food, Travel, Entertainment | $ (54,150) | $ (20,057) | $ (18,713) |
| Tax Payments | $ (16,339) | $ (7,555) | $ (33) |
| Other- Payment Services (Zelle, PayPal) | $ - | $ (500) | $ (500) |
| Cash Withdrawals | $ (115,989) | $ (32,467) | $ (110,520) |
| **Total Expenditures** | $ (596,951) | $ (434,083) | $ (279,946) |
| | | | |
| **Net Gambling Activity Totals - Casinos** | $ (434,140) | $ (1,318,655) | $ (409,397) |
| Total Deposits, Spending, and Losses | $ (433,238) | $ (1,304,448) | $ (399,354) |
| | | | |
| **Funds Received From Victims** | $ 1,450,632 | $ 3,179,378 | $ 962,528 |



**GOVERNMENT EXHIBIT**

CASE NO. A23CR135-RP

EXHIBIT NO. 263



**GOVERNMENT EXHIBIT**

CASE NO. A23CR135-RP

EXHIBIT NO. 264



GOVERNMENT
EXHIBIT

CASE
NO.    A23CR135-RP

EXHIBIT
NO.    265



GOVERNMENT
EXHIBIT

CASE
NO.    A23CR135-RP

EXHIBIT
NO.    266



GOVERNMENT
EXHIBIT

CASE
NO.    A23CR135-RP

EXHIBIT
NO.    267



GOVERNMENT
EXHIBIT

CASE
NO.    A23CR135-RP

EXHIBIT
NO.    268



GOVERNMENT
EXHIBIT

CASE
NO.    A23CR135-RP

EXHIBIT
NO.    269