April 1, 2023

T.A.P. Development LLC
Eric Perardi, Owner

Per our business agreement to acquire unique items to resell for a profit we agreed
to a 50/50 split of the items sold and the profit gained.  T.A.P. Development LLC
invested $620,600 for the following items which were assembled from various
locations.
American Tall Case clock by E. Howard, 1870s
American Tall Case clock by E. Howard, 1870s
English Tall Case clock, 1695
American Wall clock by E. Howard, 1870s
Tiffany standing lamp made for and dedicated to Notre-Dame cathedral, 1900

The items were assembled with a broker outside the United States for his client.
The buyer required special considerations, which we have accommodated to
maximize our profit and delayed payment through the broker.
The payments are scheduled over 12 weeks due to the foreign currency exchange.
The items sold for $2,016,950 less broker fees and handing expense of $403,390,
leaving a total of $1,613,560 to be split equally as noted above, $806,780 to T.A.P.
Development LLC with a profit of $186,180.  The 12 weekly payments of $67,231.67
to be made beginning on April 7, 2023.

Best regards

*James Holloway*
James Holloway

DEFENDANT'S EXHIBIT
11

*Holloway Trading*                                    *Antiques and More*
*PO Box 898*                                          *We assist in finding*
*Elgin TX 78621*                                      *Unique items for clients*

September 30, 2022

To Whom It May Concern

Holloway Trading and Eric Perardi under the business of T.A.P. Development LLC entered into an agreement for antiquities for investment and resale purposes of 4 items (a Tiffany and Compapy lamp made for Notre-Dame Cathedral in Paris France, one English tall case clock, one American tall case clock and one jeweler regulator) .  Having had first (1st) right of refusal, T.A.P. Development LLC has declined said intent and wishes to be financier.

Holloway Trading and T.A.P. Development LLC are equal partners for $585,000 each invested.  Ninety (90) days from now client who has been contacted will pay in full or all items will be sold at an auction house in New York City, NY.  At that point a 25% guaranteed profit for financing will be rolled over to 50% of net proceeds of auction house final price.  Estimate auction value of expected sale is estimated at $2,000,000 USD.

Said items for safety reason are stored at a remote location.

Respectfully

James Holloway
Holloway Trading

DEFENDANT'S
EXHIBIT

**12**

FedEx Envelope

---

FedEx First Overnight
Tracking Number:
275783454191          0.10 lb (3)          102.38
        Declared Value    100
Recipient Address:
    James Holloway
    100 W POINT WAY
    ELGIN, TX 78621-2057
    0000000000

Scheduled Delivery Date 7/21/2022

Pricing option:
    STANDARD RATE

Package Information:
    FedEx Envelope

**DEFENDANT'S EXHIBIT**

**16**

PkgHndlng <1lbs
    400000211039          2  (T)          $4.00



DEFENDANT'S
EXHIBIT

**29**



NAVY FEDERAL Credit Union

Posting Date: 11/14/17
Teller ID: 39166

Seq: 0069
*****7070
$380.00
$380.00

Checking Deposit
Account Number:
Amount:
Cash In:

Above Subject to Verification
Thank you for visiting Navy Federal

$380
11/2/17

NAVY FEDERAL Credit Union

Posting Date 11/14/17
Teller ID: 39166

Seq: 0231
*****7070
$288.00
$288.00

Checking Deposit
Account Number:
Amount:
Cash In:

Above Subject to Verification
Thank you for visiting Navy Federal

$288
11/4/17

NAVY FEDERAL Credit Union

$380
11/2/17

$380
11/14/17

$288
11/14/17

NAVY FEDERAL Credit Union

Subject to verification
Thank you for visiting Navy Federal

Copy for Outside Agency
Provided to Arcadia Police Department
6/20/2019 10:13:44 AM operator EAL

Bank of America, N.A., Member FDIC.
© 2016 Bank of America Corporation. | 00-14-1005B | 06/2016 | ARCN5608

$890 From k2
to cu
11/14/17

$890
11/13/17

NAVY FEDERAL Credit Union

Seq: 0107
*****7070
$890.00
$890.00

Checking Deposit
Account Number:
Amount:
Cash In:

Subject to verification
Thank you for visiting Navy Federal

*Customers can use eligible Bank of America debit cards added to your eligible digital wallet to withdraw, make transfers and check balances (deposits are not available) at some Bank of America ATM locations indicated by a contactless symbol near the card reader. Please note that certain ATM locations may require use of your actual debit card to gain access to the ATM

**NAVY FEDERAL Credit Union**

Posting Date: 11/03/17    Seq: 0017
Teller ID: 31610    *****7070
    $450.00
    $500.00
    $50.00

11/03/17  11:36
B  n
No Deposit
Number:

Cash In:
Cash Out:

ver Subject to Verification
You for visiting Navy Federal

---

**NAVY FEDERAL Credit Union**

Posting Date: 11/06/17    Seq: 0278
Teller ID: 35573    *****7070
    $395.00
    $395.00

Cash In:

ver Subject to Verification
Thank you for visiting Navy Federal

---

**NAVY FEDERAL Credit Union**

Posting Date:    Seq: 0100
Teller ID:    *****7070
    $300.00
    $300.00

ving Deposit
credit Number:

Cash In:

Please Subject to Verification
Thank you for visiting Navy Federal

---

**NAVY FEDERAL Credit Union**

Posting Date: 11/01/17    Seq: 0047
Teller ID: 39540    *****7070
    $275.00
    $300.00
    $25.00

Checking Deposit
edit Number:

Balance:

Subject to Verification
Thank you for visiting Navy Federal

---

380 – K2
11/07/17

288 – K2
for
11/07/17

Bank of America, N.A., Member FDIC.
© 2016 Bank of America Corporation | 00-14-10058 | 06/2016 | ARCN56N8

*Customers can use eligible Bank of America debit cards added to your eligible digital wallet to withdraw, make transfers and check balances (deposits are not available) at some Bank of America ATM locations indicated by a contactless symbol near the card reader. Please note that certain ATM locations may require use of your actual debit card to gain access to the ATM.

Bank of America, N.A., Member FDIC.
© 2016 Bank of America Corporation | 00-14-10058 | 06/2016 | ARCN56N8

*Customers can use eligible Bank of America debit cards added to your eligible digital wallet to withdraw, make transfers and check balances (deposits are not available) at some Bank of America ATM locations indicated by a contactless symbol near the card reader. Please note that certain ATM locations may require use of your actual debit card to gain access to the ATM.

  

$450

Posting Date: 11/03/17
Teller ID: 31610

ng Deposit          Seq: 0017
 Number:        ****##7070
                    $450.00
sh n.              $500.00
sh Out:            $50.00

ove Subject to Verification
 -you for visiting Navy Federa!

 

$520

Post...
Telle ...

ng Deposit
    number.

Subject to Verification
thank you for visiting Navy Fea...

 

$395

Posting Date: 11/0 17
Teller ID: 35 73

Seq: 022
 Number:        ****#7070
                    $395.00
                    $395.00

Subject to Verification
Thank you for visiting Navy Federa...

*Arcadia Police Department*
*Copy for West Side Agency*
*...0:13.44 AM Operator ID 544*

NAVY FEDERAL Credit Union

Posting Date: 11/0 1
Teller ID: 5020

king Deposit          Seq: 0066
Amount Number:     ****##7070
                        $300.00
Cash in:                $300.00

Above Subject to Verification
Thank you for visiting Navy Federal

NAVY FEDERAL Credit Union

$275

03.24    Posting Date: 11/07/17
  4        Teller ID: 39540

 g Deposit        . Seq: 0047
   Number:        ****##7070
                    $275.00
                    $300.00
                    $25.00

        Balance:

 ject to Verification
 r you for visiting Navy Federal



**NAVY FEDERAL Credit Union**

$ 384.00

Posting Date: 11/1/17
Teller ID:

****/70/0
$384.00
$384.00

Subject to Verification
Thank you for visiting Navy Federal

11/2/17 $400

Posting Date:
****/70/0
$400.00
$400.00

Subject to Verification
Thank you for visiting Navy Federal

Arcadia Police Department
Copy for Outside Agency
6/20/2019 10:17 Operator ID 544

**NAVY FEDERAL Credit Union**

11/1/17 $600

Subject to Verification
Thank you for visiting Navy Federal

**NAVY FEDERAL Credit Union**

Posting Date: 11/1/17
Teller ID:

****/70/0
$100.00
$100.00

11/1/17 $100

Subject to Verification
Thank you for visiting Navy Federal

Form
11/19/17
271  009

"Customers can use eligible Bank of America debit cards added to your eligible digital wallet to with check balances (deposits are not available) at some Bank of America ATM locations indicated by a r the card reader. Please note that certain ATM locations may require use of your actual debit card to r

Bank of America, N.A., Member FDIC.



NAVY FEDERAL
Credit Union    11/1/17
#560

Arcadia Police Department
Copy for Outside Agency
6/20/2019 10:13:45 AM Operator ID 544

**NAVY FEDERAL Credit Union**

10/31/17
$ 325

**NAVY FEDERAL Credit Union**

10/31/17
$ 790

Posting Date: 10/31/17
Teller ID: 5050U

Seq: 0118
*****70/0
$325.00
$790.00

Thank you for visiting Navy Federal

Subject to Verification

**NAVY FEDERAL Credit Union**

10/30/17
$ 880.

**Arcadia Police Department**
**Copy for Outside Agency**
**Operator ID 544**
**6/20/2019**

Posting Date: 10/30/17
Teller ID:

Seq: 0012
*****70/0
$880.00
$880.00

Thank you for visiting Navy Federal

**NAVY FEDERAL Credit Union**

10/30/17
$ 451.

**NAVY FEDERAL Credit Union**

10/31/17
$ 335

Posting Date: 10/31/17
Teller ID: 46452

Seq: 0036
*****70/0
$335.00
$340.00

Thank you for visiting Navy Federal

Bank of America, N.A., Member FDIC.

NAVY FEDERAL Credit Union

*Customers can use eligible Bank of America debit cards add check balances (deposits are not available) at some Bank of the card reader. Please note that certain ATM locations may n

10/30/17
$850

10/27/17
$550

10/27/17
$500

Copy for Outside Agency
Arcadia Police Department
6/20/2019 10:13:45 AM Operator ID 544

10/25/17
$675

Posting Date: 10/25/17 09:46
CB: 2
Checking Deposit
Account Number:
Amount:                    $675.
Cash In:                    $0.

Above Subject to Verification
Thank you for visiting Navy Federal.

10/26/17
$400

NAVY FEDERAL Credit Union

NAVY FEDERAL Credit Union
10/25/17
$388

NAVY FEDERAL Credit Union
10/25/17
$675

NAVY FEDERAL Credit Union

10/25/17
$266

10/25/17
$388

*Customers can use the eligible Bank of America debit cards added to your eligible digital wallet to withdraw check balances (deposits are not available) at some Bank of America ATM locations indicated by a c the card reader. Please note that certain ATM locations may require use of your actual debit card to g

nk of America, N.A., Member FDIC.
2016 Bank of America Corporation. | 00-14-0100B | B90008 | 06/20/2016 | ARCN6506



10/24/17
$800

10/24/17

$293



10/23/17
$440.00

**NAVY FEDERAL**
Credit Union

Copy for Outside Agency
6/20/2019 10:1...5 AM Operator ID 544



**NAVY FEDERAL**
Credit Union

10/24/17
$800.00

10/24/17 11:25
CB: 4

...sting Date: 10/24
Teller ID: 5140...

Checking Deposit
Account Number:               Seq  J10...
                        ******7070
Amount:                      $820.00
Cash In:                     $820.00

Above Subject to Verification
Thank you for visiting Navy Feder...



NAVY FEDERAL
Credit Union

10/25/17 09:27
B: 2

Posting Date: 10/23/17
Teller ID: 35573

Checking Deposit
Account Number: ******70
Amount: $2,26
Cash In: $2,26

Oct 17

#671

#605

Copy for Outside Agency
Arcadia Police Department
6/20/2019 10:13:46 AM Operator ID 544

10/21/17



Copy for Outside Agency

Arcadia Police Department 6/20/2019 10:13:46 AM Operator ID 1474

LA FINANCIAL CU
SCE FCU    CO-OP SHARED BRANCH
1175 HUNTINGTON DR
ARTE, CA. 91010

SAINT JOVITE K YOUNGBLOOD
ACCOUNT-SF
DEPOSIT TO CHECKING                AMOUNT    SEQ

TRAN AMT.
NEW BAL.
AVAILABLE:
NETWORK SEQUENCE:                  1970.00   196
T  T-S. *4374=0011
T           1970 00

CHECKS SUBJECT TO CO

86  16 SEP 17 01:03 PM
961 17        TLR 1799

**Account: XXXXXXXXXX=0011 (Share) SAINT JOVITE K YOUNG...**

| | Post Date | Eff Date | Trn Code | Description | Trn Amount |
|---|---|---|---|---|---|
| 1 | 09/06/2017 | 09/06/2017 | Withdra... | Debit Card | -193.27 |
| 2 | 09/06/2017 | 09/06/2017 | Deposit | Shared Br... | 585.00 |
| 3 | 09/06/2017 | 09/06/2017 | Fee | Fee | -2.00 |
| 4 | 09/06/2017 | 09/06/2017 | Withdra... | ATM | -502.50 |
| 5 | 09/06/2017 | 09/06/2017 | Transfer | Home Ban... | -200.00 |
| 6 | 09/06/2017 | 09/06/2017 | Deposit | Shared Br... | 950.00 |
| 7 | 09/06/2017 | 09/06/2017 | Deposit | Deposit | 1,000.00 |
| 8 | 09/06/2017 | 09/06/2017 | Transfer | Home Ban... | -45.00 |
| 9 | 09/06/2017 | 09/06/2017 | Withdra... | ACH | -60.30 |
| 10 | 09/06/2017 | 09/06/2017 | Withdra... | Debit Card | -14.99 |

LA FINANCIAL CU, R/T. 322077562

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 E FIRST AVENUE
ARCADIA CA 91006-013U

Verification
Date 09/14/17          Time 15:13:21
Serial #:
Shared Account Number
SAINT JOVITE K YOUNGBLOOD

Date and Time.        09/14/17 15:13:21
Teller #.             0457
Transaction          Share Deposit
Serial #.            16.55
Account #.
New Balance
Tran Amount.
Available.

Cash Received

**Account: XXXXXXXXXX=0011 (Share) SAINT JOVITE K YOU...**

| Post Date | Eff Date | Trn Code | Description | Trn Amo... |
|---|---|---|---|---|
| 09/12/2017 | 09/12/2017 | Deposit | Shared Br... | 160.0 |

LA FINANCIAL CU, R/T: 322077362

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
JO S. FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date: 09/14/17                    Time 10 05 50
Serial #:                             142505
Base Account Number                XXXXXXXX
SAINT JOVITE K YOUNGBLOOD

Date and Time:    09/14/17 10.05.50
Teller #:                    Share Deposit
Transaction.                        0457
Serial #.                          142504
Account #:        XXXXXXXXXXX-XXXX
New Balance:                       450 00
Tran Amount:                       450 00
Available:
- - - - -
Cash Received                      450 00

Author:
Verification
Date. 09/14/17              Time: 10 06 59
Serial #.                          142504
Base Account Number        XXXXXXXX-XXX
SAINT JOVITE K YOUNGBLOOD

Date and Time.     09/14/17 10.07:11
Teller #:                    Share Deposit
Transaction.                        0452
Serial #                           142505
Account #.        XXXXXXXXXXX-XXXX
New Balance:                       310 00
Tran Amount:                       310 00
Available.
- - - -
C. 4. - sense Clearing             310 00

---

LA FINANCIAL CU - CO- OP SHARED BRANCH
SCE F/U - CO- OP SHARED BRANCH     2
12701 SCHABARUM AVE
IRWINDALE, CA, 91706
SAINT JOVITE K YOUNGBLOOD

ACCOUNT -S4
DEPOSIT TO CHECKING      AMOUNT    SEQ

    TRAN AMT
    NEW BAL:
    AVAILABLE:
    NETWORK SEQUENCE: 150
    ACCT.  XX-43714-0011.

    2   13 SEP 17 09:32AM
    BR 7            TLR 727
    CASH                   415.00  113
    - - - - -
                           415.00

---

FOOTHILL FEDERAL CREDIT UNION CO OP
SHARED BRANCHING
JO S. FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date: 09/14/17             Time: 13.09.15
Serial #:                          142522
Base Account Number:       XXXXXXXXX
SAINT JOVITE K YOUNGBLOOD

Cash Received                       10.00
Cash Dispense Clearing             450 00

Authorization by

---

Date and Time.     09/14/17 16.47 43
Teller #:                           0460
Transaction.                 Share Deposit
Serial #:                          122471
Account #        XXXXXXXXXXX-XXX
New Balance.
Tran Amount.
Available:
- - - -                            460 00

---

SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date: 09/12/17             Time 10 4. .17
Serial #.                         112470
Base Account Number.              XXXXXXXXX
SAINT JOVITE K YOUNGBLOOD

Date and Time.     09/12/17 16.47 43
Teller #:                           0451
Transaction:                 Share Deposit
Serial #:                          142518
Account #:        XXXXXXXXXXX-XXXX
New Balance.
Tran Amount.                       475.00

---

SHARED BRANCHING
JO S. FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date: 09/14/17             Time 12:32 46
Serial #:                         142517
Base Account Number.              XXXXXXXXX
SAINT JOVITE K YOUNGBLOOD

Date and Time.     09/14/17 12:33.00
Teller #:                           0451
Transaction:                 Share Deposit
Serial #:                          142518
Account #:        XXXXXXXXXXX-XXXX
New Balance.
Tran Amount.                       350.00

Copy for Outside Agency
Tax Vendor ID 544
2020018 M 09 ...

LA FINANCIAL CU, R/T: 322077562

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date. 09/11/17          Time. 12.07.10
Serial #:               112418
Base Account Number:    112403
SAINT JOVITE K YOUNGBLOOD    XXXXXXXXXX

Date and Time.          09/11/17 12.07.41
Teller #.               0457
Transaction:            Share Deposit
Serial #.               112419
Account #.              XXXXXXXXXXX-XXXX
New Balance.            335.00
Tran Amount.
Available.

Cash Received           335.00

Date 09 | 11/
Serial #                112446
Base Account Number:    XXXXXXXXXXX

Date And Time           09/12/17 14.40.06
Teller #                0457
Transaction             Share Deposit
Serial #                122447
Account #.              XXXXXXXXXXX-XXXX
New Balance.            399.00
Available.

Re-deived               399.00

Authorization by        ---

---

LA FINANCIAL CU; R/T: 322077562

LA FINANCIAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S FIRST AVENUE
ARCADIA CA 91066-0130

SAINT JOVITE K YOUNGBLOOD

Verification
Date. 09/11/17          Time. 10.00.50
Serial #:               112410
Base Account Number:    112403
SAINT JOVITE K YOUNGBLOOD    XXXXXXXXXX

Date and Time.          09/11/17 10.01.06
Teller #.               0458
Transaction.            Share Deposit
Serial #:               112404
Account #.              XXXXXXXXXXX-XXXX
New Balance.
Tran Amount:            200.00
Cash Dale.

Shared Branch Clearing  200.00

Verification
Date 09/11/             Time. 12.53.24
Serial #.               122442
Base Account Number     XXXXXXXXXXX
SAINT JOVITE K YOUNGBLOOD

Date and Time.          09/12/17 12.53.35
Teller #.               0460
Transaction:            Share Deposit
Serial #:               122443
Account #.              XXXXXXXXXXX-XXXX
New Balance.
Tran Amount.            590.00
Available:

Cash Dispense Clearing  590.00

Authorization by:       ---

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA. 91010

ACCOUNT-SF
DEPOSIT TO CHECKING    AMOUNT   SEQ

SAINT JOVITE K YOUNGBLOOD

TRAN AMT:
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: ******43174=0011
                                507.00   108

CASH:                           507.00

3    11 SEP 17 09:27AM
BR 17        TLR 1710
SHARED BRANCHING
0 S  FIRST AVENUE
ARCADIA CA 91066-0130

Date and Time.          09/12/17 12:28:45
Teller #.               0460
Transaction:            Share Deposit
Serial #:               122441
Account #.              XXXXXXXXXXX-XXXX
New Balance.
Tran Amount.            1,286.00
Available:

Authorization by:       ---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010
2

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING                  AMOUNT    SEQ

TRAN AMT:
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE: 7810
ACCT: **%**4374=0011

CASH:                                390.00   211

44  08 SEP 17 05:34PM
BR 17        TLR 1794

390.00

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010
2

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING                  AMOUNT    SEQ

TRAN AMT:
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE: 3120
ACCT: *****4374=0011

CASH:                                177.00   108

1  09 SEP 17 11:46AM
BR 17        TLR 1711

177.00

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010
2

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING                  AMOUNT    SEQ

TRAN AMT:
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374=0011

CASH:                                640.00   208

28  08 SEP 17 04:11PM
BR 17        TLR 1710

640.00

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010
2

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING                  AMOUNT    SEQ

TRAN AMT:
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374=0011

CASH:                                370.00   130

4  09 SEP 17 10:29AM
BR 17        TLR 1710

370.00

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010
2

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING                  AMOUNT    SEQ

TRAN AMT:
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374=0011

CASH:                                670.00   182

21  08 SEP 17 02:25PM
BR 17        TLR 1710

670.00

---

Community Bank
Pasadena Main Branch
626.568.2265

Station 1406    Teller 0010    Seq# 0025
09/08/2017                      01:22:32 PM

Checking Deposit

Account #: ###########7329

Amounts Received:
Checks In:                           900.00

Brand Total:                         900.00



**NAVY FEDERAL**
**Credit Union**

09/07/16 03:57          Posting Date: 09/08/16
CB: 11                       Teller ID: 38333

Checking Deposit
Account Number:              Seq: 0035
Amount:                    ******7070
Cash In:                    $1,880.00
                           $1,880.00

Above Subject to Verification
Thank you for visiting Navy Federal

Arcadia Police Department
Copy for Outside Agency
6/20/2019 10:13:46 AM Operator ID 544



XXXXXX-0011 (Share) SAINT JOVITE K YOUNGBL...

