

7/12/15

I, Snintkota Youngblood, do hereby agree to pay Hanh Lee the sum of 700,000 USD in return for funds used for legal expenses/attorneys fees. I give Hanh Lee an interest in the following as security. (I am making mortgage payment on said property as we speak for ownership.

LOT 166 of Sierra Montana, parcel 00, according to the plat of record in the office of the county recorder of Maricopa County, Arizona, Book 601 of maps, page 48

17621 W. Caribbean Lane
Surprise, AZ 85388

I purchased said property from the Reeves family trust and understand that once I complete my payments if I have not satisfied debt to Hanh Lee, property is his and I must sign over deed.

Snintkota Youngblood

DEFENDANT'S EXHIBIT 30



8/1/12

I, Saint Koto Youngblood, received 26,000 USD from Han Rhee on 8/1/12. Monies to be returned on/before 8/8/12.

Legal fees, lawyers, restitution.

Arcadia Police Department
Copy for Outside Agency
Operator ID 544

8/1/12

I, Ssntkobyadene Youngblood, received 37500 from HANßLee on 8/6/12. Monies to be repaid on 8/8/12.

Arcadia Police Department
Copy for Outside Agency
6/20/2019 10:13:58 AM Character ID 544



HING HA LEE JEWELERS
140 W VALLEY BLVD STE 111
SAN GABRIEL, CA. 91776
626-286-3993

Merchant ID. 8814872785
Term ID: 88754280U3814872785007

Sale

xxxxxxxxxxx3887
AMEX        Entry Method: Swiped

Total:          $       8,550.00

08/22/12                11:33:35
Inv #: 000001  Appr Code: 545273
Apprvd: Online

Customer Copy
THANK YOU!

HING HA LEE JEWELERS
140 W VALLEY BLVD STE 111
SAN GABRIEL, CA. 91776
626-286-3993

Merchant ID. 8814872785
Term ID: 88754280U3814872785...

Sale

xxxxxxxxxxx3882
AMEX        Entry Method: Swiped

Total:          $       6,150.00

08/12/12                19:17:36
Inv #: 000006  Appr Code: 504450
Apprvd: Online

Customer Copy
THANK YOU!

2nd Rolex

1st Rolex
Profit used to pay Jone

Arcadia Police Department
Copy for Outside Agency
6/20/2019 10:45:58 AM Operator ID 544

I, Santkishor Yougblood, recieved 18000 USD from LlanPlee on 8/11/12 Monies due back no later than monday for repayment of personal loan.

8/11/12

I, Saint koto Youngblood, agree to pay Hanfu lee the sum 10,000 USD by Aug 28th, 2012. Monies due by close of business.

Arcadia Police Department

Copy for Outside Agency

6/20/2019 10:13:58 AM Generator 544

5/25/12

270603AY

I, owe Dr. Hank lee
the sum of 5900ᵃ
USD. picked up on 8/29/16
and payable by close of
business 8/30/2019

8/29/2

Arcadia Police Department
Copy for Outside Agency
6/20/2019 10:28:26AM  Operator ID 844

10/5/12

St. with Youngblood received
16,500
$15,500 from corp. 1000 from personal

Arcadia Police Department
Copy for Outside Agency
6/20/2019 10:13:58 AM Operator ID 544

I , Saintkotajademe Youngblood,
do hereby agree to pay the sum
of $9700 to Hanfu Lee on/
before 10/15/12 @ open of
business.

Monies to be used for legal fees
and counsel regarding home and family.

Thankya

Arcadia Police Department
Copy for Outside Agency
06/02/2019 09:13:57 AM Operator ID 544

Cash from
Personal Acct 10/13/12    Borrowed Another $9,500 .
Office ck 10/18/12    Borrowed another 1,600

10/10/12

I, Saintkotsayudline Youpthor,
do hereby agree to pay
Hanf Lee the sum of
19600 USD. on/before 10/16/16

Arcadia Police Department
Copy for Outside Agency
8/20/2019 10:13:58 AM Operator P.

1/18/13

I, Soontjerk Ko Youngslwd, do hereby agree to pay Hank Lee the sum $300 on 1/22/13 for paymt.

.400
$ 300  Cash ... back cash give 1/15
1/18/13  9000
1/25/13  9?...
1/28/13  ...
1/28/13  10000
1/31/13  7,500  Fun ... TD Bnk

Borrowed  Total 1/18/13 - 1/31/13 - $56,000

Copy for Outside Agency
Arcadia Police Department
7/20/2015 10:13:57 AM Operator ID 544

I, Saintjoire Youngblood, do hereby Agree to pay Hanh lee the Sum of 21700 ⁰⁰/ USD in the following manner:

11,500 from miniatures on 3/6/13

11,000 from antiquities sale on 3/8/13

Loan repayment on Thursday | fri 3|7|3?

in the Amount of 50,000 to 100,000

upon receipt of monies for

Yoshi

Acadiana Police Department
copies for Outside Agency
AI Operator ID 544
6/20/2043 10:13:67 AM

3-4-13

Saintjoire Kotogadune Youngblood

314/13     20 K for Topa Drun
10 K Cash
10 K cashier's ck

I, Seunjuik Kota Youngblood, do hereby owe Hanfu Lee the sum of 27000 dollars due 3/22/13. All monies received. Thankyou

Arcadia Police Department

Copy for Outside Agency

6/20/2019 10:13:57 AM Operator 8514



I, Saint jonk Youngblood, agree to pay 21000 to Hanh lee on 4/5/13. All monies to be received on 4/3/13 for advance to me.

