U.S. v. Youngblood
UC Fiedler's Recording

**EXIBIT 70-A**

**Clip 12 Click Click Click 1:08:03 1:18:30**

FIEDLER (UCE): So I can get you, I can get you the money first thing in the morning.

YOUNGBLOOD: Okay.

FIEDLER (UCE): Yeah.

YOUNGBLOOD: I need a commitment because I have flights to catch tomorrow. As long as that's the case—

FIEDLER (UCE): You good with that?

PERARDI: Yeah, I mean—I need his commitment.

FIEDLER (UCE): My old lady's at the house man, and—

PERARDI: Oh yeah. He's not gonna—

FIEDLER: —as soon as she hears the click-click-click-click-click-click-click-click—

PERARDI: On the safe?

FIEDLER (UCE): Oh yeah. She's like, what're you doing? [laughs] I know, every time man I get it open, pinch a little off, man. She's always watching on my ass.



U.S. v. Youngblood
Transcript of Julie Herrera's Voicmail
EXHIBIT 71-A

November 7, 2022
Julie Voicemail

Eric, it's Julie Herrera, I'm calling you November 7, 2:19 pm, to kindly, professionally, ask you to stop sending bogus reviews on Dealerrater, Yelp, to Toyota about me, my company, and my neice. I'm asking you to be  professional to me. I've always been professional to you. I'm asking you to cease and desist, detest from doing this, it's ridiculous, we know it's you, there's no one else that would do this.  7 reviews and a phone calls in 3 days when she doesn't even sell yet. Please stop Eric. Thank you.



**U.S. v. Youngblood**
**Transcript for James Holloway Voicemail**
**EXHIBIT 79-A**

May 1, 2023
JHolloway voicemail NEW
Eric, this is James. Uh, Gloria has all the, the, text messages, emails and K was going to have her forward it to you, but if you don't see 'em in the next 30 or 40 minutes call her and have her forward it to you so you'll know. And uh the whole situation is we can get this done, they are going to bury, they are going after again finally, this gives them enough to take care of everything with your, uh, ex, so we gotta make this happen. So if your friend hates her that much, let him know this is going to put her away. So, but we do need to meet tonight, let's see if he has the cash, let's get this done today. That way we can get this thing handled right away. Thank you. Take care. Bye.



## Transcript
### Phone call between Eric Perardi and Saint Jovite Youngblood

### EXHIBIT 80-A

*KY: Kota Youngblood*
*EP: Eric Perardi*

| Time | Speaker | Transcript |
|---|---|---|
|  | KY | [Chime] Look Gloria, I'm not going to have this conversation. And she goes, "Does Eric realize what." I go, "Gloria, Eric's my friend, he's like a brother. He coached both of our sons. I'm not going to fuckin stop until this is done and this bitch is under a building, so if your question is to tell me to back off, move, leave, whatever it was you were going to tell me, it's not going to happen. And she says, "You know, your Russian friend Dmitry came over and wants to know why you're still on this fucking planet, right." And I go, "Oh, what'd you tell him?" And she says, "He wouldn't talk to me. He just wanted to know where you were and if you were dead yet." And I said, "What did he call me?" He told me to tell you this, and he handed me a piece of paper. It said "Koroshai" [possibly mispronouncing Korosenai]. And I started laughing, she goes, "What's that translate to?" And I go, "It means 'Unkillable'." And I just started laughing, I go "We go way back. He's a good man." She goes, "He looks like an asshole." I go, "Well I have news for you, most of the assholes are the most loyal people on the planet. Don't be fooled. They don't tell you what you want to hear, they tell you the truth. |
|  | EP | I just need her, the truth about her to come out, if this is all true |
|  | KY | Eric, I'm not being funny, the minute this is done, I'm telling you right now, it'll take me four hours. One of those hours is transportation to and from our friend, picking it up, and sending Akiko with this to go meet Dan. She's done. And I promise you, I don't want anything from you, I don't want an apology, I don't want to hear "You're the man." I don't want. All I want to hear is, "Thank you, for having my kids' backs and my back." That's it. I'm telling you right now. I wish nothing but good things for you, because I actually think highly of you. And I'm a little scared about what you said about Chris Francis, because you know I think very highly of him. |
|  | EP | Well it's in those Twitter, it's in those Twitter posts, too. |
|  | KY | That's interesting, I'm going to look at that because that's the first I've ever heard of that. |
|  | EP | Well, I didn't know, all I saw was the one about John, and me, and James and then when I got to that person's page is when you see all these other ones, and it's brutal. And it's all about, again, its like just slandering me constantly, and |
|  | KY | And I'll tell you what, why don't we just put an end to this and let's call it a day. This guy that we're gonna meet, you'll drive him back? You'll make sure we get the point? You'll get him prepared for what we need? |
|  | EP | Yeah, I just need you to, I need you to |
|  | KY | Don't worry I, I |
|  | EP | He loves my kids. You know, he's going to want to hear about the bullshit that she was doing. |
| 02:28 | KY | This guy, this guy, this guy will keep his mouth shut right? |



