

NOELKE MAPLES ST. LEGER BRYANT, LLP

901 S. MOPAC EXPRESSWAY
BARTON OAKS PLAZA II SUITE 200
AUSTIN TX 78746
TEL 512.480.9777  FAX 512.480.0074

NMSB-LAW.COM

July 8, 2022

Mr. Eric Perardi

Invoice No.     36078
Client #:       1172

## PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/01/2022 | SDL | Prepare Motion for Temporary Orders | 0.30 | $225/hr | $67.50 |
| 06/02/2022 | JEB | Email to ▮ email to opposing counsel; email exchange with ▮ | 0.20 | $475/hr | $95.00 |
| 06/03/2022 | JEB | Email exchange with ▮ email to opposing counsel; email to ▮ email from opposing counsel; zoom conference with ▮ | 2.70 | $475/hr | $1,282.50 |
| 06/06/2022 | JEB | Email from ▮ telephone conference with ▮ conference with S. Liberty; telephone conference with ▮ and S. Liberty; review ▮ conference with S. Liberty regarding ▮; review and revise ▮ and ▮; email to ▮ regarding ▮; review and revise Response to Request for Disclosure; email to ▮ regarding ▮ | 4.60 | $475/hr | $2,185.00 |
|  | SDL | Conferences with J. Bryant; conference with J. Bryant and ▮; work on discovery responses; review ▮; review ▮ | 4.20 | $225/hr | $945.00 |

**DEFENDANT'S EXHIBIT 112**

EP05819

Mr. Eric Perardi                                                                                           Page     2

|            |     |                                                                                                                                                                                                                                                                                 | Hours | Rate     | Amount     |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|------------|
| 06/09/2022 | JEB | Review and revise Motion for Temporary Orders; conference with S. Liberty regarding ▮▮▮; email exchanges with ▮▮▮ review and revise ▮▮▮; conferences with S. Liberty regarding ▮▮▮; zoom conference with ▮▮▮ to finalize ▮▮▮ and ▮▮▮; email to ▮▮▮                                             | 4.50  | $475/hr  | $2,137.50  |
|            | SDL | Conferences with J. Bryant; continue to work on discovery responses; finalize Motion and file same; continue to prepare for mediation                                                                                                                                                           | 3.80  | $225/hr  | $855.00    |
| 06/10/2022 | JEB | Telephone conference with ▮▮▮ email exchanges with ▮▮▮ and S. Liberty; conference with S. Liberty; review documents to be produced with disclosures; email from ▮▮▮; review ▮▮▮; conference with S. Liberty regarding ▮▮▮; conference with S. Liberty regarding ▮▮▮                             | 1.60  | $475/hr  | $760.00    |
|            | SDL | Conferences with J. Bryant; continue to work on discovery responses and document production; continue to prepare for mediation; email to ▮▮▮                                                                                                                                                    | 1.70  | $225/hr  | $382.50    |
| 06/14/2022 | JEB | Zoom conference with ▮▮▮ and S. Liberty to prepare ▮▮▮; zoom conference with ▮▮▮ regarding ▮▮▮; telephone conference with ▮▮▮ regarding ▮▮▮; work on Response to Request for Production; conferences with S. Liberty                                                                            | 5.80  | $475/hr  | $2,755.00  |
|            | SDL | Conferences with J. Bryant; conference with J. Bryant and ▮▮▮ continue to work on discovery responses; continue to prepare for mediation; review ▮▮▮; email to ▮▮▮                                                                                                                              | 3.20  | $225/hr  | $720.00    |

EP05820

Mr. Eric Perardi                                                                                             Page      3

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                           | Hours | Rate     | Amount     |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|------------|
| 06/15/2022 | JEB | Telephone conference with ▮▮ emails form ▮▮ telephone conference with ▮▮ conference with S. Liberty; review ▮▮ telephone conference with ▮▮ conference with S. Liberty; review ▮▮; telephone conference with ▮▮ work with S. Liberty on ▮▮ and ▮▮                                                                                                                                                                                     | 4.70  | $475/hr  | $2,232.50  |
|            | SDL | Continue to prepare for mediation; conference with J. Bryant; continue to work on discovery responses and document production; email exchanges with ▮▮                                                                                                                                                                                                                                                                            | 3.80  | $225/hr  | $855.00    |
| 06/16/2022 | JEB | Email exchanges with ▮▮ telephone conference with ▮▮ review ▮▮ telephone conference with opposing counsel; review documents for production; conference with S. Liberty                                                                                                                                                                                                                                                            | 3.20  | $475/hr  | $1,520.00  |
|            | SDL | Continue to prepare for mediation; continue to prepare documents for production; continue to work on discovery responses; conference with J. Bryant                                                                                                                                                                                                                                                                               | 1.80  | $225/hr  | $405.00    |
|            | EJC | Scan and save client documents                                                                                                                                                                                                                                                                                                                                                                                                    | 0.90  | $75/hr   | $67.50     |
| 06/17/2022 | JEB | Telephone conference with opposing counsel; conference with S. Liberty; telephone conference with ▮▮ and S. Liberty; telephone conferences with ▮▮ conferences with S. Liberty; multiple text and email exchanges with ▮▮ finalize discovery responses; emails from opposing counsel; legal research regarding ▮▮; conference with S. Liberty regarding ▮▮; conference with A. Rosvall regarding ▮▮; prepare for mediation; telephone conferences with ▮▮ work on ▮▮ ▮▮; email to ▮▮ and S. Liberty regarding ▮▮ | 6.50  | $475/hr  | $3,087.50  |
|            | ANR | Conference with J. Bryant                                                                                                                                                                                                                                                                                                                                                                                                         | 0.20  | $275/hr  | $55.00     |

