```
 1            Now, Kota does not use phones.  He uses burner
 2   phones because he said he's being -- it's a long story
 3   if you want to do this.  But he's -- you know, works for
 4   the federal government.  He works with drug dealers.
 5   And he's -- you know, keeps these burner phones.  So
 6   he's always going with go-betweens.  So you can't get in
 7   touch with him, and he calls from these unknown numbers.
 8   There's thousands of them, phone calls.
 9            He shows up at my door at 7:00 a.m. in the
10   morning and says, I have proof that Rachel is going to
11   have you killed by the drug cartel for six and half
12   million dollars of life insurance.  And then he
13   proceeded to tell me where I had the life insurance, how
14   much I had, and that he had documented videotapes,
15   audiotapes, and records of her and one of the boyfriends
16   that she has, reaching out to the drug cartel, and that
17   my son's life was in danger, as well, because they were
18   going to kidnap Arys in order to extort money from me.
19   And then, if that didn't work, the life insurance policy
20   was the next stage.
21      Q.   Okay.  So I'm going to break all that up.
22   When -- do you remember what date he shows up at your
23   door at 7:00 in the morning?
24      A.   I don't.  I have it written down somewhere for
25   the FBI.  So by trial, I can definitely give you all of
```



DEFENDANT'S EXHIBIT 143

1  those dates.
2      Q.   Okay.  When he showed up at your door, had he
3  already reached out to you and said, "Hey, all those
4  things on the social media" --
5      A.   Oh, yeah.
6      Q.   -- "are true"?
7      A.   He reached out to me in February, right after
8  those things happened.  February, March.
9      Q.   Of what year?
10     A.   This was -- of that same year, 2022.
11     Q.   Got it.
12     A.   And this was June.  So he claimed he was -- he
13 was communicating with me along that time saying, I'm
14 going to -- I'm going to show you that all these things
15 are true.  Like, "You need to be worried about Rachel
16 and your divorce and, you know, this meth charge.  You
17 know, she just tested positive for meth.  And these
18 things were real, and she had these previous meth
19 charges that had been expunged because of her juvenile
20 record, and her dad had paid off a judge in Florida."
21          I mean, the stories are elaborate.
22     Q.   Had he ever been in your home?
23     A.   Yes.
24     Q.   Did you have a laptop?
25     A.   I have a laptop, but he had never been alone

