FILED

APR 23 2024

DISTRICT COURT
DISTRICT OF TEXAS

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | 1:23-CR-135-RP |
| SAINT JOVITE YOUNGBLOOD, | § | |
| Defendant. | § | |

## VERDICT FORM

**COUNT ONE:**
**WIRE FRAUD**
**18 U.S.C. § 1343 and 18 U.S.C. § 2**

As to Count One, which charges that on or about July 27, 2022, the Defendant knowingly caused to be transmitted a wire transaction in the amount of $36,000 drawn from a Washington Federal Bank account in Seattle, Washington, that was deposited to E.P.'s Wells Fargo Bank Account xxx6673 in Austin, Texas, for payment to provide protection against threats to E.P. and family, we, the Jury, unanimously find Saint Jovite Youngblood:

\_\_\_\_ Not Guilty  ✓ Guilty.

**PLEASE PROCEED TO THE NEXT PAGE.**

## COUNT TWO:
## WIRE FRAUD
## 18 U.S.C. § 1343 and 18 U.S.C. § 2

As to Count Two, which charges that on or about August 16, 2022, the Defendant knowingly caused to be transmitted a wire transaction in the amount of $50,000 drawn from a Washington Federal Bank account in Seattle, Washington, that was deposited to E.P.'s Wells Fargo Bank Account xxx6673 in Austin, Texas, for payment to provide protection against threats to E.P. and family, we, the Jury, unanimously find Saint Jovite Youngblood:

\_\_\_\_ Not Guilty  \_✓\_ Guilty.

## COUNT THREE:
## WIRE FRAUD
## 18 U.S.C. § 1343 and 18 U.S.C. § 2

As to Count Three, which charges that on or about September 30, 2021, the Defendant knowingly caused to be transmitted a wire transaction in the amount of $235,000 drawn from a Fidelity Roth IRA account in New York, New York, that was deposited to G.S.'s Wells Fargo Bank Account xxx2952, in Austin, Texas for payment to provide protection against threats to A.H. and family, we, the Jury, unanimously find Saint Jovite Youngblood:

\_\_\_\_ Not Guilty  \_✓\_ Guilty.

**PLEASE PROCEED TO THE NEXT PAGE.**

COUNT FOUR:
WIRE FRAUD
18 U.S.C. § 1343 and 18 U.S.C. § 2

As to Count Four, which charges that on or about July 3, 2023, the Defendant knowingly caused to be transmitted a wire transaction in the amount of $19,800 drawn from H.L.'s Bank of America account in Arcadia, California, that was deposited to Youngblood's Navy Federal Credit Union account xxx7070, in Austin, Texas, for payment to facilitate an investment related to gold, we, the Jury, unanimously find Saint Jovite Youngblood:

____ Not Guilty  ✓ Guilty.

COUNT FIVE:
ENGAGING IN MONETARY TRANSACTIONS IN PROPERTY DERIVED FROM
SPECIFIED UNLAWFUL ACTIVITY
18 U.S.C. § 1957

As to Count Five, which charges that on or about July 27, 2022, the Defendant did knowingly engage in a monetary transaction in criminally derived property—*to wit:* a check in the amount on $83,000 drawn on E.P.'s business account at Wells Fargo Bank Account xxx7818 in Austin, Texas to J.H. J.H. then cashed the check and provided the proceeds to Youngblood—criminally derived property of a value greater than $10,000, which property was derived from specified unlawful activity, namely, Wire Fraud as alleged in Count One, we, the Jury, unanimously find Saint Jovite Youngblood:

____ Not Guilty  ✓ Guilty.

Submitted on this 23rd day of April, 2024, at 1:15 o'clock P.m.

Foreperson

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002