# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | NO:  AU:23-CR-00135(1)-RP |
| (1) Saint Jovite Youngblood | § | |

## ORDER SEQUESTERING JURY

The evidence having been closed in the above styled case, and after charge of the Court and submission of the case to the jury;

IT IS ORDERED that the jury be sequestered during their deliberations from when they report to the jury room until released from the jury room each day and until released finally by the Court. While the jury is kept together and not allowed to separate, pursuant to this Order, the cost of subsistence of said jury, including cost of coffee and other necessaries incurred by said jury during Court recesses, shall be paid by the United States Government.

It is so ORDERED this 26th day of April, 2024

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE