(1) Wed.
April 24th, 2024

The honorable Robert Pitman,

I have nothing but respect for you and your court, your honor, but I I have been wrongly convicted of a crime I did not commit, I wish to appeal, obviously, and I also wish to file ineffective counsel. Please send me the necessary forms to file. Knowing what my defense was, knowing I intended all along to testify, my counsel never spoke with me, never even made an effort (except for insulting (refusing to speak with)

to prepare me for trial. I was never informed (not even considering my physical and mental condition After the wasco assault) that the defense was to paint me a "liar and a cheat", even going so far as to call a former Arcadia police officer to testify for the defense AGAINST me. Both counsels told me when Ms. Herrera finished testimony the purposely did not "prep" me or visit me in an effort to NOT Allow me to testify. Jose Gonzalez openly referred to me as a compulsive liar before, during and after trial. The only reason

I did not switch counsel when meeting you the first hearing was my physical state. After losing 60+ pounds and being assaulted, I did not think I could wait several months for your next ~~trial~~ opening. My supporters and potential allies were verbally attacked by Charlotte and Jose. I testified as the only way to get on record the true nature of Hanf, Gary, and Enel's actions. I am many

things, have done many things wrong in my life. I did not do this, Period. In no way was I EVER TOLD MY NEGATIVE defense strategy. I was painted a villain by my counsel! I respectfully ask you to forward me whatever is needed to file an Ineffective counsel form/filing, I wish to appeal my conviction immediately, and I believe it in everyone's best interest that Alternate counsel be provided me for my sentencing hearing. Respectfully, Thank you.

Santjivite K'ingólun

US POSTAGE
ZIP 78611 $ 000.64
02 4W
00003755422 APR 26 202
SCREENED BY CSO

APR 29 2024

Burnet canty Jail
Young blud, Saintjute K
70780510
400 county Lane Burnet, TX
78611
Legal mail

The honorable Judge
Robert Pitman
(Federal Court house)
501 W. 5th Street, Suite 1100
Austin, TX 78701

Burnet County Jail

78701380812 C005

\*\*\*Notice of intent to appeal request for new counsel for sentencing request for proper forms to file ineffective counsel. Thank you —

Legal Mail