

| | |
|---|---|
| **PHILIP DEVLIN**<br>**CLERK OF COURT** | **UNITED STATES DISTRICT COURT**<br>**WESTERN DISTRICT OF TEXAS**<br>**501 West Fifth Street, Suite 1100**<br>**Austin, Texas 78701** |

**May 15, 2024**

Saint Jovite Youngblood
#70720510
Burnet County Jail
900 County Lane
Burnet, Texas 78611

RE:   USA v. Youngblood, 1:23-cr-135 RP

Dear Mr. Youngblood:

We are in receipt of your correspondence dated April 24, 2024, requesting forms to file an appeal and motion for ineffective counsel. Enclosed please find the forms that you requested.

Sincerely,

*DM*
By:   Deputy Clerk/DM


Enclosures:
Forms