UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § § § § § | |
| vs. | | NO:   AU:23-CR-00135(1)-RP |
| (1) Saint Jovite Youngblood | | |

ORDER

It is **ORDERED** that the Ex Parte Motion (Doc. 107) filed on May 14, 2024, is hereby **REFERRED** to United States Magistrate Judge Mark Lane for resolution pursuant to 18 U.S.C. § 3006A(b), 28 U.S.C. § 636(b)(1)(A), and Rule 44 of the Federal Rules of Criminal Procedure.

SIGNED this 21st day of May, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE