UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | NO: AU:23-CR-00135(1)-RP |
| (1) Saint Jovite Youngblood | § § | |

**ORDER SETTING HEARING ON EX PARTE MOTION (Dkt. 107)**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for Tuesday, June 04, 2024 at 10:30 AM, in Courtroom No. 8 on the 7th Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas.

IT IS SO ORDERED this **31st day of May, 2024.**

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE