**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA,** | § | | |
| **Plaintiff,** | § | | |
| | § | | |
| **V.** | § | **A-23-CR-135** | **(RP)** |
| | § | | |
| **SAINT JOVITE YOUNGBLOOD,** | § | | |
| **Defendant.** | § | | |

**<u>ORDER</u>**

Before the Court is Defendant's letter to United States District Judge Robert Pitman requesting new counsel (Dkt. 106) and Defendant's Ex Parte Motion to Withdraw as Counsel (Dkt. 107).[1] On June 4, 2024, a hearing was held in relation to the matters raised in Defendant's letter and counsel's corresponding motion. The Government's representative was excused. The Defendant and his appointed counsel, Assistant Federal Public Defenders Jose Gonzalez-Falla and Charlotte Herring were present.

During the hearing, the Defendant and AFPD Gonzalez-Falla addressed the court. In summary, the Defendant expressed frustration with his appointed counsel and a desire that they be relieved of any further responsibility for his defense. Appointed counsel was equally frustrated and agreed that any further representation would not be in the best interest of the Defendant.[2] Without addressing individual complaints, or assessing responsibility or blame, the court finds that appointed counsel can no longer effectively communicate or represent the Defendant in this case.

---

[1] On May 21, 2024, the Motion was referred by United States District Judge Robert Pitman for resolution pursuant to 18 U.S.C. § 3006A(b), 28 U.S.C. § 636(b)(1)(A), and Rule 44 of the Federal Rules of Criminal Procedure . *See* Dkt 109..

[2] The court is being purposefully cryptic. The sealed transcript of the hearing will speak for itself.

The Defendant advised that he has had periodic contact with attorney Jeff Senter. The Defendant expressed confidence in Mr. Senter. The Defendant was asked if the Defendant would approve of the appointment of Mr. Senter to represent him in advance of the currently pending July 26, 2024, sentencing hearing. The Defendant advised the court that he wanted Mr. Senter to represent him in this matter.

For the reasons discussed during the hearing, Defendant's Ex Parte Motion to Withdraw as Counsel (Dkt. 107) is **GRANTED.** While the hearing itself was sealed, **this Order is NOT SEALED.**

It is **ORDERED** that Assistant Federal Public Defenders Charlotte Anne Herring and Jose I. Gonzalez-Falla, are relieved of any further responsibility in this matter except the need to expeditiously transfer the Defendant's entire file to newly appointed counsel:

Jeff Senter
501 Congress Avenue, Suite 150
Austin, Texas 78701
(512) 482-8112

This order terminates the aforementioned referral.


**SIGNED** June 4, 2024.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE