UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § § | |
| v. | § § § | NO:  AU:23-CR-00135(1)-RP |
| (1) Saint Jovite Youngblood | § | |

## ORDER APPOINTING COUNSEL

The above-named defendant having satisfied this court after appropriate inquiry that he/she (1) does not wish to waive representation by counsel, and (2) is financially unable to obtain counsel, therefore, **Jeff Senter** is hereby APPOINTED to represent the defendant in the above-styled and numbered cause.

Should this case proceed in the future before a United States District Judge, the appointment shall remain in effect until terminated, or a substitute attorney is appointed.

SIGNED this 4th day of June, 2024.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE