IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § | 1:23-CR-135-RP |
| SAINT JOVITE YOUNGBLOOD, | | |
| Defendant. | | |

**ORDER**

On May 3, 2024, Defendant Saint Jovite Youngblood ("Defendant") filed a motion, through counsel at the Federal Public Defender's Office, for judgment of acquittal on Counts 1 and 5 of the Second Superseding Indictment. (Dkt. 103). The Court initially extended the United States of America's response deadline to May 31, 2024. (Text Order dated May 9, 2024). On May 14, 2024, Defendant filed a letter with the Court alleging ineffective assistance of counsel by his counsel at the Federal Public Defender's Office. (Dkt. 106). Defendant requested forms to file an appeal and a motion for ineffective assistance of counsel. (*Id.*). He also requested that he be appointed new counsel for sentencing. (*Id.*). On the same day, the Federal Public Defender filed an ex parte motion to withdraw as court-appointed counsel for Defendant. (Dkt. 107). On May 21, 2024, the Court referred the ex parte motion to withdraw to United States Magistrate Judge Mark Lane for resolution. (Dkt. 109).

On May 28, 2024, the Court issued an order staying the United States's response deadline on the motion for acquittal until after the ex parte motion to withdraw was resolved. (Order, Dkt. 110). The Court stated that if the motion to withdraw was granted, the response deadline would be stayed until after Defendant was appointed new counsel and the new counsel was given an opportunity to determine whether to continue pursuing the motion for acquittal. (*Id.*).

1

On June 4, 2024, Judge Lane held a hearing on the ex parte motion to withdraw. (Minute Entry, Dkt. 112). On the same day, Judge Lane issued an order granting the motion to withdraw and withdrawing the Federal Public Defender's Office as counsel of record in the case. (Dkt. 113). On the same day, Judge Lane also issued an order appointing Jeff Senter as Defendant's new counsel. (Dkt. 114).

Sentencing is currently scheduled in this case for July 26, 2024. (*See* Dkt. 104). To date, Defendant's new counsel has not indicated whether Defendant would like to continue to pursue the motion for acquittal. To ensure the appropriate progression of this case as sentencing approaches, **IT IS ORDERED** that, on or before **July 18, 2024**, Defendant shall file either (1) a notice indicating whether he wishes to adopt or withdraw the motion for acquittal; or (2) a supplement to the motion for acquittal. **IT IS FURTHER ORDERED** that Defendant shall file any additional motions that the Court should consider before sentencing on or before this date.

**SIGNED** on July 8, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE