# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **1:23-CR-135-RP-1** |
| | § | |
| **SAINT JOVITE YOUNGBLOOD** | § | |

## DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

**COMES NOW** THE Defendant, Saint Jovite Youngblood, by and through his agent and attorney of record, Jeff Senter of Austin and Dallas, Texas, who makes and files this Unopposed Motion for Continuance, and would show the court the following:

**I.**

This case is set for Sentencing Wednesday 24 July 2024 at 9:00 a.m. in the United States District Court, Austin Division, Judge Robert Pitman, presiding.

**II.**

Counsel for Mr. Youngblood has met in person with Assistant U.S. Attorney Daniel Guess and Assistant U.S. Attorney Matt Harding, the consequence of which is additional time is necessary to prepare for Sentencing.

**WHEREFORE PREMISES CONSIDERED**, Defendant Saint Jovite Youngblood respectfully requests that the Sentencing setting be continued to a date deemed appropriate by this Honorable Court.

_____/JS/_____
Jeff Senter
Attorney for the Defendant
111 Congress Avenue, Ste. 422
Austin, Texas 78701
Telephone 512-482-8112
Telefacsimile 512-482-0076
jeff@jeffsenterpc.com