Mr. Machicek, 1:23cR135  7/18/24 ①
(Judge Pitman, USMS)
AUSA Hardy, Jeff Senter 2:41 PM

Since I have no access to a phone or a tablet to complete my messages I respectfully request that this letter be transmitted ASAP to the USMS. The rest of what I was told is as follows:

(How is it, BTW, that an atty (officer of the court) can discuss my case w/ anyone? Another lawyer, a judge, inmate etc. when he is not my counsel??

✱✱ Please send ASAP to USMS ;
Steve Tollard openly told OSO (and others through their attorneys that I did

FILED
JUL 29 2024
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

not told to previously) that he spoke (2) to Charlotte and Jose (my old counsel) about what a piece of s--t I was, and that they guaranteed him I would no win my trial and that they would "go though the motions". (Jose treated me w/ no respect, ever. (EVER)

He said he and FBI Justin Noble Had worked a case in gangs before and had become great friends and he used Noble (now 1st time financial cases) to attack me as a favor to his friend Eric Resardi, who's son his daughter was dating and was a good friend. (OVER)

Here is the matter at hand, sir—
③
Steve Tallond, defense attorney, openly spoke to inmates and other lawyers (improper, illegal, and terrifying to say the least) about ME, my family, my case, and my obvious guilt. Remember, people move all the time in holding (moving me from here does not work, it will make matters worse.

Waco is out, Bastrop is where Tallond started running his mouth, Giddings is where Jason York's wife works the jail, so I am stuck here, I understand that. I'm solitary. I get it. And have no choice. My safety is paramount, of course.

After Waco, Mr Tallond (while Oso (the bear) first inmate Rojelio) approached several clients, requesting info from/about me (he even told them that he was good friends w/ Jose (my attorney and that he had been assured by Jose and Charlotte that I would not be getting a bond. He had spoken to his bestest friend

Please help    6

★ (Not to mention - we can get his family, too, out there)
He then told Oso (and Ariel, so it is verified by 2 different people who had been together here only briefly, among others) that he and Justin were close to Magistrate Lane & keeping me from Howell and Hightower and that they had explained to him how evil I was and were told I would not get a sniff of bond. Lane's infamous comment - "There is

no presumption of innocence in your case, Mr Youngblood. You are the worst person to ever stand in my court. Literally. Conversations w/ inmates occurred here, Bastrop and @ court building, before, during and after my trial. It is hard to see how this did not affect my Bond hearing, my atty's opinion/worth for me, my trial, my conflict hearing w/ Pitman and my present situation. Particulars were discussed when OSO was sentenced a few weeks ago what it would take/cost to hurt me.

7/19/24

① 

Judge Robert Pitman,

I am sorry, sir, to have to involve you and/or your court in my affairs. I apologize vehemently, but I have NO choice and the situation is NOT of my doing.

You are well aware of the issues I have had in custody and what I have been through. Matters were brought to my attention that, unfortunately, require your involvement, as per the USMS to officer Machicek yesterday/today. They claim it is not their jurisdiction, but yours and your courts. They (the USMS) and Burnet City jail, placed me in solitary (against my will) for my safety. The marshalls then decided it is an "outside agency" and/or court matter (your honor-) but

the damage is already done. The gossip, among guards and inmates has already begun. Instead of simply putting me back to where I was unnoticed, they wished for me to sign a blanket absolution of guilt for the jail, saying that I halted my investigation, took responsibility to/for my own safety, and if I got hurt it is NOT their fault. I refused. Machicek "coached" me to lie, saying "You can tell your tankmates someone said you were going to kill yourself and we held you in psych, realized it was a lie, then let you out." I refused. When I refused to sign the statement, I was threatened and told I would remain in solitary indefinite and that no outside law enforcement (Burnet County detective/officer, would be contacted. That there would be an internal jail investigation or

③

Here is what happened —

Last week (7-9, 7-10, 7-11) I filed several communications w/ Lt Ambrose on the GTL system that I had been approached by several people at Rec Tuesday AM that a hit had been put out on me for Thursday AM by several Mexicans (all w/ strong drug and/or cartel ties) via Serrano/Jalisco members. This was told to me in the AM by Daniel Trevino, Castro, Jeremy Watrick in an attempt to protect me, I presume. *I was told that an attorney for one of the inmates who had just "caught them" was the source of the threats (I believed otherwise — having sent info about the rampant K2 drug issue in my dorm and having had confrontations w/ A Flavio

Castellano and several w/ Fernando Lopez, Leon Lincourt 7/26/24 — my sentencing date was changed away from the same date) I had the same issue @ WACO — people attacking me as a hypocrite o/c my son's "alleged" issues in CA, then my taking stances against drugs and/or "ratting" people out. I don't care what others do, just keep it away from me and don't force it on me. The assault on waco, (remember my conflict hearing? I expressed my issues starting Xmas day w/ a Jose Mora, the three 18 fistfights, and that I could not understand How he knew who Eric Resardi was? I was not lying. I now know how/where he got that information. (This has been going on since my bond hearing — before/during/after my trial

