7/8/24

To the Honorable Judge Pitman:
(I have tried to make this short but it may be impossible.)
I am sorry for this.
Good morning, your Honor. It was NOT my intention to write you today. However, my life has been turned upside down, again, and I feel the need to pen the following pages after being locked down in separation for something I have no control over. I apologize in advance to you for tying up so much of your precious time that could be used on much more important matters than me. Thank you, Sir, for the respect and courtesy. I stand by what I said previously. I have great respect for you (and have always tried to show it) but my faith in the system is now gone. Zero. How much am I to have to bare for a crime I did NOT commit? Home, $, family, work, friends, the freedom? I have lost everything, and each day is worse than before. I try.

I do not know what you think of me as a man but I try to do the right thing. I am not perfect, and am guilty of many shortcomings and sins, but not wire fraud or laundering. Consider this my confession. Judge the depth of my commitment to showing you how sincere I am by my "coming clean", so to speak. Allow me to explain. Having equated the pills to shot Energy or a Redbull,
*(BTW- I was unaware Aderall was an amphetamine. I would behave I told you that was not the case) while in front of you I had no idea that the FBI was at my home for a financial crime. 2 days prior, the 11th of July, there had been an incident as I was coming home from Cinemark Theatres. I had a confrontation over my oldest and a debt incurred by her

and/or his friends @ UCSD LaJolla. Unfortunately, narcotics were involved. The facts as to the level of his involvement are hard to pin down, but I will say this: We had moved him already (twice) and both times it was the roommate's fault and not his. Whether true or not, I do not know. The third time (I have no contact w/ my wife, my youngest or oldest son, so I can not say where they are, how they are, or if they are ok. It is terrifying.) a large debt was outstanding. After several discussions between my wife, myself, both sons, and a family atty friend, we decided to move his residence (again), change his car, and take him off social media. The people he (and/or his ex roommates/friends) wronged had very strong ties to the Jalisco Cartel. K2, fentanyl, and Xtasy were involved. Monies were missing. My income was based on 2 yr periods (set by me and the syndicate I played for) so I was not due for my payment (around $91000 +/- USD) until Nov 19th, 2023. Covid had disrupted 2020 and 2021 so I was not rich, no poor, but had a good amount of savings in gold and silver. There was no need to "steal" or "cheat" others. From 99 to 2007 I ran R.A.S Inc (approx 200000 per year) and my wife (until losing/forfeiting her license in 2014)) made approximately 300000 a yr as a physician. In 2012 she received a 90000 bonus +/-. (Verifiable my cashing when/if I needed $ w/ Sahara Coin, Capitol Coin, and Las Vegas Jewelry/Coin. I made no effort to conceal or hide my cash flow. Poker, as clearly stated on my tax return (Steve Giorgione CPA 702 844 7828) is my employment. Not a hobby or a trip to

Vegas or a junket. I do not enjoy it and I miss the days of my wife working, me running my shop, and teaching various self defense/tactical classes. Point is this — 7/11/23 5 men pulled me over on the way back from Cinemark Theatres coming back over towards Parmer enroute to 290 E to Manor (home). They knew I owed their boss 57,000 more (total 637,000, 580,000 paid on 4/9/23 @ 8:53 AM, Easter Sunday). An appt. had been broken @ 10 AM 7/11 and I went to the noon showing of Mission Impossible (easily verified w/ Clark Snyder and Marvin Knecht). I intended to fly out that night to work, instead leaving the next AM after said incident. Let me be clear — I acted only in self defense. Only it escalated quickly. A butterfly knife was pulled on me and I defended myself. Three men stayed in the Yukon, 2 exiting the Honda Accord and coming at me driverside of my car. Second man pulled a firearm. The knife, still in his hand, was leveraged into his chest instead of my neck, his target. I immediately let go, seeing the blood and the penetration. I knew the man as Juan Guzman, his real name I do not know. The other I knew as Arturo Gutierrez, also unsure of his real name. I called Travis Cty sheriff from my home phone upon return, no one helped me. No one came. No one took a report. Manor, auto patrol, claimed no jurisdiction. I left the next morning for work on the 6 AM, securing my home. My wife knew there was an incident but not to what extent. (I was only going for the day, see my return tickets via SWA, so I did not fear for her safety in daylight w/our dogs and she is armed.

