FILED
August 12, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____JG_____
            DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, § § § § § § § § § § | |
| v. | CRIMINAL NO. A-23-CR-135-RP |
| SAINT JOVITE YOUNGBLOOD a.k.a. Kota Youngblood, Defendant. | |

# ORDER

The Court, having reviewed the Government's Response, finds it is with merit. Accordingly,

Defendant Saint Jovite Youngblood's Motion For Acquittal [ECF No. 103] is DENIED for substantially the reasons contained in the Government's response.

SIGNED this 12th day of August, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE