FILED

AUG 1 2 2024

CLERK U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

8/2   (1)

The ~~Honorable~~ Judge Robert Pitman?
(7-8 weeks later, I have not spoken/heard from
cousel, Jee is' & good man - I trust him, but your honor)
Si, had no other contact for this than your honor)
Si, I do not wish to tie up any

of your time that Im sure is in

great demand, but I need help. Please
(Jeff Senter is no doubt very busy, and I will get w/him:
I Am in solitary lockdown because of

others' (Mr Tolland, etc-) actions and

threats, <u>not</u> my own doing. It is very

clear to me, now with a bit more

information, why I had the issues

I had at WACO <u>And</u> here. To be

very honest, it terrifies me.
They have no intention of letting
me out of confinement until

②

sentencing, that is obvious. I asked
for local law enforcement to file a
report against Mr. Tolland et all, but
was refused the opportunity. I went to
the USMS, was refused help and referred
to you! The very comments and state-
ments made / represented by Mr. Tolland
in here, WACO, and Bastrop to Several
people scare me. He openly bragged
of his influence in my bond hearing
my very arrest, the destruction of my
family support using his FBI friend
Jason Nobles, even influencing my
counsel And/or their opinion of me
and my innocence. All of this is

quite frightening from a fair trial per-
spective, but it was the solicitation
of physical violence against me (while)
seeking a possible outlet from influence
in here out THERE to go after
my wife and son. Rank hoer told me
that, for my safety, I AM stuck in
solitary. Obviously, 16 days of investigation
later (IPI), threats were proven
accurate and very, very real. I still
have the migranes and vertigo that
do not go away/lessen. WACO,
after watching the video, almost
killed me. it is a miracle I am

not be sad. And I thank God every day for that. You, too, your honor — for all the fairness and respect you have shown me. I DO NOT trust these people or the system, yet I have GREAT respect for you. I have, since day one, and have always tried to show it.

The comments and rhetoric, not to mention solicitations of "putting money on your books" to hurt/kill me, are one thing. The comments

⑤

About influencing events since day one (through his relationship w FBI agent Noble, Judge Lane, Charlotte & "Jose, etc) are everything Altogether ("I could have charged James Holloway with several crimes. — Justin Noble FBI (trial why didn't you? According to Tolland? FBI) (trial There is NO presumption of innocence with you Mr. Youngblood. You are the worst person to ever set foot in my court." That is an EXACT quote from Judge Lane at my bond hearings essentially giving me no chance to defend myself / save my family.

6

I could have sought counsel that understood white collar (You may or may not believe me — but I swear to Christ I DID NOT commit these crimes. I was very clear in the other letter what I thought I was being picked up for, having defended myself in fear of my life w/ extreme force.) I lost my home, my dogs were euthanized, my fish "thrown out" May sound foolish to you, but NOT to me, My uncle gave me my love of Animals, and no doubt he is looking down upon me in shame. Animals CAN NOT

help themselves, They needed me.
my wife was terrified, Im told via
Mr Tollands' words, that she was to
be charged And long ago abandoned
me. I am on my own.
we can debate my direct ties another
time, but I assure you I saw my
share of violence in the middle East
(look at my left hand, legs, left
shoulder for proof) but I never forgot
one thing the Pashtune said about
commitment — Lokhay Warkawal
Give All, the part, protection, uncon
ditionally, until the end Lokhay

My family forgot this. I have not. Point being — I worry a great deal. in here, with no way to protect them, about their safety. 11742 calls (check), 681 letters (che to an empty house (that I pray get forwarded to wherever my wife is) And NOT A single word, text, message, or visit. They say faith is belief in something we have no tangible proof of. well, 2 things no one can say I lack —

4

I am unconditionally loyal (It
doesn't matter what others do, It
matters what I do.) And my faith
in Someday getting my family back
drive me.

