**FILED**
September 30, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _Julie Golden_
DEPUTY

United States District Court
Western District of Texas
Austin Division

United States of America,
    Plaintiff,

v.

Saint Jovite Youngblood,
    Defendant.

No. 1:23-CR-135

## Order

The Court finds the Government's Motion For Leave To File Documents Under Seal meritorious. Accordingly,

IT IS ORDERED THAT Attachments A through G to the Government's sentencing memorandum shall be SEALED until further order of this Court, for substantially the reasons stated in the Government's motion, except that the parties may use copies as appropriate during the resolution of this matter.

IT IS FINALLY ORDERED that the Government's sentencing memorandum shall remain unsealed.

Signed this the _30th_ day of _September_, 2024.

_[signature]_
Robert Pitman
United States District Judge