**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **1:23-CR-135-RP-1** |
| | § | |
| **SAINT JOVITE YOUNGBLOOD** | § | |

**DEFENDANT'S AGREED MOTION FOR CONTINUANCE**

**COMES NOW** The Defendant, Saint Jovite Youngblood, by and through his agent and attorney of record, Jeff Senter of Austin and Dallas, Texas, who makes and files this Defendant's Agreed Motion for Continuance, and would show the court the following:

**I.**

This case is set for Sentencing Thursday 7 November 2024 at 9:00 a.m., in the United States District Court, Austin Division, Judge Robert Pitman, presiding.

**II.**

Counsel for Mr. Youngblood, spoke with Assistant U.S. Attorney Dan Guess, in-person Wednesday 23 October and again via telephone 25 October, to discuss said same continuance on a medical basis, to which Assistant U.S. Attorney Guess does not object to a 10 day continuance.

**WHEREFORE PREMISES CONSIDERED**, Defendant Saint Jovite Youngblood respectfully requests that the Sentencing setting be continued to a minimum 10 day reset or to a date deemed appropriate by this Honorable Court.

_____/JS/_____
Jeff Senter
Attorney for the Defendant
111 Congress Avenue, Ste. 422
Austin, Texas 78701
Telephone 512-482-8112
Telefacsimile 512-482-0076
jeff@jeffsenterpc.com