United States District Court
Western District of Texas
Austin Division

| United States of America, | |
|---|---|
| Plaintiff, | |
| v. | No. A-23-CR-135-RP |
| Saint Jovite Youngblood, | |
| Defendant. | |

**United States' Witness List for Sentencing Hearing**

| No. | Witness Name |
|---|---|
| 1 | Lindsey Wilkinson |
| 2 | Glen Morehead |
| 3 | Dale Snider |
| | |
| | |

Respectfully submitted,

Jaime Esparza
United States Attorney

*/s/ Daniel D. Guess*
Daniel D. Guess
Assistant United States Attorney
903 San Jacinto, Suite 334
Austin, Texas 78701
(512) 916-5858 (phone)
(512) 916-5854 (fax)

CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of December 2024, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participants:

**Jeff Senter**
Attorney at Law
501 Congress Avenue, Suite 150
Austin, TX 78701-3375

By:    /s/ *Daniel D. Guess*
       Daniel D. Guess
       Assistant United States Attorney