United States District Court
Western District of Texas
Austin Division

| United States of America, |   |
|---|---|
|     Plaintiff, | |
| v. | No. A-23-CR-135-RP |
| Saint Jovite Youngblood, | |
|     Defendant. | |

**United States' Exhibit List for Sentencing Hearing**

| Exhibit # | Description | Admitted |
|---|---|---|
| 1 | Jail Call - July 19 Clip | |
| 2 | Jail Call - April 2 Clip | |
| 3 | Jail Call - May 24 Clip | |
|   |   | |

Respectfully submitted,

Jaime Esparza
United States Attorney

*/s/ Daniel D. Guess*
Daniel D. Guess
Assistant United States Attorney
903 San Jacinto, Suite 334
Austin, Texas 78701
(512) 916-5858 (phone)
(512) 916-5854 (fax)

CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of December 2024, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participants:

**Jeff Senter**
Attorney at Law
501 Congress Avenue, Suite 150
Austin, TX 78701-3375

By:    /s/ *Daniel D. Guess*
      Daniel D. Guess
      Assistant United States Attorney