IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **1:23-CR-135-RP-1** |
| | § | |
| **SAINT JOVITE YOUNGBLOOD** | § | |

### DEFENDANT'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Saint Jovite Youngblood the Defendant in the above-styled and numbered cause and gives his <u>Notice of Appeal</u> from the judgment(s) rendered against him in the United States District Court Western District of Texas Austin Division.

_____/JS/_____
Jeff Senter
Attorney for the Defendant
111 Congress Avenue, Ste. 422
Austin, Texas 78701
Telephone 512-482-8112
Telefacsimile 512-482-0076
jeff@jeffsenterpc.com