# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **1:23-CR-135-RP-1** |
| | § | |
| **SAINT JOVITE YOUNGBLOOD** | § | |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Jeff Senter, Attorney of record for Defendant in the above styled and numbered cause and files his Motion to Withdraw as Defendant, Saint Jovite Youngblood's attorney of record and for cause would show the Court as follows:

I.

The undersigned counsel was originally court appointed to represent him in United States District Court Western District Austin Division. The Defendant entered a plea of guilty, has been sentenced and has filed notice of appeal. Accordingly, the undersigned counsel requests that he be allowed to withdraw as the attorney of record for Defendant Saint Jovite Youngblood, and further moves that the Court appoint counsel to represent Saint Jovite Youngblood on appeal.

WHEREFORE, the undersigned counsel prays that he be allowed to withdraw as attorney of record and that the Court appoint counsel to represent Saint Jovite Youngblood on appeal.

_____/JS/_____
Jeff Senter
Attorney for the Defendant
111 Congress Avenue, Ste. 422
Austin, Texas 78701
Telephone 512-482-8112
Telefacsimile 512-482-0076
jeff@jeffsenterpc.com

CERTIFICATE OF SERVICE

This is to certify that the foregoing Motion To Withdraw As Attorney Of Record was by e-filed and copied to Assistant U.S. Attorney Doug Gardner on 10 December 2024.

/JS/
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **1:23-CR-135-RP-1** |
| | § | |
| **SAINT JOVITE YOUNGBLOOD** | § | |

**ORDER ON MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

Came on to be considered the Motion To Withdraw As Attorney Of Record of the attorney for the Defendant in this cause. Upon consideration of the motion it is hereby GRANTED and _____ is hereby relieved of all obligations to the Defendant in this case.

IT is so ORDERED.

SIGNED ON _____, 20_____.

_____
UNITED STATES JUDGE