UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| v. § | No. 1:23-CR-00135-RP |
| § | |
| SAINT JOVITE YOUNGBLOOD § | |
| *Defendant* § | |

**ORDER**

Before the Court is Defendant Saint Jovite Youngblood's trial counsel's Motion to Withdraw as Attorney (Clerks Dkt. #150).

Final judgment in Youngblood's case on December 11, 2024. Youngblood's appointed trial counsel, Jeff Senter, then moved to withdraw from the case and for new counsel to be appointed to represent Youngblood on appeal. Based on the representations in that motion, the undersigned finds good cause to appoint new counsel to represent Fullerton on appeal.

The Court therefore **GRANTS** Youngblood's attorneys' motion. The Court **ORDERS** that Alan Winograd of the Winograd Law Office, located at 9600 Great Hills Trail, Austin, Texas, be appointed to represent Youngblood in the above captioned case.

The Court **FURTHER ORDERS** that Mr. Senter meet with Mr. Winograd at the earliest opportunity to give Mr. Winograd a copy of the file and bring him up to date with regard to the representation of Defendant. Thereafter, Mr. Senter shall have no further responsibilities in this case.

SIGNED December 11, 2024.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE