## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| § | |
| v. § | CASE NO. 1:23-CR-00135-RP |
| § | |
| SAINT JOVITE YOUNGBLOOD, § | |
| Aka Kota Youngblood § | |
| Defendant. § | |

### DECLARATION OF PUBLICATION

Under Title 21 U.S.C. § 853(n)(1) and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on December 11, 2024, and ending on January 9, 2025. (See Attachment.)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 13, 2025, at Austin, Texas.

Respectfully submitted,

JAIME ESPARZA
UNITED STATES ATTORNEY

By:   *Mark Tindall*
MARK TINDALL
Assistant United States Attorney
Texas State Bar #24071364
903 San Jacinto Blvd., Suite 334
Austin, Texas   78701
Tel: (512) 916-5858
Fax: (512) 916-5854
Email: mark.tindall@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2025, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**Jeff Senter**
501 Congress Ave.
Suite 150
Austin, Texas 78701
Email: jeff@jeffsenterpc.com
*Attorneys for Defendant Saint Jovite Youngblood aka Kota Youngblood*
.

      *Mark Tindall*
MARK TINDALL
Assistant United States Attorney

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# COURT CASE NUMBER: 1:23-CR-00135-RP; NOTICE OF FORFEITURE

Notice is hereby given that on December 04, 2024, in the case of <u>U.S. v. SAINT JOVITE YOUNGBLOOD Aka Kota Youngblood</u>, Court Case Number 1:23-CR-00135-RP, the United States District Court for the Western District of Texas entered an Order condemning and forfeiting the following property to the United States of America:

$4,606.00 more or less, in United States Currency, seized July 13, 2023, from Saint Jovite Youngblood in Manor, Texas (23-FBI-006674)

$18,160.00 more or less, in United States Currency, seized on July 30, 2023, from Saint Jovite Youngblood at the Austin-Bergstrom International Airport (23-FBI-006675)

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (December 11, 2024) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, 501 West 5th Street, 1st Floor, Austin, TX 78701, and a copy served upon Assistant United States Attorney Mark Tindall, 903 San Jacinto Blvd., Suite 334, Austin, TX  78701.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be

made in any particular form and may be filed online or in writing. You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice. *See* 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online. If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Mark Tindall, 903 San Jacinto Blvd., Suite 334, Austin, TX  78701. This website provides answers to frequently asked questions (FAQs) about filing a petition for remission. You may file both an ancillary petition with the court and a petition for remission or mitigation.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between December 11, 2024 and January 09, 2025. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. SAINT JOVITE YOUNGBLOOD Aka Kota Youngblood

**Court Case No:** 1:23-CR-00135-RP
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 12/11/2024 | 23.9 | Verified |
| 2 | 12/12/2024 | 23.9 | Verified |
| 3 | 12/13/2024 | 24.0 | Verified |
| 4 | 12/14/2024 | 23.9 | Verified |
| 5 | 12/15/2024 | 23.9 | Verified |
| 6 | 12/16/2024 | 24.0 | Verified |
| 7 | 12/17/2024 | 23.9 | Verified |
| 8 | 12/18/2024 | 23.9 | Verified |
| 9 | 12/19/2024 | 23.9 | Verified |
| 10 | 12/20/2024 | 23.9 | Verified |
| 11 | 12/21/2024 | 23.9 | Verified |
| 12 | 12/22/2024 | 23.9 | Verified |
| 13 | 12/23/2024 | 23.9 | Verified |
| 14 | 12/24/2024 | 23.9 | Verified |
| 15 | 12/25/2024 | 23.8 | Verified |
| 16 | 12/26/2024 | 23.9 | Verified |
| 17 | 12/27/2024 | 23.9 | Verified |
| 18 | 12/28/2024 | 23.9 | Verified |
| 19 | 12/29/2024 | 23.9 | Verified |
| 20 | 12/30/2024 | 23.9 | Verified |
| 21 | 12/31/2024 | 23.9 | Verified |
| 22 | 01/01/2025 | 23.9 | Verified |
| 23 | 01/02/2025 | 24.0 | Verified |
| 24 | 01/03/2025 | 24.0 | Verified |
| 25 | 01/04/2025 | 23.9 | Verified |
| 26 | 01/05/2025 | 23.9 | Verified |
| 27 | 01/06/2025 | 23.9 | Verified |
| 28 | 01/07/2025 | 23.9 | Verified |
| 29 | 01/08/2025 | 23.9 | Verified |
| 30 | 01/09/2025 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.