DATE: Feb 4, 2025
Clerk of Court
501 W. 5th St., STE 1100,
Austin, TX, 78701
SAINT Youngblood #70720510, F.C.I. - 11
P.O. Box 3850, Adelanto, CA, 92301

Subject: Change of Address

The above address P.O. Box 3850, Adelanto, CA, 92301 is my New Address. Please change your records.

Also, please send me the CASE Number to my Direct Appeal and/or refer all matters to my new address.

Submitted by
Saint Youngblood

RECEIVED
FEB 13 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ffom DEPUTY CLERK

Name: Youngblood, Samuel
Reg #: 70720510 (12/18/71)
Federal Correctional Institution #2
P.O. Box 3850
Adelanto, CA 92301

SN BERNARDINO CA 923
6 FEB 2025 PM 4 L

SCREENED BY CSO'S
FEB 13 2025

Clerk of The Court
501 W. 5th St, Ste 1100
Austin, TX.
78701

78701-381275