SAINT YOUNGBLOOD #70720510

RECEIVED
FEB 10 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____CR_____ DEPUTY CLERK

Suite
P.O. Box 3850
Adelanto CA 92301

JUDGE  PITMAN  'S CLERK

FILED
FEB 10 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____TM_____
DEPUTY

1:23-cr-135
12/18/71
sentenced
Dec 4th, 2024

Dear whoever is reading this:

Re: United States v. _Youngblood, Saintjovite (270603794)_
                                                        12/18/71
Case No. _LOST CASE # in transit_

I am writing to request that you provide me copies of the below checked documents, from my criminal file/docket.

[X] My full Docket Sheet
[_] My latest Indictment
[_] My Plea Agreement
[X] My Judgment & Commitment document(s)
[X] The Reporter's Transcript of my sentencing proceedings
[_] Latest version of the pre-sentence Probation Report

I need the above documents because;

[_] The Bureau of Prisons has erroneously computed my sentence
[X] I wish to pursue post-conviction remedies

I apoligize for any inconveinence this may cause.

Thank you in advance for your prompt response

Dated: 1/30/25 , 202__     /s/ _____
                                SAINTJOVITE Youngblood
                                (typed/printed name)

DFab

NAME: Youngblood, Saint
REG #: 70720510
FEDERAL CORRECTIONAL INSTITUTION #2
P.O. BOX 3850
ADELANTO, CA 92301

SN BERNARDINO CA 923
31 JAN 2025 PM 5 L

SCREENED BY CSO'S
FEB 10 2025

United States District Court
for the Western District of Texas
ATTN: Clerk of Court
501 W. 5th Street #1100
Austin TX 78701

78701-38127