UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF TEXAS



501 West Fifth Street, Suite 1100
Austin, Texas 78701
512-916-5896

Phillip Devlin
Clerk of Court

February 20, 2025

Saint Youngblood
#70720510
Federal Correctional Institution #2
P.O. Box 3850
Adelanto, CA 92301

RE:   1:23-cr-135 RP

Dear Mr. Youngblood;

We have received your request for a copy of the docket sheet, judgment and commitment documents and the transcript in your case. Pursuant to the published Fee Schedule, documents may be obtained for a fee of .50 cents per page. Your fee is as follows:

    Docket Sheet: 12 pages = $6.00
    Judgment and Commitment: 7 pages = $3.50

    **Total = $9.50**

If you would like a copy of your transcript, you must contact the court reporter. Her information is as follows:   Lily Reznik
    501 West Fifth Street
    Suite 1000
    Austin, Texas

Please reference your case number on all correspondence with the court to ensure proper routing. Additionally, it appears that you have an attorney working on your appeal, so please contact them regarding copies and your case.

**Please note: your in forma pauperis status does not entitle you to free copies of the record.**

Sincerely,

By: DM
Operations Clerk

www.txwd.uscourts.gov