Youngblood, Santoyite
70720-510
Federal Correction Institution #2
P.O. box 3850
Adelanto, CA 92301

Ct # A23CR135(1)
12,766,884.00
SS# 270 60 3794

(Attempt to avoid referral to Treasury offset Program, request for a stay until release)

ATTN: Clerk of the court and Judge Pitman.—

I am presently in the custody of the Bureau of Prisons, having been sentenced to an extremely LONG sentence for a crime I did NOT commit. Having said this, respectfully, I am awaiting direct appeal and am in the process as we speak. I have no means and no one helps me. I have been trying to obtain a job in prison, having done all I can to get on EVERY LIST POSSIBLE for a job that tops out at 14.00 a month. I have also been added to EVERY list possible for the FSA classes, having recently commenced my first class, parenting. I can not pay said debt owed based on present circumstances and am asking, respectfully, for a stay on said debt collection until my release date. At this point, no matter my age, I can work and make payments. Please help me. I did not want to ignore said notice and have responded as soon as I could find help in how to address said situation. Thank you for your time. Regards,
Santoyite Youngblood

U.S. DEPARTMENT OF JUSTICE
Texas-Western
601 NW Loop 410, Suite 600
San Antonio, TX 78216

*For inquiries regarding debt call*: 210-384-7250

Saint Jovite Youngblood, 70720-510
FCI Victorville Medium II
P.O. Box 3850
Adelanto, CA 92301

**U.S. DEPARTMENT OF JUSTICE**
**ADMINISTRATIVE OFFSET NOTICE**

This communication is from the United States Department of Justice. All correspondence on this debt should be sent to the representative of the United States at the address to the left above.

| DATE OF NOTICE | 02/11/2025 |
|---|---|
| ACCOUNT NUMBER | 2023A52981/001 |
| COURT NUMBER | A23CR135(1) |
| BALANCE DUE | $12,766,884.00 |
| TAX ID NUMBER | ***-**-3794 |

### NOTICE OF INTENT TO OFFSET

This office is responsible for collecting a debt you owe as a result of a judgment in favor of the United States. This debt may include additional costs, interest, penalties, and a surcharge which are not reflected in the amount shown above. A United States District Court entered a judgment against you and established the amount due. The District Court judgment is a final decision that you owe this debt to the United States.

We strongly urge you to pay this debt immediately. Make your payment payable to the Clerk of Court. Please include your court number on your payment.

If you do not pay your debt, Federal law allows agencies to refer debts to the United States Department of the Treasury for the purpose of collecting debts through the Treasury Offset Program. Under this program, the Department of the Treasury will reduce or withhold any of your eligible Federal payments (see list of federal payments eligible for offset on the back of this notice) by the amount of your debt. This "offset" process is authorized by the Debt Collection Act of 1982, as amended by the Debt Collection Improvement Act of 1996, and the Internal Revenue Code. Under these statutes, prior to referring a debt for offset, a federal agency must: (1) notify the debtor who is responsible for the debt that the agency plans to refer the debt to the Department of the Treasury for the offset of any pending federal payments; (2) determine that the debt is past-due and legally enforceable after providing the debtor at least 60 days in which to present evidence to the contrary; and (3) make reasonable efforts to collect the debt. The purpose of this notice is to meet these requirements.

To avoid referral of your debt to the Treasury Offset Program, within 60 calendar days from the date of this notice you must: (1) pay your debt in full; or (2) enter into a repayment agreement; or (3) present evidence that all or part of the criminal or

(Continued on Back)

*Please detach and enclose bottom portion with payment*

---

Payment must be received by the PAYMENT DUE Date in order for your payment to be applied before the next billing cycle.

| Account Number | 2023A52981/001 |
|---|---|
| Name | Saint Jovite Youngblood |
| Court Number | A23CR135(1) |
| Payment Due Date | Immediately |
| Total Amount Due | $12,766,884.00 |
| Amount Enclosed | -0- (incarcerated) |

**Administrative Offset Notice**

Please mail payments to:
U.S. District Clerk
501 West 5th Street, Suite 1100
Austin, TX 78701

☐ Check here for change of address and annotate below.

**70720-510**

*Please note — I AM respectfully requesting a stay until release as to the fact I have no income and am incarcerated.*

Youngblood Saint
70720510
Federal Corrections Institution #2
P.O. box 3850
Adelanto, CA 92301

– Legal mail –

SAN BERNARDINO CA 923
27 MAR 2025 PM 4 L

SCREENED BY CSO'S
MAR 31 2025

US district clerk (Judge Robert Pitman)
501 W. 5th St suite #1100
Austin, TX 78701

