United States District Court
Western District of Texas
Austin Division

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>v.<br><br>Saint Jovite Youngblood,<br>    Defendant. | Case No. 1:23-CR-00135(1)-RP |

## Notice of Appearance

The Clerk of the above Court will please note the appearance of the undersigned as counsel for the Plaintiff, United States of America, in the above-captioned case for the purpose of collecting on this debt. It is requested that service of copies of all notices, pleadings and other papers be effected upon the United States Attorney for the Western District of Texas, addressed as follows:

WARREN R. KAUFMAN
Assistant United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Warren.Kaufman@usdoj.gov

Respectfully submitted,

MARGARET F. LEACHMAN
ACTING UNITED STATES ATTORNEY

By: /s/ *Warren R. Kaufman*
**WARREN R. KAUFMAN**
Assistant United States Attorney
Texas Bar No. 11117350
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Telephone: (210) 384-7266
Facsimile: (210) 384-7247
E-mail: Warren.Kaufman@usdoj.gov
ATTORNEY FOR UNITED STATES

## Certificate of Service

I certify that on April 8, 2025, I electronically filed this document with the Clerk of Court using the CM/ECF system.

☐   The CM/ECF system will send notification to the following CM/ECF participant(s):

☒   I also certify that I have mailed this document by United States Postal Service to the following non-CM/ECF participant(s):

Saint Jovite Youngblood
Reg. No. 70720-510
FCI Victorville Medium II
Federal Correctional Institution
P.O. Box 3850
Adelanto, CA 92301
*Defendant*

/s/ *Warren R. Kaufman*
**WARREN R. KAUFMAN**
Assistant United States Attorney