FILED
April 30, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: \_\_\_\_Julie Golden\_\_\_\_
DEPUTY

United States District Court
Western District of Texas
Austin Division

United States of America,
    Plaintiff,

v.

Saint Jovite Youngblood,
    Defendant.

Case No. 1:23-CR-00135(1)-RP

## Order

On this date came on to be considered Defendant's Motion for Stay of Restitution Order (Doc. No. 179) and the Plaintiff's response thereto (Doc. No. 181 ).

After reviewing the submissions of the parties, the facts, and the relevant case law, the Court finds that Defendants' motion should be denied. Justice is not served by staying the restitution order in this case.

Accordingly, **IT IS THEREFORE ORDERED** that Defendant's Motion for Stay of Restitution be and hereby is **DENIED**.

Signed and entered this  30th  day of  April  20 25 .

_____
**ROBERT PITMAN**
UNITED STATES DISTRICT JUDGE