IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 1:23-CR-00135-RP-1 |
| | § | |
| SAINT JOVITE YOUNGBLOOD | § | |

ENTRY OF APPEARANCE OF COUNSEL

I hereby enter my appearance as appointed counsel for Saint Jovite Youngblood in this cause. Undersigned counsel was appointed by the Fifth Circuit Court of Appeals to represent Mr. Youngblood on appeal.

    I understand that it is my duty to continue to represent the above-named defendant in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; to assist the defendant with any appeal which the defendant desires to perfect, and to represent the defendant on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

Dated:  May 9, 2025

/s/ Jessica Graf
Jessica Graf, PLLC
Texas Bar # 24080615
2614 130th Street
Suite 5 PMB 1030
Lubbock, Texas 79423
806-370-8006
jessica@jessicagraflaw.com

Certificate of Service

    This is to certify that this Notice of Attorney Appearance was served on all parties receiving notice through the Court's ECF system on May 9, 2025.

/s/ Jessica Graf