# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

May 08, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-50982   USA v. Youngblood  
                     USDC No. 1:23-CR-135-1

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Casey A. Sullivan, Deputy Clerk  
504-310-7642

Mr. Philip Devlin  
Ms. Jessica Graf  
Mr. Zachary Carl Richter  
Mr. Alan Winograd  
Mr. Saint Jovite Youngblood

# United States Court of Appeals
# for the Fifth Circuit

_____

No. 24-50982
_____

United States of America,

*Plaintiff—Appellee*,

*versus*

Saint Jovite Youngblood,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CR-135-1

_____

ORDER:

    Alan Winograd, the attorney appointed to represent Saint Jovite Youngblood in this direct criminal appeal, moves to withdraw as counsel and requests the appointment of substitute counsel, stating that communication has broken down to such an extent that Winograd is unable to effectively represent Youngblood. In a motion filed in district court, Youngblood concurred and requested the appointment of new counsel. No briefs have been filed in this appeal.

    Appointed counsel may be relieved "upon a showing that there is a conflict of interest or other most pressing circumstances or that the interests of justice otherwise require relief of counsel." Fifth Circuit Plan

No. 24-50982

U̲n̲d̲e̲r̲ ̲t̲h̲e̲ ̲C̲r̲i̲m̲i̲n̲a̲l̲ ̲J̲u̲s̲t̲i̲c̲e̲ ̲A̲c̲t̲ § 5(B); *see* 18 U.S.C. § 3006A(c). Under the Criminal Justice Act, "the court may, in the interests of justice, substitute one appointed counsel for another at any stage of the proceedings." 18 U.S.C. § 3006A(c).

In light of the facts set out in counsel's motion, the interests of justice appear to require relief of counsel in this case. Accordingly, the motion to withdraw is GRANTED, and IT IS ORDERED that substitute counsel shall be appointed to represent Youngblood.

E̲n̲t̲e̲r̲e̲d̲ ̲f̲o̲r̲ ̲t̲h̲e̲ ̲C̲o̲u̲r̲t̲:

/s Adriana Dieringer

A̲d̲r̲i̲a̲n̲a̲ ̲D̲i̲e̲r̲i̲n̲g̲e̲r̲
*Deputy Clerk*

2