# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 09, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-50982   USA v. Youngblood
                  USDC No. 1:23-CR-135-1

The court has considered the motion of Saint Jovite Youngblood to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for Saint Jovite Youngblood may obtain all ex parte documents *filed on behalf of* Saint Jovite Youngblood, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Casey A. Sullivan, Deputy Clerk
504-310-7642

Mr. Philip Devlin
Ms. Jessica Graf
Mr. Zachary Carl Richter