# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 12, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-50982   USA v. Youngblood
                   USDC No. 1:23-CR-135-1

The court has granted the motion to supplement or correct the record in this case. The originating court is requested to provide us with a supplemental electronic record consisting of the documents outlined in the attached motion. Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

                             Sincerely,

                             LYLE W. CAYCE, Clerk

                             By: _____
                             Casey A. Sullivan, Deputy Clerk
                             504-310-7642

Mr. Philip Devlin
Ms. Jessica Graf
Mr. Zachary Carl Richter

In the United States Court of Appeals
for the Fifth Circuit

| | | |
|---|---|---|
| United States of America, | § | |
|     Plaintiff-Appellee, | § | |
| v. | § | Case No. 24-50982 |
| | § | |
| Saint Jovite Youngblood, | § | |
|     Defendant-Appellant. | § | |

Appellant's Unopposed Motion to Supplement
the Record on Appeal and Stay Briefing

Appellant Saint Jovite Youngblood respectfully asks this Court to supplement the record on appeal with the following transcripts in Cause No. 1:23-CR-00135-RP-1 in the Austin Division of the Western District of Texas: the Initial Appearance held on July 31, 2023; and the Attorney Status Hearings held on August 3 and August 7, 2023. The government does not oppose this request.

1.    Appellant pleaded not guilty to several fraud charges and had a four-day jury trial in April 2024. Before trial, Appellant appeared in the district court for his initial appearance and two attorney status hearings. Prior counsel did not request transcripts from these hearings.

3.    Undersigned counsel was appointed by this Court after the Record on Appeal was submitted. Counsel now needs to review these additional transcripts to prepare Appellant's appeal.

1

2. Appellant also asks that this Court abate the briefing schedule until the record is supplemented with the transcripts.

3. Counsel has conferred with counsel for the government and confirmed the government does not oppose this motion.

## Conclusion

Appellant asks the Court to grant this motion allowing supplementation with the transcripts of the Initial Appearance held on July 31, 2023; and the Attorney Status Hearings held on August 3 and August 7, 2023, in Cause No. 1:23-CR-00135-RP-1. Appellant further requests the Court abate the briefing schedule until the record is supplemented with the transcripts.

Respectfully submitted,

/s/Jessica Graf
JESSICA GRAF, PLLC
2614 130th Street
Suite 5 PMB 1030
Lubbock, TX 79423
jessica@jessicagraflaw.com

*Counsel for Appellant*

Certificate of Service

I certify that on May 9, 2025, I filed this Motion through the Court's ECF system. Opposing counsel has therefore been served.

/s/ Jessica Graf

Certificate of Conference

I conferred via email with counsel for the government and confirmed the government does not oppose this Motion.

/s/ Jessica Graf

Certificate of Compliance

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2) because it contains 225 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in proportionally spaced typeface using Microsoft Word 2016 in 14-point Goudy Old Style font.

/s/ Jessica Graf

District Court: Western District of Texas
District Court Docket No.: 1:23-cr-00135-RP-1
Short Case Title: United States v. Youngblood

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: FTR Gold- ERO

Date Notice of Appeal Filed in the District Court: December 10, 2024
Court of Appeals No.: 24-50982

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**
☐ No hearings ☐ Transcript is unnecessary for appeal purposes ☐ Transcript is already on file in the Clerk's Office
**OR**
**Check all of the following that apply, include date of the proceeding.**
This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____ ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____ ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____ ☐ Jury Instructions _____ ☐ Sentencing _____
Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 07/31/2023 | Initial Appearance | Judge Susan Hightower |
| 08/03/2023 | Attorney Status Hearing | Judge Mark Lane |
| 08/07/2023 | Attorney Status Hearing | Judge Mark Lane |
| | | |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**
☐ Private Funds; ■ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds; ☐ Advance Payment Waived by Reporter; ☐ U.S. Government Funds
☐ Other_____

Signature: /s/Jessica Graf
Date Transcript Ordered: May 9, 2025
Print Name: Jessica Graf
Phone: 806-370-8006
Counsel for: Saint Jovite Youngblood
Address: 2614 130th Street Suite 5 PMB 1030 Lubbock, TX 79423
Email of Attorney: jessica@jessicagraflaw.com

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Awaiting creation of CJA 24 eVoucher
☐ Other (Specify) _____

Date _____ Signature of Reporter _____ Tel._____
Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____ Actual Number of Volumes _____

Date _____ Signature of Reporter _____

TRANSCRIPT ORDER FORM INSTRUCTIONS

INSTRUCTIONS FOR ANYONE FILING A NOTICE OF APPEAL

1. Complete Part 1. Whether or not transcripts are being ordered. A single order form should be used for the same court reporter with multiple proceedings (if the number of proceedings exceed the form limitations, additional forms may be used).

2. Contact each court reporter involved in reporting the proceedings to make arrangements for payment. A SEPARATE ORDER FORM MUST BE COMPLETED FOR EACH COURT REPORTER.

3. Send a copy of the form to the court reporter (via email or mail, ask court reporter). CJA counsel must also enter an Authorization-24 in the U. S. District Court's eVoucher System. Once the Authorization-24 is approved, create the CJA 24 eVoucher for payment.

4. File a copy of this form with the District Court.

5. File a copy of this form with the U.S. Court of Appeals for the Fifth Circuit (Attorneys must e-file. Pro se filers must mail form unless authorized to e-file).

6. Send a copy to other parties.

7. Retain a copy for your files.

FAILURE TO MAKE SATISFACTORY ARRANGEMENTS FOR TRANSCRIPT PRODUCTION, INCLUDING FINANCIAL ARRANGEMENTS WITHIN 14 DAYS OF THE FILING OF THE NOTICE OF APPEAL, MAY RESULT IN THE DISMISSAL OF YOUR APPEAL.

This is an electronic version of the original multipart form. It is your responsibility for ensuring that the correct number of copies are made to meet the distribution requirements.

INSTRUCTIONS TO COURT REPORTER

To assure the Court of Appeals that the ordering party has fulfilled his or her obligations under FRAP 10(b), for ordering and making adequate financial arrangements with the court reporter, you are requested to complete Part II and file with the Court of Appeals within ten (10) days after receipt. For information on becoming an e-filer, please contact a deputy clerk at the number below.

It is the appellant's responsibility to contact you and make financial arrangements before filling out the form. However, if financial arrangements have not been made within ten (10) days after receipt of transcript order, complete Part II and file with the Court of Appeals. If financial negotiations with the ordering party are still in progress when the 10 days expires, contact a deputy clerk for additional time to complete this form.

If financial arrangements are made after you have notified the Court of Appeals that no financial arrangement were made, immediately notify the Court in writing of the fact, furnishing the estimated delivery date.

THE JUDICIAL COUNCIL'S DISCOUNT DATE BEGINS TO RUN FROM THE DATE SATISFACTORY FINANCIAL ARRANGEMENTS HAVE BEEN MADE.

WRITTEN REQUEST FOR EXTENSION OF TIME WITH EXPLANATION OF CIRCUMSTANCES AND A REQUEST FOR WAIVER OF DISCOUNT MUST BE ADDRESSED TO THE CLERK OF THE CIRCUIT COURT.

Link to contact information: [Contact Clerk's Office About My Case](#) or call:
NORTHERN AND WESTERN TEXAS CASE TEAM: 504-310-7806
SOUTHERN AND EASTERN TEXAS CASE TEAM: 504-310-7807
LOUISIANA, MISSISSIPPI, & AGENCY CASE TEAM: 504-310-7808