8/13/25

page 1 of 6

The Honorable Judge Robert Pitman,

Your Honor,

The last thing I wish to do is converse on any matter with this court knowing your dislike of me, but I have no choice. I assure you I have no desire to ask anything of you but have exhausted all other options. I have never gotten the benefit of the doubt and am not wrong on my innocence. Having said this, an issue exists only you can resolve.

I CAN NOT PROPERLY DEFEND MYSELF ON MY APPEAL WITH MY ATTORNEY BECAUSE MY MAIL, LEGAL AND REGULAR IS BEING HELD AND

Pg 2 of 4

THIS IS NOT OPEN FOR INTERPRETATION. THEY OPENLY ADMIT THEY ARE DENYING ME, EVEN MY LEGAL MAIL. FEEL FREE TO CONTACT MS. KRAFT, MY ATTORNEY, YOUR HONOR.

   I have proof that both times <u>ALL</u> transcripts were sent via tracking by Ms. Kraft and denied me. I have still not been able to see even one page of my trial transcript. Yes, she is aware of this issue. I have gone to the warden, the AW, my counselor, even my unit manager. No one helps me.



My life is ridiculous, your Honor, and the allegations/accusations of "Russian mafia", "millions of dollars", etc etc are simply not true.

Like me or hate me, I do not care, I went to trial, refused to plea, and refused to bend the knee at sentencing for a crime I did not commit. Guilty of defending my son and hurting someone? Absolutely. Wire fraud? NO.

I respectfully request your help in securing my transcripts while I fight for my life on a conviction I am innocent of so I don't die in prison for a crime I did not commit. Please help me.

You hammered me, in effect for a <u>life</u> sentence, for something I did <u>not</u> do. I still have a right to defend myself via appeal, and this is being denied me at Victorville #2 FCI. My mail is, without question, being withheld against my constitutional rights. You gave me a ridiculous sentence for something I did <u>not</u> do. And I am living with it daily.

Thank you.

Respectfully,

Saintjovite Youngblood

Youngblood Saint
70720510
FCI #2 Victorville
PO box 3850
Adelanto CA 92301

SCREENED BY CSO
AUG 18 2025

Legal —
Mail

SN BERNARDINO CA 923
14 AUG 2025 PM 4 L

United States Federal Court
The Honorable Judge
Robert Pitman
(Court Clerk)
501 West 5th St Suite #1100
Austin TX 78701

