A-23-CR-135

Saintjovite Youngblood
#70720510
FCI williamsburg
P.O. box 340
Salters, SC 29590

FILED
NOV 05 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY DM
DEPUTY CLERK

10/28/26

(page 1 of 8)

Attention - The Honorable Robert Pitman
Court Clerk to the Honorable Robert Pitman

Your Honor,

I Am sorry to burden you and your time, but I have no choice. I have done everything possible to defend myself and to prove "ACTUAL INNOCENCE."

I NEED YOUR HONOR'S HELP TO PROPERLY FILE A 2255, PLEASE.

Allow me, Your Honor, to pontificate and explain my situation.

As Your Honor knows, I WAS viciously assaulted on 1/15/24 →

10/28/26

(continued...) (page 2 of 8)

while awaiting trial. I had no warning, was struck 52 times in the head. Defense counsel scheduled an MRI and several neurological exams. The professionals determined that I suffered severe head trauma, resulting in short term memory loss, vertigo, and migraines that have NOT lessened.

The second assault, after many fights, was much worse...

I made the conscience choice to say no to my supposed "car" and not allow a phone with young girls on it to be transported from education (where I worked at Victorville) to the housing area. After showing the phone to 2 witnesses, I destroyed it, and its 10,000 value on the compound. This caused me immense →

10/28/26

(continued...) 

issues, resulting in the 12/5/25 assault in which I suffered severe injury And was hospital bound. My teeth were shattered, orbital bone broken, severely concussed, and stitches required. I spent the next 5 months, and change, in the SHU, making Any contact and/or exchange of information or thoughts with my Appellate counsel impossible.

I AM NOT THE MAN I WAS BEFORE THIS SECOND EPISODE.

This 12/5/25 Assault has left my cognitive skills lacking, my concentration not capable of focusing for more than A few minutes. My hands shake, something that terrifies me, to be quite honest.

I AM NOT CAPABLE OF WRITING A 2255 COMPETENTLY MYSELF. PERIOD.

→

10/28/26

(continued...) (page 4 of 8)

Herein, lies the problem. The 4/26 Rolling Stone Article painted me the devil, so to speak, and I am anathema in here. No one will help me in the law library, as to the fact that they are terrified of what they read (The article was widely circulated here by inmates and staff.) The Netflix documentary (without my help) has alienated me even further. Both staff and inmates have made things impossible for me to accomplish anything. I am "too hot." I have no contact with anyone in the free world that can render any assistance, financial or other, making my task impossible. I filed my own enbanc challenging the 5th Circuit (who believes I lost 140 million dollars in Las Vegas.) My work was poor, to say the least, as was my certiorari.

10/28/26

(continued...) (page 5 of 8)

My Ability to defend myself And take this one chance I have to rectify my situation (or die in prison for A crime I did NOT commit.) And establish to you, Your Honor, that I AM not the man Your Honor thinks I Am, sentencing me to die in here is hindered by my injuries. I Am not Able to properly write a 2255 And the Ability to seek Assistance HERE does not exist for me due to my "notoriety." My cognitive decline eliminates any chance of self-study (I have tried) or "home work" to properly structure A working 2255. This effort to write took 4 days

I HAVE TRIED REPEATEDLY.

→

10/28/26

continued...



I simply do not have the ability to properly defend myself and focus concentration long enough to adequately prove my Actual innocence.

I Am respectfully requesting, (perhaps begging is A better word) for this letter to be taken as a motion to request An attorney be appointed to me to help properly defend myself and my constitutional right to filing A 2255.

I CAN NOT GET THE NECESSARY FOCUS TO APPROPRIATELY ADDRESS THE 2255 BY MYSELF. I HAVE NO RESOURCES FOR OUTSIDE HELP HAVING LOST EVERYTHING AND EVERYONE FOR A CRIME I DID NOT COMMIT.

→

10/28/26

(continued...) (page 7 of 8)

Please grant me an attorney to help me file my 2255, please, Your Honor,

Your Honor, I wrote to you many moons ago about having taken life in self defense while addressing my son's issues. I OPENLY ADMITTED TO YOUR HONOR, A FEDERAL JUDGE, THAT I TOOK LIFE TWICE BEFORE THEY COULD TAKE MINE OR HIS, AS THEY ASSAULTED ME WITH DEADLY WEAPONS. I HAD NO CHOICE. I AM GUILTY OF THIS ACT, BUT NOT WIRE FRAUD. PERIOD. Please, Your Honor. Please.

I stand by everything I testified to in my proceedings, and look to only show Your Honor and Your Honor's Court that I am not the person you believe me to be. I AM INNOCENT. My memory and writing →

* Your Honor, something you were NOT aware of → My wife divorced me the day before my sentencing. 10/28/26
Literally

(continued...) 

ability is quickly diminishing, and I am trying to show my Actual innocence to you, to my "family," and to the world.

PLEASE PROVIDE ME AN ATTORNEY TO HELP FILE MY 2255.

Your Honor, there is much to be told that Your Honor is not aware of.

PLEASE GIVE ME THIS OPPORTUNITY.

Thank you, Your Honor, for your time and help. The respect you have shown me, I assured you in my letter months ago apologizing for my lack of respect towards Your Honor, will always be reciprocated. My Anger is/was with the people being misled about me and lying about, not with Your Honor. I Am vehemently sorry, As I said months Ago. THANK YOU

[signature] 10/28/2

Youngblood YB Saint
#70720510
FCI Williamsburg
P.O box 340
Salters, SC 29590

COLUMBIA SC
31 OCT 2026 PM







SCREENED BY CSO'S
OCT 4 0 2026

United States District Court
Attn: Clerk of the Court to the
Honorable Robert Pitman
501 West Fifth St. Suite #5300
Austin, Texas 78701

78701-381399