Eff Date ___ Tm Code ___ Description ___ Shared Br... Tm Amount 200.00

FOOTHILL
Credit Union

CO-OP
SHARED
BRANCH

LA FINANCIAL CU R/T 322077562

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91006 0130

SAINT JOVITE K YOUNGBLOOD

Verification
Date: 09/08/17
Serial #
Base Account Number
SAINT JOVITE K YOUNGBLOOD

Date and Time:                    09/08/17 12:19:30
Teller #:                         Time: 12:19:20
Transaction                       0860
Serial #:                         082326    Share Deposit
Account #:                        0823/7    XXXXXXXXXXXXXXX
New Balance:                      :XXXXXXXXXX-XXXX
Tran Amount:                      1,400.00
Available:

Cash Dispense Clearing            1,400.00

LA FINANCIAL CU
SCE FCU CO-OP SHARED BRANCH
12701 SCHABARUM AVE
IRWINDALE, CA, 91716

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING    AMOUNT    SEQ

TRAN AMT                177.00    234
NEW BAL.
AVAILABLE:
NETWORK SEQUENCE: 5840
ACCT: * **4374-0011

CASH                    177.00

AMADIA CA 91066 0130
06 SEP 17 05:57PM
TLR 709

09/08/17 10:07:56
Teller #:               0457
Transaction:            Share Deposit
Serial #:               00:11:5
Account #:
New Balance             XXXXXXXX-XXXX
Tran Amount
Available
Cash Received           880.00
Authorization ty

FINANCIAL CU, R/T. 322077562

FOOTHILL FEDERAL CREDIT UNION CO-OP
S. FIRST AVENUE
ARCADIA CA 91066-0130

FOOTHILL
Credit Union

CO-OP
SHARED
BRANCH

Identification
#: 09/05/17
Date #:
* Account Number:
MY JOVITE K YOUNGBLOOD

Date and Time:                    09/05/17 13:12:48
Teller #:                         0451
Transaction:                      Share Deposit
Serial #:                         052197
Account #:                        XXXXXXXXXX-XXXX
New Balance                       196.00
Tran Amount.

09/05/17 13:11:50
052196
XXXXXXXXXX

SAINT JOVITE K YOUNGBLOOD
NEW AMT
AVAILABLE
NETWORK SEQUENCE: 6840
ACCT: **4374-0011          500.00    241

CASH                      500.00

**Account: XXXXXXXXXX-0011 (Share) SAINT JOVITE K YOUNGBLOOD**

| Post Date | Eff Date | Trn Code | Description | Trn Amount | Balance Chg | Inte |
|---|---|---|---|---|---|---|
| 1 | 09/05/2017 | 09/05/2017 | Deposit | Shared Br. | 340.00 | 340.00 | |

474
4.10
14 8 4
340

Copy for Outside Agency
Arcadia Police Department
6/20/2019 10:13:46 AM Operator ID 54

LA FINANCIAL CU, R/T: 322077562

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91006-0130

Base Account Number: ----------
SAINT JOVITE K YOUNGBLOOD

Date and Time       09/06/17 14.37:00
Teller #                      J451
Transaction          Share Deposit
Serial #                    062264
Account #:     XXXXXXXXXX-XXXX
Per-Balance:
Tran Amount:                 190.00
Tleu Amount:

Cash Dispense Clearing

---

SAINT JOVITE K YOUNGBLOOD
----------
Verification
Date: 09/05/17
Serial #.
Base Account Number.
SAINT JOVITE K YOUNGBLOOD
  . . . . .
Date and Time:          09/05/17 13:27:48
Teller #:                         J451
Transaction.              Share Deposit
Serial #:                       052197
Account #:      XXXXXXXXXX-XXXX
----------
Tran Amount:                    196.00

'as! r  r. ed
30 S  FIRST AVENUE
ARCADIA CA 91006-0130

Verification
Date: 09/06/17                  Time  14 35:59
Serial #.                              062242
Base Account Number.    XXXXXXXXX
SAINT JOVITE K YOUNGBLOOD

---

SAINT JOVITE K YOUNGBLOOD
----------  XXXXXXXXXX
Date and Time         09/06/17 15.46 08
Teller #.                          J451
Transaction              Share Deposit
Serial #:                       062250
Account #:      XXXXXXXXXX-XXXX
Tran Amount:                  1,000.00

Date   Time                 09/06/17 14.36 17
Teller #.                              J457
Transaction.              Share Deposit
Serial #:                            062243
Account #.          XXXXXXXXXX-XXXX
New Balance.
Tran Amount.                        950.00
Available.
Cash Received



LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO : CKING          AMOUNT    SEQ

TRAN AMT:                            1
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE
ACCT: *****4374=0011

1  CASH:                      474.00

BR 17
1 05 SEP 17 09.05AM
TLR 1794

Verification.
Date  09/05/17
Serial #
hash
SAINT JOVITE K YOUNGBLOOD

Date and Time          09/05/17 12 14 49
Teller #               0157
Please in              Share Deposit
Se ial #               052169
A: count #             xXXxxXxXx-XXxX
New Balance
Tran Am t
Ava lable
Cash Amount            431.00

Cash Disburse

Authorization by.

---

INANCIAL CU
FCU - CO-OP SHARED BRANCH
HUNT          DR
E, C          10

INT JOVITE K YOUNGBLOOD

DEP TO : CHECKING          AMOUNT    SEQ

TRAN AMT:                            1
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE
ACCT: *****4374=001

1 CASH:                       91.00

BR 17
20 02 SEP 17          PM
TLR 544

Verification.
Date 09/05/17
Serial #
SAINT JOVITE K YOUNGBLOOD

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
20 S FIRST AVENUE
ARCADIA CA 91006-013

Date and Time          09/05/17 10 25 05
Teller #               0458
Transaction            Share Deposit
Serial #               552144
Account #              XXXXXXXX-XXXX
New Balance
Tran Amount
Available
Cash Amount            380.00

Credit Dispensed Clearing

Authorization by.

---

FINANCIAL CU
E FCU - CO-OP SHARED BRANCH
75 HUNTINGTON DR
ARTE, CA, 91010

INT JOVITE K YOUNGBLOOD

COUNT-SF
POSIT TO CHECKING          AMOUNT    SEQ

TRAN AMT:                            1
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE
ACCT: *****4374=0011

CASH:                     105.00   128

02 SEP 17 11.04AM
17           TLR 1710

Verification.
Date: 09/05/17            Time: 09 44 31
Serial #                  052136
Base Account Number       XXXXXXXXXXX
SAINT JOVITE K YOUNGBLOOD

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S FIRST AVENUE
ARCADIA CA 91006-0130

Date and Time          09/05/17 09 44 39
Teller #               0452
Transaction            Share Deposit
Serial #               05213
Acc unt #              XXXXXXXXXXX-XXXx
New Balance
Tran Amount
Available              410.00

Credit Dispensed Clearing          410.00

Authorization by.



Copy Outside Agency
Arcadia Police Department
6/20/2023 10:13:46 AM Operator ID 54...

30 S. FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date: 08/31/17                          Time: 13 49 34
Serial #                                        311983
Base Account Number:                 XXXXXXXXX-XXXX
SAINT JOVITE K YOUNGBLOOD

Date and Time:      08/31/17 13 49:38
Teller #:               0451
Transaction:            Share Deposit
Serial #:               311984
Account #:              XXXXXXXXX-XXXX
Tran Amount:            440 00

Dispense Clearing

Arcadia Police Department
Copy for Outside Agency
6/3/2019 10:13:46 AM Operator

LA FINANCIAL CU, R/T: 322077562

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date: 08/31/17                          Time: 12.56.12
Serial #:                                       311981
Base Account Number:                 XXXXXXXXX
SAINT JOVITE K YOUNGBLOOD

Date and Time:      08/31/17 12:56.24
Teller #:               0458
Transaction:            Share Deposit
Serial #:               311982
Account #:              XXXXXXXXX-XXXX
Tran Amount:            495.0

Dispense Clearing

FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date 08/31/17                           Time 11:11:37
Serial #                                        311973
Base Account Number:                 XXXXXXXXX
SAINT JOVITE K YOUNGBLOOD

Date and Time:      08/31/17 11:11:56
Teller #:               0458
Transaction:            Share Deposit
Serial #:               311974
Account #:              XXXXXXXXX-XXXX
Tran Amount:            250.00

Dispense Clearing                      250.00

Authorization by:



Arcadia Police Department
Copy for Outside Agency
6/20/2019 10:13:47 AM Operation ID 544

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date: 08/29/17          Time: 13:18:49
Serial #:                          XXXXXXXXX
Base Account Number:    291911
SAINT JOVITE K YOUNGBLOOD

---

Date and Time          08/29/17 13:19:48
Teller #:                          0451
Transaction:           Share Deposit
Serial #:                          291912
Account #:             XXXXXXXXXXXXXXXX
New Balance:
Tran Amount:           375.00
Available:

Cash Received                      $75.00

BR
30 S FIRST AVE.,
ARCADIA CA 91066 0130

Verification
Date: 08/29/17         Time: 16:02:51
Serial #:                          291931
Base Account Number:   XXXXXXXXXXX
SAINT JOVITE K YOUNGBLOOD

---

Date and Time          08/29/17 16:02:51
Teller #:                          0457
Transaction:           Share Deposit
Serial #:                          291932
Account #:             XXXXXXXXXXXXXX
New Balance:
Tran Amount:           90.00
Available:

Cash Received                      90.00

---

30 S. FIRST AVENUE
ARCADIA CA 91066 0130

Verification
Date 08/29/17          Time: 11:39:02
Serial #:                          2915900
Base Account Number:   XXXXXXXXX
SAINT JOVITE K YOUNGBLOOD

---

Date and Time          08/29/17 11:39:17
Teller #:                          0458
Transaction:           Share Deposit
Serial #                           291901
Account #:             XXXXXXXXXXXXXXX
New Balance:
Tran Amount:           444.00
Available:

Cash Dispense Clearing

Authorization by:                  172.00

---

30 S FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date 08/29/17          Time: 15:21:52
Serial #:                          291929
Base Account Number:   XXXXXXXXX
SAINT JOVITE K YOUNGBLOOD

---

Date and Time          08/29/17 15:22:00
Teller #:                          0457
Transaction:           Share Deposit
Serial #:                          291930
Account #:             XXXXXXXXXXXXXXX
New Balance:
Tran Amount:           200.00
Available:

Cash Received                      200.00

---

SHARED BRANCHING
30 S FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date: 08/29/17         Time: 09:50:46
Serial #:                          291892
Base Account Number:   XXXXXXXXX
SAINT JOVITE K YOUNGBLOOD

---

Date and Time          08/29/17 13:43:27
Teller #:                          0457
Transaction:           Share Deposit
Serial #:                          291914
Account #:             XXXXXXXXXXXXXXX
New Balance:
Tran Amount:           210.00
Available:

Cash Received                      210.00

Copy for Our Use Only
Arcadia Police Department
AW Operator in 544
2016



LA FINANCIAL CU, R/T: 322077562

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91006-0130

Verification
Date: 08/24/17
Serial #:
Base Account Number:
SAINT JOYITE K YOUNGBLOOD

Date and Time                08/24/17 15:57:14
Teller #:                    0451
Transaction:                 Share Deposit
Serial #:                    -41744
Account #:                   XXXXXXXXX-XXXX
Tran Amount                  340.00
Available:                   340.00

Cash Dispense Clearing       340.00

Verification
Date: 08/25/17          Time: 17:46:13
Serial #                -1814
Base Account Number:    XXXXX-XXXXX
SAINT JOYITE K YOUNGBLOOD

Date and Time
Teller #:
Transaction:
Serial #:
Account #:
New Balance:
Tran Amount:
Available:

Date                         :  .b :b
Tel :                        0304
                             :1
Serial #                     .51815
Account #:                   -XXXX-XXXX-XXXX
New Balance
Tran Amount:
Available:

Cash Dispense Clearing       220.00
                             220.00

---

LA FINANCIAL CU, R/T: 322077562

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91006-0130

Verification
Date 08/24/17          Time: 14.18.31
Serial #:              241740
Base Account Number:
SAINT JOYITE K YOUNGBLOOD

Date and Time                08/24/17 14:18.41
Teller #:                    0458
Transaction:                 Share Deposit
Serial #:                    241741
Account #:                   XXXXXXXXX-XXXX
New Balance:
Tran Amount                  220.00
Available:                   220.00

Cash Dispense Clearing       220.00

Verification
Date: 08/24/17         Time: 16:45.28
Serial #:              0452
Base Account Number:   241799
SAINT JOYITE K YOUNGBLOOD

Date and Time
Teller #:
Transaction:
Serial #:
Account #:                   XXXXX-XXXX-XXXX
New Balance
Tran Amount:                 580.00
Available:                   580.00

Cash Dispense Clearing       580.00

Authorization by

---

LA FINANCIAL CU, R/T: 322077562

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91006-0130

Verification
Date 08/24/17          Time: 13.52-14
Serial #:              241735
Base Account Number:
SAINT JOYITE K YOUNGBLOOD

Date and Time                08/24/17   1  : 20
Teller #:                    0451
Transaction:                 Share Deposit
Serial #:                    241736
Account #:                   XXXXXXXXX-XXXX
New Balance
Tran Amount                  400.00
Available:                   400.00

Cash Dispense Clearing       400.00

Verification
Date: 08/25/17         Time: 11:57.04
Serial #:              241770
Base Account Number:   251773
SAINT JOYITE K YOUNGBLOOD

Date and Time                08/25/17  11:57.15
Teller #:                    0460
Transaction:                 Share Deposit
Serial #:                    251771
Account #:                   XXXXXXXXX-XXXX
New Balance                  450.00
Tran Amount:
Available:

Cash Received                50.00
Cash Dispense Clearing       400.00

Copy for Arcadia Police Department
4/20/2019 10:13:47

Arcadia Police Department
Copy for Outside Agency
5/20/2019 10:13:47 AM  Original ID 5445...

LA FINANCIAL CU, R/T: 322077662

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S FIRST AVENUE
ARCADIA CA 91006-0130

Verification
Date: 08/22/17                          Time  15.18.34
Serial #                               XXXXXXXXXX
Base Account Number
SAINT JOVITE K YOUNGBLOOD

Date 08/23/17
Teller #:
Transaction.
Serial #:
Account #:                 XXXXXXXXXXXXXX
New Balance.
Tran Amount
Available

Date and Time           08/24/17 11 02.52
Teller. #                         0468
Transaction.              Share Deposit
Serial #:                        241732
Account #:             XXXXXXXXXXXXXX
New Balance.                 175 00
Tran Amount               Available:
Cash Received                5 00
Cash Dispense Clearing      170 00

---

Date 08/23/17 10 34 58
Serial #:                      04.
Transaction                   .
Serial #.              XXXXXXXXXX.X
Account #
New Balance.
Tran Amount
Available

Time  11 14 38       410 00
.41791
XXXXXXXX             410 00

TRAN AMT
NEW BAL
AVAILABLE
NETWORK SEQU.NCE
ACC1                 XX-XXXXXXX

CASH:                           691 00

23 AUG 17 09:35AM
TLR 744

Date and Time
Teller #
Transaction
Serial #
Account #
New Balance.
Tran Amount
Available

FCKING                  AMOUNT
                        691 00

---

FOOTHILL FEDERAL CREDIT UNION CO OP
SHARED BRANCHING
30 S FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date: 08/23/17                         Time  13.46:54
Serial #:                              .31703
Base Account Number
SAINT JOVITE K YOUN..

Date and Time             08/22/17  15.18 54
Teller #:                        0451
Transaction               Share Deposit
Serial #:                        221682
Account #:            XXXXXXXXXXXXXX
New Balance.               1,770 00
Tran Amount
Available                  1,770 00

---

Date and Time             08/23/17  14 58
Teller. #                        0451
Transaction               Share Deposit
Serial #:                        231704
Account #             XXXXXXXXXXXX
Tran Amount.                430 00
Cash Dispense Clearing      430 00



LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1701 S. HABARUM AVE
IRWINDALE, CA. 91706

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING          AMOUNT    SEQ

TRAN AMT:
NEW BAL:                        436.00   106
AVAILABLE:          40
NETWORK SEQUENCE:
ACCT: ****4374=0011
CASH:                           436.00

1   21 AUG 17 08:51AM
GR 7        TLR 744

SHARED BRANCHING
30 S FIRST AVENUE
ARCADIA CA 91006-0130

Verification
Date. 08/22/17
Serial #.
Have Account Number?
SAINT JOVITE K YOUNGBLOOD

Date and Time:            08/22/17 10:14:16
Teller #:                 045/
T.ansaction:              Share Deposit
Serial #:                 221692
Account #:                XXXXXXXXXXX=XXXX
New Balance.
Tran. Amount.
Available.

Cash Received               300.00

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING          AMOUNT    SEQ

TRAN AMT:
NEW BAL:                        200.00   146
AVAILABLE:
NETWORK SEQUENCE: 2990
ACCT: ****4374=0011
CASH:                           200.00

1   20  19 AUG 17 11:59AM
GR 17       TLR 1794

SHARED BRANCHING
30 S FIRST AVENUE
ARCADIA CA 91006-0130

SAINT JOVITE K YOUNGBLOOD

Date and Time:            08/21/17 10:39:35
Teller #:                 045/
Transaction:              Share Deposit
Serial #:                 211629
Account #:                XXXXXXXXXXX=XXXX
New Balance:
Tran Amount:
Available:

Cash Received               200.00

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHEC             AMOUNT    SEQ

TRAN AMT:
NEW BAL:                        805.00   101
AVAILABLE:
NETWORK SEQUENCE:
ACCT: ****4374=0011
CASH:                           805.00

1   19 AUG 17 09:20AM
BR 17       TLR 1710

Camino
Federal Credit Union

Teller sofiega              Date 08/21/2017 8-22:48 am
Serial 278851080            Branch Cerritos

Cash received                              200 00
Cash received                               50 00
Deposit to X.X.X4374-0011
Amount                                      250 00
Ledger Balance                              x xx
Available Balance                           x xx
Institution               LA FINANCIAL CU
ID Type                   Drivers License
ID Number                 N8526330/

Copy for Outside Agency
Arcadia Police Department
6/20/2019 10:13:47 AM Operated by: W44

**FOOTHILL** CREDIT UNION / CO-OP SHARED BRANCH

LA FINANCIAL    R/T: 322077562

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S FIRST AVENUE
ARCADIA CA 91066-0130

SAINT JOVITE K YOUNGBLOOD

Verification
Date: 08/18/17
Time: 11:08:02
Serial #     181505
Base Account Number     XXXXXXXXXXX
SAINT JOVITE K YOUNGBLOOD

Share Deposit     0437
Serial #     181506
XXXXXXXXXXXXXXX
Account #:
New Balance:
Tran Amount     310.00

Available:

Cash Received     126.00

Cash Dispense Clearing     126.00

---

**FOOTHILL** CREDIT UNION / CO-OP SHARED BRANCH

LA FINANCIAL CU, R/T: 32207756-

FOOTHILL FEDERAL CREDIT UNION CO OP
SHARED BRANCHING
30 S FIRST AVENUE
ARCADIA CA 91066-0130

SAINT JOVITE K YOUNGBLOOD

Verification
Date: 08/18/17     Time: 09:53:11
Serial #     181496
Base Account Number     XXXXXXXXXXX
SAINT JOVITE K YOUNGBLOOD

Teller #:     0452
Share Deposit     181497
Serial #     XXXXXXXXXXXXXX
Account #:
New Balance:
Tran Amount     200.00
Available:

Cash Received     265.00

Cash Dispense Clearing     265.00

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

ACCOUNT-SF     AMOUNT     SEQ
DEPOSIT TO CHECKING

SAINT JOVITE K YOUNGBLOOD     390.00     107

TRAN AMT:     390.00
NEW BAL:
AVAILABLE:     340
NETWORK SEQUENCE:
ACCT: *****43774-0001
CASH:     390.00

3   18 AUG 17 09:13AM
BR 17    TLR 1710

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S FIRST AVENUE
ARCADIA CA 91066-0130

LA FINANCIAL CU, R/T: 322077562

Verification
Date: 08/18/17     Time: 13:20:49
Serial #     181529
Base Account Number:     XXXXXXXXXXX
SAINT JOVITE K YOUNGBLOOD

Date and Time:     08/18/17 13:21:09
Teller #:     0458
Transaction:     Share Deposit
Serial #:     181530
Account #:     XXXXXXXXXXXXXXX
New Balance:
Tran Amount:
Available:     282.00

Cash Dispense Clearing     282.00

```
un FINANCIAL CU, R/T: 322077562
FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date.  08/17/17
Serial #:                          171463
Base #:    # Number
SAINT JOVITE K YOUNGBLOOD

Date and Time     08/17/17 09:40:54
Teller #:                          .451
Transaction.
Serial #:                          .454
Account #:      XXXXXX>-XXXX
Tran Amount:                  193.00

Cash Dispense Clearing           193.00
```

```
Verification
Date.  08/17/17     Time. 16.13.49
Serial #:                          171494
Base Account Number   XXXXXXXXX
SAINT JOVITE K YOUNGBLOOD

Date and Time   08/17/17 16.13.54
Teller #:                          0460
Transaction.     Share Deposit
Serial #.                          171495
Account #     XXXXXXXXX-XXXX
New Balance.
Tran Amount.                   200.00
Available

Cash Dispense Clearing           200.00
```

```
A FINANCIAL CU
CE FCU - CO-OP SHARED BRANCH
175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD
DEPOSIT TO CHECKING       AMOUNT   SEQ
   TRAN AMT:
   NEW BAL:
   AVAILABLE:
   NETWORK SEQUENCE: 
   ACCT:  x-*****43744=0011
   CASH:                  488.00   113

1   17 AUG 17 09:14AM
BR 17         TLR 1710

LA FINANCIAL CU, R/T: 322077562
FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date 08/17/17        Time. 14.55.34
Serial #:                          171489
Base #:    # Number
SAINT JOVITE K YOUNGBLOOD

Date and Time      08/17/17 14.55.40
Teller #:                          0458
Transaction.     Share Deposit
Serial #.                          171490
Account #     XXXXXXXXX-XXXX
New Balance.
Tran Amount.                   250.00
Available.

Cash Dispense Clearing           250.00
```

```
JOVITE K YOUNGBLOOD
DEPOSIT TO CHECKING         AMOUNT
   TRAN AMT:                        00   200
   NEW BAL:
   AVAILABLE
   NETWORK SEQUEN
   ACCT: ****43.
   CASH:

18   16 AUG 17 05:54PM
R 7          TLR 709

LA FINANCIAL CU, R/T: 322077562
FOOTHILL FEDERAL CREDIT UNION CO OP
SHARED BRANCHING
30 S FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date 08/17/17        Time. 12.26.44
Serial #.                          171476
Base #:    # Number
SAINT JOVITE K YOUNGBLOOD

Date and Time      08/17/17 12.26.51
Teller #.                          0457
Transaction.     Share Deposit
Serial #                           171477
Account #     XXXXXXXXX-XXXX
New Balance.
Tran Amount.                   315.00
Available.

Cash Received                    315.00
```

Arcadia Police Department
Copy for Official Use
ID #44
08/20/2019 10:13:47

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91006-0130

Verification.
Date. 08/15/17
Serial #.                        151426
Base Account Number.        XXXXXXXXXX
SAINT JOVITE K YOUNGBLOOD

                                 Time. 15.01.40

Date and Time             08/15/17 15.02:23
Teller #:                           0457
Transaction:                Share Deposit
Serial #.                         151427
Account #.          XXXXXXXXXXXXXXXX
New Balance:
Tran Amount                      760.00
Available.                       760.00
  -    -

Cash Received                    760 00

LA FINANCIAL C...