Arcadia Police Department
Copy for Outside Agency
6/20/2019 10:13:51 AM Originator ID 544



Arcadia Police Department
Copy for Outside Agency
6/20/2019 10:13:57 AM Operator ID 544

5/15/13 1500
5/31/13 9400

I Stjoute Kota Youngblood, do hereby agree to pay Honfu lee the Sum of 10,900 USD. 1st payment due Sunday after mass 6/2/13.

Copy for Customs Agency

Arcadia Police Department

6/20/2019 10:13:5... ABM Operator ID 544

6/4/13 ( Actually 6/5/13 )

I, Saintjovk K Yangblod, agree to
pay Hands lee the sum of 4200
by 6/7/13

Saintjovk K Yangblod

CL 9049   9 30am,
1055    12:00pm

Copy NOT for Outside Agency
Arcadia Police Department
6/20/2019 10:13:57 AM Operator ID

8-7-13

I have received the following amounts from
Honfu Lee . in cash :

7/25/13    $8900
8/5/13     20,000
8/6/13     16,700

Copy for Outside Agency

Arcadia Police Department
6/20/2019 10:13:57 AM Operator ID 544

Authorized '8/9/13

I owe Honfu Lee
the sum of $1800

8/9/13

I borrowed :

3/9  9000 Lia
9500 Lee rt

8/12  17,500 Honfu

8/15/13    Amount Given    *2,000 3,000

8/16/13    Amt Given    *7,700

8/13/13    Amount given    $9,100

8/16/13    Amt given    7700

8/22/13    Amt given    10,000

8/23/13    Amt given    4,000

9/10/13    Amt given

9/14/13    Amount given    3355

Copy for Outside Agency
Arcadia Police Department
6/20/2019 10:13:57 AM Operator ID 544

love DeLEE 33SS
on before 9/16/13

Money borrowed from Hon Fu Lee

9/16/13   2950 o

9/3/13   1800

10/1/13   5 9 o 8

10/2/13   9730

Arcadia Police Department
Copy for Outside Agency
10/20/2019 13:57 AM Operator ID 544

10/2/13



I, Sant Kostgadern Yawngbhud, do hereby agree to pay Hank Lee the sum of 3500

4/19/15

Hilton  4/29/13

I, Sant Kostgadern Yawngbhud, received an additional 3900.00 from Hank Lee.

4/29/13

Copy for Outside Agency
Arcadia Police Department
6/20/2019 10:13:57 AM operator ID 544

Hilton  4/15/13

I, Sant Kostgadern Yawngbhud, agree to pay Hank Lee sum 3800

4/16/13

I   we DR Hank Lee 5000 payable
to MJ   on/before   wednesday

7/28/14

Arcadia Police Department
Copy for Outside Agency
6/20/2019 10:13:57 AM Operator ID 544

(7/28/14)



Nov 3, 2014

I give Hun Fu Lee
permission to
own rental 405
Shadowpoint Salvage
78666

Stephan K. Lautenbach
Connoc. of
rned)

Copy for Outside Agency
Arcadia Police Department
2023-00043, 10/03/51 AM, Operator 10044

9/8/14
I owe DK
Lee 4700°
and he has my
debit card as
collateral to charge
up to $1014

December 14, 2015

I owe Dr. Hanfu Lee $2.5 million dollars for money borrowed in the past several years.

Arcadia Police Department
Copy for Outside Agency
6/20/2019 10:13:56 AM Operator ID 544



HING WA LEE JEWELLRS
140 W VALLEY BLVD STE 111
SAN GABRIEL, CA. 91776
626-280-3993

Merchant ID: 0014072785
Term ID: 0075420000014/72bto.

### Sale

xxxxxxxx 3007
Ms      Entry Mt    19

Total:        $      30.00

08/2  .:                11:31:45
Inv #: 000001  Appr Code: 502024
Apprvd: Online

Customer Copy

THANK YOU*

HING WA LEE JEWELERS
140 W VALE.  BLVD STE 111
SAN GABRIEL  .
626 280 995,

Merchant ID  0014072785
Term ID  0075400000149/2785007

### Sale

xxxxxxxxxxx 3002
AMEX    Entry Method: Swiped

Total:        $    7,500.00

08/27/12               11:32:35
#: 00002  Appr Code: 501972
Apprvd: Online

Customer Copy

THANK YOU!