|       |     |                                                                                                                                                                                                                                                                                                                                 |
|-------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|       | EP  | Yes.                                                                                                                                                                                                                                                                                                                            |
|       | KY  | Alright, well I got news for you, we won't have any problems. I'm going to set my flight at 12 o'clock on Tuesday, because I can't delay anymore.                                                                                                                                                                               |
|       | EP  | Yeah, I mean, that's, like I said, it's either going to be Monday night or early Tuesday morning but I'm                                                                                                                                                                                                                        |
| 02:48 | KY  | Well, I'm just telling you, if I miss that flight, I'm going to need a couple grand more than that, because I have to take an 8 PM, and that's not an easy flight to get on. Just so you know the reason is I have to connect elsewhere before I can go directly there to make sure we don't get popped and trapped.            |
|       | EP  | Right.                                                                                                                                                                                                                                                                                                                          |
| 03:03 | KY  | Majority of the people who work with three letters use the same service that I'm using. I can bump most of them off, it's a seniority thing, but there are a couple that I cannot bump off, that I'll, that have more pull then I do, so it's tougher to make that 8 o'clock, is all I'm saying. Gonna have to                  |
| 03:27 | EP  | Well, this guy, I mean, if he's telling me the truth, which I think he is, he's got cash, so if we can convince him then we won't have to go through the fucking Holloway check bullshit again that takes forever.                                                                                                              |
|       | KY  | Yeah, but you know what, remember, he's a pain in the ass sometimes, but he's useful on certain things, Eric, don't ever forget that. He's useful on certain things. And with all due respect, I think that's bullshit about the pedophile and that really hurt his feelings. I think that really bothered him and uh          |
|       | EP  | I mean, I didn't call him that, of course not. I said it to him to tell him that they were calling him that, I wanted him to know.                                                                                                                                                                                              |
|       | KY  | My point, my point is, it's it's a bad optic for all of us. Whether we like it or not, we're tied at the hip, and we need to put an end to that shit, end of story.                                                                                                                                                             |
|       | EP  | Yeah.                                                                                                                                                                                                                                                                                                                           |
|       | KY  | I love you very much. I'll, I'll take care of, I'm pulling in right now where I'm supposed to be.                                                                                                                                                                                                                               |
|       | EP  | Alright, love you.                                                                                                                                                                                                                                                                                                              |
|       | KY  | Thank you.                                                                                                                                                                                                                                                                                                                      |
|       | EP  | Bye. [Beeping]                                                                                                                                                                                                                                                                                                                  |
|       |     | **End Recording.**                                                                                                                                                                                                                                                                                                              |

## Voicemail Left by Saint Jovite Youngblood for Hanfu Lee

## EXHIBIT 81-A

| Time | Speaker | Transcript |
|---|---|---|
| 0:01 | KY | Hey good morning, I sent my friend to pick up the box and the warranty cards for the items and to take care of a couple of the overnights. The other three overnights I'm waiting on, so I don't have to come out of pocket. I have two meetings today, one out of state, one driving back on the connection. M is on his way to pick up the box and the warranty card, and then his flight is going to be back Saturday. It's the best I can do, because I cannot get him back from where he's coming because of the United cancellations and Southwest cancellations. Sunday I'm Northeast, then I'm Southeast, and then I meet up with the rest of them Monday, and then that's taken care of. Best I can do, unless somebody wants to help me come out of pocket 20 grand for the other flights. This is what I could afford. I'm at the mercy of them sending their overnights. I have the confirmations. That's how I'm getting repaid, and it will be taken care of. So, I will in turn keep in contact and I'll let you know. Thank you for all of the help. Love you, Doc. |



DEFENDANT'S EXHIBIT 81-A

**Trial Transcript**
**Voicemail left by Marvin Knecht for Hanfu Lee**

**EXHIBIT 82-A**

7.03.2023 @ 0755 Pacific
VM from Marvin Knecht

Hey doc this is Marvin, it's about 10 o'clock Texas time. I'm on my way to Michigan to pick up the box with that watch. Kota called and said he needs 19,800 put into his account immediately. He's stuck where he is. The Holloways have fucked him over. And he needs that money put in right away if we're going to get paid. Give me a call back. I'm waiting for him to call me, call me back. He had just called me and let me know about that to ask you to let you know that he needs that 19 8 put in immediately.



**Trial Transcript**
**Voicemail Left by Marvin Knecht for Hanfu Lee**

**EXHIBIT 83-A**

| Time | Speaker | Transcript |
|---|---|---|
| 0:01 | MK | Hey Doc, this is Marvin, it's Friday. Kota wanted to get a hold of you about the 23 grand. He says he has the other 10. Ugh, I did pick up all three gold watches, with boxes, and gave them to Kota. Ugh, if you could, get back to him or let him, let me know what your intentions are with this 23 grand. Ugh, he just called me again to ask if I got in touch with you. So, if you would, please give me a call back, or please give me a text. |





Tue, Oct 18 at 6:42 AM

Tue, Oct 18 at 8:50 AM

DEFENDANT'S EXHIBIT 87



Tue, Oct 18 at 8:56 AM

4