EP05821

Mr. Eric Perardi                                                                 Page    4

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | SDL | Conferences with J. Bryant and ▮ finalize discovery responses and document production; email to opposing counsel; continue to prepare for mediation | 4.70 | $225/hr | $1,057.50 |
| | EJC | Scan and save documents | 0.70 | $75/hr | $52.50 |
| 06/18/2022 | ANR | Research ▮ | 1.50 | $275/hr | $412.50 |
| 06/20/2022 | JEB | Finalize ▮; receive and review Answer and Counter-Petition for Divorce; conference with S. Liberty regarding ▮; conference with ▮; mediation with J. Friday; conferences with ▮ and S. Liberty; telephone conference with ▮ | 5.70 | $475/hr | $2,707.50 |
| | CLS | Conference with S. Liberty; work on ▮, ▮, and ▮ | 1.50 | $195/hr | $292.50 |
| | SDL | Continue to prepare for mediation and attend mediation; debrief after mediation | 2.30 | $225/hr | $517.50 |
| 06/21/2022 | JEB | Conference with S. Liberty; telephone conference with L. de la Reza; telephone conference with ▮ telephone conference with ▮ and ▮; telephone conference with K. Maples; text exchanges with ▮ | 2.70 | $475/hr | $1,282.50 |
| | KDM | Telephone conference with J. Bryant | 0.50 | $575/hr | $287.50 |
| | LD | Conference with J. Bryant | 0.10 | $450/hr | $45.00 |
| | SDL | Conference with J. Bryant; review ▮ | 0.20 | $225/hr | $45.00 |
| 06/22/2022 | SDL | Review of discovery responses; download documents and review same; email to J. Bryant | 2.70 | $225/hr | $607.50 |
| 06/24/2022 | JEB | Telephone conference with ▮ | 0.80 | $475/hr | $380.00 |
| 06/27/2022 | JEB | Email exchanges with ▮ email exchanges with opposing counsel | 0.20 | $475/hr | $95.00 |

EP05822

Mr. Eric Perardi                                                                                          Page    5

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 06/28/2022 | JEB | Email exchange with ▮▮▮ zoom conference with ▮▮▮ to ▮▮▮▮▮▮▮; email exchanges with opposing counsel; prepare ▮▮▮▮▮; conference with K. Maples and S. Liberty regarding ▮▮▮; conference with S. Liberty; review and revise Proposed Disposition of Issues | 3.70 | $475/hr | $1,757.50 |
| | KDM | Video conference with S. Liberty and J. Bryant | 0.50 | $575/hr | $287.50 |
| | SDL | Conferences with J. Bryant; conference with J. Bryant and K. Maples; review of ▮▮▮▮▮; email to ▮▮▮ prepare for hearing; email to ▮▮▮▮; continue to prepare for hearing; prepare Proposed Disposition; work on budget | 3.60 | $225/hr | $810.00 |
| 06/29/2022 | JEB | Prepare for hearing; conferences with S. Liberty and ▮▮▮ regarding ▮▮▮; court appearanch for hearing on Additional temporary orders; review draft of additional temporary orders; email to ▮▮▮ regarding ▮▮▮ | 6.30 | $475/hr | $2,992.50 |
| | ANR | Conference with J. Bryant | 0.20 | $275/hr | N/C |
| | SDL | Conferences with J. Bryant; continue to prepare for hearing; conferences with J. Bryant and ▮▮▮ finalize exhibits; attend hearing; prepare Additional Temporary Orders | 4.60 | $225/hr | $1,035.00 |
| 06/30/2022 | JEB | Email and text exchanges with ▮▮▮ | 0.20 | $475/hr | $95.00 |
| | SDL | Conferences with J. Bryant; review of emails; email to opposing counsel | 0.30 | $225/hr | $67.50 |
| | | **For professional services rendered** | **96.70** | | **$35,235.00** |

EP05823

Mr. Eric Perardi                                                                                              Page      6

|  |  |  |
|---|---|---|
|  | **Total new charges for fees and expenses** | **$35,235.00** |
|  | Balance Forward | $13,565.19 |
| 07/08/2022 | Payments received | ($13,565.19) |
|  | Payment from account | ($10,000.00) |
|  | **Total payments and adjustments** | **($23,565.19)** |
|  | **Please replenish Trust Escrow with** | **$10,000.00** |
|  | **TOTAL AMOUNT DUE** | **$35,235.00** |

**BY CONTRACT, PAYMENT IS DUE WITHIN 10 DAYS FROM RECEIPT OF THIS INVOICE.**

*Please make checks payable to NMSB Law.*
*To pay by credit card, please go to our website at*
*https://nmsb-law.com/make-contact/ and choose "Pay Bill Online"*

---

### CLIENT ESCROW - IOLTA Trust Account

<u>10900a: Trust Main</u>

| Date | Description | Amount |
|---|---|---|
| 6/7/2022 | Payment Received from: Perardi, Eric Check #: MasterCard * ███ | $23,565.19 |
| 6/9/2022 | Client/Matter Code: 1172/001 Divorce<br>Trust applied to Bill #35439 | ($7,912.59) |
| 6/9/2022 | Client/Matter Code: 1172/001 Divorce<br>Trust applied to Bill #35778 | ($5,652.60) |
| 7/8/2022 | Client/Matter Code: 1172/001 Divorce<br>Trust applied to Bill #36078 | ($10,000.00) |
|  | **New balance of IOLTA Trust Account** | **$0.00** |

EP05824