Here is the matter at hand, sir — ③
Steve Tallond, defense attorney, openly spoke to inmates and other lawyers (improper, illegal, and terrifying to say the least) about ME, my family, my case, and my obvious guilt. Remember, people move all the time in holding (moving me from here does not work, it will make matters worse. Waco is out, Bastrop is where Tallond started running his mouth, Giddings is where Jason York's wife works the jail, so I am stuck here, I understand that. In solitary. I get it. And have no choice. My safety is paramount, of course, after Waco. Mr Tallond (while Oso (the bear) first name Rojelio) approached several clients, requesting info from/about me (he even told them that he was good friends w/ Jose (my attorney and that he had been assured by Jose and Charlotte that I would not be getting a bond. He had spoken to his best friend

⑥

Justin Nobles (GBI) and he, I gave planned for me to have Judge Lane, not the more lenient Hightower or Howell, it is *(He claimed to have spoken w/ Judge Lane about it)* words not mine. He explained to Ariel, Ant, Osu and others at various times that I was a narc, a piece of s-1t, a thief and that E.P would pay good $ on someone's books (to someone outside (family)) if something happened to me (Mifflin here. This occured while I was at WACO, while I was at bond hearing (Judge Lane! infamous words to me, I will NEVER forget. ~ "There is <u>NO</u> presumption of innocence w/ you Mr. Youngblood. You are the worst person ever to appear in my court." Check the transcripts, sir That is a quote. In front of my wife, children, and all would be supporters.

⑦

A federal judge saying that in open court it destroyed my ability to seek $, to refi my home and get counsel the ability to defend myself. I have not seen, spoken to, heard from my family (or friends.) since. One time. And hung up on. 10,500 attempted phone calls (30x a day to my wife of 27 yrs and son. 611 letters (here and WACO) <u>Nothing</u>. Mr. Tallund also told Oso and Ariel that he had convinced Agent Nobles (they had worked a gang case earlier and become "good friends?") to put the fear of God into everyone around me (Jason York - taking $ from his brother in law who was mentally challenged and

placing it on me, etc) And even convincing my wife that she would be charged /with my son, cutting me off from my family

All this came to a head Wednesday/Thursday this week when Jeremy Watnick (who knew Oso and Ant well (Serrano and Texas Syndicate) and had been locked up together @ Bastrop and here. Oso caught chain a week and change ago, and the others around him, namely Lopez Leon, and other "connected" surs had taken charge of unfinished business (me), Mr Tolland offered again @ Oso's sentencing hearing (since Oso was leaving, what did it matter?) In his defense Oso liked me and had sin on Mr Tolland then asked

(9)

if the "reach extended beyond to my family!" Oso, not wanting to alienate his lawyer before sentencing, told him he would get back to him."

Jeremy told me I was going to be pissed when he sat me down (check the cameras), (I had heard from Ant/Ariel others about lawyer gossip — Jose hated me from the start (check cameras about confrontations) and Charlotte/I did not get along. The defense I was told was NOT the defense I was given. No evidence in my favor used, witnesses I requested treated poorly/dismissed, and I used/ knew nothing about. Jeremy knew all about

this. The information had to come from someone(s).

Mr Tolland helped Eric Perardi and James Holloway steal/hide millions by turning his FBI friend on me. He never EVER interviewed me, never gave any credibility whatsoever to me after, tunnel vision. He turned Holloway, a thief of <u>millions</u>. (If you hear nothing I say <u>Please</u> do not let him (or Hanfu's tax fraud against me) stand. He stole much more than you know, sir.) Into a victim, Jason into a victim, Everyone into a victim! No one (Snyders daughter worked for a judge) Pflugerville PD,


~ver confronted me, sued me, asked for supposed $ back? Why? **Because I didn't take any money**. I digress

Mr Tolland openly discussed my case, "my guilt", my family w/ lawyers (inc. my own) inmates, and client/non clients. He put my life in danger, not only @ WACO but here. (The marshal will not help me, nor will the jail.

He poisoned my bond hearing, via reaching out to Judge Lane as he so say, poisoned my counsel, and openly solicated my death/injury in not one but 2 holding facilities, while I am under

(12)

federal protection, so to speak. I am not wrong and I am begging for your help. (read Lane comments at my lawyer change. The man hates me / makes no ef to hide it. I went to trial. I testified.)

<u>no</u> help from my atty (she had 900 pages of notes from me / proof <u>not</u> <u>one</u> used. 30 pages of questions for testimony — <u>not one</u> asked. I have given 1000 pages, 200 hours, 20+ video interviews to Lennlee keep about my innocence

What more can I do? polygraph? Let's <u>go</u>. I am guilty of much in my life, none of it amounting to much. But not wire fraud. Holloway and Perardi (Hank just corked himself w/ IRS/FTB (I beat his brother in tax court on



Burnet County Jail
Youngblood Southwick Kathi
70702030510  900 County Lane
            Burnet, TX
            78611

LEGAL
MAIL

Burnet County Jail

JUL 29 2024

The Honorable Judge
Robert Pitman
501 West 5th Street #1100
Austin TX 78701

US POSTAGE $000.97
JUL 26 2024