I am NOT A good man, your
honor. Good is a perception — good
looking, good hair, etc. But I do
try to do the right thing.
I am sorry for putting you, this
court, even the USDA in this
position to have to the up your
time over me, but I swear to

God, you are all being sold
a bill of goods by Eric James
and all his family/clock friends.
This was CYA for them when
I refused to help/play ball (
people lied - HankR committed tax
fraud (I had already beaten he/his
brother in federal tax court for
a similar attempt to lie (IRS
sided w/ me, against Ken Lee over
460000 in "bad debt" that was
really Rolex watch purchases for his
reselling. (verify it. - Steve Giurgive
CPA 702 844-7878 Jessica Hamilton
8905 S. Pecos Las Vegas NV.)
He specializes in professional poker

I had not seen or heard
from Hanfi in 6 yrs, until
he showed up 101622 demanding
I drop my challenge to the FTB
and lies over his scam, ow lies,
money he paid me in '23, (
Including after I was raided which
I told him about) were for money
owed me for 2 watches previous, 2
taken 101622, and a new bill used w/
out my consent, etc. There was no
wire fraud. (Marin's messages even
showed when played that the last
19800 was for the watches (final
payment) he picked up for Hanfi!

(12)

Lane Holloway left town, changed his name, etc because he owed $ to some very nasty people. (His father went through 100,000 plus on him not me, your honor. NOT me. He left a 400K a yr work at home AWS job overnight, came to my home @ 2 AM asking for 5000 to leave, and left state people (Including police) were coming to his fathers home daily looking for Lane.

He borrowed from all his close friends to bail out Lane, using what I had gone through 12 yrs ago as a "great story" so he embellished Lane's story and told people I was helping Lane so why wouldn't they? Proof?



Burnet City Jail
Youngblood Saint Kate
TOTO20510
900 County Lane
Burnet TX 78611

~ LEGAL MAIL ~
(Federal cort)
Burnet County Ja...

The Honorable J
Robert Pitmen
501 W. 5th St #1100
Austin TX 78701

SCREENED BY CCC
AUG 12 2024

US POSTAGE PITNEY BOWES
ZIP 78611 $ 000.97°
02 4W
0000375422 AUG 09 2024

I mortgaged my home, ("first")
w/ the same people Gary Snider
did — JACK: Read the contract,
your honor — Monies went to
JAmes Holloway!, Not one penny to
me. JAmes told me it would take
the 120K to solve Lane's issues
and I tried to help. My wife was
furious, because she had to sign, too. This was
never brought up ( nor were a great
many details, witnesses, papers, etc, which
concerns me even more About Mr.
Tolland 's "I've been told they'll go
through the motions" comment
I NOW KNOW I SHOULD HA

switched Attorneys when you offered,
but I did not think/believe my
health could handle a substantial
delay, not to mention my logical
reasoning was/is NOT At its best
After the WACO assault (Also tied
to Mr Tollands talking to others about
me/my case/my "having F---- over his said
friend, etc.)

I digress — James Holloway saw
that people felt bad for what Lane
was going though — and what a
great father he was to help
him. He borrowed, and hid via

"Cousin Judy" And sister in law
Reta in Birmingham, Ala, millions.
Much more than you know, Then having
made no effort to hide what I went
through 12 yrs ago and the homes
being burnt down, (death of Robert
mom) people helped James to pre-
vent what had happened to me
happening to him', He used my
suffering/pain/loss And hid the $$
in stones/gold bars that he shipped
to Wisconsin and Alabama. (check
7/7/23 fedex from Alabama where
he was getting 100K from Reta-

Don't believe me? She pulled 10K(b) from her bank (had the 90K @ home) There will be a record. Fedexed to West Point, Elgin TX James Holloway

Etc Etc Etc

Gary Snider — 235k and bragged about the $ she, pulls cash and takes it to James who deposits (see court exhibit) 235k in his checking account in cash.! CASH (James even stole from the clock club trust account @ wells — Gary had him removed, Check it

Gary's daughter worked for a

All she had to do was tell the [17] Judge. I wasn't she didn't Gary had known Jay for 25 yrs. So did all the clock group. I had seen most of these people 1 or 2 times (X-mas party, Regional, etc) And they gave me millions of dollars? Please (Gary said he had already not been paid 130K for a previous transaction for a so called coin." Yet you gave another 25K "because Lane's daughter was in trouble? After losing 130K? what does that have to do w/ me?