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91006-0130

Verification.
Date. 08/16/17
Serial #.                        161446
Base Account Number.        XXXXXXXXXX
SAINT JOVITE K YOUNGBLOOD

                                 Time. 12.16.23

Date and Time             08/16/17 12:16.28
Teller #.                           0457
Transaction:                Share Deposit
Serial #.                         161447
Account #.          XXXXXXXXXXXXXXXX
New Balance.
Tran Amount.                     310.00
Available.                       310.00
  -    -

Cash Received                    310 00

---

LA FINANCIAL CU, R/T: J22077562

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date: 08/15/17
Serial #                        151398
Base Account Number:       XXXXXXXXX
SAINT JOVITE K YOUNGBLOOD

                                 Time: 11.26.27

Date and Time.            08/15/17 11.27:00
Teller #.                           0457
Transaction:                Share Deposit
Serial #:                         151399
Account #:          XXXXXXXXXXXXXXXX
New Balance
Tran Amount:                   1,900.00
Available.                     1,900.00
  -    -

Cash Received                  1,900 00

Date and Time:            08/16/17 10.49 57
Teller #:                           0457
Transaction:                Share Deposit
Serial #                          161440
Account #:          XXXXXXXXXXXXXXXX
New Balance.
Tran Amount.                     510.00
Available.                       510.00
  -    -

Cash Dispense Clearing           510 00

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

DEPOSIT TO CHECKING         AMOUNT  SEQ
ACCOUNT-SF

TRAN AMT:                   2310.00  104
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE: 360
ACCT: *****4374=0011
------------------------------
CASH.                       2310.00
------------------------------

4  15 AUG 17 09:15AM
BR 17      TLR 1794

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91066-0130

Verification.
Date. 08/15/17
Serial #.                        151439
Base Account Number        XXXXXXXXXX
SAINT JOVITE K YOUNGBLOOD

                                 Time. 16 51:08

Date and Time.            08/15/17 16.51:35
Teller #.                           0457
Transaction                 Share Deposit
Serial #.                         151440
Account #.          XXXXXXXXXXXXXXXX
New Balance:
Tran Amount.                     329.00
Available.                       329.00
  -    -

Cash Received                    329.00

Copy — NOT an Original Document
Arcadia Police Department
6/20/2019 10:13 AM

Outside Agency
Copy Provided to Austin Police Department
6/20/20__ 10:13:47 AM Operator ID 544

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010                      2

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING              AMOUNT    SEQ

TRAN AMT.
NEW BAL.
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374=0011

CASH:                            390.00    107

4    12 AUG 17 09:48AM
BR 17         TLR 1710

---

LA FINANCIAL CU - SHARED BRAN.
SCE FCU - CO-OP
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING              AMOUNT

TRAN AMT
NEW BAL.
AVAILABLE: 240
NETWORK SEQUENCE:
ACCT: *****4374=0011

CASH:                            590.00    103

3    14 AUG 17 09:10AM
BR 17         TLR 1761

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010                      2

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING              AMOUNT    SEQ

TRAN AMT:
NEW BAL.:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374=0011

CASH:                            180.00

20   12 AUG 17 12:18PM
BR 17         TLR 1710

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010                      2

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING              AMOUNT    SEQ

TRAN AMT
NEW BAL.:
AVAILABLE:
NETWORK SEQUENCE: 2330
ACCT: *****4374=0011

CASH:                            280.00

4    12 AUG 17 11:21AM
BR 17         TLR 1711



LA FINANCIAL CU, R/T: 322077562

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date: 08/08/17                          Time: 16 19 19
Serial #:                               XXXXXXXXX
Base Account Number,
SAINT JOVITE K YOUNGBLOOD

Date and Time:              08/08/17 16.19.30
Teller #:                   0452
Transaction:                Share Deposit
Serial #:                   081220
Account #:                  XXXXXXXXXX=XXXX
New Balance:
Tran Amount:                            250.00
Available:

---

LA FINANCIAL CU, R/T: 322077562

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date: 08/08/17                          Time: 13:37.22
Serial #:                               081202
Base Account Number,
SAINT JOVITE K YOUNGBLOOD

Date and Time:              08/08/17 13.37:59
Teller #:                   0452
Transaction:                Share Deposit
Serial #:                   081203
Account #                   XXXXXXXXXX=XXXX
New Bala                                435.00

---

LA FINANCIAL CU, R/T: 322077562

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91066-0130

Date and Time:              08/08/17 16.09 08
Teller #:                   0457
Transaction.                Share Deposit
Serial #:                   091297
Account #:                  XXXXXXXXXX=XXXX
New Balance:
Tran Amount:                            200.00
Available:

Cash Received

---

Verification
Date: 08/09/17                          Time: 16:08.57
Serial #:                               091236
Base Account Number,
SAINT JOVITE K YOUNGBLOOD

Date and Time:              08/09/17 13.54 54
Teller #:                   0460
Transaction.                Share Deposit
Serial #.                   091245
Account #:                  XXXXXXXXXX
New Balance.
Tran Amount.
Available:                               430 00

Cash Received                           430 00

---

Verification
Date: 08/10/17                          Time  09 30 31
Serial #:                               101250
Base Account Number,
SAINT JOVITE K YOUNGBLOOD

FOOTHILL FEDERAL CREDIT UNION CO  W
SHARED BRANCHING
30 S  FIRST AVENUE
ARCADIA IA 91366 0130

Date and Time               08/10/17 09 46 44
Teller #                    0457
Share Deposit
101259
XXXXXXXXXX=XXX
New Balance.
Tran Amount.                            200 00
Available.

Cash Received                           260 00

---

ID 544

Copy for Outside Agency
Arcadia Police Department

FOOTHILL
Credit Union

CO-OP
SHARED
BRANCH

LA FINANCIAL CU

MATADORS CONDUIT 'A CREDIT UNION
CO-OP Shared Branching
9401 RESEDA BOULEVARD
NORTHRIDGE CA 91324

Verification
Date: 08/07/17                    Time  14:36:59
Serial #:                              074515
Base Account Number:            XXXXXXXXXX
SAINT JOVITE Y YOUNGBLOOD

Date and Time
Transaction.
Teller #:
Serial #:                  CU Name:           LA FINANCIAL CU
Account #:                 New Balance                   074518
                           Tran Amount                   180.00
CASH RECEIVED              New Balance                   200.00
Cash Disbursed             Tran Amount                    20.00-

deposits may not be available
from deposit with  avail. Please refer
to institution's rules governing
availability for details

Copy for Los Angeles Police Department
Operations ID 544
2019 10 18

LA FINANCIAL CU  N/T  322017562

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date: 08/07/17                    Time 16:17:58
Serial #:                              077189
Base Account Number:            XXXXXXXXXX
SAINT JOVITE K YOUNGBLOOD

Date and Time        08/07/17 16:18:59
Teller #:                    041D
Transaction                  Share Deposit
Serial #:                    071190
Account #:              XXXXXXXXXX-XXXX
New Balance.                 240.00
Tran Amount.                 300.00
Available.

Cash Received
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date: 08/08/17               Time: 15:07:46
Serial #:                         081210
Base Account Number:       XXXXXXXXXX
SAINT JOVITE K YOUNGBLOOD

Date and Time:       08/08/17 15:07:48
Teller #:                    0452
Transaction.                 Share Deposit
Serial #:                    081211
Account #              XXXXXXXXXX-XXXX
New Balance.
Tran Amount:
Available.                   175 00

Cash Dispense Clearing

Authorization by.

ID Source.

LA FINANCIAL CU

Verification
Date: 08/07/17               Time  14:37:24
Serial #:                         0069
Account #:                   LA FINANCIAL CU
New Balance                       074518
Tran Amount.                      180.00
Available:                        200.00
Cash Disbursed                     20 00-

Date and Time        08/08/17 14:16:35
Teller #:                    0458
Transaction.                 Share Deposit
Serial #:                    081208
Account #.              XXXXXXXXXX-XXXX
New Balance.
Tran Amount.                 205.00
Available:
SAINT JOVITE K YOUNGBLOOD

Verification
Date: 08/08/17               Time  14:16:31
Serial #:                         081207
Base Account Number:       XXXXXXXXXX

Cash Dispense Clearing       205.00

Authorization by.

LA FINANCIAL CU  R/T  322017562

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date: 08/07/17               Time: 12 08 59
Serial #:                         07116?
Base Account Number:       XXXXXXXXXX
SAINT JOVITE K YOUNGBLOOD

Date and Time.       08/07/17 12.06 48
Teller #                     0451
Transaction.                 Share Deposit
Serial #.                    071162
Account #.             XXXXXXXXXX-XXXX
New Balance
Tran Amount.                 200.00

Cash Disbursed Clearing          240 00

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date: 08/08/17               Time  13:13:48
Serial #:                         08197
Base Account Number:       XXXXXXXXXX
SAINT JOVITE K YOUNGBLOOD

Date And Time        08/08/17 13 14 00
Teller #                     0450
Transaction.                 Share Deposit
Serial #.                    081198
Account #.             XXXXXXXXXX
New Balance
Tran Amount.
Available.                   430 00

Cash Received

Authorization by.

Arcadia Police Department
Copy for Outside Agency
6/20/2019 10:13:48 AM CID 544
Authorized by

LA FINANCIAL CU R/T 322077562

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S FIRST AVENUE
ARCADIA CA 91006-0130

Verification
Date 08/04/17                    Time 11:57:20
Serial #:                         031115
Base Account Number:              ..
SAINT JOVITE K YOUNGBLOOD

Date and Time        08/04/17 11:57:24
Teller #:
Transaction          Share Deposit
Serial #:            041036
Account #:           XXXXXXXXXX-XXXX
New Balance:         395.00
Tran Amount:
Available:

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA. 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING            AMOUNT    SEQ

TRAN AMT.
NEW BAL.:                       685.00   103
AVAILABLE:
NETWORK SEQUENCE: 310
ACCT: **##**4374=0011
    CASH:                       685.00

2  07 AUG 17 09:37AM
BR 17        TLR 1794

---

LA FINANCIAL CU  R/T. 322077562

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S FIRST AVENUE
ARCADIA CA 91006-0130

Verification
Date 08/04/17                Time. 10:32:42
Serial #                      041095
Base Account Number:
SAINT JOVITE K YOUNGBLOOD

Date and Time        08/04/17 10:32:46
Teller #               0452
Account #:           XXXXXXXXXX-XXXX
New Balance:         041098
Tran Amount          Share Deposit
Available

Cash Dispense Clearing

Authorization by                340.00

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA. 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING            AMOUNT    SEQ

TRAN AMT.
NEW BAL.:                       330.00   134
AVAILABLE:
NETWORK SEQUENCE: 2380
ACCT: **##**4374=0011
    CASH:                       330.00

7  05 AUG 17 11:17AM
BR 17        TLR 1794

---

LA FINANCIAL CU, R/T. 32-077562

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S FIRST AVENUE
ARCADIA, CA 91006-0130

Verification
Date: 08/04/17               Time: 13:44:11
Serial #.                     041135
Base Account Number:
SAINT JOVITE K YOUNGBLOOD

Date and Time        08/03/17 13:44:20
Teller #               045B
Account #:           XXXXXXXXXX-XXXX
Serial #:            041136
New Balance:         Share Deposit
Tran Amount:
Available:                      160.00

Aug 8

Arcadia Police Department
Copy for Outside Agency
6/20/2019 10:43:48 AM Original ID

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date: 08/01/17                     Time: 15.19.22
Serial #:                          010991
Base Account Number:               XXXXXXXXXXXX
SAINT JOVITE K YOUNGBLOOD

---

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date: 08/02/17                     Time: 16:47:40
Serial #:                          021030
Base Account Number:               XXXXXXXXXXXX
SAINT JOVITE K YOUNGBLOOD

Date And Time:                     08/01/17 15:19.31
Teller #:                          0450
Transaction:                       Share Deposit
Serial #:                          010992
Account #:                         XXXXXXXXXX-XXXX
New Balance:
Tran Amount:
Available:
Cash Dispense Clearing                      310.00



---

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date: 08/02/17                     Time: 10:00:48
Serial #:                          021013
Base Account Number:               XXXXXXXXXXXX
SAINT JOVITE K YOUNGBLOOD

Date And Time:                     08/02/17 10:00:52
Teller #:                          0452
Transaction:                       Share Deposit
Serial #:                          021014
Account #:                         XXXXXXXXXX-XXXX
New Balance:
Tran Amount:
Available:
Cash Dispense Clearing                      310.00

---

Date And Time:                     08/02/17 16.47.46
Teller #:                          0404
Transaction:                       Share Deposit
Serial #:                          021031
Account #:                         XXXXXXXXXX-XXXX
New Balance:
Tran Amount:
Available:
Cash Dispense Clearing                      160.00

---

LA FINANCIAL CU, R/T: 322077562
SHARED BRANCHING

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date: 08/02/17                     Time: 15.29.14
Serial #:                          021029
Base Account Number:               XXXXXXXXXXXX
SAINT JOVITE K YOUNGBLOOD

Date And Time:                     08/02/17 15.29.36
Teller #:                          0452
Transaction:                       Share Deposit
Serial #:                          021030
Account #:                         XXXXXXXXXX-XXXX
New Balance:
Tran Amount:
Available:
Cash Dispense Clearing                      665.00

---

Verification
Date: 08/03/17                     Time: 11:53:34
Serial #:                          031052
Base Account Number:               XXXXXXXXXXXX
SAINT JOVITE K YOUNGBLOOD

Authorization by:

ID Source
☒ Driver license
Signature
Known

---

Date and Time:                     08/03/17 11:53:4
Teller #:                          0215
Transaction:                       Share Deposit
Serial #:                          031053
Account #:                         XXXXXXXXXX-XXXX
New Balance:
Tran Amount:
Available:
Cash Dispense Clearing                      665.00

---

Date and Time:                     08/03/17 03:30.47
Teller #:                          0457
Transaction:                       Share Deposit
Serial #:                          031034
Account #:                         XXXXXXXXXX-XXXX
New Balance:
Tran Amount:
Available:
Cash Dispense Clearing                      300.00

Verification
Date: 08/01/17      Time: 14:24:21
Serial #:
Base Account Number: XXXXXXXXXXXX
SAINT JOVITE K YOUNGBLOOD

Date and Time.      08/01/17 14:24:35
Teller #:           045?
Transaction:        Share Deposit
Serial #:           010985
Account #:          XXXXXXXXXX-XXX
New Balance.
Tran Amount.        388.00
Available:          388.00
Cash Received       388.00

Authorization by:

ID Source.
[X] Driver Lic   CDL J0474456 EX10/18
[ ] SigCard
[ ] Known
[ ] Other   KENNETH KNOLLENBERG

Funds from deposits may not be available

---

Base Account Number: XXXXXXXXXX
SAINT JOVITE K YOUNGBLOOD

Date and Time:      08/01/17 11:34:37
Teller #:           045B
Transaction:        Share Deposit
Serial #:           010975
Account #:          XXXXXXXXX-XXXX
New Balance:
Tran Amount:        600.00
Available:          600.00
Cash Dispensed/Clearing

Authorization by:

ID Source.
[X] Driver Lic   J0474456 exp 10/2018
[ ] Known
[ ] Other

Funds from day side may not be available
for immediate withdrawal. Please refer
your individual's in    setting

Copy for Online Agency
Archive File — Online Agency ID XX
11/20/2019 10:13:45 AM

FOOTHILL.
CO-OP SHARED BRANCH

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date: 07/31/17                    Time: 09:42:19
Serial #:                        310515
Base Account Number          XXXXXXXXX
SAINT JOVITE K YOUNGBLOOD

Date and Time.                  07/31/17 09:42:22
Teller #:                       0457
Transaction.                    Share Deposit
Serial #                        310916
Account #:                      XXXXXXXXXX-XXXX
Balance
Amount.                         450.00
Available.                      450.00

Cash Received                   450.00

Authorization by:

ID Source:
[X] Driver Lic         CA DL J047/4456 ex10/18
[ ] Signcard
[ ] Known
[ ] Other

Kenneth Knollenberg

Arcadia Police Department
Copy for Outside Agency
6/20/2018 9:48 AM Operator ID 544

LA FINANCIAL CU - CO-OP SHARED BRANCH
SCE FCU - CO-OP SHARED BRANCH 2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

AT 'INT-SF
DE-R-.IT TO CHECKING           AMOUNT    SEQ

TRAN AMT:
NEW BAL:                       240.00    178
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374=0011
CASH:                          240.00-

25   29 JUL 17 12:47PM
          ~n u 1761

Copy for Outside Agency
Operator ID 544
6/20/2019 13:48:19

LA FINANCIAL CU, R/T 322077562

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date: 07/31/17
Serial #:                    310952
                    XXXXXXXXXX

Date and Time.            07/31/17 14.00.05
Teller #.                         0457
Transaction.        Share Deposit
Serial #.                       310953
Account #.          XXXXXXXXXX=XXXX
New Balance.                  185.00
Tran Amount.
Available.
                              105.00

FTi ' CU
    ' OP
    17N

AC-'_'QUEN-
4374=0u,

CASH.

'29 JUL 1" 10 ' ,'
         TL R 1 ' 4

Ngb.

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date: 07/31/17
Serial #:
Base Account Number:         XXXXXXXXXX
SAINT JOVITE K YOUNGBLOOD

Date and Time.            07/31/17 12.11.35
Teller #.                         0451
Transaction.        Share Deposit
Serial #.                       310933
Account #.          XXXXXXXXXX=XXXX
New Balance.                  923.06
Tran Amount.                  450.00
Available.                    615.73
                              450.00

Cash Received.

Authorization by.

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date: 07/28/17                  Time. 16 54 56
Serial #                        28090-
                    XXXXXXXXXX

LA FINANCIAL CU, R/T. 322077562

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
10 S. FIRST AVENUE
ARCADIA CA 91066-0130



LA FINANCIAL CU, R/T. 322077562

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date: 07/31/17                  Time. 10.32:49
Serial #:                       31J9.23
Base Account Number.         XXXXXXXXXX
SAINT JOVITE K YOUNGBLOOD

Date and Time.            07/31/17 10.33.06
Teller #.                         0430
Transaction.        Share Deposit
Serial #.                       310924

240.00

LA FINANCIAL CU, R/T: 322077562

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date: 07/28/17
Serial #:
Base Account Number:
SAINT JOVITE K YOUNGBLOOD

Date and Time        07/28/17 15:44:16
Teller #:                            0437
Transaction:              Share Deposit
Serial #:                        280895
Account #:      XXXXXXXXXXX-XXXX
New Balance:
Tran Amount:                     300.00
Available:



FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date: 07/28/17
Serial #:

Date and Time        07/28/17 15:43:03
Teller #:                            0430
Transaction:              Share Deposit
Serial #:                        280894
Account #:      XXXXXXXXXXX-XXXX
New Balance:
Tran Amount:                     250.00
Available:

LA FINANCIAL CU, R/T: 322077562

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date: 07/28/17
Serial #:
Base Account Number:
SAINT JOVITE K YOUNGBLOOD

Time      09:45:43
280820



Date and Time        07/28/17 15:45:47
Teller #:                            0437
Transaction:              Share Deposit
Serial #:                        280831
Account #:      XXXXXXXXXXX-XXXX
New Balance:
Tran Amount:
Available:

Copy of Original
Outside Agency
Arcadia Police Department
6/20/2019 10:13:48 AM Operations

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date: 07/28/17
Serial #:
SAINT JOVITE K YOUNGBLOOD

Date and Time        07/28/17 14:01:37
Teller #:                            0452
Transaction:              Share Deposit
Serial #:                        280873

LA FINANCIAL CU, R/T: 322077562

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date: 07/28/17
Serial #:
SAINT JOVITE K YOUNGBLOOD

Time      14:01:27
280872

Cash Received

Authorization by

395.00

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010
SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING

| TRAN AMT: | AMOUNT | SEC |
|---|---|---|
| NEW BAL: | | 2 |
| AVAILABLE: | | |
| NETWORK SEQUENCE: | | |
| ACCT: *****43740011 | | |
| CASH: | 575.00 | 106 |

575.00

1  28 AUG 17 09:16AM
BR 17         TLR 1761

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91066-0130

Date and Time        07/28/17 12:45:07
Teller #:                            0437
Transaction:              Share Deposit
Serial #:                        280865
Account #:      XXXXXXXXXXX-XXXX
New Balance:
Tran Amount:
Available:

395.00



Copy for Our Outside Agency
Arcadia Police Department
6/29/2019 10:13:15 AM Operator ID 544

LA FINANCIAL CU
SCE FCU CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING

TRAN AMT.          300.00
NEW BAL.
AVAILABLE.
NETWORK SEQUENCE: 230
ACCT. ****-****43745=0011
CASH:             300.00

2  27  JUL 17  09:17AM
BR 17        TLR 1794

AMOUNT      SEQ
300.00      103

FOOTHILL
Credit Union
CO-OP SHARED BRANCH

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
R/T: 322077562
30 S. FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date. 07/27/17              Time. 13:59.58
Serial #.                   0404
Transaction.                Share Deposit
Account #.                  270827
Base Account Number         XXXXXXXXXX-XXXX
New Balance.
Tran Amount.                269 00
Avail. able.

SAINT JOVITE K YOUNGBLOOD

"" Disrense Clearing                     269 00

LA FINANCIAL CU. R/T: 322077562
FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91066-0130

Date and Time.              07/27/17 13:40.17
Teller #.                   045?
Transaction                 Share Deposit
Serial #.                   260793
                            X-XXXXXXXXXX-XXXX

SAINT JOVITE K YOUNGBLOOD

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date  07/27/17              Time 13:42.41
Serial #.                   270815
Base Account Number         XX-XXXX-...
SAINT JOVITE K YOUNGBLOOD

FOOTHILL
Credit Union
CO-OP SHARED BRANCH

LA FINANCIAL CU, R/T: 322077562
FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91066-0130

Date and Time.              07/27/17 12:42.59
Teller #.                   0457
Transaction.                Share Deposit
Serial #                    270822
Account #                   XXXXXXXXXX-XXXX
New Balance.
Tran Amount:
Available.                  400.00

Cash Received              420 00

Authorization by

FOOTHILL
Credit Union
CO-OP SHARED BRANCH

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91066-0130

LA FINANCIAL CU, R/T: 322077562
FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91066-0130

Date and Time.              07/27/17 11:25.48
Teller #.                   0430
Transaction.                Share Deposit
Serial #                    270815
Account #                   XXXXXXXXXX-XXXX
New Balance.                420 00
Tran Amount:                420 00
Available.