HING WA LEE JEWELERS
140 W VALLEY BLVD STE 111
SAN GABRIEL  A  91776
626 280 9993

Merchant ID  0014072785
Term ID  0075400000148/2785007

### Sale

xxxxxxxxxxx 4099
MASTERCARD  Entry Method: Swiped

Total:        $    28,000.00

08/28/12               20:12:23
Inv #: 000004  Appr Code: 069222
Apprvd: Online

Customer Copy

THANK YOU!

3 Rolex

3 Rolex

8/30/12

3

Rolex

MAKE WA CEE GEN LEWS
140 N VALLEY BLVD  fl 111
SAN GABRIEL  LA  91776
626 288 3993

Merchant ID- 0014072705
Term ID  0076420800014872705007

**Sale**

xxxx4099

NO Entry Method: Swiped

Totel.           $     12,000.00

08/30/12              16:20:04
Inv #: 000002  Appr Code: 06167Z
Apprvd: Online

Customer Copy

THANK YOU!

NINU NA LEE T NELENS
19N N VALLEY BLVD STE 111
SAN GABRIEL, CA  91776
626 288-3993

Merchant IL  0014072705
Term ID  0076420800014872705007

**Sale**

xxxxxxxxxxx5492

MASTERCARD  Entry Method: Swiped

total:           $     13,000.00

08/30/12              16:20:50
Inv #: 000003       Code: 01539Z
Apprvd: Online

THANK YOU!

8/31/12

3 Rolex

2 Gold Bar

NINU NA LEE  NELENS
140 N VALLEY BLVD  115
AN GABRIEL  CA
626 288 399

Merchant ID: 0014072705
Term ID: 0076420800014872705007

**Sale**

xxxxxxxxxxxxx184

VISA   Entry Method: Swiped

Total:           $     20,000.00

08/31/12              13:56:14
Inv #: 000001  Appr Code: 06451C
Apprvd: Online

Customer Copy

THANK YOU!

COPY - Not for Outside Agency
Police Department
6/22/2019 10:13:58 AM Operator ID 544

NINO NA LEE NELENS
149 N VALLEY BLVD STE 111
SAN GABRIEL CA 91776
626 288-3993

Merchant ID: 0014072705
Bank ID: 02611

VISA   Entry Method: Swiped

Appr Code: 01519C

**Sale**

Inv #: 000021

Total:           $     16,000.00

Customer Copy
THANK YOU
HAVE A DAY

10/15/12
2 Rolex wat.

$12,000

10/16/12
2 Rolex w.

15,950

HING HA LEE JEWELERS
140 H Vall'ey Blvd STE 111
SAN GABRIEL, CA  91776
626 284 3993

Merchant ID: 8014872185
Term ID: 0076428U0B0148/2785007

### Sale

xxxxxxxxxxxxx4855
DISCOVER    Entry Method: Swiped

Total:          $      13,000.00

10/15/12                    19:16:53
Inv #: 000007  Appr Code: 61513R
Apprvd: Online

Customer Copy
THANK YOU!

HING HA LEE JEWELERS
140 H VALLEY BLVD STE 111
SAN GABRIEL, CA  91776
626 284 3993

Merchant ID: 8014872785
Term ID: 0076428000B0148/2785007

### Sale

xxxxxxxxxxxx3002
AMEX    Entry Method: Swiped

Total:          $      4,100.00

10/15/12                    19:15:42
Inv #: 000006  Appr Code: 588236
Apprvd: Online

Customer Copy
THANK YOU!

Copy for Outside Agency
Arcadia Police Department
6/20/2019 10:13:58 AM   Scanner ID 5x4

### Sale

xxxxxxxxxxxx0547
MASTERCARD  Entry Method: Swiped

Total.          $      1,200.00

10/16/12                    20:09:30
Inv #: 000008  Appr Code: 079392
Apprvd: Online

Customer Copy
THANK YOU!

HING HA LEE JEWELERS
140 H VALLEY BLVD STE 111
SAN GABRIEL, CA  91776
626 284 3993

Merchant ID: 8014872785
Term ID: 0075428000B0148/2785007

### Sale

xxxxxxxxxxxx3002
AMEX    Entry Method: Swiped

Total:          $      14,700.00

10/16/12                    20:08:54
Inv #: 000007  Appr Code: 588633
Apprvd: Online

Customer Copy
THANK YOU!



# City of Arcadia

## Police Department

Robert T. Guthrie
*Chief of Police*

6/20/2019

TO:               Federal Bureau of Investigation
CASE #:         19-1423
VICTIM:       Hanfu Lee
SUSPECT:     Saintjovite Youngblood (AKA Jadenne)
REGARDING:  Case Referral

Supervisory Special Agent Stephanie Orrick,

The Arcadia Police Department is referring case #1901423 to the FBI for investigation. It involved an investment scam where the victim loaned the suspect $5,018,123.00 from 2010 until 11-28-17, to invest in the suspect's business endeavors that included deals in acquiring and selling comic books, coins, jewelry, paintings, sculptures, star wars memorabilia, and sports memorabilia.