James used Gary, who covered for
James (He loaned 4800 fee wells
checks) to James July 4th week
for his 2400 rent that was never
paid (Gary told me this when he came
by to wish me 7/4 @ my home -
see video Adt. His jeep in my
front of house) James also borrowed
the same 4800 from 2 other groups
for the same story, laughing, Once
an older woman in Buda Area, the other
A gay couple from the clock group (
I did not know them, but was told
they were Avid clock collectors, I th
I met the husband once at a show
but I'm not sure. Nice guy, very

smart. Seemed well educated on grand
father clocks. Johnathan, I believe, was
his name. Point is, he pulled the
scam 3x (4800×3 = 14400) for a $24

$2400 rent he never paid. You get
the point. He was very slick.
Eric told me james once said the
following— whats the difference be-
tween A salesman, A con man, a
Scam artist, and a chiseler?"

  " A salesman has a business card
  A con man leaves when he wants to.
  A scam artist leaves because he has to
  A chiseler never stops.

As far as Eric, everyone knew he
was having $ troubles. I had let him
borrow my flags to show to a buyer
(I did not lie— I have a chinese

friend who offered 12.5k for it   (20)
and I passed, Jeff, whom I may still
owe 12w to, like I said, but the
63w paid is still mine) lost track of
the market in Asia for certain items
He is wrong, period. Maybe not here, but
there, certainly, I never borrowed unit or
gave it away, 17 checks for 700k
to James, 2 contract for very spe-
cific sales/items (in evidence) for
transactions signed by Eric and Jake
and half a FedEx w/ no name that
supposedly contained a check (Jochua)
~~I did NOT do business with Eric, Layne and James, did~~
~~And I'm going to prison for we trau~~
JASON YORK? I had dinner at his home
7/16/23. Two days later he goes to Justin
Noble and Im the devil. After I called him
out about taking 160k from his brother,
laws (Roxane's brother)(mentally retarded
gentleman)

Literally. Right After (that night)
I had dropped off A year or so
4 Grand Baroque sterling sets that
were never returned to me.. I asked
for them back ( I needed $
After having my house raided.
( James Holloway went from A CO
suspect to a "victim" in a 5
minute conversation w/ Justin Noble,
As told by Mr. Steve Tolland to
inmates here. (They knew everything
about my case. Everything. All about
my Jalisco problems 12 yrs ago, too
And my son's situation. All of it
How? Obviously he gave dangerous information
to people tied to Jalisco, here and
in Bastrop and waco—

Eric Resardi has a reputation, which is why I pulled my son (younger from his hockey program, I do not want to be associated w/ Lane/James/ he or his ex rachel and who they do business with. Polygraph me on anything I said in this. I will pass. I promise. Am I guilty of other infractions? Yes. And I admit it. NOT IN THIS I am only allowed so many pages in inmate mail (no one helps me in here) And I'm sorry so long. I just thought you might care how it all tied together. Not one person gave me $. I Am innocent. I try to speak from the heart. I Am sorry. I Am. but ✱ Incarcerating me inhibits me from making a living and starting over (no choice there, from nothing. I will pay whatever restitution you order And serve whatever punishment you decide. I have too much respect for you to insult you w/ testimonials, much letters, e want to make this right, between you and

I close w/ this, your honor.

(I split these into 2 envelopes for weight)

Please allow me, at 53 to find work. The longer im incarcerated, the greater the chance that will NOT happen. It will be hard enough; no family, no home, no $, no friends (FBI scared away people I'd known 20 yrs) I want to make this right. I AM trying. Will always try to NOT let you, myself, or God

down, I will not insult you
w/ fake words or fake statements
I did NOT commit wire fraud.
I AM innocent, and have already
paid with my health, my home, my
family, my dogs, my fisho, my livlihood,
my $, my reputation everything, I
came very close to being killed/hurt
badly on multiple occasions now.
I will pay EVERY penny restitution
for a crime I did NOT commit and
stay out of truble. I will bust my
tail to rebuild and help others.
But I need the opportunity Please.
Thankyou.



Burnet County Jail
Youngblood Saint Juvah R 70720510
900 County Lane
Burnet, TX 78611

- Legal Mail -
(Federal court)

The Honorable Judge
Robert Pitman
501 W. 5th street #1100
Austin, TX (78701) 78611

SCREENED BY OSO
AUG 12 2024

US POSTAGE AND PITNEY BOWES
ZIP 78611
02 4W
0000375422 AUG 09 2024
$ 000.97