SAINT JOVITE K YOUNGBLOOD



Copy for Outside Agency
Arcadia Police Department
05/30/2019 10:48 AM Operator ID 544

Copy for Outside Agency
Austin Police Department
6/20/2022 8:13:48 AM   Operator ID 544

**Receipt 1**

30 S FIRST AVENUE
ARCADIA CA 91006-0130

Verification
Date. 07/25/17
Serial #.
Base Account Number.
SAINT JOVITE K A YOUNGBLOOD

Date and Time.                07/25/17 11 37 28
Teller #.                     0452
Transaction.                  Share Deposit
Serial #.                     2507/6
Account #.                    XXXXXXXXXXX.
New Balance.
Tran Amount.                  990.00
Available.

Cash Dispense Clearing

Authorization by

ID Source
☒ Driver Lic
☐ Signed
☐ Known

FOOTHILL FEDERAL CREDIT UNION CO-OP

430.00

Authorization by

**Receipt 2**

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date. 07/25/17
Serial #.
Base Account Number
SAINT JOVITE K YOUNGBLOOD

Date and Time.                07/25/17 14 14 05
Teller #.                     045
Transaction.                  Share Deposit
Serial #.                     250/065
Account #.                    XXXXXXX.XX=XXXX.
New Balance.                  280 00
Tran Amount.
Available.

Cash Received                 280 00

Authorization by

LA FINANCIAL CU. R/T. 3220//562

**Receipt 3**

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA 91010

ACCOUNT-SF
DEPOSIT TO CHECKING   AMOUNT   SEQ

AINT JOVITE K YOUNGBLOOD

NEW B
AVAILABLE:
NETWORK SEQUENCE: 230
ACCT: 1*X**4374=0011
CASH:

25 JUL 17 09:17AM
TR 1

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date. 07/25/17
Serial #.
Base Account Number:
SAINT JOVITE K YOUNGBLOOD

Date and Time                07/25/17 12 37 48
Teller #.                    045
Transaction.                 Share Deposit
Serial #.                    250/61
Account #.                   XXXXXXXXX.X= XXX
New Balance.
Tran Amount
Available

Cash Received                674 00

Copy for Outside Agency
Apostille Front Office Department
ID 544
6/20/2019 10:13:48



FOOTHILL
CO-OP SHARED BRANCH

LA FINANCIAL CU  R/T: 322071562

SAINT JOVITE K YOUNGBLOOD

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD
ACCOUNT-SF
DEPOSIT TO CHECKING

| | AMOUNT | SEQ |
|---|---|---|
| TRAN AMT: | 200.00 | |
| NEW BAL: | | |
| AVAILABLE: | | |
| NETWORK SEQUENCE: | | |
| ACCT: *****4374=0011 | | |
| CASH: | 200 | |

FOOTHILL
CO-OP SHARED BRANCH

LA FINANCIAL CU  R/T: 322071562

K YOUNGBLOOD

CO-OP SHARED BRANCH
1175 HUNTINGTON DR
A 910.0

| | AMOUNT | SEQ |
|---|---|---|
| TRAN AMT: | 635.00 | 120 |
| NEW BAL: | | |
| AVAILABLE: | | |
| NETWORK SEQUENCE: | | |
| ACCT: *****4374=0011 | | |
| CASH: | | |

6  22 JUL 17 10:13AM
BR 17        TLR 1710

CASH

24 Aug

K YOUNGBLOOD    200






LA FINANCIAL CU R/T #3207756:

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91006-0130

**Verification**
Date: 07/19/17
Serial #:
Base Account Number:
SAINT JOVITE K YOUNGBLOOD

Date and Time                07/19/17 at 10:49
Teller #:                    Time  11:46:3a
Transaction:                 1507:23
Account #:
Share Deposit:
Available:                   $20.00
Loan Amount:
Cash Received:
Authorization by:

Arcadia Police Department
Copy for Our County Agency
6/20/2019 10:13:49 AM
Operator ID 544

LA FINANCIAL CU R/T #3207756:

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91006-0130

**Verification**
Date: 07/20/17
Serial #:
Base Account Number:
SAINT JOVITE K YOUNGBLOOD

Date and Time                07/20/17 at 10:34
Teller #:                    Time  11:00:10
Serial #:                    200603
User Account Number:
Transaction Amount:          XXXXXXXXXX1XXXX
New Balance:                 305.00
Available:                   305.00
Cash Dispense Clearing       305.00
Authorization by:

LA FINANCIAL CU R/T #3207756:

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91006-0130

**Verification**
Date: 07/19/17
Serial #:
Base Account Number:
SAINT JOVITE K YOUNGBLOOD

A FINANCIAL CU
CE FCU - CO-OP SHARK'
1175 HUNTINGTON DR
'ARTE, CA, 91010

AINI JOVITE K YOUNGBLO

ACCOUNT-SF
DEPOSI TO CHECKIN        AMOU

TRAN AMT.
NEW BAL.
AVAILABLE
NETWORK SEQUENCE
ACCT: #-#$#437:=0011
CASH:

22    17 JUN 17 12::
-9, 17    TLR ' J

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH          2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
'EPOSIT TO CHECKING        AMOUNT

TRAN AMT:
NEW BAL:          300.00
AVAILABLE:
NETWORK SEQUENCE: 1
ACCT: #-##$437#=0011
CASH:          300.00

4    18 JUL 17 09:15AM
SR 17    'LR 1794

A FINANCIAL CU
SCE FCU - CO-OP SHARED BRAN      2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SA'YT JOVITE K Y JNGBLOOD

.COUNT-SF
. PCSIT TO CHECKIN'        'M 'U'

T'AN -MT:
NE'. -'.:
AVA' .BLE:
N' 'WORK SEQUENCE:
ACCT: -#*#4374'=0        '

CASH:

2    17 JUL 1' 09'25.
DR 544    17.

Verification
Date. 01/10/1:

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCH.N
3u S. First AVENUE
ARCADIA CA 91006-7

Base Account Number
SAINT JOVITE K YOUNGBLOOD

Date and Time:                07/18/17  05.09:1:)
Teller #:                                      G:56
Transaction:                          Share Deposit
Serial #:                                    180b534
Account #:                    XXXXXXXXXXXXXX
New Balance:                              480 00

Cash Dispense Cleaning

Authorization by.


Camino
Federal Credit Union

Date 07/17/2017 11:01:06 am
Branch/Centina

'L CU
O-OP SHAPE'/ : <
'EARLH AVE
.E', CA, 91706

'. < . OUNGF' 'LO

SL'C'JENCE
. . ##4374=0

246.30

LA FINANCIA
Teléfono (Clamano

Copy for Outside Agency
Arcadia Police Department
05/20/2019 10:17:49 AM Operator 544

LA FINANCIAL CU, R/T: 322077562

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date: 07/14/17
Serial #:                              Time: 13:57:53
Base Account Number:                   140405
SAINT JOVITE K YOUNGBLOOD              XXXXXXXXXX

| Date and Time: | 07/14/17 14:50:59 |
| Teller #: | 0404 |
| Transaction: | Share Deposit |
| Serial #: | 140486 |
| Account #: | XXXXXXXXXXXXXXX |
| New Balance: | |
| Tran Amount: | 425.00 |
| Available: | |

Cash Dispense Clearing

Authorization by:

ACCOUNT-SF
DEPOSIT TO CHECKING                    AMOUNT

A FINANCIAL CU
CO-OP SHARED BR
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE, K YOUNGBLOOD

TRAN AMT:
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE: 18
ACCT: *****4374=00
ASN:                                   1600.00

15    UN 17 11:13AM
BR 17         TLR 1794


LA FINANCIAL CU, R/T: 322077562

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date: 07/14/17                         Time: 14:24:39
Serial #:                              140489
Base Account Number:
SAINT JOVITE K YOUNGBLOOD              XXXXXXXXXX

| Date and Time: | 07/14/17 14:25:10 |
| Teller #: | 0404 |
| Transaction: | Share Deposit |
| Serial #: | 140489 |
| Account #: | XXXXXXXXXXXXXXX |
| New Balance: | |
| Tran Amount: | 280.00 |
| Available: | |

Cash Dispense Clearing

Authorization by:

ACCOUNT OF
DEPOSIT TO CHECKING                    AMOUNT    SEQ

A FINANCIAL CU
CO-OP SHARED BRANCH
175 HUNTINGTON DR
DUARTE CA, 91010

SAINT JOVITE K YOUNGBLOOD

TRAN AMT:
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE: 2
ACCT: *****4374                        450.00    126

R 17  JUL  17            TLR 1171


LA FINANCIAL CU, R/T: 322077562

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91066-0130

Verification
Date: 07/14                            Time: 09:53:07
Serial #:                              140449
Base Account Number:
SAINT JOVITE K YOUNGBLOOD              XXXXXXXXXX

| Date and Time: | 07/14/17 09:53:19 |
| Teller #: | 0404 |
| Transaction: | Share Deposit |
| Serial #: | 140450 |
| Account #: | XXXXXXXX XXXXXXX |
| New Balance: | |
| Tran Amount: | 400.00 |
| Available: | |

Cash Dispense Clearing

Authorization by:

ACCOUNT OF
SAINT JOVITE K YOUNGBLOOD
TO CHECKING                            AMOUNT    SE

A FINANCIAL CU
CO-OP SHARED B
HUNTINGTON DR
, 91010

TRAN AMT:
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE: 3350
ACCT: *****4374=0011
CASH:                                  770.00

34   14 JUN 17 04:27PM
BR 17         TLR 1710

Copy for Outside Agency
Arcadia Police Department
6/20/20 10:13:45
ID Driver Lic
JO47/4456 ex10/18

7/14/17

**CIAL CU**
CO-OP SHARED BRANCH
TON DR
E, CA 91010

SAINT JOVITE K YOUNGBLOOD
DEPOSIT TO CHECKING    AMOUNT    500

ACCOUNT:
TRAN AMT:
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: ****4574=0011

CASH:                    430.00

15 JUL 17 09:31AM
TLR 1710

---

LA CHARACTER CU, R/T: 322077562

**FOOTHILL**
Credit Union

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
3  S  FIRST AVENUE
ARCADIA CA 91006-0130

SAINT JOVITE K YOUNGBLOOD
Base Account Number:
Serial #:
Date: 07/13/17

Date and Title:        07/13/17 16:19:57
Teller #:                        045
Transaction:           Share Deposit
Serial #:                      130465
Account #:             XXXXXXXXXXXXXX

350.00

---

FOOTHILL FEDERAL CREDIT UNION CO-OP
SHARED BRANCHING
30 S. FIRST AVENUE
ARCADIA CA 91006-0130

**FOOTHILL**
Credit Union

Verification
Date: 07/13/17                   Time: 12:1:56
Serial #:                        130465
Base Account Number:             XXXXXXXXXXX

SAINT JOVITE K YOUNGBLOOD
Date and Ti        07/13/17 16:18:16
Teller #:                        045
Transaction:           Share Deposit
Serial #:                      130430
Account #:             XXXXXXXXXXXXXX

Train Amount                   380.00

380.00

---

LA FINANCIAL CU, R/T: 322077562
CO-OP SHARED BRANCH    2

SAINT JOVITE K YOUNGBLOOD
DEPOSIT TO CHECKING    AMOUNT    560

ACCOUNT:
TRAN AMT:
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE: 4780
ACCT: ****4574=0011

CASH:                    700.00

15 16 JUL 17 03:03PM
BR 17              TLR 1761



LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING    AMOUNT SE.

TRAN AMT:
NEW BAL:
AVAILABLE:              .49
NETWORK SEQUENCE:
.T: *****43734=00

07 JUL 17 02:52PM
17              TLR 1761

CASH:              443.00

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K JUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING    AMOUN

TRAN AMT:
NEW BAL:                275.00
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****43734=0011

10 JUL 17 03:58PM
17              TLR 1710

CASH:              275.00

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUR

ACCOUNT-SF
DEPOSIT TO CHECKING    MOUNT  SE

TRAN AMT:
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****43734=0011

06 JUL 17 10:58AM
17              TLR  94

CASH:              191.00

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING    AMOUNT SEQ

TRAN AMT:
NEW BAL:                327.00
AVAILABLE:              410
NETWORK SEQUENCE:
ACCT: *****43734=0011

06 JUL 17 09:30AM
17              TLR 1794

CASH:              327.00

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING    AMOUNT SEQ

TRAN AMT:
NEW BAL:                490.00   150
AVAILABLE:
NETWORK SEQUENCE: 2380
ACCT: *****43734=0011

08 JUL 17 11:09AM
17              TLR 1794

CASH:              490.00

Arcadia Police Department
Copy for Outside Agency
6/20/2019 10:14:50 AM Operator ID 544



NAVY FEDERAL Credit Union

09/07/16 03:56
CB: 11

Posting Date: 09/08/16
Teller ID: 36333

Checking Deposit
Account Number:                    Seq: 0035
Amount:            $1,880.00    *******7070
Cash In:           $1,880.00    $1,880.00

Above Subject to Verification
Thank you for visiting Navy Federal

LA FINANCIAL CU                                    2
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA. 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                         AMOUNT    SEQ
DEPOSIT TO CHECKING

TRAN AMT:
NEW BAL:                          248.00    176
AVAILABLE: 4/30
NETWORK SEQUENCE:
ACCT: *****4374-0011

CASH:                             248.00

29   05 JUL 17 02:25PM
3R 17   TLR 1794

LA FINANCIAL CU                                    2
SCE FCU  CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA. 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                         AMOUNT    SEQ
DEPOSIT TO CHECKING

TRAN AMT:
NEW BAL:                          335.00    314
AVAILABLE:
NETWORK SEQUENCE: 1400
ACCT: *****4374-0011

CASH:                             335.00

5   05 JUL 17 11:08AM
BR 17   TLR 1794

NAVY CU
CO-OP SHARED BRANCH
HUNTINGTON DR
TE, CA. 91010

JOVITE K YOUNGBLOOD

ACCOUNT-SF                         AMOUNT    SEQ
DEPOSIT TO CHECKING

TRAN AMT:
NEW BAL:                          170.00    113
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374-0011

CASH:                             170.00

0 JUL 17 09:11AM

LA FINANCIAL CU                                    2
SCE FCU  CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA. 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                         AMOUNT    SEQ
DEPOSIT TO CHECKING

TRAN AMT:
NEW BAL:                          260.00    141
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374-0011

CASH:                             260.00

6   05 JUL 17 12:33PM
3P 17   TLR 1761



LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING                AMOUNT    SEQ
    TRAN AMT:                       250.00    10?
    NEW BAL:                        580
    AVAILABLE:
    NETWORK SEQUENCE:
    ACCT: *****4374=0011

    CASH:                          250.00
1  30 JUN 17 09:45AM
BR 17       TLR 1711

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING                AMOUNT    SEQ
    TRAN AMT:                       190.00    145
    NEW BAL:                        130.00
    AVAILABLE:
    NETWORK SEQUENCE:
    ACCT: *****4374=0011

    CASH:                          190.00
12  29 JUN 17 0?:??PM
BR 17       TLR 2:34

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING                AMOUNT    SEQ
    TRAN AMT:                       310.00    128
    NEW BAL:                        310.00
    AVAILABLE:
    NETWORK SEQUENCE:
    ACCT: *****4374=0011

    CASH:                          310.00
6  29 JUN 17 12:18PM
BR 17       TLR 1710

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING                AMOUNT    SEQ
    TRAN AMT:                       231.00    191
    NEW BAL:                        231.00
    AVAILABLE:
    NETWORK SEQUENCE:
    ACCT: *****4374=0011

    CASH:                          231.00
31  30 JUN 17 03:10PM
BR 17       TLR 1710

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING                AMOUNT    SEQ
    TRAN AMT:                       375.00    142
    NEW BAL:                        375.00
    AVAILABLE:
    NETWORK SEQUENCE:
    ACCT: *****4374=0011

    CASH:                          375.00
17  30 JUN 17 12:41PM
BR 17       TLR 1704

Copy for Oversight Agency — American Oversight FOIA Operation ID 544



# MISSION CITY

### FEDERAL CREDIT UNION

1391 Franklin Street
Santa Clara, CA 95050
Main 408-244-9818
Toll-Free 1-888-361-1894
www.MissionCityFCU.org

S** NED BRANCHING
Date: 06/27/2017
CAN: 102c4i
Member: 11%**1010***
Skii: 4%:11 - YOUNGBLOOD

Time: 13:58:2r
Teli-r 48 880
T.AD-S**

$ 1.. 
$0.00

$15.00      $15.00
$0.00

$-03.80

Arcadia Police Department
Copy for Outside Agency
6/20/2019 10:13:51 AM Operator ID 544

---

LA FINANCIAL CU                              2
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA. 91010

**NT JOVITE K YOUNGBLOOD

T-SF
r TO CHECKING           AMOUNT  

CASH:
NETWORK SEQUENC
ACCT: *****4374=0.

TRAN AMT:
NEW BAL:
AVAILABLE:

3   26 JUN 17 01:05PM
BR 17            TLR 1761

680.00



---

LA FINANCIAL CU                              2
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA. 91010

SAINT JOVITE K YOUNGBLOOD
DEPOSIT TO CHECKING

ACCOUNT-SF                   AMOUNT

ACCT: *****4374=0011
NETWORK SEQUENCE:
AVAILABLE:
NEW BAL:
TRAN AMT:

CASH:

1   28 JUN 17 10:08AM
BR 17            TLR 1710

460.00

460.00  10.

---

LA FINANCIAL CU                              2
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA. 91010

SAINT JOVITE K YOUNGBLOOD
DEPOSIT TO CHECKING

ACCOUNT-SF                   AMOUNT

ACCT: *****4374=0011
NETWORK SEQUENCE:
AVAILABLE:
NEW BAL:
TRAN AMT:

CASH:

3   27 JUN 17 10:37AM
BR 17            TLR 1710

417.00

417.00



LA FINANCIAL CU
SCE FCU – CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING        AMOUNT    SEQ

CASH:                      290.00

22 JUN 17 02:55PM
BR 17    TLR 1761

TRAN AMT:
NEW BAL:                   290.00   130
AVAILABLE:
NETWORK SEQUENCE:  4240
ACCT: *****4374=0011

---

LA FINANCIAL CU
SCE FCU – CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING        AMOUNT    SEQ

CASH:                      475.00

7  24 JUN 17 10:30AM
BR 17    TLR 1710

TRAN AMT:
NEW BAL:                   475.00   119
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374=0011

---

LA FINANCIAL CU
SCE FCU – CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING        AMOUNT    SEQ

CASH:                      490.00

22 JUN 17 11:54AM
17    TLR 1710

TRAN AMT:
NEW BAL:                   490.00   118
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374=0011

---

LA FINANCIAL CU
SCE FCU – CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING        AMOUNT    SEQ

CASH:                      100.00

4  24 JUN 17 10:37AM
BR 17    TLR 1761

TRAN AMT:
NEW BAL:                   100.00   110
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374=0011

---

LA FINANCIAL CU
SCE FCU – CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING        AMOUNT    SEQ

CASH:                      485.00

1  22 JUN 17 09:22AM
BR 17    TLR 1794

TRAN AMT:
NEW BAL:                   485.00   103
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374=0011

---

LA FINANCIAL CU
SCE FCU – CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING        AMOUNT    SEQ

CASH:                      340.00

8  23 JUN 17 09:34AM
BR 17    TLR 1710

TRAN AMT:
NEW BAL:                            115
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374=0011



Outside Agency
Operator ID 544
Arcadia Police Department



for Outside Agency — Arcadia Police Department — 2/20/2018 — ATM Operator ID 544





LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH 2
1175 HUNTINGTON DR
DUARTE, CA. 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                    AMOUNT   SEQ
DEPOSIT TO CHECKING

TRAN AMT:                     400.00   111
NEW BAL.:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374=0011

CASH:                        400.00

4  09 JUN 17 09:34AM
BR 17    TLR 1761

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH 2
1175 HUNTINGTON DR
DUARTE, CA. 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                    AMOUNT   SEQ
DEPOSIT TO CHECKING

TRAN AMT:                     675.00   177
NEW BAL.:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374=0011

CASH:                        675.00

8  10 JUN 17 11:30AM
BR 17    TLR 1710

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH 2
1175 HUNTINGTON DR
DUARTE, CA. 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                    AMOUNT   SEQ
DEPOSIT TO CHECKING

TRAN AMT:                     1080.00   121
NEW BAL.:
AVAILABL:
NETWORK:
ACCT: *       =0011

CASH:                        1080.00

14  08 JUN 17 10:41AM
BR 17    TLR 1710

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH 2
1175 HUNTINGTON DR
DUARTE, CA. 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                    AMOUNT   SEQ
DEPOSIT TO CHECKING

TRAN AMT:                     177.00   201
NEW BAL.:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374=0011

CASH:                        177.00

34  09 JUN 17 03:16PM
BR 17    TLR 1794

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH 2
1175 HUNTINGTON DR
DUARTE, CA. 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                    AMOUNT   SEQ
DEPOSIT TO CHECKING

TRAN AMT:                     900.00   107
NEW BAL.:
AVAILABLE:
NETWORK SEQUENCE: 100
ACCT: *****4374=0011

CASH:                        900.00

2  07 JUN 17 09:27AM
BR 17    TLR 744

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH 2
1175 HUNTINGTON DR
DUARTE, CA. 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                    AMOUNT   SEQ
DEPOSIT TO CHECKING

TRAN AMT:                     285.00   157
NEW BAL.:
AVAILABLE:
NETWORK SEQUENCE:
ACCT:       1374=0011

CASH:                        285.00

20  09 JUN 17 01:43PM
BR 17    TLR 1761

Arcadia Police Department
Worldwide Agency
AM Operator ID 544

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

DEPOSIT TO CHECKING                AMOUNT   SEQ

TRAN AMT:                          145.00   135
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *=*=*4374=0011

CASH:                              145.00

01 JUN 17 01:19PM
TLR 1710

---

SAINT JOVITE K YOUNGBLOOD

DEPOSIT TO CHECKING                AMOUNT   SEQ

TRAN AMT:                          250.00   185
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *=*=*4374=0011

CASH:                              250.00

45  08 JUN 17 04:41PM
BR 17    TLR 1710

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING                AMOUNT   SEQ

TRAN AMT:                          170.00   110
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *=*=*4374=0011

CASH:                              170.00

4   06 JUN 17 09:4X:XX
BR 17    TLR

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

DEPOSIT TO CHECKING                AMOUNT   SEQ

TRAN AMT:                          480.00   165
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *=*=*4374=0011

CASH:                              480.00

18  07 JUN 17 02:44PM
BR 17    TLR 1794

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
TE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

POST T TO CHECKING                 AMOUNT   SEQ

TRAN AMT:                          700.00   104
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *=*=*4374=0011

CASH:                              700.00

3   06 JUN 17 09:25AM
BR 17    TLR 1794

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING                AMOUNT   SEQ

TRAN AMT:                          601.00   169
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *=*=*4374=0011

CASH:                              601.30

16  06 JUN 17 01:58::
BR 17    TLR 1710

Confidential
Arcadia Police Department
©2020 Oracle Agency
Operator ID 544

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                          AMOUNT    SEQ
DEPOSIT TO CHECKING

TRAN AMT:
NEW BAL:                            188.00    118
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374=0011
-------------------------------------------
CASH:                              188.00

4  03 JUN  7 1 .:29AM
BR 17       TLR 1761

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                          AMOUNT    SEQ
DEPOSIT TO CHECKING

TRAN AMT:
NEW BAL:                            866.00    193
AVAILABLE
NETWORK SEQUENCE: 0570
ACCT: *****4374=0011
-------------------------------------------
CASH:                              866.00

29  05 JUN 17 02:37PM
BR 17       TL 1794

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                          AMOUNT    SEQ
DEPOSIT TO CHECKING

TRAN AMT:
NEW BAL:                            188.00    179
AVAILABLE:
NETWORK SEQUENCE: 7880
ACCT: *****4374=0011
-------------------------------------------
CASH:                              1 .