The suspect provided the victim with hand written, signed, documents and on one occasion a typed and signed document saying how much money he owed the victim and the date the suspect needed to pay the victim back by. The victim provided the Arcadia Police Department with copies of these documents. Over the 7 year period, the suspect paid the victim back approximately $50,000. Ultimately, the victim has lost all contact with the suspect and the suspect has disappeared.

Attached is a copy of the police reports. The Arcadia Police Department has evidence (audio of victim interview and original bank receipts) available at the FBI's request.

In the event the FBI does not open an investigation regarding this case, please contact me and let me know.

If you have any further questions, feel free to call me at the number listed below.

Detective B. Oberon
Financial Crimes Investigator
626-574-5166 (Office)
626-446-0387 (Fax)
boberon@arcadiaca.gov

DEFENDANT'S
EXHIBIT

**33**



NAVY FEDERAL Credit Union

01/11/23 09:25          Posting Date: 01/11/23
CB: 9                   Teller ID: C3481

Checking Deposit          .   Seq: 0025
Account Number:               ******7070
Amount:                        $4,900.00
Cash In:                       $4,900.00

Above Subject to Verification
Thank you for visiting Navy Federal

NAVY FEDERAL Credit Union

01/23/23 09:22          Posting Date: 01/23/23
CB: 4                   Teller ID: B1117

Checking Deposit          .   Seq: 0058
Account Number:               ******7070
Amount:                        $1,600.00
Cash In:                       $1,600.00

Above Subject to Verification
Thank you for visiting Navy Federal



02/08/23 01:20          Posting Date: 02/08/23
CB: 1                   Teller ID: A8271

Checking Deposit          .   Seq: 0128
Account Number:               ******7070
Amount:                        $2,700.00
Cash In:                       $2,700.00

Above Subject to Verification
Thank you for visiting Navy Federal



04/14/23 09:43          Posting Date: 04/14/23
CB: 5                   Teller ID: B2561

Checking Deposit          .   Seq: 0009
Account Number:               ******7070
Amount:                        $4,000.00
Cash In:                       $4,000.00

Above Subject to Verification
Thank you for visiting Navy Federal

NAVY FEDERAL Credit Union

04/05/23 04:44          Posting Date: 04/06/23
CB: 5                   Teller ID: B2561

Checking Deposit          .   Seq: 0077
Account Number:               ******7070
Amount:                        $2,900.00
Cash In:                       $2,900.00

Above Subject to Verification
Thank you for visiting Navy Federal



04/26/23 11:37          Posting Date: 04/26/23
CB: 11                  Teller ID: B6997

Checking Deposit          .   Seq: 0024
Account Number:               ******7070
Amount:                        $4,900.00
Cash In:                       $4,900.00

Above Subject to Verification
Thank you for visiting Navy Federal

**DEFENDANT'S EXHIBIT**

**35**



06/14/23 09:13          Posting Date: 06/14/23
CB: 6                       Teller ID: B0463

Checking Deposit
Account Number:          .     Seq: 0003
                                ******7070
Amount:                        $9,600.00
Cash In:                       $9,600.00

Above Subject to Verification
Thank you for visiting Navy Federal

06/28/23 11:49          Posting Date: 06/28/23
CB: 5                       Teller ID: B2561

Checking Deposit
Account Number:          .     Seq: 0031
                                ******7070
Amount:                        $19,500.00
Cash In:                       $19,500.00

Above Subject to Verification
Thank you for visiting Navy Federal

9:00 📍                                    5G 🔋

‹ **Activity**

**Today**

 **steinerranchtruth** mentioned you in a post: Here's a question? Why are Joey Pollard and @rachel.perardi together? It definitely isn't Rachel's looks since Joey is banging a lot younger women from his work. 

It is the money and drugs.

#truth #cedarpark #cedarparktx #drugs #meth @crossovertexas @thefieldhousetexas 52m

 **steinerranchtruth** mentioned you in a post: Swingers just isn't a feel good comedy with @rachel.perardi and her boyfriend Joey Pollard. Ask them how to get into their swinging rotation next time you see them at @crossovertexas or @thefieldhousetexas. #swingers #sex #cedarpark #steinerranch #truth 2h 

 **steinerranchtruth** mentioned you in a post: Here's a good question. Who knows what this is? If you don't know just ask @rachel.perardi. 

She's been busted multiple times for doing meth and a litany of other illegal drugs.

And to think you let your kids near her.

#drugs #truthbetold

            

DEFENDANT'S EXHIBIT

43

**From:**          R H P <rmhp18@gmail.com>
**Sent:**           Friday, May 12, 2023 12:17 PM
**To:**              Wilkinson, Lindsey (SA) (FBI)
**Subject:**       [EXTERNAL EMAIL] -  Fwd: where the email originated

See below.