32  03 JUL 17 02::
BR 17       T  176 1

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                          AMOUNT    SEQ
DEPOSIT TO CHECKING

TRAN AMT:
NEW BAL:                            475.00    104
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374=0011
-------------------------------------------
CASH:                              475.00

1  0  JUN 17 09:16AM
BR 17       TLR 1710

---

LA FINANCI
SCE FCU - C  - Ö     PARL   BRANCH
1175 HUNT NGT    R
DUARTE, C , 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                          AMOUNT    SEQ
DEPOSIT TO CHECKING

TRAN AMT:
NEW BAL:                            250.00    193
AVAILABLE:
NETWORK SEQUENCE: 7 20
ACCT: *****4374=0011
-------------------------------------------
CASH:                              250. 0

9  02 JUN 17 04:11PM
BR 17       TLR 794

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                          AMOUNT    SEQ
DEPOSIT TO CHECKING

TRAN AMT:
NEW BAL:                            200.00    157
AVAILABLE:
NETWORK SEQUENCE: 447
ACCT: *****4374=0011
-------------------------------------------
CASH:                              200.0

24  03 JU  7, 12:11PM
BR 17       T  1 1

...Court for ...Arcadia Police Department... ...Le Agency... Operator ID 544



LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA. 91010

SAINT JOVITE K YOUNGBLOOD

DEPOSIT TO CHECKING          AMOUNT

ACCOUNT-SF
NETWORK SEQUENCE: 2890
ACCT: *****4374=0011
AVAILABLE:
NEW BAL:                     270.00  132
TRAN AMT:                    270.00

CSH:
02 JUN 17 12:07PM
TLR 1794

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA. 91010

SAINT JOVITE K YOUNGBLOOD

DEPOSIT TO CHECKING          AMOUNT

ACCOUNT-SF
NETWORK SEQUENCE: 2
ACCT: *****4374
AVAILABLE:
NEW BAL:                     430.00
TRAN AMT:
CA:
02 JUN 17 10:10AM
BR 17          TLR

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA. 91010

SAINT JOVITE K YOUNGBLOOD

DEPOSIT TO CHECKING          AMOUNT

ACCOUNT-SF
NETWORK SEQUENCE:
ACCT: *****4374=0011
AVAILABLE:
NEW BAL:                     671.00
TRAN AMT:
CSH:
01 JUN 17 04:    :
TLR

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA. 91010

SAINT JOVITE K YOUNGBLOOD

DEPOSIT TO CHECKING          AMOUNT

ACCOUNT-SF
NETWORK SEQUENCE: 2890
ACCT: *****4374=0011
AVAILABLE:
NEW BAL:                     745.00  112
TRAN AMT:
CASH:
0  JUN 17 09:14AM
TLR 1710

Copy You Arapahoe County Sheriff's Department Pride Agency
6/20/2019 10:12 AM Operator ID 544

From Lee
to Cu
975
8/25/17
thru

975

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                    AMOUNT    SEQ
DEPOSIT TO CHECKING

                              580.00    107
TRAN AMT:
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: ****4374s0011

CASH:                         580.00

30 MAY 17 09:25AM
17          TLR 1794

Copy for Outside Agency
Arcadia Police Department
6/20/2018 10:13:52 AM Operator ID 544

From Lee
to Cu
$950
5/25/17
thru

$950

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                    AMOUNT    SEQ
DEPOSIT TO CHECKING

TRAN AMT:
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: ****4374=0011

CASH:                         975.00    10.

2  25 MAY 17 11:45AM
BR 17    TLR 1761                975.00

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                    AMOUNT    SEQ
DEPOSIT TO CHECKING

TRAN AMT:
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: ****4374=0011

CASH:                         950.00    105

2  25 MAY 17 09:43AM
BR 17    TLR 1794                950.00

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                    AMOUNT    SEQ
DEPOSIT TO CHECKING

TRAN AMT:
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: ****4374=0011

CASH:                         247.00

14  23 MAY 17 01:53PM
BR 17    TLR 1710

---

ACCOUNT-SF                    AMOUNT    SE
DEPOSIT TO CHECKING

TRAN AMT:
NEW BAL:                      1400.00
AVAILABLE:
NET                           1400.00   109
SEQUENCE:
*#*4374=0011

MAY 17 12:01PM
TLR 1711                      1400.00

---

ACCOUNT-SF                    AMOUNT
DEPOSIT TO CHECKING

TRAN AMT:
NEW BAL:
AVAILABLE:                    1800.00
SEQUENCE:                     1800.00
***4374=0011

17 10 27AM
TLR 709                       1800.00

---

SAINT JOVITE K YOUNGBLOOD

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

ACCOUNT-SF                    AMOUNT    SEQ
DEPOSIT TO CHECKING

TRAN AMT:
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: ****4374=0011

CASH:                         350.00    134

9  25 MAY 17 03:15PM
BR 17    TLR 1761                350.00

Arcadia Police Department
Copy for Outside Agency
9/20/2019 10:13:52 AM Operator ID 544



**NAVY FEDERAL Credit Union**

Navy Federal Credit Union
Corona Branch

05/20/16 14:32        Posting Date: 05/20/16
LB: 11               Teller ID: 38J33

Checking Deposit
Account Number:    ******7070
Amount:            $1,600.00
Cash In:           $1,600.00

                   Seq: 06/65

Above Subject to Verification
Thank you for visiting Navy Federal

---

LA FINANCIAL CU                              2
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                    AMOUNT    SEQ
DEPOSIT TO CHECKING

NEW AMT:                      440.00
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: ******4374-0011                       164

CASH:                         440.00

25  20 MAY 17 11:48AM
BR 17        TLR 1761

---

LA FINANCIAL CU                              2
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                    AMOUNT    SEQ
DEPOSIT TO CHECKING

TRAN AMT:                     27.00
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: ******4374-0011                       151

CASH:                         27.00

17  23 MAY 17 02:34PM
BR 17        TLR 1710

---

LA FINANCIAL CU                              2
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                    AMOUNT    SEQ
DEPOSIT TO CHECKING

TRAN AMT:                     180.00
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: ******4374-0011                       222

CASH:                         180.00

28  19 MAY 17 05:26PM
BR 17        TLR 1710

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH            2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                          AMOUNT   SEQ
DEPOSIT TO CHECKING

TRAN AMT:                           475.00  169
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374=0011

CHECKS:                             475.00

CHECKS SUBJECT TO COLLECTION:

23  16 MAY 17 02:31PM
BR  17      TLR 1710

---

SAINT JOVITE < YOUNGBLOOD

ACCOUNT-SF                          AMOUNT   SEQ
DEPOSIT TO CHECKING

TRAN AMT:                           300.00  123
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374=0011

CASH:                               300.00

5  19 MAY 17 02:27PM
BR 17       TLR 1761

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH            2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                          AMOUNT   SEQ
DEPOSIT TO CHECKING

TRAN AMT:                           790.00  136
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374=0011

CASH:                               790.00

9  15 MAY 17 10:43AM
BR  17      TLR 1751

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH            2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                          AMOUNT   SEQ
DEPOSIT TO CHECKING

TRAN AMT:                           491.00
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374=0011

CASH:                               491.00

3   9 MAY 17 09:22AM
BR 17       TLR 1710

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH            2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                          AMOUNT   SEQ
DEPOSIT TO CHECKING

TRAN AMT:                           400.00  103
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374=0011

CASH:                               400.00

BR 17       MAY 17 09:15AM
            TLR 1791

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH            2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                          AMOUNT   SEQ
DEPOSIT TO CHECKING

TRAN AMT:                           480.00  112
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374=0011

CASH:                               480.00

4  18 MAY 17 12:11PM
BR 17       TLR 1761

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH    2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF    AMOUNT    SEQ
DEPOSIT TO CHECKING
  TRAN AMT:                          400.00    127
  NEW BAL:
  AVAILABLE:
  NETWORK SEQUENCE: 2700
  ACCT: *****4374=0011
  CASH: -----------------------------

6    10 MAY 17 01:15PM
BR 17    TLR 1710

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH    2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF    AMOUNT    SEQ
DEPOSIT TO CHECKING
  TRAN AMT:                          305.00    107
  NEW BAL:
  AVAILABLE:
  NETWORK SEQUENCE: 4880
  ACCT: *****4374=0011
  CASH: -----------------------------

1    11 MAY 17 04:01PM
BR 17    TLR 1785

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH    2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF    AMOUNT    SEQ
DEPOSIT TO CHECKING
  TRAN AMT:                          495.00    101
  NEW BAL:
  AVAILABLE:
  NETWORK SEQUENCE:
  ACCT: *****4374=0011
  CASH: -----------------------------

1    10 MAY 17 10:01AM
BR 17    TLR 1710

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH    2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF    AMOUNT    SEQ
DEPOSIT TO CHECKING
  TRAN AMT:                          440.00    30
  NEW BAL:
  AVAILABLE:
  NETWORK SEQUENCE:
  ACCT: *****4374=0011
  CASH: -----------------------------

14    11 MAY 17 11:07AM
BR 17    TLR 1794

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARE
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF    AMOUNT    SEQ
DEPOSIT TO CHECKING
  TRAN AMT:                          380.00
  NEW BAL:
  AVAILABLE:
  NETWORK SEQUENCE:
  ACCT: *****4374=0011
  CASH: -----------------------------

7    12 MAY 17 10:48AM
BR 17    TLR 1710

Copy provided by the ___ Police Department ___ Agency ___ Investigator ID 544
6/6/2018 10:___

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH   2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                      AMOUNT    SEQ
DEPOSIT TO CHECKING

TRAN AMT:                       450.00    102
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374=0011

CASH:

1   08 MAY 17 09:03AM
BR 17        TLR 1710

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH   2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                      AMOUNT    SEQ
DEPOSIT TO CHECKING

TRAN AMT:                       320.00
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374=0011

CASH:

24  09 MAY 17 04:32PM
BR 17        TLR 1794

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH   2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                      AMOUNT    SEQ
DEPOSIT TO CHECKING

TRAN AMT:                       400.00    114
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374=0011

CASH:

1   09 MAY 17 03:38PM
BR 17        TLR 1774

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH   2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                      AMOUNT    SEQ
DEPOSIT TO CHECKING

TRAN AMT:                       300.00    143
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374=0011

CASH:

10  06 MAY 17 11:25AM
BR 17        TLR 1794

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH   2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                      AMOUNT    SEQ
DEPOSIT TO CHECKING

TRAN AMT:                       240.00    111
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374=0011

CASH:

6   08 MAY 17 09:40AM
BR 17        TLR 1710

Riverside Agency
6/20/2019  9:52 AM Operator ID 544

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010
                                    2

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING          AMOUNT    SEQ
ACCT: ****4374=0011
NETWORK SEQUENCE: 1500
AVAILABLE:
NEW BAL:
TRAN AMT:                    200.00    113
CASH:

1 05 MAY 17 10:38AM
BR 17    TLR 1761

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010
                                    2

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING          AMOUNT    SEQ
ACCT: ****4374=0011
NETWORK SEQUENCE: 100
AVAILABLE:
NEW BAL:
TRAN AMT:                    450.00
CASH:

1 06 MAY 17 09:07AM
BR 17    TLR 1794

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010
                                    2

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING          AMOUNT    SEQ
ACCT: ****4374=0011
NETWORK SEQUENCE: 260
AVAILABLE:
NEW BAL:
TRAN AMT:                    390.00    102
CASH:

1 05 MAY 17 09:08AM
BR 17    TLR 1794

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010
                                    2

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING          AMOUNT    SEQ
ACCT: ****4374=0011
NETWORK SEQUENCE:
AVAILABLE:
NEW BAL:
TRAN AMT:                    300.00    167
CASH:

22 05 MAY 17 03:43PM
BR 17    TLR 1710

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010
                                    2

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING          AMOUNT    SEQ
ACCT: ****4374=0011
NETWORK SEQUENCE: 3480
AVAILABLE:
NEW BAL:
TRAN AMT:                    180.00    170
CASH:

16 04 MAY 17 01:42PM
BR 17    TLR 1710

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010
                                    2

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING          AMOUNT    SEQ
ACCT: ****4374=0011
NETWORK SEQUENCE:
AVAILABLE:
NEW BAL:
TRAN AMT:                    400.00    137
CASH:

5 05 MAY 17 12:12PM
BR 17    TLR 1761

Arcadia Police Department
5/2/2019 8:52 AM Operator 544
Inside Agency



LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING                    2

                          AMOUNT    SEQ
TRAN AMT:
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE: 133
ACCT: ****\*43740011
CASH:                     225.00   133
---------------------------------------
11  03 MAY 17 12:43PM
BR 17        TLR 1710

---

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING:                   2

                          AMOUNT    SEQ
TRAN AMT:
NEW BAL:                  225.00
AVAILABLE:
NETWORK SEQUENCE:
ACCT: ****\*43740011
CASH:                     225.00
---------------------------------------
6  04 MAY 17 10:56AM
BR 17        TLR 1794
                          200.00

ACCOUNT-SF
DEPOSIT TO CHECKING    AMOUNT    SEQ
TRAN AMT:
NEW BAL:                  200.00   121
AVAILABLE:
NETWORK SEQUENCE:
ACCT: ****\*43740011
CASH:                     200.00

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING                    2

                          AMOUNT    SEQ
TRAN AMT:
NEW BAL:                  540.00
AVAILABLE:
NETWORK SEQUENCE: 103
ACCT: ****\*43740011
CASH:                     540.00   103
---------------------------------------
03 MAY 17 10:05AM
BR 17        TLR 1761

---

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING    AMOUNT    SEQ
TRAN AMT:
NEW BAL:                  278.00   119
AVAILABLE:
NETWORK SEQUENCE: 1310
ACCT: ****\*43740011
CASH:                     278.00
---------------------------------------
5  04 MAY 17 10:50AM
BR 17        TLR 1794

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, C  9  1  0

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING    AMOUNT    SEQ
TRAN AMT:
NEW BAL:                  400.00   112
AVAILABLE:
NETWORK SEQUENCE: 410
ACCT: ****\*43740011
CASH:                     400.00
---------------------------------------
2  04 MAY 17 09:26AM
BR 17        TLR 1794

---

DEPOSIT TO CHECKING

TRAN
NEW
AV
N      SEQUENCE: 780
             *\*43740011
                          585.50
---------------------------------------
19:35AM
R 1794

Arcadia Police Department
Copy for Outside Agency
Copy/2016 10:14:52 AM Operator ID 544

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH 2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING                    AMOUNT    SEQ
-----------------------------------------------------
ACCT: *****4374=0011
NETWORK SEQUENCE:
AVAILABLE:
NEW BAL:
TRAN AMT:                              375.00    122
-----------------------------------------------------
CASH:                                  375.00

4  29 APR 17 09:32AM
BR 17    TLR 1710

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH 2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING                    AMOUNT    SEQ
-----------------------------------------------------
ACCT: *****4374=0011
NETWORK SEQUENCE: 4
AVAILABLE:
NEW BAL:
TRAN AMT:                              400.00    180
-----------------------------------------------------
CASH:                                  400.00

18  28 APR 17 01:23PM
BR 17    TLR 1710

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH 2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING                    AMOUNT    SEQ
-----------------------------------------------------
ACCT: *****4374=0011
NETWORK SEQUENCE:
AVAILABLE:
NEW BAL:
TRAN AMT:                              550.00    101
-----------------------------------------------------
CASH:                                  550.00

1  28 APR 17 09:07AM
BR 17    TLR 1710

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH 2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING                    AMOUNT    SEQ
-----------------------------------------------------
ACCT: *****4374=0011
NETWORK SEQUENCE:
AVAILABLE:
NEW BAL:
TRAN AMT:                              280.00    154
-----------------------------------------------------
CASH:                                  280.00

17  29 APR 17 11:36AM
BR 17    TLR 1761

Arcadia Police Department
Copy for Outside Agency
6/20/2019 10:13:52 AM Operator ID 544

```
LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH     2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING       AMOUNT   SEQ

  TRAN AMT:
  NEW BAL:
  AVAILABLE:                350
  NETWORK SEQUENCE: 350
  ACCT: *****43748=0011
  CASH:                   440.00  110

3  25 APR 17 09:20AM
BR 17      TLR 1710
```

```
LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH     2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING       AMOUNT   SEQ

  TRAN AMT:                350.00  125
  NEW BAL:
  AVAILABLE:
  NETWORK SEQUENCE: 820
  ACCT: *****43748=0011
  CASH:                   350.00

6  27 APR 17 10:34AM
BR 17      TLR 1710
```

```
LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH     2
1175 HUNTINGTON DR
DUARTE, CA, 91010

S-INT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING       AMOUNT   SEQ

  TRAN AMT:
  NEW BAL:
  AVAILABLE:
  NETWORK SEQUENCE:
  ACCT: *****43748=0011     011
  CASH:                   290.00  127

8  24 APR 17 10:22AM
BR 17      TLR 1710
```

```
LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH     2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING       AMOUNT   SEQ

  TRAN AMT:
  NEW BAL:
  AVAILABLE:
  NETWORK SEQUENCE:
  ACCT: *****43748=0011
  CASH:                    30.00  126

7  27 APR 17 10:34AM
BR 17      TLR 1710
```

```
LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH     2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING       AMOUNT   SEQ

  TRAN AMT:
  NEW BAL:
  AVAILABLE:
  NETWORK SEQUENCE:
  ACCT: *****43748=0011     104
  CASH:                   600.00

1  24 APR 17 09:05AM
BR 17      TLR 1710
```

```
LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH     2
12701 SCHABARUM AVE
IRWINDALE, CA, 91706

SAINT JOVITE K   YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING       AMOUNT   SEQ

  TRAN AMT:                600.00  160
  NEW BAL:                404.59
  AVAILABLE:              104  59
  NETWORK SEQUENCE: 2660
  ACCT:  *  4374=0011
  CASH:                   600.00

5  26 APR 17 01:37PM
BR 7       TLR 727
```

japanese american
jacom
COMMUNITY CREDIT UNION

21557 S. Western Ave
Torrance, CA 90501
(310) 328-8266

SHARED BRANCHING
Date: 04/24/2017
CAN: 9048
Member: 1112010142374
SAINT JOVITE K YOUNGBLOOD

Cash received:           Time 12:34:30
  Bills:                 Teller: 411-002
    $100x4 $200:         Tv: 1
  Coins:

$440.00
                         $440.00
                         $1,00

WESI SHARE DEP
ACCT 0011
Coins:                   $440.00

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                   AMOUNT   SEQ
DEPOSIT TO CHECKING

  TRAN AMT:
  NEW BAL:
  AVAILABLE:
  NETWORK SEQUENCE: 300
  ACCT: *****4374=0011
                           481.00   105
  CASH:                    481.00

1  22 APR 17 09:14AM
BR 17    TLR 1794

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                   AMOUNT   SEQ
DEPOSIT TO CHECKING

  TRAN AMT:
  NEW BAL:
  AVAILABLE:
  NETWORK SEQUENCE: 300
  ACCT: *****4374=0011
                           481.00   105
  CASH:                    481.00

1  22 APR 17 09:14AM
BR 17    TLR 1794

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                   AMOUNT   SEQ
DEPOSIT TO CHECKING

  TRAN AMT:
  NEW BAL:
  AVAILABLE:
  NETWORK SEQUENCE:
  ACCT: *****4374=0011
                           300.00   154
  CASH:                    300.00

9  22 APR 17 11:37AM
BR 17    TLR 1710

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                   AMOUNT   SEQ
DEPOSIT TO CHECKING

  TRAN AMT:
  NEW BAL:
  AVAILABLE:
  NETWORK SEQUENCE:
  ACCT: *****4374=0011
                           300.00   154
  CASH:                    300.00

9  22 APR 17 11:37AM
BR 17    TLR 1710

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                   AMOUNT   SEQ
DEPOSIT TO CHECKING

  TRAN AMT:
  NEW BAL:
  AVAILABLE:
  NETWORK SEQUENCE:
  ACCT: *****4374=0011
                           690.00   170
  CASH:                    690.00

33  21 APR 17 03:20PM
BR 17    TLR 1710

Arcadia Police Department
Agency
Operator ID 544



LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010
                                    2

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING        AMOUNT    SEQ

ACCT: *****4374=0011
NETWORK SEQUENCE:
AVAILABLE:
NEW BAL:
TRAN AMT:                  600.00    150

CASH:
19                19 APR 17 04:28PM
BR 17                TLR 1710

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010
                                    2

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING        AMOUNT    SEQ

ACCT: *****4374=0011
NETWORK SEQUENCE:
AVAILABLE:
NEW BAL:
TRAN AMT:                  600.00    150

CASH:
19                19 APR 17 04:28PM
BR 17                TLR 1710

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010
                                    2

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING        AMOUNT    SEQ

ACCT: *****4374=0011
NETWORK SEQUENCE:
AVAILABLE:
NEW BAL:
TRAN AMT:                  1600.00   139

CASH:
13                20 APR 17 04:38PM
BR 17                TLR 1761

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010
                                    2