Sent from my iPhone

Begin forwarded message:

> **From:** R H P <rmhp18@gmail.com>
> **Date:** February 14, 2022 at 5:41:57 PM CST
> **To:** "T. Jefferies" <twadejefferies@twj-law.com>, Scott Herlihy <scott@evanstxlaw.com>
> **Subject: Fwd: where the email originated**
>
> FYI - IP address from the web inquiry that was submitted to Joeys employer.
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> > **From:** Joey Pollard <joeyp@kosaustin.com>
> > **Date:** February 14, 2022 at 12:48:29 PM CST
> > **To:** rmhp18@gmail.com
> > **Subject: where the email originated**
>
>
>
> > Domain First Seen      Last Seen
> > pool-74-108-54-225.nycmny.fios.verizon.net      2019-01-05 01:05:54 +0000
> > UTC      2021-12-24 10:32:24 +0000 UTC
> > the email used through our contact page is anon@none.com, from the IP address listed
> > above, it could be made up unless he wants to hear back

**Joey Pollard**
Director of Sales
**P**   512 617 7080 ext.140
      979 574 6082 Mobile

**A**   2525 Brockton Dr.  Ste. 290
      Austin, TX  78758



   

1

 AT&T 5G    11:56 AM    45% 

← **Articles, posts & more...**

 **Steiner Ranch Truth**    [ **Follow** ]

[ **All activity** ]  ( Articles )  ( Posts )  ( Documents )

 **Steiner Ranch Truth** (They/Them) • 3rd+    • • •
Truth Teller at Self Employed
13h • 🌐

**Knight Office Solutions**, I didn't see an ethical complaint email address, so I am posting my complaint here in addition to posting on other social media sites. You need to be made aware that you are employing a known drug addict and sexual predator in Joey Pollard. Don't let what you think you know about him cloud what I am telling you.

Joey Pollard is a meth addict and is having sex with multiple females in you company as side action from his current woman who is with for her money. He also enjoys drugging and having his way with younger ladies as well (he calls it swinging). He is scum and should not be employed by a company that considers themselves reputable -- especially if any of you have daughters.

**#drugabuse #sexualmisconduct #sexualpredator #methhead**

 Like    Comment     Share    Send

 Home     My Network     Post     Notifications     Jobs

8:41

← Photo



**steinerranchtruth** Here's a question? Why are Joey Pollard and @rachel.perardi together? It definitely isn't Rachel's looks since Joey is banging a lot younger women from his work.

It is the money and drugs.

#truth #cedarpark #cedarparktx #drugs #meth @crossovertexas @thefieldhousetexas

34 minutes ago

       

 Add a comment as rachel.perardi...

2:58

🔒 facebook.com





👍❤️ 94                                    12 Comments

👍 Like                          ↪ Share

---

**Sal Thomas** ▸ The Crossover                    •••
18 hrs · 🌐

Here's a question? Why are Joey Pollard and Rachel Perardi together? It definitely isn't Rachel's looks since Joey is banging a lot younger women from his work. It is the money and drugs.

#cedarpark #steinerranch



👍 Like          💬 Comment          ↪ Share

**2:59**

🔒 facebook.com

 **Sal Thomas**
19 hrs · 🌐

•••

Want to teach your kids how to do drugs? Just ask Rachel Perardi or her boyfriend Joey Pollard how next time you see them at The Crossover or The Fieldhouse Texas. They been arrested multiple times for drug possession.

#cedarpark #steinerranch #drugs #truthbomb #methheads Knight Office Solutions



 Like          💬 Comment          ↗ Share

 **Mark Theodossiou** ▸ **Brisbane Actors Network**
February 10 at 7:37 PM · 🌐

•••

Warmly welcoming our newest members to join @brisbaneactorsnetwork . Please be sure to tell your cast and crew friends about us:
Angela Rowell,
Alison Dawn,
Mary Ann Rumbaoa,
Rhyanna Maree,
Logan Berardi,
Alexander Claude,
Julia Farrugia,
Belinda Tang,
Sharmie Bewley,
Rory Percival,
Wizzy Chizzy,... See more

< **Reports**

---

Closed • February 20, 2022
You reported steinerranchtruth's
account                              ● >

---

Closed • February 20, 2022
You reported steinerranchtruth's account
for harassment or bullying           ● >

---

Closed • February 17, 2022
You reported steinerranchtruth's account
for harassment or bullying           ● >

---

Closed • February 17, 2022
You reported steinerranchtruth's account
for impersonation                    ● >

---

Closed • February 15, 2022
You reported steinerranchtruth's account
for nudity or sexual activity        ● >

---

Closed • February 15, 2022
You reported steinerranchtruth's
account                              ● >

---

Closed • February 15, 2022
You reported steinerranchtruth's account
for hate speech or symbols           ● >

---

Closed • February 15, 2022
You reported steinerranchtruth's account
for harassment or bullying           >



‹    **Reports**

Closed • February 23, 2022
You reported steinerranchtruth's post    • ›

Closed • February 20, 2022
You reported steinerranchtruth's account
for hate speech or symbols    • ›

Closed • February 20, 2022
You reported steinerranchtruth's
account    • ›

Closed • February 20, 2022
You reported steinerranchtruth's account
for harassment or bullying    • ›

Closed • February 17, 2022
You reported steinerranchtruth's account
for harassment or bullying    • ›