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING        AMOUNT    SEQ

ACCT: *****4374=0011
NETWORK SEQUENCE:
AVAILABLE:
NEW BAL:
TRAN AMT:                  440.00    135

CASH:
11                14 APR 17 10:53AM
BR 17                TLR 1710

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010
                                    2

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING        AMOUNT    SEQ

ACCT: *****4374=0011
NETWORK SEQUENCE:    5550
AVAILABLE:
NEW BAL:
TRAN AMT:                  1600.00   139

CASH:
13                20 APR 17 04:38PM
BR 17                TLR 1761

---

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING        AMOUNT

ACCT: *****4374=0011
NETWORK SEQUENCE:
AVAILABLE:
NEW BAL:
TRAN AMT:                  170

CASH:
33                21 APR 1  03:20PM
BR 17                TLR 1710



LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH    2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING          AMOUNT

ACCT: *****4374=0011
NETWORK SEQUENCE:
AVAILABLE:
NEW BAL:
TRAN AMT:                    300.00    156

CASH:                        300.00

13  13 APR 17 04:52PM
BR 17   TLR 1761

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH    2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING    AMOUNT   SEQ

ACCT: *****4374=0011
NETWORK SEQUENCE:
AVAILABLE:
NEW BAL:
TRAN AMT:                440.00    135

CASH:                    440.00

11  14 APR 17 10:53AM
BR 17   TLR 1710

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH    2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING    AMOUNT   SEQ

ACCT: *****4374=0011
NETWORK SEQUENCE:
AVAILABLE:
NEW BAL:
TRAN AMT:                470.00    137

CASH:                    470.00

13  14 APR 17 02:03PM
BR 17   TLR 1761

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH    2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING    AMOUNT   SEQ

ACCT: *****4374=0011
NETWORK SEQUENCE:
AVAILABLE:
NEW BAL:
TRAN AMT:                470.00    137

CASH:                    470.00

13  14 APR 17 02:03PM
BR 17   TLR 1761

Arcadia Police Department
Outside Agency Copy
6/20/2019 10:13:53 AM Operator ID 544



LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA. 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING          AMOUNT    SEQ

ACCT: *****4374=0011
NETWORK SEQUENCE:
AVAILABLE:
NEW BAL:
TRAN AMT:                    190.00   217

CASH:                        190.00
32 10 APR 17 04:55PM
BR 17    TLR 1710

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA. 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING          AMOUNT    SEQ

ACCT: *****4374=0011
NETWORK SEQUENCE:
AVAILABLE:
NEW BAL:
TRAN AMT:                    300.00   156

CASH:                        300.00
13 13 APR 17 04:52PM
BR 17    TLR 1761

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA. 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING          AMOUNT    SEQ

ACCT: *****4374=0011
NETWORK SEQUENCE:
AVAILABLE:
NEW BAL:
TRAN AMT:                    410.00   135

CASH:                        410.00
13 11 APR 17 12:33PM
BR 17    TLR 1794

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA. 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING          AMOUNT    SEQ

ACCT: *****4374=0011
NETWORK SEQUENCE:
AVAILABLE:
NEW BAL:
TRAN AMT:                    360.00   152

CASH:                        360.00
14 10 APR 17 03:12PM
BR 17    TLR 1761

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA. 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING          AMOUNT    SEQ

ACCT: *****4374=0011
NETWORK SEQUENCE:
AVAILABLE:
NEW BAL:
TRAN AMT:                    410.00   135

CASH:                        410.00
13 11 APR 17 12:33PM
BR 17    TLR 1794

Arcadia Police Department
Copy for Outside Agency
6/20/2019 10:13:53 AM Operator ID 544

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRAN
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                      AMOUNT   SEQ
DEPOSIT TO CHECKING
ACCT: ****4374=0011
NETWORK SEQUENCE: 1100
AVAILABLE:
NEW BAL:                        680.00   119
TRAN AMT:

CASH:                           680.00

9   08 APR 17 10:14AM
BR 17        TLR 1710

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH   2
1175 HUNTINGTON DR
DUARTE, CA. 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING     - MOUNT

TRAN AMT:
NEW AL
AVAI  lb.E.
NETWORK SEQU
ACCT. ****-4
CASH:                   360 C

14   10 APR 17 G: 1:PM
BR 17        TLR 1761

---



Santa Police Department
From Operator ID 544
Arrowhead CU SERVICE
The Mission. Friend.

Date: 4/6/17
Name: Saint Jovite K Yo
Account # 11200.104374

☑ Cash Received
  CU Name: LA Financial    $ 200

☐ Checks Received $ _____
☑ Deposit $ 200    ☐ Withdrawal $ _____
☐ Loan
☐ Payment $ _____    ☐ Transfer $ _____
☐ Cash
☐ Back $ _____

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH   2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                      AMOUNT   SEQ
DEPOSIT TO CHECKING
ACCT: ****4374=0011
NETWORK SEQUENCE: 1100
AVAILABLE:
NEW BAL:                        680.00   119
TRAN AMT:

CASH:                           680.00

9   08 APR 17 10:14AM
BR 17        TLR 1710

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH   2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                      AMOUNT   SEQ
DEPOSIT TO CHECKING
ACCT: ****4374=0011
NETWORK SEQUENCE: 1100
AVAILABLE:
NEW BAL:
TRAN AMT:

CASH:                           593.00   203

38  07 APR 17 04:08PM
BR 17        TLR 1761

UNLV School of Dental Medicine



LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH      2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING            AMOUNT    SEQ

TRAN AMT:
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****43744-0011                     48

CASH:                           400.00

24  06 APR 17 02:19PM
BR 17        TLR 1794

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH     2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING         AMOUNT    SEQ

TRAN AMT:
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****43744-0011                    203

CASH:                        593.00

38  07 APR 17 04:08PM
BR 17        TLR 1761

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH     2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING         AMOUNT    SEQ

TRAN AMT:
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****43744-0011                    48

CASH:                        400.00

24  06 APR 17 02:19PM
BR 17        TLR 1794

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH     2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING         AMOUNT    SEQ

TRAN AMT:
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****43744-0011                    206

CASH:                        1750.00

37  07 APR 17 01:53PM
BR 17        TLR 1794

---

*** DUPLICATE RECEIPT ***
LA FINANCIAL CU                   2
SCE FCU - CO-OP Shared Branch
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

Account-sf
Deposit To checking      Amount   Seq

Tran Amt:
New Bal:
Available:
Network sequence:
ACCT: *****43744-0011                  120

cash:                      570.00

6  06 APR 17 12:35PM
BR 17        TLR 1710

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH    2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING       AMOUNT    SEQ

TRAN AMT:
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****43744-0011                  206

CASH:                      1750.00

37  07 APR 17 01:53PM
BR 17        TLR 1794



LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING          AMOUNT    SEQ

TRAN AMT:
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374=0011

CASH:                        450.00

18  04 APR 17 02:57PM
BR 17      TLR 1794

*** DUPLICATE RECEIPT ***
LA FINANCIAL CU
SCE FCU - CO-OP Shared B
TINGTON DR
A, 91010

SAINT JOVITE K YOUNGBLOOD

Account-Sf
Deposit TO checking          Amount

Tran Amt:
New Bal:                     570.00
Available:
Network sequence:
Acct: *****4374=0011

Cash:                        570.00

6  06 Apr 17 12:35PM
Br 17      Tlr 1710

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING          AMOUNT    SEQ

TRAN AMT:
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374=0011

CASH:                        450.00

18  04 APR 17 02:57PM
BR 17      TLR 1794

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING          AMOUNT    SEQ

TRAN AMT:
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374=0011

CASH:                        950.00

6  06 APR 17 09:50AM
BR 17      TLR 1794

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING          AMOUNT    SEQ

TRAN AMT:
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374=0011

CASH:                        950.00

6  06 APR 17 09:50AM
BR 17      TLR 1794

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING          AMOUNT    SEQ

TRAN AMT:
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374=0011

CASH:                        284.00

12  03 APR 17 01:42PM
BR 17      TLR 1761



LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD
DEPOSIT TO CHECKING
ACCOUNT-SF                        AMOUNT    SEQ

TRAN AMT:                         290.00    113
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374=0011

CASH:                             290.00

2  01 APR 17 09:44AM
BR 17   TLR 1794

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD
DEPOSIT TO CHECKING
ACCOUNT-SF                        AMOUNT    SEQ

TRAN AMT:                         380.00    151
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE: 4330
ACCT: *****4374=0011

CASH:                             380.00

14  01 APR 17 12:31PM
BR 17   TLR 1748

Austin Police Department
Cyber for the Inside Agency
6/20/2008 10:43:53 AM Operator ID 544



LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010                    2

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING          AMOUNT    SEQ

TRAN AMT:                    260.00  199
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE 7080
ACCT: *****4374=0011

CASH:              260.00

34  31 MAR 17 03:46PM
BR 17        TLR 1794

---

FINANCIAL CU
CU - CO-OP SHARED BRANCH
175 HUNTINGTON DR
ATE, CA, 91010                    2

NT JOVITE K YOUNGBLOOD

DEPOSIT TO CHECKING          AMOUNT

TRAN AMT:                    260.00
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE 7080
ACCT: *****4374=0011

CASH:              260.00

34  31 MAR 17 03:46PM
BR 17        TLR 1794

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010                    2

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING          AMOUNT    SEQ

TRAN AMT:                    470.00  186
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE 5980
ACCT: *****4374=0011

CASH:              470.00

30  31 MAR 17 02:21PM
BR 17        TLR 1794

Arcadia Police Department
Copy for Outside Agency
6/20/2019 10:13:53 AM Operator ID 544

```
LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING     AMOUNT   SEQ

TRAN AMT:                325.00   111
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374=0011
CASH:                   325.00
5   31 MAR 17 09:27AM
BR 17   TLR 1710
```

```
LA FINANCIAL CU
FCU - CO-OP SHARED BRANCH
HUNTINGTON DR
CA, 91010

INT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOS TO CHECKING       AMOUNT   SEQ

TRAN AMT:               470.00   186
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374=0011
CASH:                   470.00
30   31 MAR 17 02:21PM
BR 17   TLR 1794
```

```
*** DUPLICATE RECEIPT ***
LA FINANCIAL CU
SCE FCU - CO-OP SHARED Branch
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

Account-sf
Deposit TO checking     Amount   Seq

Tran Amt:               325.00   111
New Bal:
Available:
Network sequence:
ACCT: *****4374=0011
Cash:                   325.00
5   31 Mar 17 09:27AM
Br 17   Tlr 1710
```

```
*** DUPLICATE RECEIPT ***
LA FINANCIAL CU
SCE FCU - CO-OP Shared Branch
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

Account-sf
Deposit TO checking     Amount   Seq

Tran Amt:               775.00   136
New Bal:
Available:
Network sequence:
ACCT: *****4374=0011
Cash:                   775.00
10   31 Mar 17 11:11AM
Br 17   Tlr 1794
```

```
LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING     AMOUNT   SEQ

TRAN AMT:               270.00   170
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374=0011
CASH:                   270.00
18   30 MAR 17 05:02PM
BR 17   TLR 1761
```

```
LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING     AMOUNT   SEQ

TRAN AMT:               775.00   1?
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374=0011
CASH:                   775.00
10   31 MAR 17 11:11AM
BR 17   TLR 1794
```



```
*** DUPLICATE RECEIPT ***
LA FINANCIAL CU                      2
SCE FCU - CO-OP Shared Branch
1175 HUNTINGTON DR
DUARTE, CA. 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING    Amount   Seq

  Tran Amt:            340.00   137
  New Bal:
  Available:
  Network Sequence: 3960
  ACCT: *****4374=0011
  CASH:
  Cash:                340.00

16  30 Mar 17 02:57PM
Br 17         Tlr 1761
```

```
*** DUPLICATE RECEIPT ***
LA FINANCIAL CU                      2
SCE FCU - CO-OP Shared Branch
1175 HUNTINGTON DR
DUARTE, CA. 91010

SAINT JOVITE. YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING   AMOUNT   SEQ

  Tran Amt:           400.00   109
  New Bal:
  AVAILABLE:
  NETWORK SEQUENCE: 1280
  ACCT: *****4374=0011
  CASH:
  Cash:               400.00

30 MAR 17 11:54AM
17         TLR 1794
```

```
LA FINANCIAL CU
SCE FCU - CO-OP Shar
1175 HUNTINGTON DR
DUARTE, CA. 91010

SAINT JOVITE K YOUNGBLOOD

Account-sf
Deposit To checking    Amount

  Tran Amt.           340.00   17
  Available:
  Network sequence:
  ACCT: *****4374=0011
  Cash:               340.00

16  30 Mar 17 02:57PM
Br 17         Tlr 1761
```

```
LA FINANCIAL CU
SCE FCU - CO-OP Shared Branch
1175 HUNTINGTON DR
DUARTE, CA. 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING    AMOUNT   SEQ

  Tran AMT:           960.00   177
  New Bal:
  Available:
  NETWORK SEQUENCE:
  ACCT: *****4374=0011
  CASH:
  Cash:               960.00

23  30 MAR 17 04:43PM
Br 17         TLR 1710
```

```
LA FINANCIAL CU
SCE FCU - CO-OP Shared Branch
1175 HUNTINGTON DR
DUARTE, CA. 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING    AMOUNT   SEQ

  Tran AMT:           270.00   170
  New Bal:
  AVAILABLE:
  NETWORK SEQUENCE: 5550
  ACCT: *****4374=0011
  CASH:
  Cash:               270.00

18  30 MAR 17 05:02PM
Br 17         TLR 1761
```

```
LA FINANCIAL CU
SCE FCU - CO-OP Shared Branch
1175 HUNTINGTON DR
DUARTE, CA. 91010

SAINT JOVITE K YOUNGBLOOD

Account-sf
Deposit To checking    Amount  Se

  Tran Amt:           960.00   177
  New Bal:
  Available:
  Network sequence:
  ACCT: *****4374=0011
  Cash:               960.00

30 MAR 17 t..43PM
Br 17         Tlr 1710
```

japanese american
COMMUNITY CREDIT UNION

21557 S. Western Ave
Torrance CA 90501
(310) 328-8286

SHARED BRANCHING
Date: 3/29/2017          Time: 1t:35:24
CAN: 5d5c          Teller: 1.: 1-002
Member: 1112601014374
SAINt JOVITE K YOUNGBLOOD

Cash received:
$1.00
Bills:          $190.00
$100.1 $20x4 $10x1
Coins:          $0.00

GUEST SHARE DEP          $190.00
Acct: 66

LA FINANCIAL CU



Schools
FEDERAL CREDIT UNION
866-459-2345

Date: 3/29/17          Time: 09:38:17
Teller: 4328          Receipt No: 62762          1320J7562

LA FINANCIAL CU
1520 W COLORADO BLVD
PASADENA, CA 91105
Account: YYYYYY4374

Reference #: 095914
00011 COMMUNITY CHECK
Deposit
Transaction $:          460.00
New Balance:          1790.83

*Copy for Outside Agency*
Arcadia Police Department
SAINT JOVITE K YOUNGBLOOD
6/29/20.. 10:13:53 AM

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD
ACCOUNT-SF          AMOUNT     SEQ
DEPOSIT TO CHECKING

TRAN AMT:          380.00  127
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****43740011
CASH:          380.00

S  29 MAR 17 01:30PM
BR 17      TLR 1794

*** DUPLICATE RECEIPT ***
SCE FCU--OP Shared Branch    2
LA FINANCIAL CU
1175 HUNTL'.. ON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD
Account-sf          Amount    Se
Deposit TO Checking

Tran Amt:          400.00  1u9
New Bal:
Available:
Network sequence: 1260
Acct: *****43740011
Cash:          400.00

2  30 Mar 17 11:54AM
Br 17      Tlr 1794

```
*** DUPLICATE RECEIPT ***
LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH    2
1175 HUNTINGTON DR
DUARTE, CA. 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                    AMOUNT    SEQ
DEPOSIT TO CHECKING

    TRAN AMT:
    NEW BAL:                  100.00    121
    AVAILABLE:
    NETWORK SEQUENCE: 1080
    ACCT: *****4374=0011

    CASH:                     190.00
--------------------------------------------
7  28 MAR 17 10:48AM
BR 17            TLR 1710
```

```
*** DUPLICATE RECEIPT ***
LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH    2
1175 HUNTINGTON DR
DUARTE, CA. 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                    AMOUNT    SEQ
DEPOSIT TO CHECKING

    TRAN AMT:
    NEW BAL:                  200.00    105
    AVAILABLE:
    NETWORK SEQUENCE: 270
    ACCT: *****4374=0011

    CASH:                     700.00
--------------------------------------------
1  28 MAR 17 09:33AM
BR 17            TLR 1710
```

```
Account-sf                    Amount    Seq
Deposit TO checking

    Tran Amt:
    New Bal:                  190.00    121
    Available:
    Network sequence: 1080
    ACCT: *****4374=0011

    Cash:                     190.00
--------------------------------------------
7  28 Mar 17 10:48AM
BR 17            Tlr 1710
```

```
SAIN                          OUNGBLOOD

Accou...sf                     Amount    Se
Deposit TO Checki q

    Tran Amt:
    New Bal:                  380.00    127
    Available: 2480
    Network sequence:
    ACCT: *****4374=0011

    Cash:                     380.00
--------------------------------------------
5  29 Mar 17 01:30PM
Br 17            Tlr 1794
```

```
LA FINANCIAL CU
SCE FCU - CO-OP shared    2
1175 HUNTINGTON DR
DUARTE,
    010

SAIN
```

```
*** DUPLICATE RECEIPT ***
LA FINANCIAL CU
SCE FCU - CO-OP Shared Branch    2
1175 HUNTINGTON DR
DUARTE, CA. 91010

SAINT JOVITE K YOUNGBLOOD

Account-sf                    Amount    Seq
Deposit to checking

    Tran Amt:
    New Bal:                  420.00    185
    Available:
    Network sequence:
    ACCT: *****4374=0011

    Cash:                     420.00
--------------------------------------------
27 28 Mar 17 04:22PM
Br 17            Tlr 1710
```

```
LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH    2
1175 HUNTINGTON DR
DUARTE, CA. 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                    AMOUNT    SEQ
DEPOSIT TO CHECKING

    TRAN AMT:
    NEW BAL:                  190.00    121
    AVAILABLE:
    NETWORK SEQUENCE: 1080
    ACCT: *****4374=0011

    CASH:                     190.00
--------------------------------------------
7  28 Mar 17 10:48AM
BR 17            Tlr 1710
```

```
*** DUPLICATE RECEIPT ***
LA FINANCIAL CU
SCE FCU - CO-OP Shared Branch    2
1175 HUNTINGTON DR
DUARTE, CA. 91010

SAINT JOVITE K YOUNGBLOOD

Account-sf                    Amount    Seq
Deposit to checking

    Tran Amt:
    New Bal:                  420.00    185
    Available:
    Network sequence:
    ACCT: *****4374=0011

    Cash:                     420.00
--------------------------------------------
27 28 Mar 17 04:22PM
Br 17            Tlr 1710
```

Available...side Agency
...Department
6/20/2019 10...3:53 AM Operator ID 544





LA FINANCIAL CU                    2
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD
DEPOSIT TO CHECKING
ACCOUNT-SF                  AMOUNT    SEQ

TRAN AMT:
NEW BAL:                              740.00  163
AVAILABLE:
NETWORK SEQUENCE: 4420
ACCT: *****4374=0011

CASH:                                740.00

20  24 MAR 17 01:35PM
BR 17         TLR 1794

---

LA FINANCIAL CU                    2
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD
DEPOSIT TO CHECKING
ACCOUNT-SF                  AMOUNT    SEQ

TRAN AMT:
NEW BAL:                              94.00  109
AVAILABLE:
NETWORK SEQUENCE: 360
ACCT: *****4374=0011

CASH:                                94.00

2  27 MAR 17 09:45AM
BR 17         TLR 1710

---

LA FINANCIAL CU                    2
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD
DEPOSIT TO CHECKING
ACCOUNT-SF                  AMOUNT    SEQ

TRAN AMT:
NEW BAL:                              1380.00  121
AVAILABLE:
NETWORK SEQUENCE: 0011
ACCT: *****4374=0011

CASH:                                1380.00

20  24 MAR 17 11:16AM
BR 17         TLR 1710

---

LA FINANCIAL CU                    2
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD
DEPOSIT TO CHECKING
ACCOUNT-SF                  AMOUNT    SEQ

TRAN AMT:
NEW BAL:                              756.00  108
AVAILABLE:
NETWORK SEQUENCE: 520
ACCT: *****4374=0011

CASH:                                756.00

1  27 MAR 17 09:42AM
BR 17         TLR 1710

Copy for Outside Agency
Arcadia Police Department
6/20/2019 10:13:54 AM Operator ID 544

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING        AMOUNT    SEQ

TRAN AMT:
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE: 7790
ACCT: *****4374=0011
                          360.00    186
AVAILABLE:    3016.46
NEW BAL:      2462.74
CASH:         360.00
27 MAR 17 04:36PM
BR 17    TLR 1761

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING        AMOUNT    SEQ

TRAN AMT:
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE: 4150
ACCT: *****4374=0011
                          380.00    107
CASH:         380.00
1  18 MAR 17 12:46PM
BR 17    TLR 1785

---

FI FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
12701 SCHABARUM AVE
IRWINDALE, CA, 91706

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING        AMOUNT    SEQ

TRAN AMT:
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE: 1380
ACCT: *****4374=0011
                          9800.00   110
CASH:
1  22 MAR 17 11:41AM
BR 7    TLR 728

---

FINANCIAL CU
FCU - CO-OP SHARED BRANCH
12701 SCHABARUM AVE
IRWINDALE, CA, 91706

ACCOUNT-SF
DEPOSIT TO CHECKING        AMOUNT    EQ

NEW BAL FROM CHECKING
AVAILABLE:
NETWORK SEQUENCE: 1430
ACCT: ...-4374=0011
                                    30
CASH:                    30.00
2  22 MAR 17 11:43AM
BR 7    TLR 728

CASH BACK:

---

X

SIGNATURE



Arcadia Police Department
Copy for Outside Agency
Operator ID 544

03/22/17 02:15      Posting Date: 03/22/17
CB: 6               Teller ID: 31610

Checking Deposit
Account Number:              Seq: 0073
Amount:                      *******7070
Cash In:                     $2,340.00
                             $2,340.00

Above Subject to Verification
Thank you for visiting Navy Federal!

---

03/22/17 02:15      Posting Date: 03/22/17
CB: 6               Teller ID: 31610

Checking Deposit
Account Number:              Seq: 0073
Amount:                      *******7070
Cash In:                     $2,340.00
                             $2,340.00

Above Subject to Verification
Thank you for visiting Navy Federal!