Closed • February 17, 2022
You reported steinerranchtruth's account
for impersonation    • ›

Closed • February 15, 2022
You reported steinerranchtruth's account
for nudity or sexual activity    • ›

Closed • February 15, 2022
You reported steinerranchtruth's
account    • ›

**5:16**

< **Reports**

Closed • March 19, 2022
You reported steinerranchtruth's account for harassment or bullying  ● >

Closed • March 19, 2022
You reported steinerranchtruth's post for hate speech or symbols  >

Closed • March 19, 2022
You reported steinerranchtruth's post for harassment or bullying  ● >

Closed • March 11, 2022
You reported steinerranchtruth's account for harassment or bullying  ● >

Closed • March 9, 2022
You reported steinerranchtruth's post for hate speech or symbols  ● >

Closed • March 9, 2022
You reported steinerranchtruth's post for nudity or sexual activity  >

Closed • March 9, 2022
You reported steinerranchtruth's post for harassment or bullying  ● >

Closed • February 23, 2022
You reported steinerranchtruth's post  ● >

< **Reports**


February 15, 2022
### We didn't remove steinerranchtruth's account

Because of the high volume of reports we receive, our team hasn't been able to review this account.

Bullying and harassment are not OK and are against our Community Guidelines. There are a few things you can do to avoid seeing accounts you find upsetting.

If you don't want to see steinerranchtruth on Instagram, you can unfollow, mute or block them to hide their posts and comments from your feed.

If you think this account has posted specific content that shows bullying or harassment, please let us know by reporting the relevant post, comment or story, so we can review it.


February 13, 2022
### We received your report

We use our Community Guidelines to review reports. If we find that someone isn't following the guidelines, we can limit their actions on Instagram or disable their account.

Thank you, rachel.marie.hp, for reporting this and helping us keep Instagram a safe and supportive community.


February 13, 2022
### You submitted a report

You reported steinerranchtruth's account for harassment or bullying.

**See support options**

    

**U.S. v. Youngblood**
**UC Fiedler's Recording**

**EXIBIT 59-A**

**Clip 1 – "Her undoing" 18:49 to 19:14**

YOUNGBLOOD: Consider Rachel dangerous by her social circle. She went after his son and tried to set up a problem that will be her undoing.

FIEDLER (UCE): Uh-huh.

YOUNGBLOOD: The tape, the recorded calls, the cellphone records, and items that she left in a rental car in Brownsville will be what puts her away and will be why he wins his divorce and wins Mazzy. Without that, he has no chance of getting 100%. It just won't happen, it's Texas.



DEFENDANT'S
EXHIBIT

**59-A**

**U.S. v. Youngblood**
**UC Fiedler's Recording**

**EXIBIT 60-A**

**Clip 2 – "Seven different cases" 19:35 to 20:42**

YOUNGBLOOD: To make a long story short, Rachel—promiscuity is a problem for Rachel. She's not a very honest woman.

FIEDLER (UCE): Yeah, we've talked about that.

YOUNGBLOOD: It's who she's sleeping with and who they did time with that create problems. Is she by herself connected to the degree that her aunt is? Financially, yes. The problem with those texts and those emails is, the dollar amounts and the banks are specific and they're right. Now, is he involved? Absolutely not. Here's where you get into trouble: commingling. OFAC— Office of Foreign Asset Control—will be Rachel and Julie's undoing. You do those reports, you could pull out $300 grand, it doesn't matter. Fill out, fill out an 8300 form, what you do for a living – my case, okay, uh, business owner, I own Athabasca. That's what it says on my tax returns, it's not what I do, it's what it says. Fill out the form, pull out the cash, have a nice day Mr. Youngblood—you're done. Have an 83—you're done.
Here's the problem: you walk in, do the same thing, and you don't fill out that form, it's a huge problem. Goes to the Treasury in Detroit, Michigan. There are seven different cases where Rachel didn't do these forms with people.



**U.S. v. Youngblood**
**UC Fiedler's Recording**

**EXIBIT 61-A**

**Clip 3 – "They're history" 22:44 to 24:08**

FIEDLER (UCE): What do I gotta do to keep him safe?

YOUNGBLOOD: I have 20,000 dollars in my wallet, I already put up the hundred, two-hundred and thirty-four thousand that I needed, if you want to count it, be my guest.

FIEDLER (UCE): No, no, no, no, I don't need to count that.

YOUNGBLOOD: It's exactly 96,000 short to what I need to get everything released for him.

FIEDLER (UCE): Uh-huh.

YOUNGBLOOD: I will have two Pelican boxes that control the finances that for Julie—every transaction the last 15—

FIEDLER (UCE): Right.

YOUNGBLOOD: —years, as a favor to me from friends of mine who that is their theater, every single transaction that violates OFAC law. Rachel has three accounts out of this country with Julie—

FIEDLER (UCE): Right.

YOUNGBLOOD: —that she does not declare on her tax return.

FIEDLER (UCE): So what, what does it—if I give you the money to help him out, what, what does that guarantee for him?