*** DUPLICATE RECEIPT ***
LA FINANCIAL CU
SCE FCU - CO-OP Shared Branch
1175 HUNTINGTON DR
DUARTE, CA, 91010
2

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
Deposit TO Checking        Amount   Seq

Tran Amt:
New Bal:
Available:
Network Sequence:
ACCT: ****4374=0011

Cash:                      1350.00   128

18  16 Mar 17 01:22PM
Br 17              Tlr 1794
1350.00

---

*** DUPLICATE RECEIPT ***
LA FINANCIAL CU
SCE FCU - CO-OP Shared Branch
1175 HUNTINGTON DR
DUARTE, CA, 91010
2

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING        AMOUNT   SEQ

TRAN AMT:
NEW BAL:
AVAILABLE:                 180
NETWORK SEQUENCE:
ACCT: ****4374=0011

CASH:                      435.00   135

11  17 MAR 17 12:16PM
BR 17              TLR 1710
435.00

---

*** DUPLICATE RECEIPT ***
LA FINANCIAL CU
CO-OP Shared Branch
DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
Deposit TO Checking        Amount   Se

Tran Amt:
New Bal:
Available:                 1910
Network Sequence:
ACCT: ****4374=0011

Cash:                      490.00

6  14 Mar 17 11:46AM
Br 17              Tlr 1710
490.00

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
12701 SCHABARUM AVE
IRWINDALE, CA, 91706

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING        AMOUNT SEQ

TRAN AMT
NEW BAL
AVAILABLE                  1380
NETWORK SEQUENCE:
ACCT: ****4374=0011

CASH                       9800.00

1  22 MAR 17 11:41AM
BR 7               TLR 725

---

*** DUPLICATE RECEIPT ***
LA FINANCIAL CU
SCE FCU - CO-OP Shared Branch
1175 HUNTINGTON DR
DUARTE, CA, 91010
2

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
Deposit+                   Amount   Seq

Tra
New
Avail
Netw
ACCT: ****4374=0011

Cash:                      1380.00   121

3  23 Mar 17 11:15AM
Br 17              Tlr 1710
1380.00

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010
2

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING        AMOUNT   SEQ

TRAN AMT:                  980.00
NEW BAL:                   2552.73
AVAILABLE:                 1372.36
NETWORK SEQUENCE:          1110
ACCT: ****4374=0011

CASH:                      980.00   101

1  17 MAR 17 10:05AM
BR 17              TLR 1761
980.00



```
*** DUPLICATE RECEIPT ***
LA FINANCIAL CU                    2
SCE FCU - CO-OP Shared Branch
1175 HUNTINGTON DR
DUARTE, CA. 91010

SAINT JOVITE K YOUNGBLOOD

Account-sf
Deposit to checking      Amount    Seq

  Tran Amt:                435.00   135
  New Bal:
  Available:
  Network sequence:
  ACCT: *****4374=0011
  Cash:                    435.00

11  17 12:16PM
Br  Tlr 1710

Acct XXXXXX4374
Ref: 03/22/16
Tlr: 0079

Deposit to COMMUNITY CHECKING 0011
Amount             2,800.00
Seq                #67264

Cash Received      2,800.00

Total Deposits to   2800.00

ID Source:
  Drv Lic
  SSg/Card
  Known
  Other
```

```
            YOUNGBLOOD,SAINT
            Date: 03/22/16
                  9:27AM

Cash Received            Cash Disbursed
20| $100|  2,800.00|    x $100|
 x| $50 |          |    x $50 |
 x| $20 |          |    x $20 |
 x| $10 |          |    x $10 |
 x| $5  |          |    x $5  |
 x| $2  |          |    x $2  |
 x| $1  |          |    x $1  |
  Cents|          |      Cents|
  Total| 2,800.00 |      Total|
```

```
*** DUPLICATE RECEIPT ***
LA FINANCIAL CU                    2
SCE FCU - CO-OP Shared Branch
1175 HUNTINGTON DR
DUARTE, CA. 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING    AMOUNT   SEQ

  TRAN AMT:             980.00   101
  NEW BAL:            2552.73
  AVAILABLE:          1378.36
  NETWORK SEQUENCE:   1110
  ACCT: *****4374=0011
  CASH:                980.00

1  17 10:05AM
BR 17  TLR 1761
```

```
LA FINANCIAL CU                    2
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING    AMOUNT   SEQ

  TRAN AMT:             380.00   107
  NEW BAL:
  AVAILABLE:
  NETWORK SEQUENCE:   4150
  ACCT: *****4374=0011
  CASH:                380.00

1  18 MAR 17 12:46PM
BR 17  TLR 1785
```

```
*** DUPLICATE RECEIPT ***
LA FINANCIAL CU                    2
SCE FCU - CO-OP Shared Branch
1175 HUNTINGTON DR
DUARTE, CA. 91010

SAINT JOVITE K YOUNGBLOOD

Account-sf
Deposit to checking    Amount   Seq

  Tran Amt:            1350.00   128
  New Bal:
  Available:
  Network sequence:
  ACCT: *****4374=0011
  Cash:                1350.00

18  16 Mar 17 01:22PM
Br  Tlr 1794
```

```
LA FINANCIAL CU                    2
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING    AMOUNT   SEQ

  TRAN AMT:             360.00   186
  NEW BAL:            2462.74
  AVAILABLE:          1016.46
  NETWORK SEQUENCE:   7790
  ACCT: *****4374=0011
  CASH:                360.00

27  17 04:36PM
BR 17  TLR 1761
```



12345XMPUL INFO ID
12345X
B

*** DUPLICATE RECEIPT ***
LA FINANCIAL CU
SCE FCU - CO-OP Shared Branch    2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-Sf                    Amount    Seq
Deposit TO Checking

Tran Amt:
New Bal:
Available:
Network sequence: 3930
ACCT: *****43374=0011

Cash:                          277.00   165

21  13 Mar 17 01:58PM
Br 17          Tlr 1710

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH    2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                  AMOUNT   SEQ
DEPOSIT TO CHECKING

TRAN AMT:
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE: 3930
ACCT: *****43374=0011

CASH:                        490.00

6   14 MAR 17 11:46AM
BR          TLR 1710

CASH:    490.00   119

12345XMPUL INFO ID
12345X
G

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH    2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                  AMOUNT   SEQ
DEPOSIT TO CHECKING

TRAN AMT:                   1050.00  101
NEW BAL:                     995.62
AVAILABLE:                   918.90
NETWORK SEQUENCE: 1260
ACCT: *****43374=0011

CASH:                       1050.00

1   13 MAR 17 11:02AM
BR 17          TLR 1761

CASH:    1050.00

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH    2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF                  AMOUNT   SEQ
DEPOSIT TO Checking

Tran Amt:                    277.00  165
New Bal:
Available:
Network sequence: 3930
ACCT: *****43374=0011

Cash:                        277.00

21  13 Mar 17 01:58PM
Br 17          Tlr 1710







LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH    2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING    AMOUNT    SEQ

TRAN AMT:
NEW BAL:                          2000.00    124
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374=0011

CASH:                             2000.00
----
----
5  04 MAR 17 10:21AM
BR 17          TLR 1761

---

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH    2
1175 HUN..NGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF
DEPOSIT TO CHECKING    AMOUNT

TRAN AMT:
NEW BAL:                          1200.00
AVAILABLE:
NETWORK SEQUENCE:
ACCT:  1***4374=001:
----
----
CAS                                   1:
11  06
BR 17          11:23AM
              ...LR 1794

---

*ide Agency
4 AM Operat
.D 544
.../20/2019

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH    2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT F
DEPOSIT  O CHECKING    AMOUNT    SEQ

TRAN AMT:                          410.00    191
NEW BAL:                          4660.08
AVAILABLE:                        4620.00
NETWORK SEQUENCE:                   60.00
ACCT: *.**4374=0011
----
CASH:                              410.00
----
22  03 MAR 17 02:08PM
BR 17          TLR 1761

---

LA FINANCIAL CU
SCE FCU - CO-OP shared branch    2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

Account-sf
Deposit To Checking    Amount    Seq

Tran Amt:
New Bal:                          1200.00    141
Available:
Network sequence: 2110
Acct: *****4374=0011
----
Cash:                             1200.00
----
11  06 Mar 17 11:23AM
Br 17          Tlr 1794

---

*** DUPLICATE RECEIPT ***

LA FINANCIAL CU
SCE FCU - CO-OP Shared Branch    2
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

Account-sf
Deposit TO checking    Amount    Seq

Tran Amt:                          410.00    191
New Bal:                          4660.08
Available:                        4620.00
Network sequence:                   6000
Acct: *****4374=0011
----
Cash:                              410.00
----
22  03 Mar 17 02:08PM
Br 17          Tlr 1761

---

LA FINANC .. CU
SCE FC    OP SHARED F
1175 ...   .N DR
DUAR*        1010

SAID.    .VIT  K YOUNGB.

ACCOUNT-SF
DEPOSIT TO CHECKING    .. UNI  IT

TRAN AMT:                          2000.00    124
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374=0011
----
CASH:                             2000.00
----
5  04 MAR 17 10:21AM
BR 17          TLR 1761



Copy - Outside Agency
Police Department
8/20/2019 10:13:54 AM Operator ID 544



LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010
SAINT JOVITE K YOUNGBLOOD    2

ACCOUNT-SF
DEPOSIT TO CHECKING    AMOUNT  SEQ

ACCT: *****4374-0011
NETWORK SEQUENCE:
AVAILABLE:
NEW BAL:
TRAN AMT:                    700.00  156

CASH:                        700.00
16  27 FEB 17 01:27PM
BR 17  TLR 1710

CASH:                        570.00
22  28 FEB 17 01:05PM
BR 17  TLR 1794

Tran Amt:                    570.00  163
New Bal:
Available:
Network sequence: 3350
ACCT: *****4374-0011
Deposit To Checking
Account-SF    Amount  Seq

SAINT JOVITE K YOUNGBLOOD
DUARTE, CA. 91010
1175 HUNTINGTON DR
SCE FCU - CO-OP Shared Branch
LA FINANCIAL CU    2
*** DUPLICATE RECEIPT ***

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010
SAINT JOVITE K YOUNGBLOOD    2

ACCOUNT-SF
DEPOSIT TO CHECKING    AMOUNT  SEQ

ACCT: *****4374-0011
NETWORK SEQUENCE:
AVAILABLE:
NEW BAL:
TRAN AMT:                    650.00  105

CASH:                        650.00
27 FEB 17 10:34AM
BR 17  TLR 1794

CASH:                        2800.00
14  28 FEB 17 11:23AM
BR 17  TLR 1794

TRAN AMT:                    2800.00  130
NEW BAL:
AVAILABLE:
NETWORK SEQUENCE:
ACCT: *****4374-0011
DEPOSIT TO CHECKING
ACCOUNT-SF    AMOUNT  SEQ

SAINT JOVITE K YOUNGBLOOD
DUARTE, CA. 91010
1175 HUNTIN... ...N DR
SCE FCU - ...-OP SHARED BRANCH
LA FINANCIAL CU    2

LA FINANCIAL CU
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91...
SAINT JOVITE K ...GBLOOD    2

ACCOUNT-SF
DEPOSIT TO CHEC...

ACCT: *****4...
NETWORK SEQ...
AVAILABLE:
NEW BAL:
TRAN AMT:                    4200.00  110

CASH:                        4200.00
2  27 FEB 17 09...
BR 17  TLR 17...

Copy for... Inside Agency
Copy for ... online Department
6/20/2019 10:13:54 AM Operator ID 544



LA FINANCIAL CU
SCE FCU - CO-OP SHAS    . AN
1175 HUNTINGTON [
DUARTE, CA, 91010

SAINT JOVITE    O' IGBLOOD

ACCOUNT-E         A'
DEPOSIT TO CHECKING

TRAN  AT          3280
NEW BAL           7778
AVAIL^BLE.        .
NETWORK SEQUENCE: 2920
ACCT. ****4374=0011
-------------------------
CASH:             3280 00

8  25 FEB 17 11 13AM
BR 17        TLR 1761

LA FINANCIAL CU                  2
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF          AMOUNT   SEQ
DEPOSIT TO CHECKING

TRAN AMT:           3280.00  142
NEW BAL:            7778.61
AVAILABLE:          4922.18
NETWORK SEQUENCE:   2920
ACCT: ****4374=0011
-------------------------------
CASH:               3280.00

8  25 FEB 17 11:13AM
BR 17        TLR 1761

LA FINANCIAL CU                 2
SCE FCU - CO-OP SHARED BRANCH
1175 HUNTINGTON DR
DUARTE, CA, 91010

SAINT JOVITE K YOUNGBLOOD

ACCOUNT-SF          AMOUNT   SEQ
DEPOSIT TO CHECKING

TRAN AMT:           4200.00  110
NEW BAL:
AVAILABLE:          400
NETWORK SEQUENCE:
ACCT: ****4374=0011
-------------------------------
CASH:               4200 00

2  27 FEB 17 09:25AM
BR 17        TLR 1710

Copy for Outside Agency
Alta Police Department
6/20/2019 10:13:54 AM Open



Arcadia Police Department
Copy for Outside Agency
2019 10:13:54 AM Operator ID 544

YOUNGBLOOD, SAINT
Ref: 02/16/17
Tlr: 0079
Date: 02/16/17
1:41pm

Deposit to COMMUNITY CHECKING 0011
Amount: 2,000.00
Seq: 886855

Cash Received

Total Deposits ID 0011

ID Source:
Dry Lic
SigCard
Known
Other

Cash Received 2,000 00

Cents:
Total 2,000 00

20 x $100    $50
$50
$20
$10
$5
$2
$1

Deposit to COMMUNITY CHECKING 0011
Rev Bal:
Seq:

Ref: 02/15/17
Tlr: 0252
Date: 02/15/17
11:09am
YOUNGBLOOD, SAINT

Cash Received 2000 00

Deposit to COMMUNITY CHECKING 0011
Total Deposits ID 0011

ID Source:
X Dry Lic
SigCard
Known
Other

Cash Disbursed

$9/16/17
$650

Deposit to COMMUNITY CHECKING 0011
Total Deposits ID 0011    1700 00
Cash Received    1,700.00

ID Source:
SigCard
Known
Other

Cash Received 1,700.00

Cents:
Total 1,700.00

1 x $100    $50
$50
$20
$10
$5
$2
$1

Cash Disbursed

2/15/17    $850

YOUNGBLOOD, SAINT
Ref: 02/14/17
Tlr: 0400
Date: 02/14/17
10:03am

Deposit to COMMUNITY CHECKING 0011
Amount:
Seq:

Cash Received 1,700.00

Total Deposits ID 0011    1700 00

4/14/17    $1700

Ref: 02/13/17
Tlr: 1186
Date: 02/13/17
3:43pm

Deposit to COMMUNITY CHECKING 0011

Cash Received

2/13/17    $3800

Ref: 02/23/17
Tlr: 
Date: 02/23/17
9:54am

Deposit to COMMUNITY CHECKING 0011
Total Deposits ID 0011    4,980 00

ID Source:
Dry Lic
SigCard
Known
Other

Cash Received 4,980.00

49 x $100    $50
$30
$20
$10
$5
$2
$1

Cash Disbursed

4/23/17    $4980



$6700

Acct XXXXXX4374 YOUNGBLOOD,SAINT
Eff. 02/06/17 Date: 02/06/17
Tlr: 0079 10:17am

Deposit to COMMUNITY CHECKING 0011
Amount: 6,700.00
New Bal [redacted]
Seq

Cash Received 6,700.00
Total Deposits ID 0011 6700.00
ID Source:
Drv Lic
SigCard
Known
Other

| Cash Received | | Cash Disbursed |
|---|---|---|
| 67 x $100 | 6,700.00 | x $100 |
| x $50 | | x $50 |
| x $20 | | x $20 |
| x $10 | | x $10 |
| x $5 | | x $5 |
| x $2 | | x $2 |
| x $1 | | x $1 |
| Cents | | Cents |
| Total | 6,700 | Total |

$2850

Acct XXXXXX4374 YOUNGBLOOD,SAINT
Eff 02/03/17 Date. 02/03/17
Tlr: 0079 11:14am

Deposit to COMMUNITY CHECKING 0011
Amount: 2,850.00
Seq. #96749

Cash Received 2,850.00
Total Deposits ID 0011. 2850.00
ID Source:
Drv Lic
SigCard
Known
Other

| Cash Received | | Cash Disbursed |
|---|---|---|
| 28 x $100 | 2,800.00 | x $100 |
| 1 x $50 | 50.00 | x $50 |
| x $20 | | x $20 |
| x $10 | | x $10 |
| x $5 | | x $5 |
| x $2 | | x $2 |
| x $1 | | x $1 |
| Cents | | Cents |
| Total | 2,850.00 | Total |

$5800 2/2/17

Acct XXXXXX4374 YOUNGBLOOD,SAINT
Eff [illegible]/02/17 Date: [illegible]
Tlr [illegible]

Deposit to [illegible]
Amount.
New Bal [redacted]
Seq

Cash Received [illegible]
Total Deposits ID 0011 [illegible]
ID Source
Drv Lic
SigCard
Known
Other

| Cash Received | | Cash Disbursed |
|---|---|---|
| 58 x $100 | 5,800.00 | x $100 |
| x $50 | | x $50 |
| x $20 | | x $20 |
| x $10 | | x $10 |
| x $5 | | x $5 |
| x $2 | | x $2 |
| x $1 | | x $1 |
| Cents | | Cents |
| Total | 5,800.00 | Total |

$2000 2/10/17

Acct XXXXXX4374 YOUNGBLOOD,SAINT
Eff 02/10/17 Date: 02/10/17
Tlr 0086 9:41am

Deposit to COMMUNITY CHECKING 0011
Amount 2,000.00
Seq #89373

Cash Received 2,000.00
Total Deposits ID 0011 2000.00
ID Source
Drv Lic
SigCard
Known
Other

| Cash Received | | Cash Disbursed |
|---|---|---|
| x $100 | [illegible] | x $100 |
| x $50 | | x $50 |
| x $20 | | x $20 |
| x $10 | | x $10 |
| x $5 | | x $5 |
| x $2 | | x $2 |
| x $1 | | x $1 |
| Cents | | Cents |
| Total | [illegible] | Total |

Cash Received [illegible]

| | |
|---|---|
| x $100 | 1,700.00 |
| x $50 | |
| x $20 | |
| x $10 | 10.00 |
| x $5 | |

$1740

Acct XXXXXX4374 YOUNGBLOOD,SAINT
Eff 02/07/17 Date 02/07/17
Tlr [illegible] 1:27pm

Deposit to COMMUNITY CHECKING 0011
Amount 1,740.00
Seq #89512

Cash Received 1,740.00
Total Deposits ID 0011 1740.00

Feb 2017

Copy for Outside Agency
Arcadia Police Department
8/20/2019 10:43:55 AM Operator ID 544

**NAVY FEDERAL Credit Union**

7/28/16

07/??/16 03:14 Posting Date: 07/28/16
Teller ID: 38333

$8800

Deposit Seq: 0015
Number. *****7070
$8,800.00
$8,800.00

Cash In:

Above Subject to Verification
Thank you for using Navy Federal

Arcadia Police Department
Copy for Outside Agency
6/?/2019 10:13:55 AM Operator ID:544

UP SHARED BRANCH
UM AVE
CA, 91706
K YOUNGBLOOD
NGS
190[redacted]
JUL
TLF

7/20/16

$2000

7/20/16

7/22/16 $2240

$2240

$2000

7/18/16

Arcadia Police Department
Copy for Outside Agency
6/20/2019 10:13:55 Investigator ID 544

☐ Cash Back $ 80
☐ Transfer $
☐ Loan Payment $
☐ Withdraw $
☐ Deposit $ 1080 Savings
☐ Checks Received $
☐ Cash Received $ 1,000
CU Name: LA Financial
Account # 111200101
Name: Saint Youngbl
Date: 10/26/16

ARROWHEAD
CU SERVICE

---

Acct XXXXXX4374
YOUNGBLOOD, SAINT
Date  06/17/16
REF  06/17/16        12:56pm
TLR  0079

Deposit to  PRIMARY SAVINGS  0000
Amount                  2,200.00
Seq                      #94523

Cash Received           2,200.00

Total Deposits In 0000  2200.00

**NAVY FEDERAL Credit Union**
Navy Federal Credit Union
Corona
06/06/16 03:29    Posting Date: 06/06/16
CB: 4    Teller ID: 46544

Che... ..d Deposit    Seq: 00*3
Account Number:    ******7070
Amount:    $8,900.00
Cash In:    $8,900.00

Above Subject to Verification
Thank you for visiting Navy Federal

**NAVY FEDERAL Credit Union**
Navy Federal Credit Union
Corona
06/10/16 10:52    Posting Date: 06/10/16
CB: 11    Teller ID: 38033

Che...    Deposit    Seq: 0047
Ac... ...ber:    ******7070
Amount:    $2,800.00
Cash In:    $2,800.00

Above Subject to Verification
Thank you for visiting Navy Federal

**NAVY FEDERAL Credit Union**
Navy Federal Credit Union
Corona
06/13/16 03:35    Posting Date: 06/14/16
CB: 5    Teller ID: 41758

Checking Deposit    Seq: 0007
Account Number:    ******7070
Amount:    $7,100.00
Cash In:    $7,100.00

Above Subject to Verification
Thank you for visiting Navy Federal

**NAVY FEDERAL Credit Union**
Navy Federal Credit Union
Corona
06/08/16 11:59    Posting Date: 06/08/16
CB: 11    Teller ID: 38333

Checking Deposit    Seq: 0031
Account Number:    ******7070
Amount:    $1,450.00
Cash In:    $1,450.00

Above Subject to Verification
Thank you for visiting Navy Federal

Copy for Outside Agency
Arcadia Police Department
6/20/2019 10:13:55 AM Operator: 1542



**NAVY FEDERAL**
**Credit Union**

Navy Federal Credit Union
Corona Branch

06/03/16 09:25      Posting Date: 06/03/16
CB: 4               Teller ID: 46544

Checking Deposit          .  Seq: 0013
Account Number:             ******7070
Amount:                     $2,100.00
Cash In                     $2,100.00

Above Subject to Verification
Thank you for visiting Navy Federal

ARROWHEAD          CU SERVICE CENTER
                   The Member Friendly Featured Net

Date: 6/6/16

Name: stunt Jonte you

Account #: 06 4374

CU Name: La Financia

☑ Cash Received       $ 6000 —

☐ Checks Received $

☑ Deposit $ 6000    ☐ Withdrawal $

☐ Loan Payment $      ☐ Transfer $

☐ Cash Back $

**ACU-2956**

Teller

Copy for Outside Agency
Arcade Police Department
6/20/2019 10:18:55 AM Operator ID 544