YOUNGBLOOD: They will pick up Rachel. Julie's business will be decimated.

FIEDLER (UCE): Ok.

YOUNGBLOOD: This debt that Rachel has—

FIEDLER (UCE): And he's clear, he's out of it.

YOUNGBLOOD: Yes, Rachel has a debt of 6.1 million and/or—

FIEDLER (UCE): Uh-huh.



DEFENDANT'S
EXHIBIT

**61-A**

YOUNGBLOOD: —this item with Los Zetas. That debt will be paid full—

FIEDLER (UCE): Mm-hmm.

YOUNGBLOOD: —he's off the hook, and this is a dead issue. I don't how to put it any more succinct and clear than that.

FIEDLER (UCE): Ohhh, okay, that makes sense. So him and her together acquired a debt—
YOUNGBLOOD: Yes.

FIEDLER (UCE): Ok.

YOUNGBLOOD: And so it does not matter if he knew about it: if my son, if my son screws up, it's on me.

FIEDLER (UCE): Mm-hmm.

YOUNGBLOOD: If you, you know, and once again I'm not getting in anyone's business, but you know how it is: shit flows downhill—

FIEDLER (UCE): Yeah.

YOUNGBLOOD: —and you're tied to it. Commingling is what will be his undoing. Separating it and having this and being able to prove it, they're history.

**U.S. v. Youngblood**
**UC Fiedler's Recording**

**EXIBIT 62-A**

**Clip 4 - "Put To bed" 36:00 to 36:24**

YOUNGBLOOD: Right now, it's just a matter of money, returning property, and handing over paperwork that puts an end to these people. I've spoken very candidly about this because of what he speaks about you. Normally I would not, and I certainly would not do it over a telephone. But, I wanted you to understand what it is. He trusts you, I trust you. I'm not looking to cause any inconvenience, I'm looking to put this to bed for him.



**U.S. v. Youngblood**
**UC Fiedler's Recording**

**EXIBIT 63-A**

**Clip 5 Put an end very simply 45:44 to 46:23**

YOUNGBLOOD: You put an end to that very simply by saying, here's the tape, here's the transcripts, here's their banking records, and here's proof of every single thing against them with OFAC. Let OFAC and the Treasury nail them. There'll be no dispute at that point who's telling the truth, who's right and wrong.

PERARDI: How do we get them to move on it?

YOUNGBLOOD: We complete our business. Let me do what I'm good at. I'm not incompetent. And it will get taken care of. I don't like these people, either, and my loyalty's to you and my loyalty's to him. It is certainly not to Rachel and it is certainly not to Julie.



**U.S. v. Youngblood**
**UC Fiedler's Recording**

**EXIBIT 64-A**

**Clip 6 She's been cheating since day 1 48:14 to 48:47**

YOUNGBLOOD: It's interesting, though, when you see what people's, I don't know, hot points are. It—with Julie Herrera—

FIEDLER (UCE): Thanks.

WAITER: No problem.

YOUNGBLOOD: You know the old inten—the old expression, mea culpa. You know, you hear this from lawyer's all the time, mea culpa, and they tap their head. What was your intent? The whole intent was to get his money from Day 1. She's been cheating since Day 1. I don't want to insult my friend. These are facts. It needs to be put to bed.

FIEDLER (UCE): Mm-hmm.

YOUNGBLOOD: It's just that simple.



**U.S. v. Youngblood**
**UC Fiedler's Recording**

**EXIBIT 65-A**

**Clip 7 Using you as a pawn 59:13 to 59:35**

YOUNGBLOOD: This lady is not interested in anything long term for you. She's interested in using you as a pawn to basically take everything that you spent the last twenty years building. No more, no less. The kids? She doesn't care. Don't confuse this, "Oh I want my daugh—", it's all bullshit. It's a piece on a chess board that she's using as leverage. And it's disgusting.



**U.S. v. Youngblood**
**UC Fiedler's Recording**

**EXIBIT 66-A**

**Clip 8 Let the Feds do our work for us 1:03:22 to 1:03:50**

YOUNGBLOOD: So if that's—everyone's okay with that, and we still have the same problems with idiots online, and Rachel causing a problem in divorce court, and all these people thinking whatever they want to think, which ultimately they're gonna believe what they want anyway. Let's end it here and now and bury 'em. Forget this get even with them. No, no, no, no, no. If we're gonna go through the trouble to start a war that they start we're gonna finish, let's not be even. Let's fuckin' put 'em in the ground. And make sure it's done the legal way, and let the Feds do our—their work for us.



**U.S. v. Youngblood**
**UC Fiedler's Recording**

**EXIBIT 67-A**

**Clip 9 Bury Rachel 1:06:11 to 1:06:35**

YOUNGBLOOD: Now, you turn it around and you say, "Listen: Here's everything you're owed. Our business is concluded." I have Akiko take everything Daniel needs to bury Rachel. Your divorce is handled, Mazzy's yours, your money's restored, your debts are paid. You think the people aren't gonna know instantly who was telling the truth? When you have to tell them what a great guy you are, that's the problem.