YOUNGBLOOD SAINT
Date 06/01/16
11 07am

Acct XXXXX4374
Ref: 06/01/16
Tix 0079

Deposit to PRIMARY SAVINGS #000
Amount        910 00
Seq          #13X330

Cash Received
Total Deposits to #000        910 00

ID Source
Drv Lic
SigCard
Known
Other

Deposit to PRIMARY SAVINGS #000        910 00

Cash Disbursed
X $100
X $50
X $20
X $10
X $5
X $2
X $1
Cents
Total

Cash Received
X $100    900 00
X $50
X $20
X $10     10 00
X $5
X $2
X $1
Cents
Total     910 00

NAVY FEDERAL

Credit Union
Navy Federal Credit Union
Corona Branch
05/31/16 10:23    Posting Date: 05/31/16
CB:                Teller ID: 43079

Checking Deposit              Seq: 0062
Account Number    *****7070
Amount:           $4,700.00

Multi-Tran Adjustment In    Seq: 0063
Account Number    *****7070
Cash In:          $4,700.00

Above Subject to Verification
Thank you for Banking Navy Federal

Arcadia Police Department
Copy for Outside Agency
6/20/2019 10:13:55

Acct XXXXXX4374        YOUNGBLOOD,SAINT
Eff: 05/27/16          Date: 05/27/16
Tlr: 0079                    5:07pm

Deposit to  PRIMARY SAVINGS 0000
Amount:                       660.00
Seq                         #113661

Cash Received                  u50 00

Total Deposits ID 0000         660.00

Cash Disbursed                 660.00

ID Source:
  ID Drv Lic
  StgCard
  Known
  Other

| Cash Received | | | Cash Disbursed | | |
|---|---|---|---|---|---|
| 6 X $100 | | 600.00 | X $100 | | |
| X $50 | | | X $50 | | |
| 3 X $20 | | 60.00 | X $20 | | |
| X $10 | | | X $10 | | |
| X $5 | | | X $5 | | |
| X $2 | | | X $2 | | |
| X $1 | | | X $1 | | |
| Coin Total | | | Coin Total | | |
| Center Total | 660.00 | | Center Total | | |

NAVY FEDERAL Credit Union
Navy Federal Credit Union
Corona Branch
05/24/16 03:41 Posting Dat[illegible]
CB: 4 Telle[illegible]

[illegible]
*****7070
$800.00
[illegible]

[illegible] Verification
[illegible] visiting Navy Federal

5/2016

| | |
|---|---|
| Acct XXXXXX4374 | YOUNGBLOOD, SAINT |
| Eff: 05/23/16 | Date: 05/23/16 |
| Tlr: 0079 | 10:26am |

| | |
|---|---|
| Deposit to PRIMARY SAVINGS 0000 | |
| Amount: | 2,000.00 |
| Seq: | #74309 |

| | |
|---|---|
| Cash Received | 2,000.00 |
| Total Deposits ID 0000: | 2000.00 |

ID Source:
- [ ] Drv Lic
- [ ] SigCard
- [ ] Known
- [ ] Other

| Cash Received | | | Cash Disbursed | |
|---|---|---|---|---|
| 20 | x $100 | 2,000.00 | x $100 | |
| | x $50 | | x $50 | |
| | x $20 | | x $20 | |
| | x $10 | | x $10 | |
| | x $5 | | x $5 | |
| | x $2 | | x $2 | |
| | x $1 | | x $1 | |
| | Cents | | Cents | |
| | Total | 2,000.00 | Total | |

NAVY FEDERAL Credit Union
Navy Federal Credit Union
Corona Branch
05/20/16 04:32 Posting Date: 05/23/16
CB: 11 Teller ID: 38333

Checking Deposit Seq: 0054
Account Number: ******7070
Amount: $1,600.00
Cash In: $1,600.00

Above Subject to Verification
Thank you for visiting Navy Federal

5 May 2016

NAVY FEDERAL Credit Union
Navy Federal Credit Union
Corona Branch
05/25/16 02:57 Posting Date: 05/26/16
CB: 6 Teller ID: 31610

Checking Deposit Seq: 0006
Account Number: *****7070
Amount: $2,800.00
Cash In: $2,800.00

Above Subject to Verification
Thank you for visiting Navy Federal

5 May

NAVY FEDERAL Credit Union
Navy Federal Credit Union
Corona Branch
05/27/16 [illegible] Posting [illegible]/27/16
CB: 6 [illegible]

Checking Deposit [illegible]
Account Number: *****7070
Amount: $2,800.00
Cash In: $2,800.00

Above Subject to Verification
Thank you for visiting Navy Federal

Copy for Outside Agency
Police Department
Operator ID 544

Arcadia Police Department
Copy for Outside Agency
6/20/2019 10:13:55 AM Operator ID 544



Copy Not for Outside Agency
Arcadia Police Department
03/17/16 10:13:55 AM Operator ID 544

Acct XXXXXX4374
Eff. 03/10/16
Tlr: 0079

#1660

YOUNGBLOOD,SAINT
Date: 03/10/16
10.52am

Deposit to COMMUNITY CHECKING 0011
Amount. 1,660.00
Seq: #72703

Cash Received 1,660.00

Total Deposits ID 0011 1660.00

ID Source
Drv Lic
SigCard
Known
Other

| Cash Received | | | Cash Disbursed |
|---|---|---|---|
| 16 | x $100 | 1,600 00 | x $100 |
| | x $50 | | x $50 |
| 3 | x $20 | 60.00 | x $20 |
| | x $10 | | x $10 |
| | x $5 | | x $5 |
| | x $2 | | x $2 |
| | x $1 | | x $1 |
| | Cents | | Cents |
| | Total | 1,660 00 | Total |

#840

[redacted]

[illegible]

#2400

Acct XXXXXX4374
Eff: 03/09/16
Tlr: 0079

YOUNGBLOOD,SAINT
Date: 03/[illegible]/16
[illegible] 48am

Deposit to COMMUNITY CHECKING 0011
Amount 2,400.00
Seq: #73527

Cash Received 2,400 00

Total Deposits ID 0011 2400 00

ID Source.
Drv Lic
SigCard
Known
Other

| Cash Received | | | Cash Disbursed |
|---|---|---|---|
| 24 | x $100 | 2,400.00 | x $100 |
| | x $50 | | x $50 |
| | x $20 | | x $20 |
| | x $10 | | x $10 |
| | x $5 | | x $5 |
| | x $2 | | x $2 |
| | x $1 | | x $1 |
| | Cents | | Cents |
| | Total | 2 400 00 | Total |

Acct XXXXXX4374
Eff 03/14/16
Tlr [illegible]

YOUNGBLOOD,SAINT
Date: 03/14/16
9:[illegible]am

Deposit to COMMUNITY CHECKING 0011
Amount: [illegible]
Seq: #74[illegible]

Cash Received [illegible]

Total Deposits ID 0011 [illegible]

ID Source.
Drv Lic
SigCard
Known
Other

| Cash Received | | | Cash Disbursed |
|---|---|---|---|
| 28 | x $100 | 2,800 00 | x $100 |
| | x $50 | | x $50 |
| 3 | x $20 | 60 00 | x $20 |
| 1 | x $10 | 10.00 | x $10 |
| 1 | x $5 | 5 00 | x $5 |
| | x $2 | | x $2 |
| | x $1 | | x $1 |
| | Cents | | Cents |
| | Total | 2 875 00 | Total |

Acct XXXXXX4374
Eff: 03/11/16
Tlr: 0079

YOUNGBLOOD,SAINT
Date: 03/11/16
12.07pm

Deposit to COMMUNITY CHECKING 0011
Amount: 1,420.00
Seq: #86954

Cash Received 1,420 00

Total Deposits ID 0011 1420 00

ID Source:
Drv Lic
SigCard
Known
Other

| Cash Received | | | Cash Disbursed |
|---|---|---|---|
| 14 | x $100 | 1,400 00 | x $100 |
| | x $50 | | x $50 |
| | x $20 | 20 00 | x $20 |
| | x $10 | | x $10 |
| | x $5 | | x $5 |
| | x $2 | | x $2 |
| | x $1 | | x $1 |
| | Cents | | Cents |
| | Total | 1,420 00 | Total |

Copy for Outside Agency
Arcadia Police Department
8/20/2019 10:13:55 AM Operator ID 54

Copy for Outside Agency
Arcadia Police Department
6/20/2019 10:13:55 AM Operator ID 544

By Known $3700

Acct XXXXXX4374 YOUNGBLOOD,SAINT
Eff: 03/04/16 Date. 03/04/16
Tlr. 0013 9 31am

Deposit to COMMUNITY CHECKING 0011
Amount: 3,700.00
Seq: #72741

Cash Received 3,700.00

Total Deposits ID 0011: 3,700.00

ID Source.
Drv Lic
SigCard
Known
Other

| Cash Received | | Cash Disbursed |
|---|---|---|
| 37 x $100 | 3,700.00 | x $100 |
| x $50 | | x $50 |
| x $20 | | x $20 |
| x $10 | | x $10 |
| x $5 | | x $5 |
| x $2 | | x $2 |
| x $1 | | x $1 |
| Cents | | Cents |
| Total | 3,700.00 | Total |

By Known $940

Acct XXXXXX4374 YOUNGBLOOD,SAINT
Eff 03/03/16 Date. 03/03/16
Tlr 0179 ... 18pm

Deposit to COMMUNITY CHECKING 0011
Amount: 940.00
Seq: #103728

Cash Received 940.00

Total Deposits ID 0011: 940.00

ID Source
Drv Lic
SigCard
Known
Other

| Cash Received | | Cash Disbursed |
|---|---|---|
| x $100 | | x $100 |
| x $50 | 450.00 | x $50 |
| x $20 | 20.00 | x $20 |
| x $10 | | x $10 |
| x $5 | | x $5 |
| x $2 | | x $2 |
| x $1 | | x $1 |
| Cents | | Cents |
| Total | 940.00 | Total |

$2400

4374

By Known $970

Acct XXXXXX4374 YOUNGBLOOD,SAINT
Eff 03/04/16 Date 03/04/16
Tlr 0179 4 18pm

Deposit to COMMUNITY CHECKING 0011

$280

Acct XXXXXX4374 YOUNGBLOOD,SAINT
Eff: 03/04/16 Date: 03/04/16
Tlr 0013 9.53am

Deposit to COMMUNITY CHECKING 0011
Amount: 280.00
New Bal. [redacted]
Seq. #79265

Cash Received 280.00

Total Deposits ID 0011: 280.00

ID Source
Drv Lic
SigCard
Known
Other

| Cash Received | | Cash Disbursed |
|---|---|---|
| 2 x $100 | 200.00 | x $100 |
| x $50 | | x $50 |
| 4 x $20 | 80.00 | x $20 |
| x $10 | | x $10 |
| x $5 | | x $5 |
| x $2 | | x $2 |
| x $1 | | x $1 |
| Cents | | Cents |
| Total | 280.00 | Total |

Copy for Outside Agency
Arcadia Police Department
3/20/2019 10:13:55 AM Operator ID 544

Arcadia Police Department
Copy for Outside Agency
6/20/2019 10:__ Operator ID 544

YOUNGBLOOD, SAINT
Acct XXXXXX4374
Date: 02/26/16
Ref: 02/26/16
Tlr: 0132                3:13pm

Deposit to COMMUNITY CHECKING 0011
Amount:                  1,750.00
Seq:                     #102867

Cash Received

Total Deposits ID 0011.        2,750.00

ID Source.
Dry Ltd
BigCard
Known
Other

YUGN BLOOD, SAINT
Acct XXXXXX4374
Date: 02/26/16
Ref: 02/26/16
Tlr: 0132                10:23am

Deposit to COMMUNITY CHECKING 0011
Amount:
Seq:

Cash Received

Total Deposits ID 0011        1750.00

ID Source.
Dry Ltd
BigCard
Known
Other





Copy for Outside Agency
Arcadia Police Department
6/20/2019 10:13:56 AM Operator ID 544



Acct XXXXXX4374    YOUNGBLOOD, SAINT
Eff  03/22/16         Date. 03/22/16
Tlr  0079                      9.27am

Deposit to  COMMUNITY CHECKING 0011
Amount                    2,800 00
Seq                         #67254

Cash Received              2,800.00

Total Deposits ID 0011     2800 00

ID Source
    Drv Lic
    SigCard
    Known
    Other

|  | Cash Received |  |  | Cash Disbursed |  |
|---|---|---|---|---|---|
| 28 | x $100 | 2,800 00 |  | x $100 |  |
|  | x $50 |  |  | x $50 |  |
|  | x $20 |  |  | x $20 |  |
|  | x $10 |  |  | x $10 |  |
|  | x $5 |  |  | x $5 |  |
|  | x $2 |  |  | x $2 |  |
|  | x $1 |  |  | x $1 |  |
|  | Cents |  |  | Cents |  |
|  | Total | 2,800 00 |  | Total |  |

Copy for Outside Agency Arcadia Police Department 6/20/2019 10:13:58 AM Operator ID 544



2/17/16 $2410

Acct XXXXX4374 YOUNGBLOOD SAINT
Eff 02/17/16 Date 02/17/16
Tlr 0013 9 37am

Dep To COMMUNITY CHECKING 0011
Amount 2 410 00
Seq. #8051[illegible]

Cash Received 2 410 00

Total Deposits ID 0011 2410 00

ID Source
Drv Lic
Sigcard
Known
Other

| Cash Received | | Cash Disbursed |
|---|---|---|
| 23 x $100 | 2,300 00 | x $100 |
| 1 x $50 | 50 00 | x $50 |
| 2 x $20 | 40 00 | x $20 |
| 2 x $10 | 20 00 | x $10 |
| $5 | | x $5 |
| $2 | | x $2 |
| $1 | | x $1 |
| Cents | | Cents |
| Total | 2 410 00 | Total |

2/16/16 $2750.00

Acct XXXXX4374 YOUNGBLOOD, SAINT
Eff 02/16/16 Date 02/16/16
Tlr 0079 9:52am

Deposit To COMMUNITY CHECKING 0011
Amount 2 750 00
Seq #96060

Cash Received 2,750 00

Total Deposits ID 0011 2750 00

ID Source
Drv Lic
Sigcard
Known
Other

| Cash Received | | Cash Disbursed |
|---|---|---|
| 27 x $100 | 2 700 00 | x $100 |
| $50 | 50 00 | x $50 |
| $20 | | x $20 |
| $10 | | x $10 |
| $5 | | x $5 |
| $2 | | x $2 |
| $1 | | x $1 |
| Total | | |

2/12/16 $2300

Acct XXXXX4374 YOUNGBLOOD, SAINT
Eff 02/12/16 Date: 02/12/16
Tlr 0013 9:54am

Deposit To COMMUNITY CHECKING 0011
Amount 2,300.00
New Bal [redacted]
Seq #89889

Cash Received 2,300 00

Total Deposits ID 0011 2300 00

ID Source
Drv Lic
Sigcard
Known
Other

| Cash Received | | Cash Disbursed |
|---|---|---|
| 23 $100 | 2,300 00 | x $100 |
| $50 | | x $50 |
| $20 | | x $20 |
| $10 | | x $10 |
| $5 | | x $5 |
| $2 | | x $2 |
| $1 | | x $1 |
| Cents | | Cents |
| Total | 2,300 00 | Total |

Acct XXXXX4374 YOUNGBLOOD, SAINT
Eff 02/18/16 Date 02/18/16
Tlr 0013 11:31am

Deposit To COMMUNITY CHECKING 0011
Amount 890 00
New Bal 1,810 96
Seq #77741

Cash Received 890 00

Total Deposits ID 0011 890 00

$890

Cash Received 900 00

$900

Acct XXXXX4374 YOUNGBLOOD, SAINT
Date 02/19/16 10:22am

Deposit To COMMUNITY CHECKING 0011
Amount 8 640 00
Seq #77161

Cash Received

Total Deposits ID 0011

$8640

Cash Received 87 x $100 8 700 00

Cash Disbursed 60 00

$8760

Copy for "Outside Agency"
Arcadia Police Department
6/20/2019 10:13:56 AM Operator ID 544



LA FINANCIAL CU, R/T: 322079562

Southland CU - Santa Monica CO-OP
SHARED BRANCHING
525 Santa Monica Blvd
Santa Monica Ca 90401

SAIMO DOVITE K YOUNGBLOOD

Verification
Date: 01/27/16                    Time: 12:50:56
Serial #:                        12:54:05
Teller #:                        0161
Transaction:                     Share Deposit
Serial #:                        276779
Account #:                       XXXXXXXXXXX-XXXX
New Balance:                     
Tran Amount:
Available:                       5,800.00

01/27/16 12:54:05

Base Account Number:             XXXXXXXXXX
                                 XXXXXXXXXX

Funds Received                   5,800.00
6.79 CR                          5,800.00
Cash Received                    5,800.00

Authorization by:

ID Source:
X Driver Lic            XXXXXXXXXX-X,...
  SigCard
  Known
X Other                 XXXX1960

Funds          deposits may not be available

Copy for Outside Agency
Leading Department
6/20/2019 10:13:56 AM Only ID 544

Arcadia Police Department
Copy for Outside Agency
6/20/2023 10:13:55 AM, Operator ID 544

1/25/16    $3800

Acct XXXXXX4374        YOUNGBLOOD, SAINT
Eff: 01/25/16        Date: 01/25/16
Tlr: 0066            10:11am

Deposit to  COMMUNITY CHECKING 0011
Amount:     3,800.00
Seq:        #73941

Cash Received                      3 800.00

Total Deposits ID 0011:           3800.00

ID Source
Dr. Lic
Sig-d
Known
Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| 38 x $100 | 3 800.00 | x $100 | |
| x $50 | | x $50 | |
| x $20 | | x $20 | |
| x $10 | | x $10 | |
| x $5 | | x $5 | |
| x $2 | | x $2 | |
| x $1 | | x $1 | |
| Cents | | Cents | |
| Total | 3 800.00 | Total | |

1/9/16    $2800

Acct XXXXXX4374        YOUNGBLOOD, SAINT
Eff 01/15/16          Date 01/15/16
Tlr 0013              2:08pm

Deposit to  COMMUNITY CHECKING 0011
Amount:     2,800.00
New Bal
Seq         #102740

Cash Received                     2,800.00

Total Deposits ID 0011:           2800.00

ID Source
Dry Lic
SigCard
Known
Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| x $100 | 2 700.00 | | |
| | | | |

1/15/16    $350

Acct XXXXXX4374        YOUNGBLOOD, RAINP
Eff 01/15/16          Date 01/15/16
Tlr: 0046            1:14pm

Deposit to  COMMUNITY CHECKING 0011
Amount      2,35c.00
New Bal     2,534.16
Seq         #104933

Cash Received                       350.00

Total Deposit ID 0011:             350.00

ID Source
Dry Lic
SigCard
Known
Other

| Cash Received | | Cash Disbursed | |
|---|---|---|---|
| 1 x $100 | 100.00 | x $100 | |
| 1 x $50 | 50.00 | x $50 | |
| 6 x $20 | 160.00 | x $20 | |
| 2 x $10 | 20.00 | x $10 | |
| x $5 | | x $5 | |
| x $2 | | x $2 | |
| x $1 | | x $1 | |
| Cents | | Cents | |
| Total | 350.00 | Total | |

$450

YOUNGBLOOD, SAINT
Date 01/07/16
4:31pm

Acct XXXXXX4374
Eff 01/07/16
Tlr 0013

Deposit to COMMUNITY CHECKING 0011
Amount                    $450.00
Seq                       #94701

Cash Received             450.00

Total Deposits to 0011    $450.00

ID Source:
  Drv Lic
  Sigcard
  Known
  Other

| Cash Received | | | Cash Disbursed | |
|---|---|---|---|---|
| 4 x $100. | 400.00 | | x $100. | |
| x $50 | | | x $50 | |
| x $20. | 40.00 | | x $20. | |
| x $10. | 10.00 | | x $10. | |
| x $5. | | | x $5. | |
| x $2. | | | x $2. | |
| x $1 | | | x $1 | |
| Cents | | | Cents | |
| Total | 450.00 | | Total | |

$3400

YOUNGBLOOD, SAINT
Date 01/21/16
1:52pm

Acct XXXXXX4374
Eff 01/21/16
Tlr 0013

Deposit to COMMUNITY CHECKING 0011
Amount                    3,400.00
Seq                       #9438.

Cash Received             3,400.00

Total Deposits ID 0011    3400.00

ID Source
  Drv Lic
  Sigcard
  Known
  Other

| Cash Received | | | Cash Disbursed | |
|---|---|---|---|---|
| x $100 | | | x $100. | |
| x $50 | | | x $50 | |
| x $20. | | | x $20. | |
| x $10. | | | x $10. | |
| x $5. | | | x $5. | |
| x $2. | | | x $2. | |
| x $1 | | | x $1 | |
| Cents | | | Cents | |
| Total | | | Total | |

$1450

YOUNGBLOOD, SAINT
Date 01/14/16
1:37pm

Acct XXXXXX4374
Eff 01/14/16
Tlr 0079

Deposit to COMMUNITY CHECKING 0011
Amount                    1,450.00
Seq                       #79605E

Cash Received             1,450.00

Total Deposits to 0011    1450.00

ID Source.
  Drv Lic
  Sigcard
  Known
  Other

| Cash Received | | | Cash Disbursed | |
|---|---|---|---|---|
| 13 x $100 | 1,300.00 | | x $100. | |
| x $50. | | | x $50. | |
| x $20. | | | x $20. | |
| x $10. | | | x $10. | |
| x $5. | | | x $5. | |
| x $2. | | | x $2. | |
| x $1 | | | x $1 | |
| Cents | | | Cents | |
| Total | 1,500.00 | | Total | |

$520

YOUNGBLOOD, SAINT
Date 01/15/16
9:31am

Acct XXXXXX4374
Eff 01/15/16
Tlr 0013

Deposit to COMMUNITY CHECKING 0011
Amount                    520.00
Seq                       #90911

Cash Received             520.00

Total Deposits to 0011    520.00

ID Source
  Drv Lic
  SigCard
  Known
  Other

| Cash Received | | | Cash Disbursed | |
|---|---|---|---|---|
| 4 x $100. | 400.00 | | x $200. | |
| x $50 | | | x $50. | |
| 6 x $20. | 120.00 | | x $20. | |
| x $10. | | | x $10. | |
| x $5. | | | x $5. | |
| x $2. | | | x $2. | |
| x $1 | | | x $1 | |
| Cents | | | Cents | |
| Total | 520.00 | | Total | |

Copy for Outside Agency
Arcadia Police Department
6/03/18 10:13:58 Operator ID 364



Copy for Outside Agency
Arcadia Police Department
6/20/2019 7:13:56 AM, Associate ID 544