DEFENDANT'S
EXHIBIT

**67-A**

**U.S. v. Youngblood**
**UC Fiedler's Recording**

**EXIBIT 68-A**

**Clip 10 Custody 1:11:36 to 1:12:55**

YOUNGBLOOD: Point I'm making is, it gets stopped. And it gets solved. You get stronger fining, you get stronger assets. My friends become your friends. They're serious people. They're not pussies by any stretch of the imagination, I assure you. But more importantly, they're connected. Remember, all of us to a certain degree had businesses. These guys didn't. They have a title. They don't judge their life by the eighty grand a year and the G-14 rank. They look at it as, okay this is an ASDA. This is a, a US prosecutor. This is a federal agent that works for the Central—these are serious people that are trying to help you. They don't need this kind of headache. I don't need this headache. He doesn't need this headache. And we still want to because of the kids. We all want this put to fuckin' bed.

PERARDI: Well, why isn't Dan moving on her? That's what I don't understand.

YOUNGBLOOD: Dan's waiting for me. To zero this out and drop those off. And they will be. Akiko is waiting for me to take it to him. Akiko's father is already drafting a letter, explaining everything from A to Z. He was a federal prosecutor in Mexico.

FIEDLER (UCE): Mexico?

YOUNGBLOOD: Yes. He knows all about the shitheads that Rachel's in bed with. It's going to be out. It will be turned over and she's done. The closest office will be Houston. You don't want Houston prosecutors—

FIEDLER (UCE): So what happens to her?

YOUNGBLOOD: Rachel?

FIEDLER (UCE): Yeah.

YOUNGBLOOD: She'll be charged. With viola—th—they'll start with the Treasury. And I'm guessing she'll turn Julie over six ways to Sunday.

FIEDLER (UCE): Uh huh.

YOUNGBLOOD: And then as soon as she admits to having one of those three accounts and not doing the paper—she's done. And that's history. Each one of those counts is ten years. Each one is ten years, because you lied on a federal form. You know as well—remember when you had to do the bullshit background check?

FIEDLER (UCE): Yeah, yeah.



DEFENDANT'S
EXHIBIT
**68-A**

YOUNGBLOOD: You're going—it's very similar to that. What was the number one thing they said? You lie on any one of this—

FIEDLER (UCE): Yeah, yeah.

YOUNGBLOOD: —and we can prove it you'll get ten years. Same thing. Then you get your life back.

PERARDI: But the—but the whole thing with this was the beginning was the—about her and the—

YOUNGBLOOD: Custody.

PERARDI: —well, it was about her wanting me dead and, fuckin' Arys—

YOUNGBLOOD: I'm trying not to rehash this, these two points.

**U.S. v. Youngblood**
**UC Fiedler's Recording**

**EXIBIT 69-A**

**Clip 11 WTF 1:15 to 1:17:09**

YOUNGBLOOD: I think that this situation we have a chance to put it to bed, and we should take the opportunity. I think letting it get any farther than what it is right now, when we have a chance to cash out—all of us profit, and more importantly the kids are safe, and the people that should be punished will be? If that's not the hill to die on and if that's not the hill to stand on, then what are we waiting for? Are we waiting for some particular shade of a green light? Because that doesn't make any sense to me. Tactically. I'm looking at it going we have every possible advantage. You always hear that: "what are the tactics?" I don't give a fuck about tactics. I care about logistics. What's the wind? What's the altitude? What am I looking at? What's the barometer say? All of those are more important than what somebody's chess plan was. These people, they think they're smarter than they are. They're not. Sooner or later, that group that they're playing games with is gonna turn on them. Let 'em. You think the minute they get picked up that Julie's gonna be—do you think Toyota's not gonna shut that down immediately?  You think that Rachel's gonna—you know—she put—you asked me why she worked before? Because she could keep an eye on her. Here, here's the snake. If the snake's here, and I can't see him, he's a threat. The snake's here, I know where he is. I don't have to worry about him. I understand he's dangerous. I can beat his ass from here. Here? No so much. That's a problem. This, behind me, is what I'm worried about. Just happens to be the proverbial knife. My point is, here? Nothing. It makes perfect sense why Julie would want her around her. Unless you can explain the Butterfields' account to me, unless you can explain the BP account to me, unless you can explain Banco Popular to me. Alright, I'll listen. But my point is that you know—

PERARDI: I don't know about any of that shit. Except for what you told me.

FIEDLER (UCE): Yeah, yeah. I think we're good, man.

PERARDI: I mean—

FIEDLER (UCE): I'm sorry—starting to get into weeds deep and I'm like, all these accounts—

YOUNGBLOOD: Not necessary, I totally get it.

FIEDLER (UCE): —and shit you know, I don't know—

YOUNGBLOOD: But I wanted you to know what the situation is.

FIEDLER (UCE): Yeah.

YOUNGBLOOD: And respect me for—it's not an easy conversation for me to have.



FIEDLER (UCE): Yeah, it's just getting, getting so far I don't even know—I'm just like—what the fuck are we even talking about.